# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL HOME LOAN BANK OF ATLANTA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION (n/k/a BANK OF AMERICA HOME LOANS); COUNTRYWIDE SECURITIES CORPORATION; COUNTRYWIDE HOME LOANS, INC; BANK OF AMERICA CORPORATION; J.P. MORGAN SECURITIES, LLC; UBS SECURITIES LLC; and JOHN DOE DEFENDANTS 1-50,<br><br>Defendants. | Case No.: 1:11-CV-0489-CAP<br><br>(State Court of Fulton County No. 11EV011779G) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

Defendants Countrywide Financial Corporation, Countrywide Securities Corporation, Countrywide Home Loans, Inc., Bank of America Corporation, J.P. Morgan Securities, LLC, UBS Securities LLC, and John Doe Defendants 1-50 (collectively "Defendants"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of

Civil Procedure, move for an extension of the time for Defendants to respond to Plaintiff's Complaint. In support of this Motion, the Defendants show as follows:

1. Plaintiff the Federal Home Loan Bank of Atlanta commenced the above-captioned action (the "Action") on January 18, 2011 by filing a complaint (the "Complaint") captioned *Federal Home Loan Bank of Atlanta v. Countrywide Financial Corporation, et al.*, Case No. 11EV011779G, in the State Court of Fulton County, Georgia ("State Court").

2. Defendants removed the Action to this Court on February 17, 2011, while reserving all rights and defenses.

3. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), absent an extension of time to answer or otherwise respond to the Complaint, Defendants are required to answer or otherwise respond to the Complaint on or before February 24, 2011.

4. Given the nature and scope of this matter, Plaintiff and Defendants seek additional time to attempt to reach agreement regarding various scheduling issues. Accordingly, the parties have conferred and the Defendants are authorized to represent that the Plaintiff has consented to the Defendants' request for an additional thirty (30) days to respond to the Complaint, subject to the Court's approval.

WHEREFORE, the Defendants respectfully request that the Court grant this Consent Motion to extend the time for Defendants to respond to the Plaintiff's Complaint and enter an order that:

1. Defendants' time to answer or otherwise respond to the Complaint shall be extended for thirty (30) days until March 28, 2011.

2. Nothing in this Order modifies or suspends any other deadline under the Federal Rules of Civil Procedure or the Local Rules of this Court.

3. Neither Plaintiff nor Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this stipulation shall not waive, and the parties expressly preserve, all rights, claims, and defenses, including, without limitation, all defenses relating to jurisdiction, venue, and arbitrability. Neither Plaintiff nor Defendants waive their right to contest the propriety of briefing a motion to dismiss in advance of a decision on a motion to remand.

Respectfully submitted this 23rd day of February, 2011.

s/ Bethany M. Rezek
Bethany M. Rezek
Ga. Bar No. 553771
B. Warren Pope
Ga. Bar No. 583723
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

Tel: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com

OF COUNSEL

Adam S. Hakki
Kirsten N. Cunha
Brian G. Burke
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (646) 848-4000
ahakki@shearman.com
kirsten.cunha@shearman.com
brian.burke@shearman.com

*Attorneys for Defendants
Countrywide Financial Corporation;
Countrywide Securities Corporation;
Countrywide Home Loans, Inc.*


/s Thomas S. Richey
(with express permission by Bethany M. Rezek)
Thomas S. Richey
Georgia Bar No. 604525
William V. Custer
Georgia Bar No. 202910
Stacey Godfrey Evans
Georgia Bar No. 298555
BRYAN CAVE LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309

4

Tel:  (404) 572-6600
Fax:  (404) 572-6999
tom.richey@bryancave.com
bill.custer@bryancave.com
stacey.evans@bryancave.com

OF COUNSEL

Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
jrosenberg@omm.com
wsushon@omm.com
arivner@omm.com

*Attorneys for Defendant*
*Bank of America Corporation*


s/ Richard H. Sinkfield
(with express permission by Bethany M. Rezek)
Richard H. Sinkfield
Ga. Bar No. 649100
Brett A. Rogers
Ga. Bar No. 612090
ROGERS & HARDIN
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303
Tel: (404) 420-4605
Fax: (404) 230-0970
rsinkfield@rh-law.com
brogers@rh-law.com

OF COUNSEL

Brent J. McIntosh
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: (202) 956-6930
Fax: (202) 293-6330
mcintoshb@sullcrom.com

*Attorneys for Defendant*
*J.P. Morgan Securities, LLC*


/s John G. Parker
(with express permission by Bethany M. Rezek)
John G. Parker
Ga. Bar No. 562425
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, NE
Atlanta, GA 30308
Tel: (404) 815-2222
Fax: (404) 685-5222
johnparker@paulhastings.com

OF COUNSEL
William F. Sullivan
John S. Durrant
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
515 South Flower Street
Los Angeles, CA  90071
Tel: (213) 683-6000
Fax: (213) 627-0705
williamsullivan@paulhastings.com
johndurrant@paulhastings.com

*Attorneys for Defendant UBS Securities LLC*

## **CERTIFICATE OF FONT AND POINT SELECTION**

Undersigned counsel hereby certifies, pursuant to L.R. 7.1(D), N.D.Ga., that the foregoing Consent Motion for Extension of Time for Defendants to Respond to Complaint was prepared in Times New Roman, 14 point font, in accordance with L.R. 5.1, N.D.Ga.

/s Bethany M. Rezek
Bethany M. Rezek
Ga. Bar No. 553771
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
brezek@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

BONDURANT, MIXSON & ELMORE, LLP
H. Lamar Mixson
David G.H. Brackett
Ronan P. Doherty
Bret R. Hobson
Mary W. Pyrdum
Naveen Ramachandrappa
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

SHEARMAN & STERLING LLP
Adam S. Hakki
Kirsten N. Cunha
Brian G. Burke
599 Lexington Avenue
New York, NY  10022

BRYAN CAVE LLP
Thomas S. Richey
William V. Custer
Stacey Godfrey Evans
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309

O'MELVENY & MYERS LLP
Jonathan Rosenberg
William J. Sushon
Asher L. Rivner
7 Times Square
New York, NY 10036

ROGERS & HARDIN
Richard H. Sinkfield
Brett A. Rogers
2700 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303

SULLIVAN & CROMWELL LLP
Brent J. McIntosh
1701 Pennsylvania Avenue, NW
Washington, DC 20006

PAUL, HASTINGS, JANOFSKY & WALKER LLP
John G. Parker
600 Peachtree Street, NE
Atlanta, GA 30308

William F. Sullivan
John S. Durrant
515 South Flower Street
Los Angeles, CA 90071

This 23rd day of February, 2011.

/s Bethany M. Rezek
Bethany M. Rezek
Ga. Bar No. 553771
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309

2

Tel: (404) 572-4600
Fax: (404) 572-5100
brezek@kslaw.com

3