## Appendix A

The facts relevant to each Debtor are as follows:

**Aegis**:  In connection with the CWHL 2005-HYB6 transaction, Countrywide Home Loans, Inc. directly or indirectly purchased certain mortgage loans from Aegis, which were assigned to CWMBS, Inc. and deposited in the CWHL 2005-HYB6 securitization trust.  On June 20, 2002, Aegis agreed to indemnify Countrywide Home Loans, Inc. as indicated above.  Pursuant various agreements related to CWHL 2005-HYB6, the scope of this indemnity extends to defendants Countrywide Financial Corporation and Countrywide Securities Corporation.  *See* Exs. 4, 8.

On August 13, 2007, Aegis filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Aegis Mortgage Corp.*, Case No. 07-11119, *et seq.*  On February 1, 2008, defendant Countrywide Home Loans, Inc. filed a proof of claim that included claims with respect to indemnity rights for costs, including legal costs, incurred in connection with the loans underlying CWHL 2005-HYB6.  *See* Proof of Claim No. 1277 (Ex. 12 at 1-3).  On July 12, 2010, Aegis filed an Amended Plan of Aegis Mortgage Corporation, which was further amended on August 13, 2010 and confirmed by the Bankruptcy Court on October 20, 2010.  *In re Aegis Mortg. Corp.*, No. 07-bk-11119 (Bankr. D. Del. Oct. 20, 2010) (Dkt. No. 5544 "Confirming Second Amended Chapter 11 Plan of Aegis Mortgage Corporation").  The bankruptcy plan provides that all objections to claims must be filed by April 25, 2011, or within 180 days of the Effective Date of October 27, 2010.  Second Amended Chapter 11 Plan of Aegis Mortgage Corp., et al., *In re Aegis Mortgage Corp.*, Case No. 07-11119 (Bankr. D. Del. Aug. 13, 2010) (Dkt. 5431).

**Alliance**:  In connection with the CWHL 2006-HYB2 transaction, Countrywide Home Loans, Inc. purchased certain mortgage loans from Alliance, which were assigned to CWMBS, Inc. and deposited in the CWHL 2006-HYB2 securitization trust.  On January 1, 2007, Alliance agreed to indemnify Countrywide Home Loans, Inc. as indicated above.  Pursuant to various agreements related to CWHL 2006-HYB2, the scope of this indemnity extends to defendants Countrywide Financial Corporation and Countrywide Securities Corporation.  *See* Exs. 5, 9.

On July 13, 2007, Alliance filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re Alliance Bancorp*, Case No. 07-10942, *et seq.* Countrywide Home Loans, Inc. entered into a Stipulation on or around October 12,

2007 with the Chapter 7 trustee of Alliance which stated that Alliance failed to pay Countrywide Home Loans, Inc. over $2 million and contemplated that the trustee would conduct an accounting to determine the interests of the loan purchasers, such as Countrywide Home Loans, Inc., in certain accounts with a value of over $4 million.  *See* Stipulation Re: Accounting and Reconciliation of Funds Collected on Account of Purchased Mortgage Loans, *In re Alliance Bancorp*, Case No. 07-10942 (Bankr. D. Del. Nov. 19, 2007) (Dkt. No. 239).  Pursuant to an Order entered on September 16, 2008, the Alliance trustee disbursed funds held in custodial deposit accounts to Countrywide Home Loans, Inc. and other loan purchasers.  *See* Order Approving Settlement Regarding Distribution of Custodial Funds, *In re Alliance Bancorp*, Case No. 07-10942 (Bankr. D. Del. Sept. 16, 2008) (Dkt. No. 433).

**American Home**:  In connection with the CWHL 2006-HYB2 transaction, Countrywide Home Loans, Inc., purchased mortgage loans from American Home, which were assigned to CWMBS, Inc. and deposited in the CWHL 2006-HYB2 securitization trust.  In connection with the CWHL 2006-HYB3 transaction, Countrywide Home Loans Inc., purchased certain mortgage loans from American Home, which were assigned to CWMBS, Inc. and deposited in the CWHL 2006-HYB3 securitization trust.  On December 16, 2005, American Home agreed to indemnify Countrywide Home Loans, Inc. as indicated above.  Pursuant to various agreements related to CWHL 2006-HYB2 and CWHL 2006 HYB3, the scope of these indemnities extends to defendants Countrywide Financial Corporation and Countrywide Securities Corporation.  In connection with the JPMMT 2006-A5 transaction, J.P. Morgan Mortgage Acquisition Corp. purchased mortgage loans from American Home, which were assigned to J.P. Morgan Acceptance Corporation I and deposited in JPMMT 2006-A5.  On April 1, 2006, American Home agreed to indemnify J.P. Morgan Mortgage Acquisition Corp.  Pursuant to various agreements related to JPMMT 2006-A5, this indemnity extends to defendant J.P. Morgan Securities, LLC.  *See* Exs. 5, 6, 7, 10, 11.

On August 6, 2007, American Home filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, *In re American Home Mortgage Holdings, Inc.*, Case No. 07-11047, *et seq.*  On August 21, 2008, defendant Countrywide Home Loans, Inc. filed a proof of claim that included claims with respect to indemnity rights for costs, including legal costs, incurred in connection with the loans underlying CWHL 2006-HYB2 and 2006-HYB3.  *See* Proof of Claim No. 10477 (Ex. 13 at 4-5).  On November 25, 2008, American Home filed an Amended Plan of Liquidation, which was further amended on February 18, 2009 and confirmed by the Bankruptcy Court on February 23, 2009.

*In re Am. Home Mortg. Holdings, Inc.*, No. 07-bk-11047 (Bankr. D. Del. Feb. 23, 2009) (Dkt. No. 7042 "Confirming the Amended Chapter 11 Plan of Liquidation of the Debtors").  American Home's bankruptcy trustee has until November 30, 2011 to hear objections and thereafter will determine whether to allow claims, including the indemnity claims at issue in this action.  *Id.*