# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL HOME LOAN BANK OF )
PITTSBURGH, )
 )
    Plaintiff, )
 ) Civil Action No. 94 1560
  v. )
 )
SMWNPF HOLDINGS, INC., )
 )
    Defendant. )

## COMPLAINT

Plaintiff, Federal Home Loan Bank of Pittsburgh (the "Bank"), by its attorneys, Cohen & Grigsby, P.C., for its complaint against the defendant, SMWNPF Holdings, Inc. ("Holdings"), states as follows:

## PARTIES

1. The Bank is a privately owned, federally chartered corporation with its principal place of business in Pittsburgh, Pennsylvania; the Bank is not a governmental agency. The Bank is one of the 12 district federal home loan banks comprising the Federal Home Loan Bank System. The Bank divested its sole governmental function of regulating the thrift industry by transferring that function to the Office of Thrift Supervision in 1989. The mission of the Federal Home Loan Bank System and of the Bank is to facilitate the extension of credit in order to provide and expand access to housing in the United States. The Bank

performs its mission through its members, which own all of the Bank's stock. Thrift institutions, commercial banks, credit unions and similar institutions and entities that provide financing for residential housing are eligible for membership in the Bank.

2. Holdings is a Delaware corporation. On information and belief, Holdings is a holding company for the commercial real estate portfolio owned by the Sheet Metal Workers National Pension Fund. Holdings is the owner of the real estate involved in this dispute, that is, the 17-story office building at 601 Grant Street, Pittsburgh, Pennsylvania, which was formerly known as the Porter Building and has been renamed the Federal Home Loan Bank Building (the "Building").

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is diversity of citizenship between the parties and the matter in controversy exceeds the sum or value of $50,000, exclusive of interest and costs.

4. Venue is proper in this District under 28 U.S.C. § 1391(a).

## FACTS

5. The Bank's offices, formerly located at 20 Stanwix Street in Pittsburgh, are currently located in the Building.

6. The Bank occupies its space in the Building under a 15-year lease of floors eight through 17 of the Building that was entered into on July 9, 1993, following extensive negotiations between the Bank and Holdings, and amended in

77833.2

  B. An award of damages based on Holdings' breach of the Lease and/or an order enforcing the prohibitions in the Lease against leasing space to a governmental agency;

  C. An order enjoining Holdings from taking, directly or indirectly, any additional steps in furtherance of its lease of space in the Building to the Social Security Administration; and

  D. An award of such additional relief as the Court deems to be appropriate.

        Submitted by,

        COHEN & GRIGSBY, P.C.


       By: _____
        Robert W. Doty
        Pa. ID. No. 00002

       Curt Vazquez
       Pa. ID. No. 54897

       2900 CNG Tower
       625 Liberty Avenue
       Pittsburgh, PA 15222
       (412) 394-4900

       Attorneys for
       FEDERAL HOME LOAN BANK OF
       PITTSBURGH