# EXHIBIT 5

PROSPECTUS SUPPLEMENT
(To Prospectus dated January 25, 2006)

$653,891,100
(Approximate)

CWMBS, INC.
Depositor

[LOGO] Countrywide(R)
---------------------
HOME LOANS
Sponsor and Seller

Countrywide Home Loans Servicing LP
Master Servicer

CHL Mortgage Pass-Through Trust 2006-HYB2
Issuing Entity

Distributions payable monthly, beginning March 21, 2006

----------

The issuing entity will issue certificates, including the following classes of
certificates that are offered pursuant to this prospectus supplement and the
accompanying prospectus:

| | Initial Class Certificate Balance/Initial Notional Amount(1) | Pass-Through Rate(2) | | Initial Class Certificate Balance/Initial Notional Amount(1) | Pass-Through Rate(2) |
|---|---|---|---|---|---|
| Class 1-A-1 | $ 89,239,000 | Variable | Class 3-A-2 | $ 8,781,000 | Variable |
| Class 1-A-2 | $ 9,916,000 | Variable | Class 4-A-1 | $63,816,000 | Variable |
| Class 1-A-IO | $ 99,155,000(3) | Variable | Class 4-A-2 | $ 7,091,000 | Variable |
| Class 2-A-1A | $ 75,548,000 | Variable | Class A-R | $ 100 | Variable |
| Class 2-A-1B | $255,099,000 | Variable | Class M | $13,983,000 | Variable |
| Class 2-A-2 | $ 36,738,000 | Variable | Class B-1 | $ 8,989,000 | Variable |
| Class 2-A-IO | $367,385,000(3) | Variable | Class B-2 | $ 5,660,000 | Variable |
| Class 3-A-1 | $ 79,031,000 | Variable | | | |

Consider carefully the risk factors beginning on page S-[18] in this prospectus
supplement and on page 5 in the prospectus.

The certificates represent obligations of the issuing entity only and do not
represent an interest in or obligation of CWMBS, Inc., Countrywide Home Loans,
Inc. or any of their affiliates.

This prospectus supplement may be used to offer and sell the offered
certificates only if accompanied by the prospectus.

(1) This amount is subject to a permitted variance in the aggregate of plus or
minus 5%.

(2) The classes of certificates offered by this prospectus supplement are
listed, together with their pass-through rates and their initial ratings, in the
tables under "Summary -- Description of the Certificates" that begin on page
S-[6] of this prospectus supplement.

(3) The Class 1-A-IO and Class 2-A-IO Certificates are interest only notional
amount certificates. The initial notional amounts of the Class 1-A-IO and Class
2-A-IO Certificates are set forth in the table and are not included in the
aggregate certificate balance of all the certificates offered.

This prospectus supplement and the accompanying prospectus relate only to the
offering of the certificates listed above and not to the other classes of
certificates that will be issued by the issuing entity. The certificates
represent interests in a pool consisting primarily of four loan groups of

30-year conventional, hybrid adjustable rate mortgage loans secured by first
liens on one- to four-family residential properties.

Credit enhancement for the offered certificates consists of subordination. The
credit enhancement for each class of certificates varies. Not all credit
enhancement is available for every class. The credit enhancement for the
certificates is described in more detail in this prospectus supplement.

These securities have not been approved or disapproved by the Securities and
Exchange Commission or any state securities commission nor has the Securities
and Exchange Commission or any state securities commission passed upon the
accuracy or adequacy of this prospectus supplement or the prospectus. Any
representation to the contrary is a criminal offense.

Countrywide Securities Corporation will offer the classes of certificates listed
above (other than the Class 1-A-IO and Class 2-A-IO Certificates) to the public
at varying prices to be determined at the time of sale. The Class 1-A-IO and
Class 2-A-IO Certificates will not be purchased by Countrywide Securities
Corporation and are being transferred to Countrywide Home Loans, Inc. as partial
consideration on or about February 28, 2006 for the sale of the mortgage loans.
See "Method of Distribution" in this prospectus supplement. The proceeds to the
depositor from the sale of the offered certificates (other than the Class 1-A-IO
and Class 2-A-IO Certificates) are expected to be approximately $[_] plus
accrued interest, before deducting expenses.

                    Countrywide Securities Corporation

February 23, 2006

balance of each mortgage loan, it may be
difficult to replace the master servicer at
a time when the balance of the mortgage
loans has been significantly reduced because
the fee may be insufficient to cover the
costs associated with servicing the mortgage
loans and related REO properties remaining
in the pool. The performance of the mortgage
loans may be negatively impacted, beyond the
expected transition period during a
servicing transfer, if a replacement master
servicer is not retained within a reasonable
amount of time.

Some of the statements contained in or incorporated by reference in this
prospectus supplement and the accompanying prospectus consist of forward-looking
statements relating to future economic performance or projections and other
financial items. These statements can be identified by the use of
forward-looking words such as "may," "will," "should," "expects," "believes,"
"anticipates," "estimates," or other comparable words. Forward-looking
statements are subject to a variety of risks and uncertainties that could cause
actual results to differ from the projected results. Those risks and
uncertainties include, among others, general economic and business conditions,
regulatory initiatives and compliance with governmental regulations, customer
preferences and various other matters, many of which are beyond our control.
Because we cannot predict the future, what actually happens may be very
different from what we predict in our forward-looking statements.

## The Mortgage Pool

General

      The depositor, CWMBS, Inc., will purchase the mortgage loans in each loan
group (the "Group 1 Mortgage Loans", the "Group 2 Mortgage Loans", the "Group 3
Mortgage Loans" and the "Group 4 Mortgage Loans", respectively, and together
referred to as the "Mortgage Loans") in the mortgage pool from Countrywide Home
Loans, Inc. ("Countrywide Home Loans") and one or more other sellers affiliated
with Countrywide Financial Corporation (each of which is referred to as a
"seller" and together they are referred to as the "sellers") pursuant to a
pooling and servicing agreement (the "pooling and servicing agreement") dated as
of February 1, 2006, among the sellers, Countrywide Home Loans Servicing LP, as
master servicer, the depositor and The Bank of New York, as trustee, and will
cause the Mortgage Loans to be assigned to the trustee for the benefit of the
holders of the certificates. Each seller, other than Countrywide Home Loans,
will be a special purpose entity established by Countrywide Financial
Corporation or one or more of its subsidiaries, which will sell mortgage loans
previously acquired from Countrywide Home Loans.

      Under the pooling and servicing agreement, Countrywide Home Loans, Inc.
("Countrywide Home Loans") will make certain representations, warranties and
covenants to the depositor relating to, among other things, the due execution
and enforceability of the pooling and servicing agreement and certain
characteristics of the Mortgage Loans. In addition, each of the sellers will
represent and warrant that, prior to the sale of the related Mortgage Loans to
the depositor, the applicable seller had good title to the Mortgage Loans sold
by it, was the sole owner of those Mortgage Loans free and clear of any pledge,
lien, encumbrance or other security interest and had full right and authority,
subject to no interest or participation of, or agreement with, any other party,
to sell and assign those Mortgage Loans pursuant to the pooling and servicing
agreement. Subject to the limitations described in the next sentence and under
"--Assignment of the Mortgage Loans," Countrywide Home Loans (or the related
seller, in the case of the representation regarding good title) will be
obligated to repurchase or substitute a similar mortgage loan for any Mortgage
Loan as to which there exists deficient documentation or as to which there has
been an uncured breach of any representation or warranty relating to the
characteristics of the Mortgage Loans that materially and adversely affects the
interests of the certificateholders in that Mortgage Loan. Countrywide Home
Loans will represent and warrant to the depositor in the pooling and servicing
agreement that the Mortgage Loans were selected from among the outstanding one-
to four-family mortgage loans in Countrywide Home Loans' portfolio as to which
the representations and warranties set forth in the pooling and servicing
agreement can be made and that the

selection was not made in a manner intended to adversely affect the interests of the certificateholders. See "Mortgage Loan Program -- Representations by Sellers; Repurchases" in the prospectus.

Under the pooling and servicing agreement, the depositor will assign all of its right, title and interest in the representations, warranties and covenants (including the sellers' repurchase or substitution obligations) to the trustee for the benefit of the certificateholders. The depositor will represent that following the transfer of the Mortgage Loans to it by the sellers, the depositor had good title to the Mortgage Loans and that each of the mortgage notes was subject to no offsets, defenses or counterclaims. The depositor will make no other representations or warranties with respect to the Mortgage Loans and will have no obligation to repurchase or substitute Mortgage Loans with deficient documentation or which are otherwise defective. The sellers are selling the Mortgage Loans without recourse and will have no obligation with respect to the certificates in their respective capacities as sellers other than the repurchase or substitution obligations described above. The obligations of the master servicer with respect to the certificates are limited to the master servicer's contractual servicing obligations under the pooling and servicing agreement.

The statistical information with respect to the Mortgage Loans set forth in this prospectus supplement is based on the Stated Principal Balances of the Mortgage Loans as of the later of (x) February 1, 2006 and (y) the date of origination of each the Mortgage Loan (referred to as, the "cut-off date"). The depositor believes that the cut-off date information set forth in this prospectus supplement regarding the Mortgage Loans is representative of the characteristics of the Mortgage Loans that will be delivered on the closing date. However, certain Mortgage Loans may prepay or may be determined not to meet the eligibility requirements for inclusion in the final mortgage pool. A limited number of Mortgage Loans may be added to or substituted for the Mortgage Loans described in this prospectus supplement, although any addition or substitution will not result in a material difference in the final mortgage pool. As a result, the cut-off date information regarding the actual Mortgage Loans delivered on the closing date may vary somewhat from the cut-off date information regarding the Mortgage Loans presented in this prospectus supplement.

As of the cut-off date, the aggregate Stated Principal Balance of the Mortgage Loans in the mortgage pool was approximately $665,877,411, which is referred to as the "Cut-off Date Pool Principal Balance." The principal balance of each Mortgage Loan as of the cut-off date reflects the application of scheduled payments of principal due on the Mortgage Loan on or prior to the cut-off date, whether or not received. Whenever reference is made in this prospectus supplement to a percentage of some or all of the Mortgage Loans, that percentage is determined on the basis of the Stated Principal Balance of such Mortgage Loans as of the cut-off date unless otherwise specified. The Mortgage Loans have been divided into four groups of Mortgage Loans (each is referred to as a "loan group"). Set forth below is the approximate aggregate Stated Principal Balance as of the cut-off date of the Mortgage Loans included in each loan group:

| Loan Group | Aggregate Stated Principal Balance |
| --- | --- |
| Loan Group 1 | $105,596,132 |
| Loan Group 2 | $391,251,303 |
| Loan Group 3 | $93,516,205 |
| Loan Group 4 | $75,513,772 |

The aggregate Stated Principal Balance of the Mortgage Loans that is set forth above is subject to a variance of plus or minus five percent.

Set forth in the table below is the approximate percentage of Mortgage Loans in each loan group that were originated by the named originator, in each case by the aggregate Stated Principal Balance of the Mortgage Loans in the applicable loan group as of the cut-off date. The remainder of the Mortgage Loans were originated by unrelated third parties.

| Loan Group | Countrywide Home Loans, Inc. | American Home Mortgage Corp. | Alliance Bancorp | Ohio Savings Bank |
| ---------- | ---------------------------- | ---------------------------- | ---------------- | ----------------- |
| Loan Group 1 | 40.86% | 23.16% | 2.13% | 19.05% |
| Loan Group 2 | 44.04% | 38.54% | 0.73% | 1.94% |
| Loan Group 3 | 45.70% | 4.81% | 22.70% | 4.61% |
| Loan Group 4 | 59.80% | 19.12% | 11.66% | 0.00% |

All of the Mortgage Loans to be included in the issuing entity will be evidenced by promissory notes secured by first lien deeds of trust, security deeds or mortgages on one- to four-family residential properties. Substantially all of the Mortgage Loans have original terms to maturity of 30 years. Except for the "interest only loans," all of the Mortgage Loans provide for the amortization of the amount financed over a series of substantially equal monthly payments. An "interest only loan" requires monthly payments of only accrued interest for a specified period of time from the date of origination for that mortgage loan. Thereafter, the monthly payments will be adjusted so that the entire principal balance of that mortgage loan will be amortized over the remaining term of that mortgage loan. In addition, substantially all of the Mortgage Loans provide that payments are due on the first day of each month (the "Due Date"). Scheduled monthly payments made by the mortgagors on the Mortgage Loans (referred to as "scheduled payments") either earlier or later than their scheduled Due Dates will not affect the amortization schedule or the relative application of the payments to principal and interest. Except for certain of the Mortgage Loans as specified in the table below, the mortgagors may prepay their Mortgage Loans at any time without payment of a prepayment charge. Any prepayment charges received on these Mortgage Loans will not be distributed to certificateholders.

| Loan Group | Number of Mortgage Loans with Prepayment Charges | Percentage of Aggregate Cut-off Date Stated Principal Balance |
| ---------- | ------------------------------------------------ | ------------------------------------------------------------- |
| Loan Group 1 | 45 | 15.35% |
| Loan Group 2 | 190 | 16.26% |
| Loan Group 3 | 32 | 16.53% |
| Loan Group 4 | 42 | 31.95% |

The mortgage rate (the "Mortgage Rate") of each of the Mortgage Loans will be fixed for a certain period of time after the origination of that Mortgage Loan. Each mortgage note for the Mortgage Loans will provide for adjustments to the related Mortgage Rate at the end of the initial fixed-rate period and, semi-annually or annually thereafter (each such date, an "Adjustment Date") to equal the sum, rounded to the nearest 0.125%, of (1) one of (A) the weekly average yield on United States Treasury securities adjusted to a constant maturity of one year as published by the Federal Reserve Board in the Federal Reserve Statistical Release H.15 and most recently available as of a day specified in the related note (the "One-Year CMT Index"), (B) the average of the London interbank offered rates for six-month U.S. dollar deposits in the London market, generally as set forth in either The Wall Street Journal or some other source generally accepted in the residential mortgage loan origination business and specified in the related mortgage note, or, if such rate ceases to be published in The Wall Street Journal or becomes unavailable for any reason, then based upon a new index selected by the master servicer, based on comparable information, in each case, as most recently announced as of either 45 days prior to, or the first business day of the month immediately preceding the month of, such Adjustment Date (the "Six-Month LIBOR Index") or (C) the average of the London interbank offered rates for one-year U.S. dollar deposits in the London market, generally as set forth in either The Wall Street Journal or some other source generally accepted in the residential mortgage loan origination business and specified in the related mortgage note, or, if such rate ceases to be published in The Wall Street Journal or becomes unavailable for any reason, then based upon a new index selected by the master servicer, based on comparable information, in each case, as most recently announced as of either 45 days prior to, or the first business day of the month immediately preceding the month of, such Adjustment Date (the "One-Year LIBOR Index") (each of the One-Year CMT Index, the Six-Month LIBOR Index and the One-Year LIBOR Index, a "Mortgage Index") and (2) a fixed percentage amount specified in the related mortgage note (the "Gross Margin");

provided, however, that the Mortgage Rate for a Mortgage Loan will not increase or decrease by more than a certain amount specified in the related mortgage note (each limit on adjustments in the Mortgage Rate is referred to as a "Subsequent Periodic Rate Cap"), with the exception of the initial Adjustment Date, for which the Mortgage Rate on each Mortgage Loan will not increase or decrease by more than the amount specified in the related mortgage note (each limit on initial adjustments in the Mortgage Rate is referred to as an "Initial Periodic Rate Cap"). In addition, adjustments to the Mortgage Rate for each Mortgage Loan are subject to a lifetime maximum interest rate (the "Maximum Mortgage Rate"). Each Mortgage Loan specifies a lifetime minimum interest rate (the "Minimum Mortgage Rate"), which generally is equal to the Gross Margin for that Mortgage Loan.

All of the Mortgage Loans in loan group 1 are 3/1 Mortgage Loans or 3/27 Mortgage Loans; all of the Mortgage Loans in loan group 2 are 5/1 Mortgage Loans or 5/25 Mortgage Loans; all of the Mortgage Loans in loan group 3 are 7/1 Mortgage Loans; and all of the Mortgage Loans in loan group 4 are 10/1 Mortgage Loans or 10/20 Mortgage Loans. A substantial majority of the Mortgage Loans in loan group 1 are 3/1 Interest Only Loans or 3/27 Interest Only Loans. A substantial majority of the Mortgage Loans in loan group 2 are 5/1 Interest Only Loans or 5/25 Interest Only Loans. A substantial majority of the Mortgage Loans in loan group 3 are 7/1 Interest Only Loans. A substantial majority of the Mortgage Loans in loan group 4 are 10/1 Interest Only Loans or 10/20 Interest Only Loans.

A "3/1 Mortgage Loan", a "5/1 Mortgage Loan", a "7/1 Mortgage Loan" and a "10/1 Mortgage Loan" have mortgage rates that are fixed for approximately 36, 60, 84 and 120 months, respectively, after origination before the Mortgage Rate for that Mortgage Loan becomes subject to annual adjustment based on the One-Year CMT Index or the One-Year LIBOR Index, as applicable. A "3/27 Mortgage Loan", a "5/25 Mortgage Loan" and a "10/20 Mortgage Loan" have mortgage rates that are fixed for approximately 36, 60 and 120 months, respectively, after origination before the Mortgage Rate for that Mortgage Loan becomes subject to semi-annual adjustment based on the Six-Month LIBOR Index.

A "3/1 Interest Only Loan" and a "3/27 Interest Only Loan" require a payment of only interest due for approximately 36 or 120 months after origination after which amortization of the principal balance of that Mortgage Loan is required. A "5/1 Interest Only Loan" and a "5/25 Interest Only Loan" require the payment of only interest due for approximately 60 or 120 months after origination after which amortization of the principal balance of that Mortgage Loan is required. A "7/1 Interest Only Loan" requires the payment of only interest due for approximately 84 or 120 months after origination after which amortization of the principal balance of that Mortgage Loan is required. A "10/1 Interest Only Loan" and a "10/20 Interest Only Loan" require the payment of only interest due for approximately 120 months after origination after which amortization of the principal balance of that Mortgage Loan is required.

The earliest first payment date, earliest stated maturity date and latest stated maturity date of any Mortgage Loan in each loan group is set forth in the following table:

| Loan Group | Earliest First Payment Date | Earliest Stated Maturity Date | Latest Stated Maturity Date |
| --- | --- | --- | --- |
| Loan Group 1 | June 1, 2005 | January 1, 2034 | February 1, 2036 |
| Loan Group 2 | June 1, 2004 | May 1, 2034 | February 1, 2036 |
| Loan Group 3 | August 1, 2005 | July 1, 2035 | February 1, 2036 |
| Loan Group 4 | September 1, 2005 | August 1, 2035 | February 1, 2036 |

As of the cut-off date, no Mortgage Loan was delinquent more than 30 days. As of the cut-off date, no Mortgage Loan has been delinquent more than 30 days since its origination.

As of the cut-off date, it is expected that no Mortgage Loan will be subject to a buydown agreement. No Mortgage Loan will provide for deferred interest or negative amortization.

No Mortgage Loan will have had a Loan-to-Value Ratio at origination of more than 100.00%. Generally, each Mortgage Loan with a Loan-to-Value Ratio at origination of greater than 80% is covered by a primary mortgage guaranty insurance policy issued by a mortgage insurance company acceptable to Fannie Mae or Freddie

Mac. The policy provides coverage in an amount equal to a specified percentage multiplied by the sum of the remaining principal balance of the related Mortgage Loan, the accrued interest on it and the related foreclosure expenses. The specified coverage percentage for the Mortgage Loans with terms to maturity between 25 and 30 years is, generally, 12% for Loan-to-Value Ratios between 80.01% and 85.00%, 25% for Loan-to-Value Ratios between 85.01% and 90.00%, 30% for Loan-to-Value Ratios between 90.01% and 95.00% and 35% for Loan-to-Value Ratios between 95.01% and 100%. The specified coverage percentage for Mortgage Loans with terms to maturity of 10, 15 and 20 years ranges from 6% to 12% for Loan-to-Value Ratios between 80.01% to 85.00% and ranges from 12% to 20% for Loan-to-Value Ratios for 85.01% to 90.00% and ranges from 20% to 25% for Loan-to-Value Ratios between 90.01% to 95.00%. The required coverage percentage is determined by type, term and Loan-to-Value Ratio of the Mortgage Loan and may also vary based on occupancy type. However, under certain circumstances, the specified coverage levels for these Mortgage Loans may vary from the foregoing. With regard to the Mortgage Loans specified in the table below, the lender (rather than the borrower) acquired the primary mortgage guaranty insurance and charged the related borrower an interest premium.

| Loan Group | Percentage of Aggregate Cut-off Date Stated Principal Balance |
| - ------------- | ----------------------------------------- |
| Loan Group 1 | 0.14% |
| Loan Group 2 | 0.43% |
| Loan Group 3 | 0.10% |
| Loan Group 4 | 0.00% |

Except for these lender acquired mortgage insurance Mortgage Loans, no primary mortgage guaranty insurance policy will be required with respect to any Mortgage Loan if maintaining the policy is prohibited by applicable law or after the date on which the related Loan-to-Value Ratio is 80% or less or, based on a new appraisal, the principal balance of the Mortgage Loan represents 80% or less of the new appraised value. The primary mortgage guaranty insurance policy will be maintained for the life of the lender acquired mortgage insurance Mortgage Loans, unless otherwise provided in the mortgage note or otherwise prohibited by law.

The "Loan-to-Value Ratio" of a mortgage loan at any given time is a fraction, expressed as a percentage, the numerator of which is the principal balance of the related mortgage loan at the date of determination and the denominator of which is

- o in the case of a purchase, the lesser of the selling price of the related mortgaged property or its appraised value at the time of sale or

- o in the case of a refinance, the appraised value of the mortgaged property at the time of the refinance, except as described in the following sentence.

If the borrower is refinancing an existing mortgage loan that was originated or acquired by Countrywide Home Loans, and that existing mortgage loan meets the delinquency criteria set forth in the pooling and servicing agreement, then with respect to the refinanced mortgage loan,

- o if the loan-to-value ratio at the time of the origination of the mortgage loan being refinanced was 80% or less and the loan amount of the new loan being originated is $650,000 or less, then the "Loan-to-Value Ratio" will be the ratio of the principal amount of the new mortgage loan being originated divided by the appraised value of the related mortgaged property at the time of the origination of the mortgage loan being refinanced, as reconfirmed by Countrywide Home Loans using an automated property valuation system; or

- o if the loan-to-value ratio at the time of the origination of the mortgage loan being refinanced was greater than 80% or the loan amount of the new loan being originated is greater than $650,000, then the "Loan-to-Value Ratio" will be the ratio of the principal amount of the new mortgage loan being originated divided by the appraised value of the related mortgaged property as determined by a limited appraisal report at the time of the origination of the new mortgage loan. See "--Underwriting Process--Countrywide Home Loans, Inc." in this prospectus supplement.

No assurance can be given that the value of any mortgaged property has remained or will remain at the level that existed on the appraisal or sales date. If residential real estate values generally or in a particular geographic area decline, the Loan-to-Value Ratios might not be a reliable indicator of the rates of delinquencies, foreclosures and losses that could occur with respect to the Mortgage Loans.

The following information sets forth certain characteristics of the Mortgage Loans in each loan group as of the cut-off date. Other than with respect to rates of interest, percentages (approximate) are stated by the aggregate Stated Principal Balance of the Mortgage Loans in the applicable loan group as of the cut-off date. The sum in any column of the following tables may not equal the indicated value due to rounding. In addition, each weighted average FICO credit score set forth below has been calculated without regard to any Mortgage Loan for which the FICO credit score is not available.

S-30

LOAN GROUP 2

Loan Programs

| Loan Program | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 5/1 One-Year CMT .................... | 12 | $  1,789,714 | 0.46% | 149,143 | 5.282 | 354 | 735 | 84 |
| 5/25 Six-Month LIBOR ................ | 18 | 3,222,485 | 0.82 | 179,027 | 6.641 | 358 | 713 | 70 |
| 5/25 Six-Month LIBOR - Interest Only ..................... | 491 | 122,923,090 | 31.42 | 250,353 | 6.658 | 358 | 710 | 70 |
| 5/1 One-Year LIBOR .................. | 29 | 19,434,153 | 4.97 | 670,143 | 6.484 | 357 | 711 | 62 |
| 5/1 One-Year LIBOR - Interest Only ..................... | 521 | 243,881,861 | 62.33 | 468,103 | 6.028 | 358 | 726 | 75 |
| Total .............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

Current Mortgage Loan Principal Balances(1)

| Range of Current Mortgage Loan Principal Balances ($) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 0.01 - 50,000.00 ..................... | 1 | $     40,950 | 0.01% | 40,950 | 7.375 | 358 | 741 | 70 |
| 50,000.01 - 100,000.00 .............. | 70 | 5,554,293 | 1.42 | 79,347 | 6.405 | 358 | 720 | 70 |
| 100,000.01 - 150,000.00 ............. | 147 | 18,575,665 | 4.75 | 126,365 | 6.446 | 358 | 714 | 73 |
| 150,000.01 - 200,000.00 ............. | 145 | 25,345,760 | 6.48 | 174,798 | 6.415 | 358 | 714 | 72 |
| 200,000.01 - 250,000.00 ............. | 99 | 22,118,123 | 5.65 | 223,415 | 6.393 | 358 | 713 | 73 |
| 250,000.01 - 300,000.00 ............. | 76 | 21,125,676 | 5.40 | 277,969 | 6.388 | 358 | 716 | 73 |
| 300,000.01 - 350,000.00 ............. | 75 | 24,619,795 | 6.29 | 328,264 | 6.369 | 358 | 713 | 73 |
| 350,000.01 - 400,000.00 ............. | 45 | 16,805,024 | 4.30 | 373,445 | 6.357 | 358 | 718 | 69 |
| 400,000.01 - 450,000.00 ............. | 74 | 31,702,013 | 8.10 | 428,406 | 6.237 | 358 | 720 | 75 |
| 450,000.01 - 500,000.00 ............. | 87 | 41,536,886 | 10.62 | 477,435 | 6.043 | 358 | 725 | 77 |
| 500,000.01 - 550,000.00 ............. | 54 | 28,183,622 | 7.20 | 521,919 | 6.203 | 358 | 722 | 75 |
| 550,000.01 - 600,000.00 ............. | 57 | 32,819,624 | 8.39 | 575,783 | 6.105 | 358 | 726 | 76 |
| 600,000.01 - 650,000.00 ............. | 39 | 24,504,474 | 6.26 | 628,320 | 6.029 | 358 | 737 | 76 |
| 650,000.01 - 700,000.00 ............. | 27 | 18,352,456 | 4.69 | 679,721 | 6.075 | 358 | 718 | 75 |
| 700,000.01 - 750,000.00 ............. | 21 | 15,122,537 | 3.87 | 720,121 | 6.268 | 358 | 738 | 78 |
| 750,000.01 - 1,000,000.00 ........... | 40 | 36,073,621 | 9.22 | 901,841 | 6.088 | 358 | 728 | 69 |
| 1,000,000.01 - 1,500,000.00 ......... | 5 | 6,665,000 | 1.70 | 1,333,000 | 6.158 | 358 | 710 | 64 |
| 1,500,000.01 - 2,000,000.00 ......... | 4 | 7,484,000 | 1.91 | 1,871,000 | 6.429 | 358 | 699 | 63 |

| Range of<br>Current Mortgage<br>Loan Principal Balances ($) | Number of<br>Mortgage<br>Loans | Aggregate<br>Principal<br>Balance<br>Outstanding | % of<br>Mortgage<br>Loans in<br>Loan<br>Group 2 | Average<br>Principal<br>Balance<br>Outstanding($) | Weighted<br>Average<br>Current<br>Mortgage<br>Rate(%) | Weighted<br>Average<br>Remaining<br>Term to<br>Maturity<br>(Months) | Weighted<br>Average<br>FICO<br>Credit<br>Score | Weig<br>Aver<br>Orig<br>Loan<br>Val<br>Rati |
|---|---|---|---|---|---|---|---|---|
| Greater than 2,000,000.00 ............. | 5 | 14,621,783 | 3.74 | 2,924,357 | 6.865 | 356 | 698 | 57 |
| Total ............................... | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------
(1)   As of the cut-off date, the average current mortgage loan principal
      balance of the Mortgage Loans in loan group 2 was approximately $365,314.

Original Principal Balances

| Range of<br>Original Principal Balances ($) | Number of<br>Mortgage<br>Loans | Aggregate<br>Principal<br>Balance<br>Outstanding | % of<br>Mortgage<br>Loans in<br>Loan<br>Group 2 | Average<br>Principal<br>Balance<br>Outstanding($) | Weighted<br>Average<br>Current<br>Mortgage<br>Rate(%) | Weighted<br>Average<br>Remaining<br>Term to<br>Maturity<br>(Months) | Weighted<br>Average<br>FICO<br>Credit<br>Score | Weig<br>Aver<br>Orig<br>Loan<br>Val<br>Rati |
|---|---|---|---|---|---|---|---|---|
| 0.01 - 50,000.00 ...................... | 1 | $    40,950 | 0.01% | 40,950 | 7.375 | 358 | 741 | 70 |
| 50,000.01 - 100,000.00 ............... | 70 | 5,554,293 | 1.42 | 79,347 | 6.405 | 358 | 720 | 70 |
| 100,000.01 - 150,000.00 ............. | 147 | 18,575,665 | 4.75 | 126,365 | 6.446 | 358 | 714 | 73 |
| 150,000.01 - 200,000.00 ............. | 145 | 25,345,760 | 6.48 | 174,798 | 6.415 | 358 | 714 | 72 |
| 200,000.01 - 250,000.00 ............. | 99 | 22,118,123 | 5.65 | 223,415 | 6.393 | 358 | 713 | 73 |
| 250,000.01 - 300,000.00 ............. | 75 | 20,835,687 | 5.33 | 277,809 | 6.393 | 358 | 717 | 72 |
| 300,000.01 - 350,000.00 ............. | 76 | 24,909,784 | 6.37 | 327,760 | 6.364 | 358 | 713 | 73 |
| 350,000.01 - 400,000.00 ............. | 45 | 16,805,024 | 4.30 | 373,445 | 6.357 | 358 | 718 | 69 |
| 400,000.01 - 450,000.00 ............. | 74 | 31,702,013 | 8.10 | 428,406 | 6.237 | 358 | 720 | 75 |
| 450,000.01 - 500,000.00 ............. | 87 | 41,536,886 | 10.62 | 477,435 | 6.043 | 358 | 725 | 77 |
| 500,000.01 - 550,000.00 ............. | 54 | 28,183,622 | 7.20 | 521,919 | 6.203 | 358 | 722 | 75 |
| 550,000.01 - 600,000.00 ............. | 57 | 32,819,624 | 8.39 | 575,783 | 6.105 | 358 | 726 | 76 |
| 600,000.01 - 650,000.00 ............. | 39 | 24,504,474 | 6.26 | 628,320 | 6.029 | 358 | 737 | 76 |
| 650,000.01 - 700,000.00 ............. | 27 | 18,352,456 | 4.69 | 679,721 | 6.075 | 358 | 718 | 75 |
| 700,000.01 - 750,000.00 ............. | 21 | 15,122,537 | 3.87 | 720,121 | 6.268 | 358 | 738 | 78 |
| 750,000.01 - 1,000,000.00 ........... | 40 | 36,073,621 | 9.22 | 901,841 | 6.088 | 358 | 728 | 69 |
| 1,000,000.01 - 1,500,000.00 ......... | 5 | 6,665,000 | 1.70 | 1,333,000 | 6.158 | 358 | 710 | 64 |
| 1,500,000.01 - 2,000,000.00 ......... | 4 | 7,484,000 | 1.91 | 1,871,000 | 6.429 | 358 | 699 | 63 |
| Greater than 2,000,000.00 ........... | 5 | 14,621,783 | 3.74 | 2,924,357 | 6.865 | 356 | 698 | 57 |
| Total ............................... | 1,071 | $391,251,303 | 100.00% | | | | | |

Geographic Distribution of Mortgaged Properties(1)

| Geographic Distribution | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Rati |
|---|---|---|---|---|---|---|---|---|
| Alabama ............................... | 7 | $ 2,214,922 | 0.57% | 316,417 | 5.673 | 356 | 769 | 78 |
| Arizona ............................... | 92 | 28,784,488 | 7.36 | 312,875 | 6.374 | 358 | 730 | 74 |
| California ............................ | 202 | 99,166,810 | 25.35 | 490,925 | 6.070 | 358 | 727 | 74 |
| Colorado .............................. | 47 | 17,027,156 | 4.35 | 362,280 | 6.218 | 358 | 732 | 69 |
| Connecticut ........................... | 4 | 1,489,000 | 0.38 | 372,250 | 6.327 | 359 | 693 | 72 |
| District of Columbia .................. | 8 | 2,713,986 | 0.69 | 339,248 | 6.268 | 358 | 723 | 71 |
| Delaware .............................. | 2 | 474,000 | 0.12 | 237,000 | 6.019 | 358 | 719 | 59 |
| Florida ............................... | 115 | 39,771,031 | 10.17 | 345,835 | 6.596 | 357 | 706 | 68 |
| Georgia ............................... | 32 | 8,787,862 | 2.25 | 274,621 | 6.063 | 358 | 743 | 72 |
| Hawaii ................................ | 2 | 567,000 | 0.14 | 283,500 | 6.556 | 359 | 753 | 62 |
| Iowa .................................. | 1 | 85,600 | 0.02 | 85,600 | 5.625 | 358 | 747 | 80 |
| Idaho ................................. | 7 | 1,199,138 | 0.31 | 171,305 | 6.280 | 358 | 740 | 78 |
| Illinois ............................. | 90 | 28,949,019 | 7.40 | 321,656 | 6.409 | 358 | 707 | 70 |
| Indiana ............................... | 3 | 862,764 | 0.22 | 287,588 | 5.957 | 357 | 696 | 78 |
| Kansas ................................ | 2 | 427,960 | 0.11 | 213,980 | 5.623 | 357 | 695 | 80 |
| Kentucky .............................. | 3 | 903,368 | 0.23 | 301,123 | 6.783 | 357 | 728 | 71 |
| Louisiana ............................. | 2 | 317,307 | 0.08 | 158,654 | 6.611 | 356 | 750 | 83 |
| Massachusetts ......................... | 27 | 8,607,624 | 2.20 | 318,801 | 6.495 | 359 | 712 | 73 |
| Maryland .............................. | 36 | 15,084,639 | 3.86 | 419,018 | 6.116 | 358 | 710 | 77 |
| Maine ................................. | 3 | 595,772 | 0.15 | 198,591 | 6.697 | 358 | 728 | 81 |
| Michigan .............................. | 13 | 2,882,010 | 0.74 | 221,693 | 6.351 | 357 | 733 | 76 |
| Minnesota ............................. | 10 | 3,318,374 | 0.85 | 331,837 | 6.169 | 357 | 722 | 75 |
| Missouri .............................. | 4 | 1,540,201 | 0.39 | 385,050 | 6.057 | 358 | 704 | 78 |
| Mississippi ........................... | 2 | 228,920 | 0.06 | 114,460 | 5.660 | 355 | 737 | 74 |
| Montana ............................... | 2 | 677,358 | 0.17 | 338,679 | 6.058 | 359 | 722 | 77 |
| North Carolina ........................ | 28 | 9,441,899 | 2.41 | 337,211 | 6.136 | 358 | 721 | 70 |
| North Dakota .......................... | 1 | 126,400 | 0.03 | 126,400 | 7.500 | 358 | 706 | 80 |
| New Hampshire ......................... | 1 | 264,000 | 0.07 | 264,000 | 7.250 | 359 | 694 | 80 |
| New Jersey ............................ | 21 | 9,008,436 | 2.30 | 428,973 | 6.314 | 358 | 700 | 76 |
| New Mexico ............................ | 3 | 491,370 | 0.13 | 163,790 | 7.020 | 358 | 705 | 73 |
| Nevada ................................ | 57 | 18,577,257 | 4.75 | 325,917 | 6.432 | 358 | 713 | 74 |
| New York .............................. | 24 | 12,615,324 | 3.22 | 525,639 | 6.245 | 358 | 711 | 72 |
| Ohio .................................. | 17 | 2,886,475 | 0.74 | 169,793 | 5.902 | 358 | 703 | 76 |
| Oklahoma .............................. | 2 | 163,012 | 0.04 | 81,506 | 6.230 | 358 | 687 | 75 |
| Oregon ................................ | 32 | 9,467,924 | 2.42 | 295,873 | 6.337 | 358 | 735 | 73 |
| Pennsylvania .......................... | 6 | 1,448,294 | 0.37 | 241,382 | 6.098 | 358 | 716 | 74 |

Geographic Distribution of Mortgaged Properties(1)

| Geographic Distribution | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan to Value Ratio |
|---|---|---|---|---|---|---|---|---|
| Rhode Island ........................... | 4 | 1,059,930 | 0.27 | 264,982 | 6.874 | 358 | 711 | 70 |
| South Carolina ........................ | 12 | 3,667,340 | 0.94 | 305,612 | 6.345 | 358 | 717 | 75 |
| Tennessee ............................. | 6 | 1,295,394 | 0.33 | 215,899 | 6.030 | 358 | 723 | 75 |
| Texas ................................. | 10 | 3,837,785 | 0.98 | 383,778 | 6.254 | 358 | 740 | 68 |
| Utah .................................. | 19 | 5,841,957 | 1.49 | 307,471 | 6.444 | 358 | 701 | 68 |
| Virginia .............................. | 67 | 29,716,936 | 7.60 | 443,536 | 6.184 | 358 | 721 | 76 |
| Washington ............................ | 40 | 13,505,099 | 3.45 | 337,627 | 5.950 | 358 | 733 | 76 |
| Wisconsin ............................. | 3 | 813,932 | 0.21 | 271,311 | 6.368 | 359 | 714 | 77 |
| West Virginia ......................... | 1 | 223,800 | 0.06 | 223,800 | 6.875 | 357 | 765 | 80 |
| Wyoming ............................... | 1 | 122,430 | 0.03 | 122,430 | 6.000 | 357 | 733 | 70 |
| | ----- | ------------ | ------ | | | | | |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |
| | ===== | ============ | ====== | | | | | |

- ----------
(1)  No more than approximately 1.269% of the Mortgage Loans in loan group 2
     were secured by mortgaged properties located in any one postal zip code
     area.

Original Loan-to-Value Ratios(1)(2)

| Range of Original Loan-to-Value Ratios (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weighted Average Original Loan to Value Ratio |
|---|---|---|---|---|---|---|---|---|
| 0.01 - 50.00 .......................... | 26 | $ 16,406,973 | 4.19% | 631,037 | 6.387 | 356 | 688 | 42 |
| 50.01 - 55.00 ......................... | 15 | 5,802,297 | 1.48 | 386,820 | 5.854 | 358 | 726 | 51 |
| 55.01 - 60.00 ......................... | 26 | 16,627,713 | 4.25 | 639,527 | 6.373 | 358 | 710 | 58 |
| 60.01 - 65.00 ......................... | 29 | 12,023,015 | 3.07 | 414,587 | 6.329 | 358 | 713 | 63 |
| 65.01 - 70.00 ......................... | 393 | 109,162,534 | 27.90 | 277,767 | 6.505 | 358 | 715 | 69 |
| 70.01 - 75.00 ......................... | 74 | 29,168,006 | 7.46 | 394,162 | 6.400 | 358 | 725 | 74 |
| 75.01 - 80.00 ......................... | 493 | 197,404,547 | 50.45 | 400,415 | 6.080 | 358 | 727 | 79 |
| 80.01 - 85.00 ......................... | 5 | 1,445,132 | 0.37 | 289,026 | 6.149 | 359 | 696 | 84 |
| 85.01 - 90.00 ......................... | 8 | 2,880,262 | 0.74 | 360,033 | 5.825 | 358 | 677 | 89 |
| 95.01 - 100.00 ........................ | 2 | 330,824 | 0.08 | 165,412 | 5.696 | 350 | 701 | 98 |
| | ----- | ------------ | ------ | | | | | |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |
| | ===== | ============ | ====== | | | | | |

- ----------
(1)  As of the cut-off date, the weighted average original Loan-to-Value Ratio
     of the Mortgage Loans in loan group 2 was approximately 73.23%.

(2)   Does not take into account any secondary financing on the Mortgage Loans
      in loan group 2 that may exist at the time of origination.

Current Mortgage Rates(1)

| Range of Current Mortgage Rates (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4.001 - 4.500 ......................... | 1 | $ 447,697 | 0.11% | 447,697 | 4.250 | 359 | 656 | 80 |
| 5.001 - 5.500 ......................... | 19 | 7,902,255 | 2.02 | 415,908 | 4.919 | 358 | 747 | 77 |
| 5.501 - 6.000 ......................... | 71 | 33,659,121 | 8.60 | 474,072 | 5.409 | 357 | 734 | 72 |
| 6.001 - 6.500 ......................... | 286 | 119,466,037 | 30.53 | 417,713 | 5.834 | 358 | 728 | 75 |
| 6.501 - 7.000 ......................... | 353 | 118,540,045 | 30.30 | 335,807 | 6.328 | 358 | 720 | 72 |
| 7.001 - 7.500 ......................... | 255 | 74,368,372 | 19.01 | 291,641 | 6.775 | 358 | 714 | 72 |
| 7.001 - 7.500 ......................... | 74 | 32,111,443 | 8.21 | 433,938 | 7.305 | 357 | 691 | 66 |
| 7.501 - 8.000 ......................... | 12 | 4,756,333 | 1.22 | 396,361 | 7.776 | 358 | 708 | 74 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------
(1)   The current mortgage rates listed in the preceding table include lender
      paid mortgage insurance premiums. As of the cut-off date, the weighted
      average current mortgage rate of the Mortgage Loans in loan group 2 was
      approximately 6.250% per annum. As of the cut-off date, the weighted
      average current mortgage rate of the Mortgage Loans in loan group 2 net of
      the premium charged by the lender in connection with lender paid mortgage
      insurance was approximately 6.248% per annum.

Types of Mortgaged Properties

| Property Type | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Single Family Residence .............. | 477 | $179,109,031 | 45.78% | 375,491 | 6.233 | 358 | 719 | 73 |
| Planned Unit Development ............. | 338 | 139,196,774 | 35.58 | 411,825 | 6.227 | 358 | 722 | 73 |
| Low-rise Condominium ................. | 159 | 43,378,395 | 11.09 | 272,820 | 6.180 | 358 | 727 | 74 |
| 2-4 Family Residence ................. | 87 | 23,600,659 | 6.03 | 271,272 | 6.601 | 358 | 715 | 69 |
| High-rise Condominium ................ | 8 | 5,490,981 | 1.40 | 686,373 | 6.454 | 358 | 709 | 66 |
| Cooperative .......................... | 2 | 475,463 | 0.12 | 237,732 | 6.165 | 358 | 696 | 59 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

Loan Purpose

| Loan Purpose | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| Purchase ............................ | 739 | $261,759,418 | 66.90% | 354,208 | 6.242 | 358 | 727 | 75 |
| Refinance (cash-out) ................ | 193 | 70,674,420 | 18.06 | 366,189 | 6.404 | 358 | 695 | 67 |
| Refinance (rate/term) ............... | 139 | 58,817,465 | 15.03 | 423,147 | 6.098 | 358 | 721 | 69 |
| Total ............................ | 1,071 | $391,251,303 | 100.00% | | | | | |

Occupancy Types(1)

| Occupancy Type | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| Primary Residence ................... | 729 | $304,172,914 | 77.74% | 417,247 | 6.177 | 358 | 720 | 74 |
| Investment Property ................. | 277 | 54,558,181 | 13.94 | 196,961 | 6.625 | 358 | 718 | 69 |
| Secondary Residence ................. | 65 | 32,520,208 | 8.31 | 500,311 | 6.306 | 357 | 726 | 68 |
| Total ............................ | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------

(1)   Based upon representations of the related borrowers at the time of
      origination.

S-60

Remaining Terms to Maturity(1)

| Remaining Term to Maturity (Months) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 360 ................................. | 13 | $ 5,633,106 | 1.44% | 433,316 | 6.424 | 360 | 700 | 78 |
| 359 ................................. | 384 | 147,645,206 | 37.74 | 384,493 | 6.264 | 359 | 726 | 75 |
| 358 ................................. | 385 | 129,312,634 | 33.05 | 335,877 | 6.398 | 358 | 714 | 72 |
| 357 ................................. | 221 | 80,665,318 | 20.62 | 365,001 | 6.046 | 357 | 723 | 72 |
| 356 ................................. | 40 | 17,001,726 | 4.35 | 425,043 | 5.799 | 356 | 739 | 74 |
| 355 ................................. | 14 | 3,896,785 | 1.00 | 278,342 | 5.964 | 355 | 718 | 75 |
| 354 ................................. | 9 | 1,604,467 | 0.41 | 178,274 | 5.263 | 354 | 750 | 72 |
| 353 ................................. | 1 | 126,400 | 0.03 | 126,400 | 6.000 | 353 | 737 | 78 |
| 352 ................................. | 1 | 4,964,035 | 1.27 | 4,964,035 | 7.250 | 352 | 630 | 39 |
| 351 ................................. | 1 | 118,527 | 0.03 | 118,527 | 5.375 | 351 | 636 | 96 |
| 350 ................................. | 1 | 212,298 | 0.05 | 212,298 | 5.875 | 350 | 738 | 100 |
| 339 ................................. | 1 | 70,802 | 0.02 | 70,802 | 4.625 | 339 | 653 | 80 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------

(1)  As of the cut-off date, the weighted average remaining term to maturity of
     the Mortgage Loans in loan group 2 was approximately 358 months.

Documentation Programs

| Documentation Program | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| Preferred ........................... | 232 | $123,300,618 | 31.51% | 531,468 | 5.944 | 358 | 744 | 75 |
| Reduced ............................. | 373 | 110,131,864 | 28.15 | 295,260 | 6.469 | 358 | 711 | 72 |
| Full/Alternative .................... | 219 | 91,279,287 | 23.33 | 416,800 | 6.176 | 358 | 706 | 74 |
| No Ratio ............................ | 131 | 38,051,932 | 9.73 | 290,473 | 6.638 | 358 | 705 | 70 |
| No Income/No Asset .................. | 74 | 19,674,929 | 5.03 | 265,877 | 6.483 | 358 | 729 | 67 |
| Stated Income/Stated Asset .......... | 29 | 6,228,995 | 1.59 | 214,793 | 6.534 | 358 | 710 | 71 |
| Fannie Mae Desktop Underwriter (1) ................... | 13 | 2,583,678 | 0.66 | 198,744 | 5.978 | 358 | 692 | 74 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------

(1)  Fannie Mae Desktop Underwriter is an automated underwriting system (AUS).

FICO Credit Scores(1)

| Range of FICO Credit Scores | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Rati |
|---|---|---|---|---|---|---|---|---|
| 601 - 620 ......................... | 1 | $ 500,000 | 0.13% | 500,000 | 6.500 | 359 | 612 | 74 |
| 621 - 640 ......................... | 22 | 14,906,884 | 3.81 | 677,586 | 6.551 | 356 | 630 | 58 |
| 641 - 660 ......................... | 37 | 13,179,864 | 3.37 | 356,213 | 6.325 | 358 | 654 | 75 |
| 661 - 680 ......................... | 140 | 42,580,469 | 10.88 | 304,146 | 6.567 | 358 | 670 | 71 |
| 681 - 700 ......................... | 146 | 44,021,799 | 11.25 | 301,519 | 6.414 | 358 | 690 | 72 |
| 701 - 720 ......................... | 224 | 83,826,582 | 21.43 | 374,226 | 6.220 | 358 | 710 | 75 |
| 721 - 740 ......................... | 173 | 62,361,939 | 15.94 | 360,474 | 6.157 | 358 | 731 | 73 |
| 741 - 760 ......................... | 147 | 56,231,653 | 14.37 | 382,528 | 6.135 | 358 | 750 | 72 |
| 761 - 780 ......................... | 102 | 44,460,207 | 11.36 | 435,884 | 6.094 | 358 | 772 | 75 |
| 781 - 800 ......................... | 61 | 22,567,438 | 5.77 | 369,958 | 6.197 | 358 | 789 | 72 |
| 801 - 820 ......................... | 13 | 5,622,868 | 1.44 | 432,528 | 5.633 | 358 | 807 | 77 |
| Unknown ......................... | 5 | 991,600 | 0.25 | 198,320 | 6.292 | 359 | N/A | 71 |
| Total ......................... | 1,071 | $391,251,303 | 100.00% | | | | | |

- ----------
(1)   As of the cut-off date, the weighted average FICO Credit Score of the
      mortgagors related to the Mortgage Loans in loan group 2 was approximately
      720.

Prepayment Charge Periods at Origination

| Prepayment Charge Period (Months) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Rati |
|---|---|---|---|---|---|---|---|---|
| 0 ...................................... | 881 | $327,649,220 | 83.74% | 371,906 | 6.257 | 358 | 720 | 73 |
| 12 ..................................... | 41 | 20,010,947 | 5.11 | 488,072 | 5.915 | 358 | 734 | 76 |
| 24 ..................................... | 28 | 7,337,706 | 1.88 | 262,061 | 6.755 | 358 | 699 | 70 |
| 36 ..................................... | 102 | 28,625,489 | 7.32 | 280,642 | 6.240 | 358 | 721 | 72 |
| 60 ..................................... | 19 | 7,627,941 | 1.95 | 401,471 | 6.387 | 358 | 719 | 72 |
| Total ......................... | 1,071 | $391,251,303 | 100.00% | | | | | |

Months to Initial Adjustment Date

| Months to Initial Adjustment Date | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Rati |
|---|---|---|---|---|---|---|---|---|
| 39 ................................. | 1 | $    70,802 | 0.02% | 70,802 | 4.625 | 339 | 653 | 80 |
| 50 ................................. | 1 | 212,298 | 0.05 | 212,298 | 5.875 | 350 | 738 | 100 |
| 51 ................................. | 1 | 118,527 | 0.03 | 118,527 | 5.375 | 351 | 636 | 96 |
| 52 ................................. | 1 | 4,964,035 | 1.27 | 4,964,035 | 7.250 | 352 | 630 | 39 |
| 53 ................................. | 1 | 126,400 | 0.03 | 126,400 | 6.000 | 353 | 737 | 78 |
| 54 ................................. | 9 | 1,604,467 | 0.41 | 178,274 | 5.263 | 354 | 750 | 72 |
| 55 ................................. | 14 | 3,896,785 | 1.00 | 278,342 | 5.964 | 355 | 718 | 75 |
| 56 ................................. | 40 | 17,001,726 | 4.35 | 425,043 | 5.799 | 356 | 739 | 74 |
| 57 ................................. | 221 | 80,665,318 | 20.62 | 365,001 | 6.046 | 357 | 723 | 72 |
| 58 ................................. | 385 | 129,312,634 | 33.05 | 335,877 | 6.398 | 358 | 714 | 72 |
| 59 ................................. | 384 | 147,645,206 | 37.74 | 384,493 | 6.264 | 359 | 726 | 75 |
| 60 ................................. | 13 | 5,633,106 | 1.44 | 433,316 | 6.424 | 360 | 700 | 78 |
| | ----- | ------------ | ------ | | | | | |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |
| | ===== | ============ | ====== | | | | | |

Gross Margins(1)

| Range of Gross Margins (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Rati |
|---|---|---|---|---|---|---|---|---|
| 2.001 - 3.000 ......................... | 1,033 | $380,199,930 | 97.18% | 368,054 | 6.239 | 358 | 722 | 73 |
| 3.001 - 4.000 ......................... | 15 | 5,092,887 | 1.30 | 339,526 | 6.045 | 359 | 679 | 72 |
| 4.001 - 5.000 ......................... | 23 | 5,958,485 | 1.52 | 259,065 | 7.145 | 358 | 683 | 73 |
| | ----- | ------------ | ------ | | | | | |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |
| | ===== | ============ | ====== | | | | | |

- ----------
(1)   As of the cut-off date, the weighted average gross margin of the Mortgage
      Loans in loan group 2 was approximately 2.327%.

Maximum Mortgage Rates

| Range of Maximum Mortgage Rates (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 9.001 - 10.000 ...................... | 20 | $ 8,349,952 | 2.13% | 417,498 | 4.883 | 358 | 742 | 77 |
| 10.001 - 11.000 ...................... | 345 | 148,743,358 | 38.02 | 431,140 | 5.745 | 358 | 729 | 74 |
| 11.001 - 12.000 ...................... | 582 | 186,166,762 | 47.58 | 319,874 | 6.478 | 358 | 718 | 73 |
| 12.001 - 13.000 ...................... | 119 | 46,706,278 | 11.94 | 392,490 | 7.157 | 357 | 695 | 68 |
| 13.001 - 14.000 ...................... | 5 | 1,284,952 | 0.33 | 256,990 | 7.562 | 359 | 750 | 76 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

Initial Adjustment Dates

| Initial Adjustment Date | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| May 2009 ............................. | 1 | $ 70,802 | 0.02% | 70,802 | 4.625 | 339 | 653 | 80 |
| April 2010 ........................... | 1 | 212,298 | 0.05 | 212,298 | 5.875 | 350 | 738 | 100 |
| May 2010 ............................. | 1 | 118,527 | 0.03 | 118,527 | 5.375 | 351 | 636 | 96 |
| June 2010 ............................ | 1 | 4,964,035 | 1.27 | 4,964,035 | 7.250 | 352 | 630 | 39 |
| July 2010 ............................ | 1 | 126,400 | 0.03 | 126,400 | 6.000 | 353 | 737 | 78 |
| August 2010 ......................... | 9 | 1,604,467 | 0.41 | 178,274 | 5.263 | 354 | 750 | 72 |
| September 2010 ....................... | 14 | 3,896,785 | 1.00 | 278,342 | 5.964 | 355 | 718 | 75 |
| October 2010 ......................... | 40 | 17,001,726 | 4.35 | 425,043 | 5.799 | 356 | 739 | 74 |
| November 2010 ........................ | 221 | 80,665,318 | 20.62 | 365,001 | 6.046 | 357 | 723 | 72 |
| December 2010 ........................ | 385 | 129,312,634 | 33.05 | 335,877 | 6.398 | 358 | 714 | 72 |
| January 2011 ......................... | 384 | 147,645,206 | 37.74 | 384,493 | 6.264 | 359 | 726 | 75 |
| February 2011 ........................ | 13 | 5,633,106 | 1.44 | 433,316 | 6.424 | 360 | 700 | 78 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

S-64

## Minimum Mortgage Rates

| Range of Minimum Mortgage Rates (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 2.001 - 3.000 ........................ | 1,033 | $380,199,930 | 97.18% | 368,054 | 6.239 | 358 | 722 | 73 |
| 3.001 - 4.000 ........................ | 15 | 5,092,887 | 1.30 | 339,526 | 6.045 | 359 | 679 | 72 |
| 4.001 - 5.000 ........................ | 23 | 5,958,485 | 1.52 | 259,065 | 7.145 | 358 | 683 | 73 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

## Initial Periodic Rate Caps

| Initial Periodic Rate Cap (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 2.000 ................................. | 13 | $ 2,393,688 | 0.61% | 184,130 | 5.652 | 355 | 716 | 83 |
| 3.000 ................................. | 1 | 196,000 | 0.05 | 196,000 | 5.750 | 359 | 713 | 80 |
| 5.000 ................................. | 1,004 | 372,671,383 | 95.25 | 371,187 | 6.250 | 358 | 721 | 73 |
| 6.000 ................................. | 53 | 15,990,231 | 4.09 | 301,702 | 6.340 | 358 | 715 | 71 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

## Subsequent Periodic Rate Caps

| Subsequent Periodic Rate Cap (%) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 1.000 ................................. | 450 | $112,499,850 | 28.75% | 250,000 | 6.668 | 358 | 709 | 70 |
| 2.000 ................................. | 621 | 278,751,453 | 71.25 | 448,875 | 6.081 | 358 | 725 | 74 |
| Total ............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

Interest Only Periods at Origination

| Interest-Only Period (Months) | Number of Mortgage Loans | Aggregate Principal Balance Outstanding | % of Mortgage Loans in Loan Group 2 | Average Principal Balance Outstanding($) | Weighted Average Current Mortgage Rate(%) | Weighted Average Remaining Term to Maturity (Months) | Weighted Average FICO Credit Score | Weig Aver Orig Loan Val Rati |
|---|---|---|---|---|---|---|---|---|
| 0 .................................... | 59 | $ 24,446,352 | 6.25% | 414,345 | 6.417 | 357 | 713 | 64 |
| 60 ................................... | 457 | 208,758,974 | 53.36 | 456,803 | 6.027 | 358 | 729 | 75 |
| 120 .................................. | 555 | 158,045,976 | 40.40 | 284,768 | 6.519 | 358 | 711 | 71 |
| Total .............................. | 1,071 | $391,251,303 | 100.00% | | | | | |

S-66

consistent with the borrower's income. The Stated Income/Stated Asset
Documentation Program permits maximum Loan-to-Value Ratios up to 90%.

None of the Mortgage Loans have been originated by Countrywide Home Loans
under the Stated Income/Stated Asset Program.

American Home Mortgage Corp.

General

American Home Mortgage Corp. ("American Home") is a New York corporation.
American Home conducts lending through retail and wholesale loan production
offices and its correspondent channel as well as its direct-to-consumer channel
supported by American Home's call center. American Home operates more than 500
retail and wholesale loan production offices located in 46 states and makes
loans throughout all 50 states and the District of Columbia. American Home has
been originating mortgage loans since its incorporation in 1998, and has been
originating hybrid mortgage loans since such date. The principal executive
offices of American Home are located at 538 Broadhollow Road, Melville, New York
11747.

The following table reflects American Home's originations of hybrid
mortgage loans with an initial fixed rate period of five and seven years for the
past three years:

| 5/1 Hybrid Loans | Year Ended December 31, 2003 | Year Ended December 31, 2004 | Year Ended December 31, 2005 |
| --- | --- | --- | --- |
| Number of Loans | 6,262 | 10,901 | 18,361 |
| Principal Balance | $1,370,068,114 | $2,806,230,031 | $5,886,948,034 |

| 7/1 Hybrid Loans | Year Ended December 31, 2003 | Year Ended December 31, 2004 | Year Ended December 31, 2005 |
| --- | --- | --- | --- |
| Number of Loans | 3,294 | 2,518 | 897 |
| Principal Balance | $691,985,236 | $583,906,768 | $289,415,134 |

American Home is not aware of any material legal proceedings pending
against it or against any of its property, including any proceedings known to be
contemplated by governmental authorities material to the holders of the
certificates.

Underwriting Criteria

The following information generally describes American Home's underwriting
guidelines with respect to mortgage loans originated pursuant to its
"conforming" or "prime" underwriting guidelines and its Alt-A underwriting
guidelines.

The mortgage loans have been purchased or originated, underwritten and
documented in accordance with the guidelines of Fannie Mae, Freddie Mac, the
Federal Housing Administration (FHA), the U.S. Department of Veterans Affairs
(VA), the U.S. Department of Agriculture Guaranteed Rural Housing Program (GRH),
Ginnie Mae, the underwriting guidelines of specific private investors, and the
non-conforming or Alt-A underwriting guidelines established by American Home.
Conforming conventional loans must generally be approved by the Desktop
Underwriter and Loan Prospector automated underwriting systems of Fannie Mae and
Freddie Mac. FHA and VA loans are generally approved by these same automated
underwriting systems.

American Home's non-conforming underwriting guidelines are similar to those of the government sponsored enterprises Fannie Mae and Freddie Mac, but these loans are "non-conforming" in that they may not conform to the maximum loan amounts and in some cases to the underwriting guidelines of Fannie Mae and Freddie Mac. These non-conforming loans do not conform to and are not insurable by the Federal Housing Administration nor can they be guaranteed by the U.S. Department of Veterans Affairs.

American Home's underwriting philosophy is to weigh all risk factors inherent in the loan file, giving consideration to the individual transaction, borrower profile, the level of documentation provided and the property used to collateralize the debt. These standards are applied in accordance with applicable federal and state laws and regulations. Exceptions to the underwriting standards may be permitted where compensating factors are present. In the case of investment properties and two- to four-unit dwellings, income derived from the mortgaged property may have been considered for underwriting purposes, in addition to the income of the mortgagor from other sources. With respect to second homes and vacation properties, no income derived from the property will have been considered for underwriting purposes. Because each loan is different, American Home expects and encourages underwriters to use professional judgment based on their experience in making a lending decision.

American Home underwrites a borrower's creditworthiness based solely on information that American Home believes is indicative of the applicant's willingness and ability to pay the debt they would be incurring.

Non-conforming loans are generally documented to the requirements of Fannie Mae and Freddie Mac, in that the borrower provides the same information on the loan application along with documentation to verify the accuracy of the information on the application such as income, assets, other liabilities, etc. Certain non-conforming stated income or stated asset products allow for less verification documentation than Fannie Mae or Freddie Mac require. Certain non-conforming Alt-A products also allow for less verification documentation than Fannie Mae or Freddie Mac require. For these Alt-A products, the borrower may not be required to verify employment income, assets required to close or both. For some other Alt-A products, the borrower is not required to provide any information regarding employment income, assets required to close or both. Alt-A products with less verification documentation generally have other compensating factors such as higher credit score or lower loan-to-value requirements.

American Home obtains a credit report for each borrower that summarizes each borrower's credit history. The credit report contains information from the three major credit repositories, Equifax, Experian and TransUnion. These companies have developed scoring models to identify the comparative risk of delinquency among applicants based on characteristics within the applicant's credit report. A borrower's credit score represents a comprehensive view of the borrower's credit history risk factors and is indicative of whether a borrower is likely to default on a loan. Some of the factors used to calculate credit scores are a borrower's incidents of previous delinquency, the number of credit accounts a borrower has, the amount of available credit that a borrower has utilized, the source of a borrower's existing credit, and recent attempts by a borrower to obtain additional credit. Applicants who have higher credit scores will, as a group, have fewer defaults than those who have lower credit scores. The minimum credit score allowed by American Home non-conforming loan guidelines for these loans is 620 and the average is typically over 700. For American Home Alt-A products, the minimum credit score is generally 580. If the borrowers do not have a credit score they must have an alternative credit history showing at least three trade lines with no payments over 60 days past due in the last twelve months.

In addition to reviewing the borrower's credit history and credit score, American Home underwriters closely review the borrower's housing payment history. In general, for non-conforming loans the borrower should not have made any mortgage payments over 30 days after the due date for the most recent twelve months. In general, for Alt-A loans, the borrower may have no more than one payment that was made over 30 days after the due date for the most recent twelve months.

In order to determine if a borrower qualifies for a non-conforming loan, the loans have been either approved by Fannie Mae's Desktop Underwriter, Freddie Mac's Loan Prospector automated underwriting systems, a customized form of Fannie Mae's Desktop Underwriter called Custom Desktop Underwriter, or they have been manually underwritten by American Home's underwriters. American Home's Alt-A loan products generally have been approved manually by contract underwriters provided by certain mortgage insurance companies or by American Home's senior underwriters. American Home Solutions products must receive an approval from the

Assetwise automated underwriting system. For manually underwritten loans, the underwriter must ensure that the borrower's income will support the total housing expense on an ongoing basis. Underwriters may give consideration to borrowers who have demonstrated an ability to carry a similar or greater housing expense for an extended period. In addition to the monthly housing expense, the underwriter must evaluate the borrower's ability to manage all recurring payments on all debts, including the monthly housing expense. When evaluating the ratio of all monthly debt payments to the borrower's monthly income (debt-to-income ratio), the underwriter should be aware of the degree and frequency of credit usage and its impact on the borrower's ability to repay the loan. For example, borrowers who lower their total obligations should receive favorable consideration and borrowers with a history of heavy usage and a pattern of slow or late payments should receive less flexibility.

Every mortgage loan is secured by a property that has been appraised by a licensed appraiser in accordance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation. The appraisers perform on-site inspections of the property and report on the neighborhood and property condition in factual and specific terms. Each appraisal contains an opinion of value that represents the appraiser's professional conclusion based on market data of sales of comparable properties and a logical analysis with adjustments for differences between the comparable sales and the subject property and the appraiser's judgment. In addition, each appraisal is reviewed for accuracy and consistency by American Home's vendor management company or an underwriter of American Home or a mortgage insurance company contract underwriter.

The appraiser's value conclusion is used to calculate the ratio (loan-to-value) of the loan amount to the value of the property. For loans made to purchase a property, this ratio is based on the lower of the sales price of the property and the appraised value. American Home sets various maximum loan-to-value ratios based on the loan amount, property type, loan purpose and occupancy of the subject property securing the loan. In general, American Home requires lower loan-to-value ratios for those loans that are perceived to have a higher risk, such as high loan amounts, loans in which additional cash is being taken out on a refinance transaction, loans on second homes or loans on investment properties. A lower loan-to-value ratio requires a borrower to have more equity in the property, which is a significant additional incentive to the borrower to avoid default on the loan. In addition, for all loans in which the loan-to-value ratio exceeds 80%, American Home requires that the loan be insured by a private mortgage insurance company that is approved by Fannie Mae and Freddie Mac. Loans with higher loan-to-value ratios require higher coverage levels. For example, non-conforming loans with loan-to-value ratios of 85%, 90% and 95% require mortgage insurance coverage of 12%, 25% and 30%, respectively. Alt-A loans with full or alternative documentation and loan-to-value ratios of 85%, 90%, 95% and 97% require mortgage insurance coverage of 12-20%, 25%, 30% and 35%, respectively. Alt-A loans with loan-to-value ratios up to 100% require 35% coverage.

American Home realizes that there may be some acceptable quality loans that fall outside published guidelines and encourages "common sense" underwriting. Because a multitude of factors are involved in a loan transaction, no set of guidelines can contemplate every potential situation. Therefore, each case is weighed individually on its own merits and exceptions to American Home's underwriting guidelines are allowed if sufficient compensating factors exist to offset any additional risk due to the exception.

American Home is an affiliate of American Home Servicing.

Alliance Bancorp

Alliance Bancorp, also referred to herein as "AB", is a California corporation. AB is a residential mortgage banking company that focuses primarily on the origination and sale of Prime Alt-A mortgages. Prime Alt-A mortgages are first lien mortgages made to borrowers whose credit is generally within Fannie Mae or Freddie Mac guidelines, but are considered "non-conforming" due to loan balances in excess of maximum conforming lending limits, limited or no documentation required for approval of the borrower. AB's target Prime Alt-A mortgage borrowers consist of prime quality borrowers with high-end FICO scores, low loan-to-value ratios and non-conforming documentation. AB has been originating mortgage loans since 1990, and Prime Alt-A mortgage loans since 1993. The principal executive offices of AB are located at 1000 Marina Boulevard, Suite 100, Brisbane, CA 94005.

The following table reflects AB's originations of Prime Alt-A mortgage loans with an initial fixed rate period of five years for the past three years: