failure to ensure that the related Mortgagor is maintaining adequate insurance coverage on the Mortgaged Property at all times prior to the related Servicing Transfer Date in accordance with the terms of the any document contained in the Mortgage File or any applicable law or regulation including, without limitation, adequate flood insurance coverage for all Mortgaged Properties located within an "A" or "V" flood hazard area, or in the alternative, the Seller shall notify the Purchaser as to any HELOC Loans for which it has not procured such insurance with respect to such HELOC Loan and shall provide to the Purchaser the contact information for the entity to which the Senior Mortgage Loan was sold, transferred, or conveyed;

(g)       Notice to Sub-Servicers. On or prior to the related Closing Date, the Seller shall inform by written notice all sub-servicers who perform servicing obligations with respect to the HELOC Loans of the sale of the HELOC Loans to the Purchaser and of the transfer of the Servicing Rights to the Purchaser on the related Servicing Transfer Date. The Seller shall provide the Purchaser with a copy of the notification letter and an officer's certification that all sub-servicers have been notified by an identical letter; and

(h)       HELOC Adjustments. With respect to each HELOC Loan whose index value for any Interest Adjustment Date is available on or prior to the related Servicing Transfer Date, the Seller shall make all such adjustments and shall inform the related Mortgagors of such adjustments.

**Section 5.3       Obligations of the Seller on and after the Servicing Transfer Date**. Without limiting the generality of Section 5.1, the Seller shall take, or cause to be taken, the following actions with respect to the HELOC Loans within three (3) Business Days following the related Servicing Transfer Date (or within such time as may otherwise be specified below):

(a)       Tape. The Seller shall furnish to the Purchaser all available computer or like records requested by the Purchaser reflecting the status of payments, balances and other pertinent information with respect to the HELOC Loans as of the related Servicing Transfer Date (including, without limitation, (i) master file, (ii) payee file, which includes comprehensive tax and insurance information identifying payee, payee address, next payment due date, next amount payable, trial balance report, payoff report, collections report, Draw report, and policy number/parcel number, (iii) HELOC master file, (iv) HELOC history including any information on payments, delinquencies, modifications, alterations, customer comments, correspondence, and any other related information pertaining to the HELOC Loans maintained or in the possession of the Seller or servicer, (v) all HMDA data required by the Agencies, and (vi) all available information regarding Senior Mortgage Loans). Such records shall include magnetic tapes reflecting all computer files maintained on the HELOC Loans and shall include hard copy trial balance reports as specifically requested by the Purchaser;

(b)       Mortgage File. If the Seller has not already done so, the Seller shall have forwarded a complete Mortgage File with respect to each HELOC Loan subject to the provisions of this Agreement;

(c)       Accounting Reports. The Seller shall furnish to the Purchaser copies of all accounting reports relating to the HELOC Loans as of the related Servicing Transfer Date including, without limitation, a trial balance and reports of collections, delinquencies, prepaids, curtailments, partial payments, partial payment balances and other like information with respect to the HELOC Loans;

(d)       Other Documentation. The Seller shall provide the Purchaser any and all further documents reasonably required by the Purchaser in order to fully transfer to the Purchaser possession of all tangible evidence of the Servicing Rights transferred hereunder;

(e)       Transfer of Other Proceeds. The Seller shall transfer to the Purchaser, by wire transfer to the account designated by the Purchaser, an amount equal to the sum of (i) all undistributed insurance loss draft funds, (ii) all unapplied funds received by the Seller, and (iii) all

other amounts held by the Seller with respect to the HELOC Loans as of the related Servicing Transfer Date for which the Seller is not entitled to retain. Within five (5) Business Days following the Purchaser's receipt of such funds, the Seller and the Purchaser shall resolve any discrepancies between the Seller's accounting statement and the Purchaser's reconciliation with respect thereto. No later than ten (10) Business Days following the related Servicing Transfer Date, the Seller or the Purchaser, as the case may be, shall transfer to the other, by wire transfer to the designated account, any amounts to which the other party is entitled; and

(f)     HELOC Payments Received After Servicing Transfer Date.   The Seller shall promptly forward to the Purchaser any payment received by it after the related Servicing Transfer Date with respect to any of the HELOC Loans, whether such payment is in the form of principal, interest, finance charge, loss drafts, insurance refunds, and any other payments related to the HELOC Loans in the original form received, unless such payment has been received in cash or by the Seller's lock box facility, in which case the Seller shall forward such payment in a form acceptable to the Purchaser.  The Seller shall notify the Purchaser of the particulars of the payment, which notification shall set forth sufficient information to permit timely and appropriate processing of the payment by the Purchaser.

**Article VI**

**MISCELLANEOUS**

Section 6.1     Notices.  All demands, notices and communications required to be provided hereunder shall be in writing and shall be deemed to have been duly given if mailed, by registered or certified mail, postage prepaid, and return receipt requested, or, if by other means, when received by the other party at the address as follows:

(i)   if to the Seller:

To the address and contact set forth in the related Purchase Confirmation.

(ii)  if to the Purchaser:

Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, California 93102
Attn: Mr. Michael W. Schloessmann, Vice President

With copy to:  General Counsel

or such other address as may hereafter be furnished to the other party by like notice.  Any such demand, notice or communication hereunder shall be deemed to have been received on the date delivered to or received at the premises of the addressee (as evidenced, in the case of registered or certified mail, by the date noted on the return receipt).

Section 6.2     Intention of the Parties.  Pursuant to this Agreement, the Purchaser is purchasing, and the Seller is selling the HELOC Loans and not a debt instrument of the Seller or any other security.  Accordingly, the Seller and the Purchaser shall each treat the transaction for federal income tax purposes as a sale by the Seller, and a purchase by the Purchaser, of the HELOC Loans and the Servicing Rights.  The Purchaser shall have the right to review the HELOC Loans and the related Mortgage Files to determine the characteristics of the HELOC Loans which shall affect the federal income tax consequences of owning the HELOC Loans and the Servicing Rights and the Seller shall cooperate with all reasonable requests made by the Purchaser in the course of such review.

**Section 6.3     Exhibits**.     The exhibits to this Agreement are hereby incorporated and made a part hereof and are an integral part of this Agreement.

**Section 6.4     General Interpretive Principles**.     For purposes of this Agreement, except as otherwise expressly provided or unless the context otherwise requires:

(a)   the terms defined in this Agreement have the meanings assigned to them in this Agreement and include the plural as well as the singular, and the use of any gender herein shall be deemed to include the other gender;

(b)   accounting terms not otherwise defined herein have the meanings assigned to them in accordance with generally accepted accounting principles;

(c)   references herein to "Sections," "Subsections," "Paragraphs," and other Subdivisions without reference to a document are to designated Sections, Subsections, Paragraphs and other subdivisions of this Agreement;

(d)   reference to a Subsection without further reference to a Section is a reference to such Subsection as contained in the same Section in which the reference appears, and this rule shall also apply to Paragraphs and other subdivisions;

(e)   the words "herein," "hereof," "hereunder" and other words of similar import refer to this Agreement as a whole and not to any particular provision;

(f)   the term "include" or "including" shall mean without limitation by reason of enumeration; and

(g)   headings of the Articles and Sections in this Agreement are for reference purposes only and shall not be deemed to have any substantive effect.

**Section 6.5     Reproduction of Documents**.     This Agreement and all documents relating thereto, including, without limitation, (a) consents, waivers and modifications which may hereafter be executed, (b) documents received by any party at the closing, and (c) financial statements, certificates and other information previously or hereafter furnished, may be reproduced by any photographic, photostatic, microfilm, micro-card, miniature photographic or other similar process. The parties agree that any such reproduction shall be admissible in evidence as the original itself in any judicial or administrative proceeding, whether or not the original is in existence and whether or not such reproduction was made by a party in the regular course of business, and that any enlargement, facsimile or further reproduction of such reproduction shall likewise be admissible in evidence.

**Section 6.6     Further Agreements**.     The Seller shall execute and deliver to the Purchaser and the Purchaser shall execute and deliver to the Seller such reasonable and appropriate additional documents, instruments or agreements as may be necessary or appropriate to effectuate the purposes of this Agreement.

**Section 6.7     Execution of Agreement**.     This Agreement may be executed simultaneously in any number of counterparts. Each counterpart shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument. This Agreement shall be deemed binding when executed by both the Purchaser and the Seller. Telecopy signatures shall be deemed valid and binding to the same extent as the original.

**Section 6.8     Successors and Assigns**. This Agreement shall bind and inure to the benefit of and be enforceable by the Seller and the Purchaser and the respective permitted successors and assigns of the Seller and the successors and assigns of the Purchaser. This Agreement shall not be assigned, pledged or hypothecated by the Seller without the written

consent of the Purchaser.  This Agreement may be assigned, pledged or hypothecated or otherwise transferred or encumbered by the Purchaser, in whole or part, without the consent of the Seller.  If the Purchaser assigns all of its rights as the Purchaser hereunder relating to some or all of the HELOC Loans, the assignee of the Purchaser, upon notification to the Seller, will become the "Purchaser" hereunder with respect to such HELOC Loans assigned thereby.

   **Section 6.9**  **Severability Clause**.  Any part, provision, representation or warranty of this Agreement which is prohibited or which is held to be void or unenforceable shall be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof.  Any part, provision, representation or warranty of this Agreement which is prohibited or unenforceable or is held to be void or unenforceable in any relevant jurisdiction shall be ineffective, as to such jurisdiction, to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction as to any HELOC Loan shall not invalidate or render unenforceable such provision in any other jurisdiction.  To the extent permitted by applicable law, the parties hereto waive any provision of law which prohibits or renders void or unenforceable any provision hereof.

   **Section 6.10**  **Costs**.  The Purchaser shall pay any commissions due its salesmen and the legal fees and expenses of its attorneys and expenses of its custodian.  All other costs and expenses incurred in connection with the transfer and delivery of the HELOC Loans, including recording fees, fees for title policy endorsements and continuations and the Seller's attorney's fees, shall be paid by the Seller.

   **Section 6.11**  **Attorneys' Fees**.  If any claim, legal action or any arbitration or other proceeding is brought for the enforcement of this Agreement or because of a dispute, breach, default or misrepresentation in connection with any of the provisions of this Agreement, the successful or prevailing party shall be entitled to recover reasonable attorneys' fees and other costs incurred in that claim, action or proceeding, in addition to any other relief to which such party may be entitled.

   **Section 6.12**  **Governing Law**.  This Agreement shall be governed by and interpreted in accordance with the laws of the State of New York applicable to agreements entered into and wholly performed within said jurisdiction.

   **Section 6.13**  **Survival**.  All covenants, agreements, representations and warranties made herein shall survive the execution and delivery of this Agreement.

   **Section 6.14**  **Entire Agreement**.  This Agreement, the related Trade Confirmation, and the related Purchase Confirmation constitute the entire understanding between the parties hereto with respect to each HELOC Loan Package and supersede any and all prior or contemporaneous oral or written communications regarding the same.  The Seller and the Purchaser understand and agree that no employee, agent or other representative of the Seller or the Purchaser has any authority to bind such party with regard to any statement, representation, warranty or other expression unless said statement, representation, warranty or other expression is specifically included within the express terms of this Agreement, the related Trade Confirmation, or related Purchase Confirmation.  Neither this Agreement, the related Trade Confirmation, nor the related Purchase Confirmation shall be modified, amended or in any way altered except by an instrument in writing signed by both of the parties hereto.

   **Section 6.15**  **Confidentiality**.  The Seller and the Purchaser hereby acknowledge and agree that this Agreement shall be kept confidential and its contents will not be divulged to any party without the other party's consent except to the extent that it is appropriate for the Seller or the Purchaser to do so in working with legal counsel, auditors, taxing authorities or other governmental agencies.

**Section 6.16    No Solicitation**.  From and after the related Closing Date, the Seller agrees that it will not take any action or cause any action to be taken by any of its employees, agents or affiliates, or by any independent contractors acting on the Seller's behalf, to solicit in any manner whatsoever any Mortgagor for any purpose, including, without limitation, to prepay or refinance a HELOC Loan.  It is understood and agreed by the Seller and the Purchaser that all rights and benefits relating to the solicitation of any Mortgagors shall be transferred to the Purchaser pursuant hereto on the related Closing Date and the Seller shall take no action to undermine these rights and benefits.  Notwithstanding the foregoing, it is understood and agreed that promotions undertaken by the Seller which are directed to the general public at large, or segments thereof, provided that no segment shall consist primarily of Mortgagors of the HELOC Loans, including without limitation, mass mailings, newspaper, radio and television advertisements, shall not constitute solicitation under this Section 6.16.

(SIGNATURE PAGE FOLLOWS)

IN WITNESS WHEREOF, the Seller and the Purchaser have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the date first above written.

**COUNTRYWIDE HOME LOANS, INC.,**
the Purchaser

By _____
　　Jordan Cohen
　　Executive Vice President

**AMERICAN HOME MORTGAGE CORP.,**
the Seller

By _____
　　Name:
　　Title:

## EXHIBIT A

### HELOC LOAN DOCUMENTS

(a) the original Credit Line Agreement bearing all intervening endorsements, endorsed "Pay to the order of _____" and signed in the name of the Seller by an authorized officer;

(b) the original Assignment of Mortgage for each HELOC Loan in blank (except for HELOC Loans registered with the MERS System);

(c) the original Mortgage with evidence of recording thereon;

(d) the originals of all intervening assignments of mortgage with evidence of recording thereon (except for HELOC Loans registered with the MERS System, in which case, the originals of all intervening assignments of mortgage with evidence of recording thereon prior to the intervening assignment to MERS, if any);

(e) the original of the mortgagee title insurance policy;

(f) the original of any guaranty executed in connection with the Credit Line Agreement;

(g) the original of each assumption, modification, consolidation or substitution agreement, if any, relating to the HELOC Loan; and

(h) any security agreement, chattel mortgage or equivalent instrument executed in connection with the Mortgage.

**EXHIBIT B**

FORM OF FUNDING SCHEDULE

**COUNTRYWIDE HOME LOANS, INC.**

**Funding Schedule**

_____

**Closing Date [_____]**

The Purchase Proceeds due to the Seller for the HELOC Loans is calculated as follows:

| | | |
|---|---|---|
| 1) | Aggregate Principal Balance of HELOC Loans as of [CUT-OFF DATE]: | $[AMOUNT] |
| 2) | Purchase Price Percentage: | [PERCENTAGE]% |
| 3) | Purchase Price Proceeds: | $[AMOUNT] |
| 4) | Accrued Interest @ [xxx]%: | $[AMOUNT] |
| 5) | Total Purchase Proceeds (Item 3 + Item 4): | $[AMOUNT] |

Pursuant to the HELOC Loan Purchase and Interim Servicing Agreement by and between Seller and Purchaser, the Seller hereby instructs the Purchaser to wire the Purchase Proceeds to the account designated below on the date hereof:

[ABA:
Acct Name:
Acct:
RE: (reason for wire)]
Attn: _____

Agreed to and Accepted by:

COUNTRYWIDE HOME LOANS, INC.                    [SELLER]

By: _____      By: _____
    Jordan Cohen                                      Name:
    Vice President                                    Title:

## EXHIBIT C

### FORM OF OFFICER'S CERTIFICATE

I, _____, hereby certify that I am a duly elected _____ of _____, a _____ corporation (the "Company"), and further certify on behalf of the Company as follows:

1. Attached hereto are true and correct copies of the Certificate of Incorporation and Bylaws of the Company as in full force and effect on the date hereof.

2. Each person who, as an officer or attorney-in-fact of the Company, signed (a) the HELOC Loan Purchase Agreement (the "Purchase Agreement") dated as of _____, by and between the Company and Countrywide Home Loans, Inc., and (b) any other document delivered prior hereto or on the date hereof in connection with the sale and servicing of HELOC Loans in accordance with the Purchase Agreement was, at the respective times of such signing and delivery, and is as of the date hereof, duly elected or appointed, qualified and acting as such officer or attorney-in-fact.

3. Set forth below is the name, title and specimen signature of the person who has been duly elected and qualified to serve in the capacity set forth opposite his or her name:

| Name | Title | Signature |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

, and the signatures of such persons appearing on such documents are their genuine signatures.

4. All of the representations and warranties of the Company contained in Article III of the Purchase Agreement were true and correct in all material respects as of the date of the Purchase Agreement and are true and correct in all material respects as of the date hereof.

5. The Company has performed all of its duties and has satisfied all of the material conditions on its part to be performed or satisfied prior to the Closing Date pursuant to the Purchase Agreement.

All capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Purchase Agreement.

IN WITNESS WHEREOF, I have hereunto signed my name and affixed the seal of the Company.

Dated:     [DATE]                          _____

                                           By:_____
                                           Its: _____


I, _____, Secretary of _____, hereby certify that _____ is a duly elected, qualified and acting _____ of _____ and that the signature appearing above is his or her genuine signature.

IN WITNESS WHEREOF, I have hereunto signed my name.

Dated:   [DATE]                            _____

                          By: _____
                          Its:     Secretary


C-1

## EXHIBIT D

### FORM OF AUTHORIZED SIGNATORIES AGREEMENT

This Authorized Signatories Agreement is dated and effective as of _____, 200_, between [SELLER], (the "Seller"), and Countrywide Home Loans, Inc. (the "Purchaser").

### RECITALS

A. The Seller has sold, or proposes to sell from time to time, to the Purchaser certain home equity line of credit loans including the servicing rights related thereto (the "HELOC Loans") in accordance with terms and conditions of that certain HELOC Loan Purchase Agreement dated [DATE] by and between the Seller and the Purchaser (the "Purchase Agreement").

B. To facilitate the transfer and assignment of the HELOC Loans from the Seller to the Purchaser under the Purchase Agreement, the Seller has agreed to appoint any individual authorized and employed by the Purchaser as an authorized signatory for the sole and exclusive purposes of preparing and executing allonge note endorsements ("Endorsements") and/or preparing and executing mortgage assignments or beneficial interests in deeds of trust or similar instruments ("Assignments"), as applicable, with respect to the HELOC Loans.

In consideration of the promises and the mutual agreements and undertakings set forth herein, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. The Seller hereby authorizes the authorized signatory to prepare and execute Endorsements and/or Assignments, as applicable, relating to the HELOC Loans sold by the Seller to the Purchaser under the Purchase Agreement. Such authority shall include the authority to record and/or file such Endorsements and Assignments with all applicable governmental recording agencies and any private electronic systems, including, without limitation, the MERS® System.

2. The Purchaser agrees that the preparation and execution of the Endorsements and/or Assignments by the authorized signatory will be performed with due care.

3. Other than the authorization granted herein, the Purchaser agrees that the authorized signatory will take no other action in the name of the Seller.

4. The authority granted by the Seller to the Purchaser herein shall be in full force and effect and shall apply with respect to any HELOC Loan sold by the Seller to the Purchaser under the Purchase Agreement.

(SIGNATURE PAGE FOLLOWS)

IN WITNESS WHEREOF, the parties have duly executed this Authorized Signatories Agreement as of the date first above written.

**[SELLER]**,
the Seller

By: _____
    Name:
    Title:

**COUNTRYWIDE HOME LOANS, INC.,**
the Purchaser

By: _____
    Jordan Cohen
    Executive Vice President

**EXHIBIT E**

FORM OF PURCHASE CONFIRMATION

[COUNTRYWIDE LETTERHEAD]

[DATE]

[SELLER]
[STREET ADDRESS]
[CITY, STATE AND ZIP]
Attn: [CONTACT, TITLE]

Re:     Purchase Confirmation

Ladies and Gentlemen:

This purchase confirmation (the "Purchase Confirmation") between Countrywide Home Loans, Inc. (the "Purchaser") and [SELLER] (the "Seller") sets forth our agreement pursuant to which the Purchaser is purchasing, and the Seller is selling, on a servicing-released basis, those certain home equity line of credit loans identified in Exhibit A hereto and more particularly described herein (the "HELOC Loans").

The purchase, sale and servicing of the HELOC Loans as contemplated herein shall be governed by that certain HELOC Loan Purchase and Interim Servicing Agreement dated as of [DATE], between the Purchaser and the Seller (as amended herein and otherwise, the "Agreement"). By executing this Purchase Confirmation, each of the Purchaser and the Seller again makes, with respect to itself and each HELOC Loan as of the related Closing Date or such other date as indicated in the Agreement, as applicable, all of the covenants, representations and warranties made by each such party in the Agreement, except as the same may be amended by this Purchase Confirmation.

All exhibits hereto are incorporated herein in their entirety.  In the event there exists any inconsistency between the Agreement and this Purchase Confirmation, the latter shall be controlling notwithstanding anything contained in the Agreement to the contrary.  All capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Agreement.

1.  Assignment and Conveyance of HELOC Loans.  Upon the Purchaser's payment of the Purchase Proceeds in accordance with Section 2.2 of the Agreement, the Seller shall sell, transfer, assign and convey to the Purchaser all of the right, title and interest of the Seller in and to the HELOC Loans, including the Servicing Rights relating thereto.

2.  Defined Terms.  As used in the Agreement, the following defined terms shall have meanings set forth below.

    a.  Closing Date:  [DATE].

    b.  Cut-off Date: [DATE].

    c.  Purchase Proceeds: With respect to [the HELOC Loans] [each HELOC Loan], and as set forth in Exhibit A hereto, the sum of (a) the product of (i) the Cut-off Date Asset Balance of [such HELOC Loan] [such HELOC Loans], and (ii) the purchase price percentage set forth in Exhibit A hereto for such [HELOC Loan] [HELOC Loans], and (b) [accrued interest owing to the Seller on the Cut-off Date Asset Balance of the HELOC Loans at a

rate equal to the weighted average HELOC Interest Rate of such HELOC Loans, from the Cut-off Date through the day prior to the Closing Date, inclusive.] [accrued interest owing to the Seller on the Cut-off Date Asset Balance of each HELOC Loan at a rate equal to the HELOC Interest Rate of each such HELOC Loan, from the date through which interest has last been paid (as of the Cut-off Date) through the day prior to the Closing Date, inclusive; provided, however, with respect to those HELOC Loans for which interest has been paid through a date beyond the Closing Date, such accrued interest owing to Seller shall be reduced by the amount of interest accruing on the Cut-off Date Asset Balance of each such HELOC Loan at a rate equal to the HELOC Interest Rate of such HELOC Loan, from the Closing Date to the day prior to the interest paid through date for such HELOC Loan, inclusive.] [accrued interest owing to the Purchaser on the HELOC Loans based on the scheduled principal balance as of the first day of the month preceding the Cut-off Date at a rate equal to the weighted average HELOC Interest Rate of such HELOC Loans, from the Closing Date through the thirtieth (30th) day of the month in which the Closing Date occurs, inclusive.]

    d.   Servicing Transfer Date:  [DATE].

3.   Description of HELOC Loans:  Each HELOC Loan complies with the specifications set forth below in all material respects.

    a.   Loan Type:  Each HELOC Loan is a [Adjustable Rate] [Fixed Rate] [Balloon] HELOC Loan.

    [b.  Index: On each Interest Adjustment Date, the applicable index rate shall be a rate per annum equal to [the weekly average yield on U.S. Treasury securities adjusted to a constant maturity of one year, as published by the Board of Governors of the Federal Reserve System in Statistical Release No. H.15] [the average of interbank offered rates for six-month U.S. dollar denominated deposits in the London market (LIBOR), as published [in the Wall Street Journal] [the 11th District Cost of Funds as made available by the Federal Home Loan Bank] [the weekly average yield on certificates of deposit adjusted to a constant maturity of six months as published by the Board of Governors of the Federal Reserve System in Statistical Release No. H.15 or a similar publication.]

    c.   Lien Position:  Each HELOC Loan is secured by a perfected [first] [second] lien Mortgage.

    d.   Underwriting Criteria: Each HELOC Loan [was underwritten generally in accordance with the Seller's credit underwriting guidelines in effect at the time such HELOC Loan was originated] [at the time of origination was underwritten to guidelines which are consistent with an institutional investor-quality home equity line of credit loan].

4.   Additional Stipulations Regarding HELOC Loan Package.

    [a.  Post-Closing Appraisal Review.  In addition to any rights afforded the Purchaser in the Agreement, the Purchaser shall have the right, within [thirty (30) days][twelve (12) months] after the Closing Date, or the date on which the appraisal in the Mortgage File relating to the Mortgaged Property is received by the Purchaser from the Seller, whichever is later, to obtain an appraisal, broker's price opinion, drive-by appraisal or any other comparable valuation measure with respect to any Mortgaged Property (collectively, the "Review Appraisal"). If the value of a Mortgaged Property, as determined by the Review Appraisal, is less than the value of the appraisal in the Mortgage File by (i) ten percent (10%) or more for a HELOC Loan with an original LTV of less than or equal to eighty percent (80%) or (ii) five percent (5%) or more for a HELOC Loan with an original LTV of greater than eighty percent (80%), the Seller shall, at the Purchaser's sole option, repurchase the related HELOC Loan at the Repurchase Price not later than five

(5) Business Days after the Seller's receipt of notice requesting same from the Purchaser.]

[b. <u>Missing and Deficient Documents</u>. Pursuant to <u>Section 2.5</u> of the Agreement, the Seller is required to deliver to the Purchaser the HELOC Loan Documents at least two (2) Business Days prior to the Closing Date. The Seller and the Purchaser acknowledge that as of the Closing Date, with respect to the HELOC Loans identified in <u>Exhibit E</u> hereto, the Seller has not delivered the related HELOC Loan Documents in accordance with <u>Section 2.5</u> (the "Missing Documents") or, with respect to certain other HELOC Loans also identified in <u>Exhibit E</u> hereto, certain HELOC Loan Documents and/or Mortgage Files are deficient and/or incomplete for reasons detailed in <u>Exhibit E</u> (the "Deficient Documents"). Pursuant to <u>Section 2.4</u> of the Agreement, the Purchaser has the right, prior to the Closing Date, to review the Mortgage File and, based on its review, decline to purchase any HELOC Loan which the Purchaser, in its sole discretion, determines not to be in compliance with each of the representations and warranties contained in the Agreement or which is otherwise unsatisfactory to the Purchaser in its reasonable discretion. The Seller and the Purchaser acknowledge that as of the Closing Date, with respect to the HELOC Loans identified in <u>Exhibit E</u> hereto, the Seller has not delivered the related Mortgage Files in accordance with <u>Section 2.4</u> (the "Missing Mortgage Files"), and as a result, the Purchaser has been unable to complete its review of the affected HELOC Loans prior to the Closing Date.

In consideration of the Purchaser's agreement to purchase the HELOC Loans identified in <u>Exhibit E</u> hereto on the Closing Date notwithstanding the foregoing, the Seller shall, with respect to HELOC Loans with Missing Documents, deliver such Missing Documents to the Purchaser [no later than [DATE]][within thirty (30) days of the Closing Date], and, with respect to HELOC Loans with Deficient Documents, cure such Deficient Documents to the satisfaction of the Purchaser [no later than [DATE]][within thirty (30) days of the Closing Date][and, with respect to Missing Mortgage Files, deliver such Missing Mortgage Files to the Purchaser no later than [DATE]][within thirty (30) days of the Closing Date]. In the event that the Seller fails to comply with the requirements of the foregoing sentence, the Seller shall, upon written notice from the Purchaser, repurchase any such HELOC Loan at the Repurchase Price within one (1) Business Day after the Seller's receipt of such written notice. [In addition, with respect to Missing Mortgage Files that are delivered to the Purchaser within the time frame required herein, the Purchaser shall have the right to complete its review of the related HELOC Loan as contemplated under <u>Section 2.4</u> of the Agreement, and, if as a result of such review, the Purchaser determines that it would have declined to purchase such HELOC Loan, the Seller shall, upon written notice from the Purchaser, repurchase such HELOC Loan at the Repurchase Price within one (1) Business Day after the Seller's receipt of such written notice.] The fact that the Purchaser decides not to require the Seller to repurchase any such HELOC Loan where the Seller may otherwise be required to repurchase such HELOC Loan hereunder shall not affect the Purchaser's right to demand repurchase of such HELOC Loan or to avail itself of any other rights and remedies available to it under the Agreement. Nothing contained herein shall be deemed to waive any rights, remedies or privileges of the Purchaser including, without limitation, the remedies accorded the Purchaser under <u>Sections 3.3</u> and <u>3.4</u>.]

Kindly acknowledge your agreement to the terms of this Purchase Confirmation by signing in the appropriate space below and returning this Purchase Confirmation to the undersigned. Telecopy signatures shall be deemed valid and binding to the same extent as the original.

COUNTRYWIDE HOME LOANS, INC.                 [SELLER]


By: _____          By: _____
       Jordan Cohen                                      Name:
       Vice President                                    Title:

**Exhibit A to Purchase Confirmation**

HELOC LOANS

(attached)

# EXHIBIT F

## FORM OF CREDIT LINE AGREEMENT

(attached)

## APPENDIX A

## ADDENDUM

### to

## HELOC LOAN PURCHASE AND INTERIM SERVICING AGREEMENT

This ADDENDUM (this "Addendum") is made and entered into this 30th day of April, 2007, by and between American Home Mortgage Corp., as seller (the "Seller") and Countrywide Home Loans, Inc. ("CHL"), as purchaser (together with its successors and assigns, the "Purchaser"), in connection with the HELOC Loan Purchase Agreement, dated as of April 30, 2007, between the Seller and CHL (the "Agreement").

### BACKGROUND

The Seller and CHL entered into the Agreement to provide for the sale and transfer of certain home equity line of credit loans, including the servicing rights relating thereto, from time to time, from the Seller to CHL. The provisions of the Agreement contemplate that CHL may sell HELOC Loans acquired by it in a Securitization Transaction or Whole Loan Transfer in which Purchaser's assignee may wish to sell such HELOC Loans in a Securitization Transaction.

The Commission has enacted Regulation AB which establishes new rules governing public Securitization Transactions. In order to comply with Regulation AB in connection with public Securitization Transactions, the Purchaser will need assistance from the Seller that is not set forth in the Agreement. The Seller is willing to provide the further assistance set forth in this Addendum in order to continue selling mortgage loans to the Purchaser.

### AGREEMENT

In consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. **Defined Terms.**  All capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Agreement. Any capitalized term used or defined in a Purchase Confirmation that conflicts with the corresponding definition set forth herein shall supercede such term.

Article I of the Agreement is hereby amended effective as of the date hereof by adding the following definitions:

*Commission:* *The United States Securities and Exchange Commission.*

*Depositor:* *The depositor, as such term is defined in Regulation AB, with respect to any Securitization Transaction.*

*Exchange Act:* *The Securities Exchange Act of 1934, as amended.*

*Regulation AB Information & Certification Provisions:* *Sections 4.5(c of this Agreement.*

*Sarbanes Certification:* *The certification required by Rules 13a-14(d) and 15d-14(d) under the Exchange Act (pursuant to Section 302 of the Sarbanes-Oxley Act of 2002) on behalf of an asset-backed issuer with respect to a Securitization Transaction.*

*Securities Act:* *The Securities Act of 1933, as amended.*

*Seller Information:* *As defined in Section 6.17.*

***Static Pool Information:*** *Static pool information as described in Item 1105(a)(1)-(3) and 1105(c) of Regulation AB.*

***Third-Party Originator:*** *Each Person that originated HELOC Loans acquired by the Seller.*

**2.   Intent of the Parties; Reasonableness.**  The Purchaser and the Seller acknowledge and agree that the purpose of this Addendum is to facilitate compliance by the Purchaser and any Depositor with the provisions of Regulation AB and related rules and regulations of the Commission. Although Regulation AB is applicable by its terms only to offerings of asset-backed securities that are registered under the Securities Act, the Seller acknowledges that investors in privately offered securities may require that the Purchaser or any Depositor provide comparable disclosure in unregistered offerings. References in this Agreement to compliance with Regulation AB include provision of comparable disclosure in private offerings.

Neither the Purchaser nor any Depositor shall exercise its right to request delivery of information or other performance under these provisions other than in good faith, or for purposes other than compliance with the Securities Act, the Exchange Act and the rules and regulations of the Commission thereunder (or provision in a private offering of disclosure comparable to that required under the Securities Act). The Seller acknowledges that interpretations of the requirements of Regulation AB may change over time, whether due to interpretive guidance provided by the Commission or its staff, consensus among participants in the asset-backed securities markets, advice of counsel, or otherwise, and agrees to comply with requests made by the Purchaser or any Depositor in good faith for delivery of information under these provisions on the basis of evolving interpretations of Regulation AB. In connection with any Securitization Transaction, the Seller shall cooperate fully with the Purchaser to deliver to the Purchaser (including any of its assignees or designees) and any Depositor, any and all statements, reports, certifications, records and any other information necessary in the good faith determination of the Purchaser or any Depositor to permit the Purchaser or such Depositor to comply with the provisions of Regulation AB, together with such disclosures relating to the Seller, any Subservicer, any Third-Party Originator and the HELOC Loans, or the servicing of the HELOC Loans, reasonably believed by the Purchaser or any Depositor to be necessary in order to effect such compliance.

The Purchaser (including any of its assignees or designees) shall cooperate with the Seller by providing timely notice of requests for information under these provisions and by reasonably limiting such requests to information required, in the Purchaser's reasonable judgment, to comply with Regulation AB.

**3.   Additional Representations and Warranties of the Seller.**  Article III of the Agreement is hereby amended effective as of the date hereof by adding the following new Section 3.1(o):

(o)      *The Seller shall be deemed to represent to the Purchaser and to any Depositor, as of the date on which information is first provided to the Purchaser or any Depositor under Section 4.5(c) that, except as disclosed in writing to the Purchaser or such Depositor prior to such date: (i) there are no material legal or governmental proceedings pending (or known to be contemplated) against the Seller or any Third-Party Originator; and (ii) there are no affiliations, relationships or transactions relating to the Seller or any Third-Party Originator with respect to any Securitization Transaction and any party thereto identified by the related Depositor of a type described in Item 1119 of Regulation AB.*

**4.   Information to Be Provided by the Seller.**  Article IV of the Agreement is hereby amended effective as of the date hereof by adding the following as Section 4.5(c) and changing the designation of the current Section 4.5(c) to Section 4.5(d):

(c)      *In connection with any Securitization Transaction, the Seller shall (x) within five Business Days following request by the Purchaser or any Depositor, provide to the Purchaser and such Depositor (or, as applicable, cause each Third-Party Originator to provide), in writing and in form and substance reasonably satisfactory to the Purchaser and such Depositor, the information and materials specified in paragraph (i) of this Section 4.5(c), and (y) as promptly as practicable following notice to or discovery by the Seller, provide to the Purchaser and any Depositor (in writing and in form and substance reasonably*

satisfactory to the Purchaser and such Depositor) the information specified in paragraph (ii) of this Section 4.5(c).

(i)     If so requested by the Purchaser or any Depositor, the Seller shall provide such information regarding (x) the Seller, as originator of the HELOC Loans, or (y) each Third-Party Originator, as is requested for the purpose of compliance with Items 1103(a)(1), 1110, 1117 and 1119 of Regulation AB. Such information shall include, at a minimum:

(A)     the originator's form of organization;

(B)     a description of the originator's origination program and how long the originator has been engaged in originating residential mortgage loans, which description shall include a discussion of the originator's experience in originating mortgage loans of a similar type as the HELOC Loans; information regarding the size and composition of the originator's origination portfolio; and information that may be material, in the good faith judgment of the Purchaser or any Depositor, to an analysis of the performance of the HELOC Loans, including the originators' credit-granting or underwriting criteria for mortgage loans of similar type(s) as the HELOC Loans and such other information as the Purchaser or any Depositor may reasonably request for the purpose of compliance with Item 1110(b)(2) of Regulation AB;

(C)     a description of any material legal or governmental proceedings pending (or known to be contemplated) against the Seller and each Third-Party Originator, and

(D)     a description of any affiliation or relationship between the Seller, each Third-Party Originator and any of the following parties to a Securitization Transaction, as such parties are identified to the Seller by the Purchaser or any Depositor in writing in advance of such Securitization Transaction:

(1) the sponsor;
(2) the depositor;
(3) the issuing entity;
(4) any servicer;
(5) any trustee;
(6) any originator;
(7) any significant obligor;
(8) any enhancement or support provider; and
(9) any other material transaction party.

(ii)     If so requested by the Purchaser or any Depositor for the purpose of satisfying its reporting obligation under the Exchange Act with respect to any class of asset-backed securities, the Seller shall (or shall cause each Third-Party Originator to) (A) notify the Purchaser and any Depositor in writing of (x) any material litigation or governmental proceedings pending against the Seller or any Third-Party Originator and (y) any affiliations or relationships that develop following the closing date of a Securitization Transaction between the Seller or any Third-Party Originator and any of the parties specified in clause (D) of paragraph (i) of this Section 4.5(c) (and any other parties identified in writing by the requesting party) with respect to such Securitization Transaction, and (B) provide to the Purchaser and any Depositor a description of such proceedings, affiliations or relationships.

5.   **Indemnification.**   Article VI of the Agreement is hereby amended effective as of the date hereof by adding the following new Section 6.17:

Section 6.17. **Indemnification.** The Seller shall indemnify the Purchaser, each affiliate of the Purchaser, and each of the following parties participating in a Securitization Transaction: each sponsor and issuing entity; each Person responsible for the preparation, execution or filing of any report required to be filed with the Commission with respect to such Securitization Transaction, or for execution of a certification pursuant to Rule 13a-14(d) or Rule 15d-14(d) under the Exchange Act with respect to such Securitization Transaction; each broker dealer acting as underwriter, placement agent or initial purchaser, each Person who controls any of such parties or the Depositor (within the meaning of Section 15 of the

- 3 -

*Securities Act and Section 20 of the Exchange Act); and the respective present and former directors, officers, employees and agents of each of the foregoing and of the Depositor, and shall hold each of them harmless from and against any losses, damages, penalties, fines, forfeitures, reasonable legal fees and expenses and related costs, judgments, and any other costs, fees and expenses that any of them may sustain arising out of or based upon:*

> *(a)(1) any untrue statement of a material fact contained or alleged to be contained in any information, report, certification, accountants' letter or other material provided in written or electronic form under the Regulation AB Information and Certification Provisions of this Agreement by or on behalf of the Seller, or provided under the Regulation AB Information and Certification Provisions of this Agreement by or on behalf of any Third-Party Originator (collectively, the "Seller Information"), or (2) the omission or alleged omission to state in the Seller Information a material fact required to be stated in the Seller Information or necessary in order to make the statements therein, in the light of the circumstances under which they were made, not misleading; provided, by way of clarification, that clause (2) of this paragraph shall be construed solely by reference to the Seller Information and not to any other information communicated in connection with a sale or purchase of securities, without regard to whether the Seller Information or any portion thereof is presented together with or separately from such other information;*

> *(b) any failure by the Seller or any Third-Party Originator to deliver any information, report, certification, accountants' letter or other material when and as required under the Regulation AB Information and Certification Provisions of this Agreement; or*

> *(c) any breach by the Seller of a representation or warranty set forth in Section 3.1(o) or in a writing furnished pursuant to Section 6.18 and made as of a date prior to the closing date of the related Securitization Transaction, to the extent that such breach is not cured by such closing date, or any breach by the Seller of a representation or warranty in a writing furnished pursuant to Section 6.18 to the extent made as of a date subsequent to such closing date.*

*In the case of any failure of performance described in clause (b) of this Section 6.17, the Seller shall promptly reimburse the Purchaser, any Depositor, as applicable, and each Person responsible for the preparation, execution or filing of any report required to be filed with the Commission with respect to such Securitization Transaction, or for execution of a certification pursuant to Rule 3a-14(d) or Rule 15d-14(d) under the Exchange Act with respect to such Securitization Transaction, for all costs reasonably incurred by each such party in order to obtain the information, report, certification, accountants' letter or other material not delivered as required by the Seller or any Third-Party Originator.*

**6.** **Confirmation of Representations and Warranties of the Seller.**   Article VI of the Agreement is hereby amended effective as of the date hereof by adding the following as Section 6.18:

**Section 6.18.**   *Confirmation of Certain Representations and Warranties of the Seller.   If so requested by the Purchaser or any Depositor on any date following the date on which information is first provided to the Purchaser or any Depositor under Section 4.5(c), the Seller shall, within five Business Days following such request, confirm in writing the accuracy of the representations and warranties set forth in Section 3.1(o) or, if any such representation and warranty is not accurate as of the date of such request, provide reasonably adequate disclosure of the pertinent facts, in writing, to the requesting party.*

**7.** **Governing Law.**  This Addendum shall be governed by and interpreted in accordance with the laws of the State of New York applicable to agreements entered into and wholly performed within said jurisdiction.

**8.** **Survival.**  Except as amended above, the Agreement shall continue to be in full force and effect in accordance with its terms.

**9.** **Counterparts; Execution.**  This Addendum may be executed simultaneously in any number of counterparts.  Each counterpart shall be deemed to be an original, and all such counterparts shall constitute one and the same instrument.  This Addendum shall be deemed binding when executed by

both the Purchaser and the Seller.  Telecopy signatures shall be deemed valid and binding to the same extent as an original.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, the Seller and the Purchaser have caused their names to be signed hereto by their respective officers thereunto duly authorized as of the date first above written.

**COUNTRYWIDE HOME LOANS, INC.,**
the Purchaser

By: _____
      Jordan Cohen
      Executive Vice President

**AMERICAN HOME MORTGAGE CORP.,**
the Seller

By: _____
      [NAME]
      [TITLE]

## Loan Purchase Agreement

This Agreement, dated as of January 18, 1995, is made by and between Countrywide Funding Corporation, a New York corporation ("Countrywide"), and American Home Mortgage, a corporation ("Seller"), for mutual considerations set forth herein.

Countrywide agrees to purchase certain loans secured by real property, together with the servicing thereof (the "Loans"), from Seller under Countrywide's mortgage loan programs, and Seller agrees to sell to Countrywide certain such Loans pursuant to the terms and conditions set forth herein and in Countrywide's Correspondent Lending Division Loan Purchase Program Seller's Manual, as amended from time to time (the "Manual"). In connection therewith, the parties agree as follows:

1. **ELIGIBLE LOANS**
   A. Only those Loans fully complying with the standards for Conforming Conventional, Jumbo Conventional, Government and Second Mortgage Loan Programs set forth in the Mortgage Programs section of the Manual are eligible for purchase under this Agreement. Seller must be approved, qualified and/or licensed to originate such Loans.

   B. Seller shall fully underwrite each Loan prior to submission to Countrywide in accordance with Underwriting Guidelines and Lending Requirements sections of the Manual, or, if available, use a Countrywide-approved automated underwriting system for underwriting the Loan.

   C. Seller shall be responsible for assuring that Loans submitted to Countrywide comply with all terms and conditions of this Agreement and the Manual.

2. **COMMITMENT TO PURCHASE LOANS**
   The procedure pursuant to which Seller may commit to sell a Loan to Countrywide is detailed in the Loan Registration section of the Manual. For purposes of this Agreement, Countrywide and Seller define a best effort commitment to be a mandatory commitment if the Loan closes. Countrywide will confirm the conditions of the sale of the Loan to Countrywide by delivering a confirmation ("Commitment") to Seller which sets forth the terms of the transaction, including the price Countrywide will pay for each Loan, as determined pursuant to the Pricing standards set forth in the Manual (the "Purchase Price"). The terms of the Commitment, including the Purchase Price, shall be in effect for the period of time requested by Seller and approved by Countrywide (the "Commitment Period"). If Seller is approved by Countrywide to sell Loans to Countrywide on a bulk sale basis, Countrywide and Seller shall execute the Addendum to Loan Purchase Agreement (Bulk Sales) which shall be attached to and incorporated into this Agreement by reference.

3. **UNDERWRITING AND PROPERTY APPRAISAL**
   A. Countrywide shall have the right, but not the obligation, to underwrite any Loan submitted for purchase pursuant to this Agreement, or otherwise insure that any Loan submitted for purchase complies with all terms and conditions of this Agreement and the Manual; provided that neither the existence nor the exercise of this right shall affect in any way Seller's obligations hereunder, including without limitation, Seller's repurchase obligations under Section 7 hereof and Seller's hold harmless obligations under Section 9 hereof. The applicable procedures are set forth in the Prior Approval section of the Manual.

   B. Seller shall deliver to Countrywide a an appraisal of the real estate security for each such Loan, signed by a qualified appraiser, as defined in the Manual, prior to Countrywide's approval to purchase such Loan.

4.  **DELIVERY OF LOAN DOCUMENTATION**

A Loan shall be deemed delivered to Countrywide if: (A) it is received by Countrywide within the Commitment Period; (B) it is in compliance with the requirements set forth in the Delivery of Closed Loans and Funding Documentation sections of the Manual; and (C) there are no outstanding conditions which would prevent Countrywide from funding the purchase of the Loan. Failure by Seller to deliver to Countrywide within 180 days from the date a Loan was purchased one or more of the original documents specified in the Delivery of Closed Loans section of the Manual shall result in assessment by Countrywide of a fee of $50 per month for each month, after the initial 180 day period, during which one or more of such documents is outstanding, i.e., has not been delivered to Countrywide for any period of time during the month. Such fee shall be $50 regardless of the number of such documents. Failure by Seller to deliver to Countrywide one or more of the original documents specified in the Delivery of Closed Loans section of the Manual within 270 days from the date the Loan was purchased by Countrywide shall obligate Seller to repurchase the Loan pursuant to the provisions of Section 7 of this Agreement.

5.  **PAYMENT OF PURCHASE PRICE AND SELLER'S WIRE INSTRUCTIONS**

Countrywide shall, after receipt of a Loan documentation package which fully complies with the requirements of the Manual, deliver the Purchase Price (less any fees or discounts due to Countrywide) set forth in the applicable Commitment to Seller in accordance with Seller's wire instructions or in accordance with any bailee letter or trust receipt submitted with the Loan, as determined in the sole and absolute discretion of Countrywide.

6.  **SELLER'S OBLIGATIONS, REPRESENTATIONS AND WARRANTIES**

A.  Seller represents and warrants to Countrywide as to each Loan offered for sale under this Agreement that as of the date of Countrywide's purchase of such Loan:

(1)  The Loan documents have been duly executed by the trustor/mortgagor, acknowledged and recorded; each Loan is valid and complies with all criteria contained in the Manual; the note and deed of trust/mortgage constitute the entire Agreement between the trustor/mortgagor and the beneficiary/mortgagee, and there is no verbal understanding or written modification which would affect the terms of the note or the deed of trust/mortgage except by written instrument delivered and expressly made known to the beneficiary/mortgagee and recorded if recording is necessary to protect the interests of the beneficiary/mortgagee.

(2)  Seller is the sole owner of the Loan and has authority to sell, transfer and assign the same on the terms set forth herein and in the Manual. There has been no assignment, sale or hypothecation thereof by Seller, except the usual hypothecation of the documents in connection with Seller's normal banking transactions in the conduct of its business.

(3)  The full principal amount of the Loan has been advanced to the trustor/mortgagor, either by payment directly to such person or by payment made on such person's request or approval. The unpaid principal balance of the Loan is as represented by Seller. All costs, fees and expenses incurred in making, closing and recording the Loan have been paid. No part of the mortgaged property has been released from the lien of the Loan, the terms of the Loan have in no way been changed or modified, and the Loan is current and not in default.

(4)  Each Loan is a valid first lien or, if specifically approved by Countrywide, a valid second lien on the mortgaged property, and the mortgaged property is free and clear of all encumbrances and liens having priority over the lien of such Loan, except for the first lien, if applicable, and liens for real estate taxes and special assessments not yet due and payable and those exceptions allowed in connection with Government Loans and other exceptions set forth in the Manual.

(5)  The mortgaged property is free and clear of all mechanics' and material men's liens or liens in the nature thereof, and no rights are outstanding that under law could give rise to any such lien, nor is Seller aware of any facts which could give rise to any such lien.

2

(6)   Each Loan which Seller represents to be insured or guaranteed is, or will within 120 days from t he date of delivery of such Loan to Countrywide be, so insured or guaranteed. No action has been taken or failed to have been taken which has resulted or will result in an exclusion from, denial of, or defense to, coverage under such insurance or guarantee; and all conditions within the control of Seller as to the validity of the insurance or guaranty as required by the National Housing Act of 1934 and the rules and regulations thereunder, or as required by the Servicemen's Readjustment Act   of 1944 and the rules and regulations thereunder, or imposed   by the mortgage insurance companies or other insurers have been properly satisfied, and said insurance or guaranty is valid and enforceable.

(7)   All federal and state laws, rules and regulations applicable to the mortgage Loans   have been complied with, including but not limited to: the Real Estate Settlement Procedures Act, the Flood Disaster Protection Act, the Federal Consumer Credit Protection Act including the Truth-in-Lending   and Equal Credit Opportunity Acts, and all applicable statutes or regulations governing fraud, lack of consideration, unconscionability, consumer credit transactions or interest charges.

(8)   No Loan is the subject of, and Seller is not aware of any facts which could give rise to, litigation which could affect Countrywide's ability to enforce the terms of the obligation or its rights under the mortgage documents.

(9)   There is in force for each loan either (a) a paid-up title insurance pol icy on the Loan issued by a Countrywide approved title company in an amount at least equal to the outstanding principal balance of the Loan or (b) an attorney's mortgage lien opinion. (Negatively amortizing loans require additional coverage.)

(10)   There is in force for each Loan valid hazard insurance policy coverage and, where applicable, valid flood insurance policy coverage. and such coverages meet the requirements of Countrywide specified in the Manual.

(11)   Seller will record the corporate assignment in the name of Countrywide Funding Corporation at the time the deed of trust/mortgage is recorded. and the assignment of the Loan from Seller to Countrywide shall be valid and enforceable.

(12)   The borrower has no rights of rescission, set-offs, counter-claims or defenses to the note or deed of trust/ mortgage securing the note arising from the acts and/or omissions of Seller.

(13)   Seller has no knowledge that any improvement located on or being part of the mortgage d property is in violation of any applicable zoning law or regulation.

(14)   All improvements included for the purpose of determining the appraised value of the mortgaged property lie wholly within the boundaries and building restriction lines of such property, and no improvements on adjoining properties encroach upon the mortgaged property.

(15)   There is no proceeding pending for total or partial condemnation of any mortgaged property and said property is free of substantial damage (incl uding, but not limited to, any damage by fire, earthquake, windstorm, vandalism or other casualty) and in good repair.

(16)   Seller has no knowledge of any circumstances or conditions with respect to any Loan, mortgaged property, trustor/mortgagor or trustor's/mortgagor's credit standing that reasonably could be expected to cause private institutional investors to regard any Loan as an unacceptable investment, cause any Loan to become delinquent or adversely affect the value or marketability   of the Loan.

(17)   All documents submitted are genuine. All other representations as to each such Loan are true and correct and meet the requirements and specifications of all parts of this Agreement and the Manual.

3

B. Seller represents and warrants to Countrywide that as of the date first set forth above and as of the date of Countrywide's purchase of each Loan hereunder:

    (1)   Seller is duly organized, validly existing and in good standing under the laws of its state of incorporation and i s qualified and/or licensed as necessary to transact business, including the originating and selling of mortgage loans, and is in good standing in each state where the property securing a Loan is located.

    (2)   Seller has the full power and authority to hold and sell each Loan; and neither the execution and delivery of this Agreement, nor the acquisition or origination of the Loans, nor the sale of the Loans, nor the consummation of the transactions contemplated herein, nor the fulfillment of  or compliance with the terms and conditions of this Agreement will conflict with, or result in a breach of any term, condition or provision of, Seller's certificate of incorporation or by-laws, any license held by Seller or governing Seller's activities or any agreement to which Seller is a party or by which Seller is bound, or constitute a material default or result in an acceleration under any of the foregoing.

    (3)   No consent, approval, authorization or order of any court, governmental bo  dy or any other person or entity is required for the execution, delivery and performance by Seller of this Agreement, including but not limited to, the sale of the Loans to Countrywide.

    (4)   Neither Seller nor its agents know of any Suit, action, arbitration or legal or administrative or other proceeding pending or threatened against Seller which would affect its ability to perform its obligations under this Agreement.

    (5)   Seller is not a party to, bound by or in breach or violation of an  y agreement or instrument, or subject to or in violation of any statute, order or regulation of any court, regulatory body, administrative agency or governmental body having jurisdiction over it, which materially and adversely affects, or may in the future materially and adversely affect, the ability of Seller to perform its obligations under this Agreement or the Manual, including, without limitation, Seller's repurchase and indemnification obligations pursuant to Sections 7, 8 and 9 of this  Agreement.

## 7.  SELLER'S REPURCHASE OBLIGATIONS

A. Seller shall repurchase any Loan sold to Countrywide pursuant to this Agreement within twenty business days of receipt of written notice from Countrywide of any of the following circumstances (the "Repurchase Obligation"):

    (1)   Seller fails to deliver to Countrywide within 270 days from the date each Loan was purchased the original documents specified in the Delivery of Closed Loans  section of the Manual.

    (2)   Countrywide determines that the re is any evidence of fraud in the origination of the Loan or in the sale of the Loan to Countrywide or that any matter in the mortgage loan file is not true and correct

    (3)   If Countrywide determines the Loan is not eligible for GNMA, FNMA or FHLMC pool participation or whole loan purchase or purchase by a private investor, or, if Countrywide has sold such Loan in whole or in part to GNMA, FNMA, FHLMC or a private investor, and GNMA, FNMA, FHLMC or the private investor requires Countrywide  to repurchase said interest or reimburse it for losses, or the mortgage insurer denies coverage on the Loan; provided the reason for such ineligibility, repurchase, reimbursement or denial shall be due to a failure of the Loan to meet requirements specified in the Manual at the time of Countrywide's purchase of the Loan from Seller.

4

(4)   Two or more monthly payments of the first six monthly payments due from the borrower after Countrywide's purchase of such Loan from Seller become delinquen t (past due) (hereinafter sometimes referred to as a "two-payment delinquent Loan"); provided, however, that Seller's Repurchase Obligation pursuant to this subsection (4) shall terminate if the borrower reinstates the Loan and remains current with respect to twelve consecutive monthly payments out of the first eighteen monthly payments due from the borrower after Countrywide's purchase of the Loan, or if Countrywide has not demanded repurchase of the Loan within the 18-month period follow ing the first monthly payment due from the borrower following Countrywide's purchase of the Loan. For purposes of this provision, the following shall apply: (i) a loan with two monthly payments delinquent is a Loan with respect to which two payments, including all sums due per the contract, remain unpaid on the last day of the second month; (ii) the phrase "monthly payment(s) due from the borrower" shall be the monthly payment(s) due from the Borrower following Countrywide's purchase of the Loan and excluding any payment for which Countrywide deducted funds at the time it purchased the Loan from Seller; and (iii) a borrower shall be deemed current with respect to a payment if the payment is made by the 16th day of the month in which it is due.

(5)   Seller fails to observe or perform or breaches in any material respect any of the representations, warranties or agreements contained in this Agreement or the Manual with respect to a particular Loan.

(6)   The Loan is a VA Loan which goes into foreclosure within 24 months from the date of sale of the Loan to Countrywide as to those Loans with full guarantees from the VA and 48 months from the date of sale of the Loan to Countrywide as to those Loans with partial guarantees from the VA and as to which the VA gives Countrywide a no-bid instruction in conjunction with the foreclosure sale on such Loan.

B.   The option to request or accept repurchase of any Loan is at the sole discretion of Countrywide. Notwithstanding that a Seller may be obligated pursuant to the terms of this Section 7 to repurchase a Loan, if such Loan is in compliance with all requirements of this Agreement and the Manual at the time of its purchase by Countrywide and if there is no evidence of fraud or misrepresentation in connection with the Loan, Countrywide, in its sole discretion and on terms determined solely by Countrywide, may consider permitting Seller to indemnify Countrywide against all suits, costs, damages, losses, fees or claims, including without limitation reasonable attorneys' fees, which may be incurred by Countrywide in connection with such Loan. Such indemnification shall be substantially in the form of the applicable Indemnification Agreement, the provisions of which shall include, without limitation, the requirement that the Seller shall pay to Countrywide, at the time that the Indemnification Agreement is executed, the     amount specified by Countrywide as the amount necessary to cover its projected and potential costs an  d losses, and including the service release premium paid by Countrywide  to the Seller with respect to the  Loan.

C.   It is agreed by the parties that Seller's Repurchase Obligation with respect to a Loan shall not be obviated by the fact that the property securing the Loan has been foreclosed upon and said property has been acquired by Countrywide or a third party, it being understood that the term Repurchase Obligation encompasses within its meaning the repurchase of the property from Countrywide if  Countrywide has acquired the property, or, if a third party has acquired the property, reimbursing Countrywide in the amount specified in Section 8.C. of this Agreement

D.   It is further agreed by the parties that if Countrywide has made demand on Seller  to repurchase a Loan pursuant to Section 7 of this Agreement, Countrywide shall have the right to withhold any moneys due Seller in connection with the Loan(s) subject to the Repurchase Obligation or any other Loans until the parties have agreed that the Repurchase Obligation is satisfied.

**8.  REPURCHASE PRICE**

A.  The repurchase price for Loans subject to a Repurchase Obligation pursuant to Section 7 hereof shall be as follows:

   (1)  The current unpaid principal balance of such Loan if it has been pooled or resold. If such loan has not been pooled or resold by Countrywide, the repurchase price shall be at the original price, less principal reduction since the original purchase of the Loan by Countrywide; plus

   (2)  All interest accrued but unpaid on the principal balance of the Loan from the paid-to-date of the loan through and including the last day of the month in which the repurchase is made; plus

   (3)  All expenses, including but not limited to reasonable fees and expenses of counsel, incurred by Countrywide in enforcing Seller's obligation to repurchase such Loan; plus

   (4)  The original servicing release premium paid by Countrywide with respect to such Loan; plus

   (5)  Any unreimbursed advances of taxes or insurance mad e by Countrywide with regard to such Loan as of the date of repurchase; less

   (6)  Any proceeds of mortgage insurance with respect to the Loan collected by Countrywide. Upon any such repurchase of Loans by Seller, Countrywide shall endorse the promissory note (without recourse) and shall assign any security interest (without recourse and in recordable form) to Seller.

B.  If the real property security for the Loan has been foreclosed upon and purchased by Countrywide at the foreclosure sale, then the repurchase price pursuant to Section 7 hereof, notwithstanding the amount of Countrywide's credit bid, shall be:

   (1)  The current unpaid principal balance of such Loan if it has been pooled or resold. If such loan has not been pooled or resold by Countrywide, the repurchase price shall be at the original price, less principal reduction since the original purchase of the Loan by Countrywide; plus

   (2)  All interest accrued but unpaid on the principal balance of the Loan from the paid- to-date of the loan through and including the last day of the month in which the foreclosure sale occurs; plus

   (3)  All costs and expenses, including but not limited to reasonable fees and expenses of counsel, incurred by Countrywide in connection with the foreclosure and in enforcing Seller's Repurchase Obligations hereunder; plus

   (4)  The original servicing release premium paid by Countrywide with regard to such Loan; plus

   (5)  Any unreimbursed advances of taxes or insurance made by Coun trywide with regard to such Loan as of the date of repurchase; plus

   (6)  Interest on the amounts set forth in paragraphs (1) through (5) above at the Loan rate from the second day of the month following the month in which the foreclosure sale occurred until and including the date of repurchase by Seller; less

   (7)  Any proceeds of mortgage insurance collected by Countrywide with respect to the Loan. Upon payment of the repurchase price, Countrywide shall transfer title to the property se curing such Loan to Seller.

C. If the real property security for the Loan has been sold at foreclosure and purchased by a third party, the amount Seller shall pay Countrywide to fulfill its Repurchase Obligation pursuant to Section 7 of this Agreement shall be as follows:

(1)    The current unpaid principal balance of such Loan if it has been pooled or resold. If such loan has not been pooled or resold by Countrywide, the repurchase price shall be at the original price, less principal reduction since the original purchase of the Loan by Countrywide; plus

(2)    All interest accrued but unpaid on the principal balance of the Loan from the paid-to-date of the Loan through and including the last day of the month following the month in which the foreclosure sale occurs; plus

(3)    All costs and expenses, including but not limited to reasonable fees and expenses of counsel, incurred by Countrywide in enforcing Seller's Repurchase Obligations hereunder; plus

(4)    The original servicing release premium paid by Countrywide with regard to such Loan; plus

(5)    Any unreimbursed advances of taxes or insurance made by Countrywide with regard to such Loan as of the date of repurchase ; plus

(6)    Interest on the amounts set forth in paragraphs (1) through (5) above at the Loan rate from the second day of the month following the month in which the foreclosure sale occurred until and including the date of repurchase; less

(7)    The net proceeds of the foreclosure sale (sale price minus costs and expenses, including but not limited to reasonable fees and expenses of counsel, incurred by Countrywide in connection with the foreclosure sale); less

(8)    Any proceeds of mortgage insurance collected by Countrywide in connection with the Loan.

**9.    HOLD HARMLESS**

A. Seller shall hold Countrywide harmless and shall indemnify Countrywide from and against any and all suits, costs, damages, losses, fees or claims, including without limitation reasonable attorney's fees ("Loss"   ), arising out of or in connection with any negligence, fraud or a material omission on the part of Seller in receiving, processing or funding any Loan committed to Countrywide for sale under Section 2 above, during the origination period and Commitment Period up to and including the date the Loan is purchased by Countrywide. Seller's obligation to Countrywide in this regard shall remain effective after Countrywide's purchase of the Loan if the Loss arose prior to purchase but was undetected at time of purchase. This paragraph shall not modify Seller's obligations contained elsewhere in this Agreement.

B. Seller shall also hold Countrywide harmless and shall indemnify Countrywide from and against any and all suits, costs, damages, fees or claims, including without limitation reasonable attorneys' fees, arising out of or in connection with any one or more of the items set forth in paragraphs (1) through (6) of Section 7 A. of this Agreement.

**10.    NO SOLICITATION**

Loans sold to Countrywide cannot  be solicited by Seller for refinance for a period of 12 months from the date the Loan is purchased by Countrywide. Borrowers requesting a refinance from Seller within the 12 month period must be referred to Countrywide or, provided the refinanced loan meets all Countrywide requirements as specified in the Manual, may be processed by the Seller and sold to Countrywide for a service release premium, if any, to be negotiated by the parties.

## 11. PROHIBITION AGAINST USE OF NAME OR AFFILIATION

Seller shall not hold itself out as a joint venturer, partner, representative, employee or agent of Countrywide. Nor shall it use Countrywide's name in any advertising or written or broadcast material without Countrywide's express prior written consent. This prohibition shall not prevent Seller from using any advertising media provided to it by Countrywide for use by Seller and containing any copyrighted Countrywide name or logo. Such copyrighted name or logo shall remain in place.

## 12. TERMINATION- SUSPENSION

A. This Agreement may be terminated as to future commitments for sale of Loans by either party at any time, but such termination shall not in any respect change or modify the obligation of Seller with respect to Loans already subject to a Commitment. The effective time of termination shall be the earlier of the time written notice is actually received by the other party or five days after written notice is posted in the United States Postal Service by the canceling party. Termination of this Agreement shall not in any way affect either Seller's or Countrywide's obligations, representations, warranties or indemnifications with respect to Loans already purchased by Countrywide; provided, however, that Countrywide may immediately terminate its obligations hereunder without notice and immediately return to Seller any Loans subject to a Commitment, and Seller shall accept such loans if Countrywide reasonably determines that there has been any deception, fraud, concealment or material misrepresentation by Seller in performing any of its duties, obligations, responsibilities or actions undertaken in connection with this Agreement or in connection with any Loan sold to Countrywide pursuant to this Agreement.

B. In addition to the termination rights set forth in Paragraph A. above, in the event that Countrywide believes in good faith that Seller has breached an obligation (including a Repurchase Obligation under Section 7), representation, warranty or covenant under the Agreement, or will be unable to fulfill any of its obligations under the Agreement or the Manual (including a Repurchase Obligation under Section 7), Countrywide may, in its sole and absolute discretion, suspend this Agreement as to future Commitments for the sale of Loans by Seller. Such suspension shall be effective immediately upon Seller's receiving written notice of same from Countrywide and shall last until Countrywide, in its sole discretion, determines to reactive or terminate this Agreement.

## 13. EXHIBITS

All exhibits attached hereto or material referred to in this Agreement, including the Manual, are incorporated by reference into this Agreement. To the extent there are differences between requirements as stated in the Manual and as stated in this Agreement, the provisions of this Agreement shall govern.

## 14. ENTIRE AGREEMENT

The entire agreement between the parties is contained in this Agreement and in the Manual and cannot be modified in any respect except by an amendment in writing signed by both parties. The invalidity of any portion of this Agreement shall in no way affect the balance thereof.

## 15. ASSIGNMENT

Seller may not assign its rights or delegate its duties or obligations under this Agreement without the prior written consent of Countrywide. This Agreement shall be binding on and inure to the benefit of the permitted successors and assigns of the parties hereto.

8

**16. ATTORNEYS' FEES AND EXPENSES—CHOICE OF LAW AND FORUM**

If any party hereto shall bring suit or other proceeding against the other as a result of an y alleged breach or failure by the other party to fulfill or perform any covenants or obligations under this Agreement, then the prevailing party obtaining final judgment in such action shall be entitled to receive from the non-prevailing party reasonable attorneys' fees incurred by reason of such action and all costs of suit and preparation thereof at both trial and appellate levels. This Agreement shall be governed by and construed and enforced in accordance with applicable federal law and the laws of the State of California. In addition, any such suit or proceeding shall be brought in the federal or state courts located in Los Angeles County, California, which courts shall have sole and exclusive in personam, subject matter and other jurisdiction in connection with such suit or proceedings, and venue shall be appropriate for all purposes in such courts.

**17. NO REMEDY EXCLUSIVE—WAIVER**

No remedy under this Agreement is exclusive of any other available remedy, but each remedy shall be cumulative and shall be in addition to other remedies given under this Agreement or existing at law or in equity.

Any forbearance by a party to this Agreement in exercising any right or remedy under this Agreement or otherwise afforded by applicable law shall not be a waiver or preclude the exercise of that or any other right or remedy.

**18. NOTICE**

Unless otherwise provided in this Agreement, all notices under this Agreement shall be in writing, deemed effective upon receipt and addressed as indicated below.

To: Countrywide Funding Corporation  
Correspondent Lending Division  
155 North Lake Avenue  
Mail Stop No. 5-53  
Pasadena, California 91101  
Attention: Vice President of Finance

To Lender/Seller:  
*American Home Mortgage*  
*60 E. 42nd*  
*New York, NY 10165*  
*Attn. Michael Strauss*

**AGREED TO AND ACCEPTED BY:**

Seller: *American Home Mortgage*

By: _____ Signature

Name: *Michael Strauss*

Title: *President*

Dated: *1/31/95*

Countrywide Funding Corporation

By: _____ Signature

Name: *Bradley T. Hodges*

Title: *Vice President*

Dated: *2/2/95*

9

FROM

FROM

‹WED›JAN  9 2008          11:47/No. 7516266177 P  2

(TUE)MAY 20 2003    10/ST. 16:09/NO. 6321775730 P  5

## MORTGAGE BROKER APPLICATION

*The applicant named below is applying
for approval as a Mortgage Broker to
Countrywide Home Loans, Inc.*

**Applicant**

Legal Name of Firm                                                    Date

American Home Mortgage

Street Address

10223 SE Sunnyside

City/State                                                           Zip

Clackamas, OR      97015

Telephone Number          Fax                    Email Address

5036595442          5036595446

Primary Officer (1)                              Social Security Number

Rick Goodwin

Home Address/City/State/Zip                                Email Address

Primary Officer (2)                              Social Security Number

Home Address/City/State/Zip                                Email Address

Primary Officer (3)                              Social Security Number

Home Address/City/State/Zip                                Email Address

| Processor Name | Processor Name |
|---|---|
| Organized and existing under the laws of (State) | Organized on (Date) |

☐ Sole Proprietorship   ☐ Partnership   ☒ Corporation

If a Corporation, is it a subsidiary of or controlled by another entity? If yes, by whom:

Licensed to originate mortgage loans within the state(s) of

| Licensee | License Number |
|---|---|
| What percentage of ownership in company is held by licensee? | Telephone Number of licensing authority |

Is there any pending litigation with either Principals or Company?

☒ No   ☐ Yes   If yes, please explain:

Has your firm or licensee had any formal complaints filed against it with the state in the past three years?

If yes, provide details.      NO

List primary officers and/or owners and all loan officers (attach separate sheet if necessary)

| Name | Title | % Owned | Email Address |
|---|---|---|---|
| Name | Title | % Owned | Email Address |
| Name | Title | % Owned | Email Address |

FROM

FROM

FROM

(WED) JAN   9  2009  1      11:47/No. 7619266177 P  9

(TUE) MAY 20 2003    10/ST. 16:09/NO. 6321775730 P  6

## Origination Activities

Three year origination volume of residential loans:

| Year | Conforming | 1sts | 2nd | Jumbos | FHA/VA | Subprime |
|------|-----------|------|-----|--------|--------|----------|
| ___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ |
| ___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ |
| ___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ | #___ $___ |

Does anyone in your firm hold a valid license for sale of:

Life Insurance ☐ Yes  ☐ No   Property and Casualty Insurance ☐ Yes  ☐ No

| Additional Branch Location: Address | Branch Manager | Telephone |
|---|---|---|
| Additional Branch Location: Address | Branch Manager | Telephone |
| Additional Branch Location: Address | Branch Manager | Telephone |
| Additional Branch Location: Address | Branch Manager | Telephone |

Does your company have an internal audit system to verify authenticity of the information contained in your conventional loans?  ☐ Yes (provide copy of your program)  ☐ No

Has your company ever been suspended from brokering loans to a lender?

☐ No  ☐ Yes   (if yes, provide details)

## Other Information

| Insurance Coverage | Amount | Deductible | Carrier |
|---|---|---|---|
| Fidelity – Individual | _____ | _____ | _____ |
| Fidelity – Blanket | _____ | _____ | _____ |
| Errors & Omissions | _____ | _____ | _____ |

List the four largest volume lenders to whom you have brokered loans.

| Name of Lender | Contact Person | Telephone |
|---|---|---|
| Name of Lender | Contact Person | Telephone |
| Name of Lender | Contact Person | Telephone |
| Name of Lender | Contact Person | Telephone |

## Attachments

Please provide the following as attachments:
a. Resumé or history of company
b. Resumés of senior officers included
c. Resumé of senior partner
d. Most recent Balance Sheet and Income Statement. If sole proprietorship, financial statements of owner.
e. Copy of appropriate broker's license. *In the State of California need Officer's and Personal/Individual Broker's license.
f. Copy of internal audit system.
g. Check for $_____ for application processing.
h. Copy of fictitious trade style filing, if sole proprietorship or partnership.

*Countrywide requires all Approved Brokers to provide both Manager Broker License if applicable in your state, and Financial Statements upon application. A letter will be sent requesting both items if not received within 30 days of expiration.

I hereby authorize Countrywide (CHL) to obtain credit information as part of the approval process.

_____      RICK GOODWIN – Sales Mgr

Officer Signature                Typed Name                Title

Name of Firm                                               Date



**Countrywide**
AMERICA'S WHOLESALE LENDER

**Making Deals Happen**
www.cwbc.com

🏠 Equal Housing Lender. © 2002 Countrywide Home Loans, Inc. Trade/service marks are the property of Countrywide Credit Industries, Inc. and/or its subsidiaries. 08/02

WHOLESALE BROKER AGREEMENT

This Wholesale Broker Agreement (the "Agreement") is entered into the **19** day of
**May 19**_____, 20 **03** between Countrywide Home Loans, Inc., a New York
corporation ("CHL"), and **American Home Mtg** ("Broker").

### Recitals

From time to time, Broker may submit to CHL, for underwriting and funding by CHL,
single family residential first and second lien mortgage loans (the "Loans") that meet
the eligibility requirements of those mortgage loan programs offered by CHL.

Broker agrees to submit such Loans to CHL, and CHL agrees to underwrite and
fund such Loans, in accordance with the terms and conditions set forth below.

Now, therefore, the parties agree as follows:

### ARTICLE 1
### RESPONSIBILITIES OF BROKER

1.1     **Duties of Broker.** With respect to each Loan submitted by Broker to CHL
for underwriting and funding, Broker shall:

(a)     have and maintain the exclusive ongoing contact with Loan
applicant(s) (collectively "Applicant") from the time of application
until closing;

(b)     undertake all direct and face-to-face personal interviews with
Applicant;

(c)     educate and assist Applicant in understanding the home buying and
financing process;

(d)     discuss the different types of loan products available, explain the
qualification and eligibility requirements for each product, and
demonstrate how closing costs and monthly payments may vary
under each product;

(e)     gather all information and documentation needed to complete the
Loan application;

(f)     assist Applicant in filling out all Loan applications;

(g)     collect and analyze financial information and related documents and
assist Applicant in determining the mortgage that Applicant can
afford;

(h)     assist Applicant in identifying potential credit problems and obtaining
letters of explanation;

(i)     provide and discuss with Applicant the documents required by the
Federal Housing Administration ("FHA") and Department of Veterans
Affairs ("VA"), if applicable;

(j)     keep Applicant apprised of the status of Applicant's application;

(k)     maintain regular contact with Applicant, real estate agents and CHL, as needed;

(l)     deliver to Applicant a good faith estimate meeting the requirements of the Real Estate Settlement Procedures Act ("RESPA") within three days of receipt of the Loan application;

(m)     provide to applicants such additional disclosures as are required to be provided by Broker by CHL or applicable federal and state law, including but not limited to: disclosures required by CHL or applicable law in connection with fees and charges, including mortgage insurance and broker compensation (including yield spread premiums); disclosures required under federal law and relevant, similar state Truth in Lending laws; and disclosures required under state laws which govern and regulate broker mortgage conduct;

(n)     collect the fees for the property appraisal or the VA Certificate of Reasonable Value, if applicable, and credit report and if required by applicable law, deposit such fees in a trust account;

(o)     request the property appraisal and gather preliminary materials from Applicant including, if applicable, the VA Certificate of Eligibility;

(p)     participate in the Loan closing, if applicable;

(q)     implement quality control procedures approved by CHL ("Quality Control Program"); and

(r)     perform any other service reasonably requested by CHL.

1.2     Pricing. CHL shall provide Broker with Loan pricing information by telephone or facsimile. Broker may register a Loan with CHL and/or lock-in an interest rate with CHL by telephone, facsimile or such other means as CHL may from time to time specify.

1.3     Loan Application Package. Broker shall provide, or cause to be provided to CHL, an application package ("Mortgage Loan Package") for each Loan submitted to CHL for underwriting and funding. Each Mortgage Loan Package shall include the following:

(a)     applicable loan submission form as required by CHL;

(b)     a completed Uniform Residential Loan Application (Form 1003) signed by Applicant;

(c)     the initial good faith estimate of the dollar amount or range of each settlement charge Applicant is likely to incur in connection with the Loan and truth in lending disclosure form and other disclosures as required under applicable federal or state law;

(d)     all supporting documentation, including, but not limited to, credit reports, verifications of employment and deposit, and property appraisals; and

FROM
FROM
FROM

(WED) JAN  9 2008                11:47/No. 7519269177 P  6
(TUE) MAY 20 2003  10:10/ST. 16:09/NO. 6321775730 P  9

(e)  such other documents as CHL may from time to time reasonably request.

Broker shall be responsible for causing each Loan application and supporting documentation, as may be required by CHL, to be prepared accurately and in accordance with CHL's policies and procedures in effect at the time such application is made. The property appraisal included in each Mortgage Loan Package shall be conducted by an appraiser acceptable to CHL and, if such Loan is a VA Loan or FHA Loan (as defined below), in accordance with VA or FHA appraisal procedures. It is understood and agreed that CHL will not collect, hold or be responsible for the disbursement of any Applicant trust funds.

1.4  **Points and Fees.** Broker shall include on the good faith estimate provided to CHL pursuant to Section 1.3(c) above, all amounts Broker will charge Applicant or earn in connection with the Loan including any applicable yield spread premium. Notwithstanding anything to the contrary contained herein, Broker shall not charge Applicant any amount that exceeds the applicable pricing policy, as published by CHL from time to time, and such amount must be set forth on the good faith estimate or otherwise shown to have been properly disclosed to Applicant in full compliance with all federal and state laws and regulations. Broker shall not serve as a real estate agent or earn a sales commission on any transaction for which Broker is serving as the mortgage broker without the consent of CHL. Broker must notify CHL that it is serving in such dual capacity at the time broker submits the application to CHL and must submit to CHL a copy of any disclosure of its dual capacity that Broker is required by applicable law to provide to the applicant.

1.5  **Processing Services.** Broker and CHL may enter into a separate written agreement pursuant to which CHL shall undertake, on behalf of Broker, certain processing activities with respect to the Loans to be submitted by Broker to CHL for underwriting and funding (the "Processing Agreement").

**ARTICLE 2**
**UNDERWRITING**

2.1  **Underwriting the Loans.** Upon receipt from Broker of a complete Mortgage Loan Package, CHL shall evaluate the risk of making such Loan using CHL's underwriting guidelines applicable to the type of loan being sought, as same may be amended by CHL from time to time. CHL shall notify Broker of any Loan underwriting and documentation deficiencies or problems with respect to any Mortgage Loan Package. CHL and Broker agree that CHL may rely on the materials contained in the Mortgage Loan Package supplied to it by Broker and the authenticity and accuracy of all signatures and information contained therein. CHL's failure to conduct an independent investigation with respect to such materials, signatures and information shall not affect or modify the representations and warranties made by Broker under Article 6 below.

2.2  **Limitation of Liability.** CHL shall have no liability to Broker for CHL's failure to underwrite any Loan in accordance with the applicable guidelines except to the extent such failure constitutes gross negligence or willful misconduct.

3

## ARTICLE 3
### LOAN APPROVAL AND FUNDING

3.1   **Approval of Loans by CHL.** Notwithstanding anything to the contrary contained in this Agreement, CHL shall have no obligation to fund any Loan submitted to it by Broker and may reject any Loan that, in CHL's sole discretion, does not meet the applicable underwriting guidelines. With respect to any Loan approved by CHL for funding, CHL may require Broker to comply with certain conditions, as set forth in writing to Broker, prior to funding of the Loan by CHL. CHL shall not fund any Loan until all such conditions have been satisfied.

3.2   **Notice of Adverse Action.** If CHL rejects a Loan for funding or makes a counteroffer to Applicant, CHL shall, within ten (10) business days after its decision to deny such application, prepare in CHL's name and deliver to Broker a notification of adverse action in accordance with the Equal Credit Opportunity Act. Broker shall be responsible for delivering the notification of adverse action to Applicant within the time specified by law.

3.3   **Closing.** All Loans approved by CHL for funding shall be closed in accordance with CHL's written closing instructions and on closing documents prepared by CHL. CHL shall provide Broker with the appropriate closing documents as soon as practicable after all applicable conditions to closing have been satisfied. Broker is responsible for ensuring that all closing documents are properly signed by Applicant, Broker or a third party and contain authentic signatures.

3.4   **Funding.** Each Loan approved by CHL for funding may be closed in either the name of CHL or the name of Broker, unless Broker is prohibited by any law, regulation, or certifying agency from closing in its own name or using a certain funding method; provided, however, that Broker may not close a VA Loan in Broker's name without the prior written consent of CHL. If a loan is to be closed in the name of CHL, the closing documents may be prepared in the name of "America's Wholesale Lender" if permitted by the applicable CHL mortgage loan program and state and federal law.

(a)   **Loans Closed in the Name of CHL.** If a Loan is closed in the name of CHL, CHL will fund such Loan as soon as practicable following receipt of all closing documents, properly completed and signed, including, but not limited to:

(i)   mortgage, deed of trust, or other security instrument, naming CHL or America's Wholesale Lender, as applicable, as the lender or beneficiary;

(ii)   mortgage note naming CHL or America's Wholesale Lender, as applicable, as the payee;

(iii)   all required property and casualty insurance policies naming CHL or America's Wholesale Lender, as applicable, and its successors and assigns as an additional loss payee; and

(iv)   all required disclosure statements.

4

(b) **Loans Closed in the Name of Broker.** If a Loan is closed in Broker's name, concurrently therewith, Broker shall assign to CHL all of Broker's right, title and interest in and to the Loan, and CHL shall assume all such rights and obligations as the holder of the Loan. CHL will fund such Loan as soon as practicable following receipt of all closing documents, properly completed and signed, including, but not limited to:

    (i) mortgage, deed of trust, or other security instrument, naming Broker as the lender or beneficiary;

    (ii) unrecorded, but recordable, assignment of mortgage, deed of trust, or other security instruction, from Broker to CHL;

    (iii) mortgage note duly endorsed without recourse to CHL;

    (iv) all required property and casualty insurance policies naming Broker or CHL its successors and assigns as an additional loss payee; and

    (v) all required disclosure statements.

## ARTICLE 4
## FHA LOANS

This Article 4 shall apply to Broker to the extent Broker intends to originate loans that are eligible to be insured by the FHA ("FHA Loans").

**4.1**    **FHA Loan Correspondent.**

(a) **Relationship of the Parties.** In accordance with CHL's participation in the FHA Direct Endorsement Program and pursuant to the regulations promulgated by the Department of Housing and Urban Development ("HUD") including, but not limited to, 24 C.F.R. Section 203.5, Broker is authorized to act as CHL's loan correspondent solely for the purpose of processing, originating and insuring FHA Loans submitted to CHL for underwriting and funding. With respect to the origination of any FHA Loan, Broker is authorized to act as CHL's loan correspondent only upon submission of such Mortgage Loan Package to CHL for underwriting; prior to such time, Broker shall be acting as an independent mortgage broker when performing all functions with respect to such Loan. This loan correspondent relationship shall be solely for the benefit of Broker and CHL, and not for the benefit of any third party. Broker shall not hold itself out to any third party as CHL's loan correspondent and shall not advertise, publicize or discuss, in any manner whatsoever, the fact that Broker is acting as CHL's loan correspondent with respect to the origination of any FHA Loan, without CHL's express prior written consent.

(b) **Application and Fees.** Broker shall, with CHL's assistance, prepare for submission to HUD all paperwork required to complete the loan correspondent application. Broker shall be responsible for the payment of any application fees, annual fees and territorial fees that are required by HUD in order to maintain Broker's status as an FHA loan correspondent in all territories in which it originates FHA Loans.

4.2     **Mortgage Insurance Premium.** With respect to each FHA Loan funded by CHL, CHL shall deduct from the Loan proceeds the mortgage insurance premium and shall forward to HUD such premium together with the completed mortgage insurance package. In the event that HUD issues to Broker the OTMIP Statement of Account, the MIC or a suspense letter with regard to the issuance of a MIC, Broker shall forward same to CHL immediately. Broker agrees to cooperate with CHL in resolving any issues relating to suspension of HUD insurance.

## ARTICLE 5
## VA LOANS

This Article 5 shall apply to Broker to the extent Broker intends to originate loans that are eligible to be guaranteed by the VA ("VA Loans").

5.1     **Relationship of the Parties.** In accordance with CHL's participation as an approved mortgage lender for the VA, Broker is authorized to act as CHL's agent, as defined in Section 1.07 of the VA Lender's Handbook, for the sole purpose of processing and originating VA Loans submitted to CHL for underwriting and funding. With respect to the origination of any VA Loan, Broker is authorized to act as CHL's agent only upon submission of such Mortgage Loan Package to CHL for underwriting; prior to such time, Broker shall be acting as an independent mortgage broker when performing all functions with respect to such Loan. This relationship shall be solely for the benefit of Broker and CHL and not for the benefit of any third party. Broker shall not hold itself out to any third party as CHL's agent and shall not advertise, publicize or discuss, in any manner whatsoever, the fact that Broker may be acting as CHL's agent with respect to the origination of any VA Loan without CHL's express prior written consent.

5.2     **VA Funding Fee.** With respect to each VA Loan funded by CHL, CHL shall promptly prepare and submit to the VA the loan guaranty package and VA funding fee. Broker agrees to cooperate with CHL in resolving any issues relating to suspension of the guaranty.

## ARTICLE 6
## WARRANTIES AND REPRESENTATIONS OF BROKER

6.1     **Warranties and Representations Regarding Broker.** Broker represents, warrants and covenants to CHL that, with respect to itself, including each office or location operated by Broker, and any third party originating loans under Broker's license to originate mortgage loans ("Loan Originators"), and the Loans, the following are true and correct as of the date hereof and shall remain true and correct during the term of this Agreement:

(a)     Broker and each Loan Originator is duly organized, validly existing and in good standing under the laws of the state of its incorporation or organization and is qualified and/or licensed as necessary to transact business in each state where property securing a Loan is located;

FROM

FROM

FROM

〈WED〉JAN  9 2008          11:47/No. 7519288177 P 10

(TUE) MAY 20 2003   11:11/ST. 16:09/NO. 6321775730 P 13

(b)   Broker and each Loan Originator is, and shall at all times remain knowledgeable of and in compliance with all federal, state and local laws and regulations applicable to it and the operation of its business and as an FHA loan correspondent and/or VA authorized agent (if applicable), including, but not limited to, RESPA, the Home Ownership and Equity Protection Act of 1974, the Fair Credit Reporting Act, the Fair Housing Act, the Equal Credit Opportunity Act, the Truth in Lending Act, the Home Mortgage Disclosure Act, The Privacy Act and all regulations promulgated under each such law;

(c)   This Agreement, and all actions provided for herein, have been duly authorized by the Broker's board of directors, if Broker is a corporation, or by such individual(s) empowered and authorized to bind Broker, and Broker shall, upon execution of this Agreement, provide CHL with evidence reasonably satisfactory to CHL for such authorization. Neither the execution of this Agreement nor the consummation of the transactions contemplated herein, nor the fulfillment of or compliance with the terms and conditions of this Agreement will conflict with or result in the breach of any term, condition or provision of Broker's certificate of incorporation or by-laws, any license held by Broker or governing Broker's activities or any agreement to which Broker is a party or by which Broker is bound, or constitute a material default or result in an acceleration under any of the foregoing;

(d)   Broker does not know of any suit, action, arbitration or legal, administrative or other hearing that would affect its ability to perform its obligations hereunder;

(e)   Broker and/or Loan Originator has entered into a written services agreement with each Applicant if required by applicable federal or state law;

(f)   All Loans have been closed using closing documents prepared by CHL; and

(g)   To the best of Broker's and/or Loan Originator's knowledge and belief having exercised reasonable diligence, (i) all documents submitted by Broker or Loan Originator in connection with any Mortgage Loan Package are in every respect valid and genuine, being on their face what they purport to be; (ii) all information (credit or otherwise) submitted in connection with any Mortgage Loan Package is true and accurate; (iii) all signatures on each promissory note and deed of trust or mortgage are the true signatures of the appropriate Applicant; and (iv) no fraudulent information has been provided to CHL with respect to any Loan submitted to CHL for funding.

6.2   **Warranties and Representations Regarding Individual Loans.** If a Loan is closed in the name of Broker and assigned to CHL pursuant to Section 3.4(b) above, Broker, with respect to such Loan, represents, warrants and

i

covenants to CHL, that the following are true and correct as of the date CHL acquires such Loan:

(a)     Broker has the authority to sell, transfer and assign to CHL the Loan, the payments owing thereunder, and its security interest in the collateral securing such Loan;

(b)     No prior sale, pledge, assignment or hypothecation of the Loan or any portion thereof, has been made to any other individual or entity; and

(c)     Broker has not modified the Loan in any material respect; satisfied, canceled or subordinated the Loan in whole or in part; released the mortgaged property in whole or in part from the lien of the Loan; or executed any instrument of release, cancelation, modification or satisfaction; provided, however, that this warranty shall be deemed not to have been made with respect to any matter brought to the attention of CHL prior to disbursement of the purchase price and acknowledged and approved by CHL in writing or by express mention in the related title insurance policy.

## ARTICLE 7
## PURCHASE AND INDEMNIFICATION

7.1     **Purchase.** In the event any false or fraudulent information is submitted in connection with any Loan and Broker, its officers, employees or agents knew, or if Broker had complied with its Quality Control Program should have known, of such false or fraudulent information, CHL shall have the right to require Broker to purchase such Loan from CHL. Upon receipt of the request for purchase, Broker shall immediately pay to CHL an amount equal to the sum of (a) the amount originally paid to Broker and/or Applicant by CHL in connection with CHL's funding of the Loan, with adjustment for principal payments received by CHL prior to the time of purchase of the Loan by Broker; (b) interest on the unpaid principal balance of the Loan at the mortgage interest rate from the last date through which interest has been paid to the date of purchase of the Loan by Broker; (c) any unreimbursed advances made by CHL, or its designee, to protect the investor's interest in the Loan or the related mortgage property; and (d) all costs and expenses, including, but not limited to, reasonable attorneys' fees and costs, incurred by CHL in connection with the Loan. Upon receipt of such payment, CHL shall convey to Broker the Loan or, if the property has been previously acquired through foreclosure or otherwise, the real property that secured the Loan. A request for purchase hereunder shall not be deemed an election of remedies in the event Broker fails to comply with its obligations as required herein, and CHL may concurrently pursue any and all other rights and remedies available to it under law or equity.

7.2     **Indemnification.** Each party agrees to indemnify and hold the other party and its officers, directors, employees, agents, shareholders and

representatives harmless from and against any and all claims, demands, liabilities, causes of action and expenses, including attorneys' fees actually incurred, relating to, arising out of or in connection with such party's breach of any representation, warranty or covenant contained herein; provided, however, that Broker shall have no obligation to indemnify CHL to the extent the claim for indemnification is based on Broker's breach of an obligation that is or was the responsibility of CHL under any Processing Agreement entered into between the parties. The provisions of this Article shall survive any Loan closing and assignment thereof.

## ARTICLE 8
### TERMINATION

8.1   **Termination.** Either party may terminate this Agreement at any time with or without cause, which termination shall be effective immediately upon the other party's receipt of written notice thereof. All representations and warranties made herein and the parties' rights and obligations under Section 2.2 and Articles 6 and 7 of this Agreement shall remain in full force and effect notwithstanding any termination of this Agreement. Unless otherwise agreed to in writing by the parties, CHL shall complete underwriting of any Mortgage Loan Package submitted by Broker prior to the date of termination and shall approve or reject funding of such Loans in accordance with the terms of this Agreement.

8.2   **Notification of Change of Status.** Broker shall immediately notify CHL in the event (a) Broker changes the name under which it conducts business; (b) there is a change in control of Broker; (c) Broker fails to be in compliance with qualification or licensing laws of any jurisdiction where it conducts business; or (d) Broker files for bankruptcy protection or is a party to any similar proceeding.

## ARTICLE 9
### GENERAL

9.1   **Loan Originators.** Broker shall notify CHL in the event Broker intends to originate Loans through multiple locations or branches or Loan Originators. Broker agrees to provide CHL with such information as CHL may reasonably request regarding such locations and Loan Originators and to cause each Loan Originator, prior to originating any Loans hereunder, to sign a statement whereby Loan Originator agrees to comply with and be subject to the terms and conditions of this Agreement. Notwithstanding anything to the contrary contained in this Agreement, Broker shall be liable for the acts and omissions of its officers, employees and agents including, without limitation, Loan Originators.

9.2   **Relationship of the Parties.** CHL and Broker acknowledge and agree that at all times they are operating as independent parties. This Agreement is for the sole and exclusive benefit and obligation of the parties hereto and nothing contained herein shall be construed to give any party, other than CHL and Broker, any legal or equitable right, remedy or claim under or in connection with any provision of this Agreement. Nothing contained herein shall constitute a partnership or joint venture between CHL and Broker and

FROM

FROM

FROM

(WED) JAN  8 2006                    11:47/No. 7518288177 P 13

(TUE) MAY 20 2003 18:11/ST. 16:09/NO. 6321775730 P 16

9.8    **Severability.** If any term, clause or provision of this Agreement shall be deemed invalid or unenforceable for any reason, the remainder of this Agreement shall remain valid and enforceable in accordance with its terms. The invalidity or unenforceability of any term, clause or provision in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

9.9    **Waiver.** No waiver of any provision of this Agreement or of the rights and obligations of the parties shall be effective unless in writing and signed by the party waiving compliance. Any such waiver shall be effective only in the specific instance and for the specific purpose stated in such writing.

9.10   **Attorneys' Fees.** If any claim, legal action or any arbitration or other proceeding is brought for the enforcement of this Agreement or because of an alleged dispute, breach, default or misrepresentation in connection with any of the provisions of this Agreement, the successful or prevailing party shall be entitled to recover reasonable attorneys' fees and other costs incurred in that claim, action or proceeding, in addition to any other relief to which such party may be entitled.

9.11   **Cooperation.** The parties hereto each agree to use commercially reasonable efforts to cooperate fully with each other to perform all their duties hereunder and effectuate the purposes and intents of this Agreement; such cooperation shall include, but shall not be limited to, the correction of errors that may have arisen in connection with the origination of any Loan and provision of any and all information that may be requested regarding any of the Loans underwritten pursuant to this Agreement.

9.12   **Entire Agreement.** This Agreement is the final and exclusive statement of all agreements and understandings between the parties with respect to the subject matter described herein and all oral and written correspondence relating to the subject matter hereof is superseded by this Agreement. No change, modification or alteration of this Agreement shall be effective unless in writing and signed by both parties.

9.13   **Counterparts.** This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one instrument. Facsimile signatures shall be deemed valid and binding to the same extent as the original.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the date first above written.

COUNTRYWIDE HOME LOANS, INC.          BROKER

By: _David J Walker_                   By: _RB Goodwin_

Its: _AVP Broker Approval_             Its: _Sales Mngr_

FROM

FROM

(WED) JAN 8 2008      T. 11:47/No. 7618288177 P  1

(TUE) MAY 20 2003  10:10/ST. 16:09/NO. 6321775730 P  4

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

Name

Business name, if different from above      American Home Mortgage Corp

Check appropriate box: ☐ Individual/Sole proprietor  ☑ Corporation  ☐ Partnership  ☐ Other ▶    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)      10223 SE Sunnyside Rd

Requester's name and address (optional)

City, state, and ZIP code      Clackamas OR 97015

List account number(s) here (optional)

**Part I  Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Note: If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number
| | | | | |

or

Employer identification number
1 3 3 4 6 1 5 5 8

**Part II  Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here    Signature of U.S. person ▶                      Date ▶ 5/19/03

**Purpose of Form**

A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

If you are a foreign person, use the appropriate Form W-4. See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

What is backup withholding? Persons making certain payments to you must under certain conditions withhold and pay to the IRS 30% of such payments after December 31, 2001 (29% after December 31, 2003). This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. You do not certify your TIN when required (see the Part II instructions on page 2 for details), or

3. The IRS tells the requester that you furnished an incorrect TIN, or

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions on page 2 and the separate Instructions for the Requester of Form W-9.

**Penalties**

Failure to furnish TIN. If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

Civil penalty for false information with respect to withholding. If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

Criminal penalty for falsifying information. Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

Misuse of TINs. If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. no. 10231X      Form **W-9** (Rev. 1-2003)

December 10, 2004

Dear Valued Business Partner:

We at Countrywide®, America's Wholesale Lender®, would like to thank you for the opportunity to earn your business. We know that you have many options when it comes to choosing a lender and all of us at Countrywide consider it an honor when we are chosen. As a company, we consistently strive to provide the best possible service and the broadest product line to continuously meet the needs of your customers.

Here at Countrywide, it has always been our vision and objective to be a leader in affordable home loans and to assist a greater number of Americans to realize the dream of home ownership. However, there is a very small percentage of mortgage brokers that employ certain lending practices, like the practice of processing back to back refinances, also known as churning, that jeopardize home loan affordability. These practices increase the costs for lenders and ultimately these higher costs are passed on to future borrowers.

In an effort to ensure that future home loan borrowers are able to participate in the lowest lending rates that the market affords, we are aligning our policies with many of our competitors and are announcing our new Early Payoff Policy to address loans that pay off shortly after inception. In short, this policy is designed to significantly reduce the early prepayment of prime loans. Therefore, effective with loans that fund on or after December 15, 2004, the following policy will be observed.

Countrywide, America's Wholesale Lender, reserves the right to recover any and all yield spread premium or compensation paid to a broker for any prime loan that pays off in full within 180 days of the closing date of the loan. Additionally, Countrywide reserves the right to recover any and all yield spread premium or compensation paid on any Home Equity loan where the balance falls below 50% of the original draw within 60 days of the closing date of the loan.

Our team stands ready to support your business and to answer any questions you may have regarding this new policy. We would like to thank you in advance for your support of this change, and once again, for your ongoing patronage. We look forward to earning your business well into the future.

Sincerely,

Brian A. Robinett
Managing Director Prime Lending
Countrywide, America's Wholesale Lender

CSC repurchase and Early Payoff Premium Recapture claims
Portfolio acquired from American Home Mortgage
Information updated as of 7/10/2008
Interest accrual for repurchase claims assuming repurchase on 7/31/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Legal name of Entity | Basis for claim | Loan Status | Current Principal Balance | Loan Program Name | Issue Created Date | CHL Purchase Date | First Due CHL Date | Current Int Paid to Date | Original Note Amount | UPB at Time of CHL Purchase | Claim Amount | CHL Deal Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123128588 | 1032411 | VENICE FL | American Home Mortgage | EPD | CUR | 299,781.32 | NonConf Fixed 30 EC IO 10/2 | 05/24/2007 | 12/22/2005 | 1/1/2006 | 6/1/2008 | 302,400.00 | 302,139.71 | 305,490.10 | 200511152 |
| 125047637 | 1090238 | CULPEPER VA | American Home Mortgage | EPD | REO | 420,000.00 | NonConf Fixed 15 EC | 05/24/2007 | 12/29/2005 | 2/1/2006 | 3/1/2007 | 420,000.00 | 420,000.00 | 488,691.41 | 200512221 |
| 125047981 | 1089757 | NORCO CA | American Home Mortgage | EPD | CUR | 332,499.46 | NonConf Fixed 15 EC | 07/23/2007 | 12/29/2005 | 2/1/2006 | 6/1/2008 | 332,500.00 | 332,500.00 | 341,543.50 | 200512221 |
| 125316902 | 1076572 | Bolingbrook IL | American Home Mortgage | EPD | BK13 | 599,490.98 | NonConf ARM LIBOR 1yr IO1 | 03/29/2007 | 2/6/2006 | 2/1/2006 | 12/1/2006 | 595,000.00 | 594,999.99 | 713,115.16 | 200512280 |
| 125317991 | 1085004 | O Fallon MO | American Home Mortgage | EPD | GLR | - | NonConf ARM LIBOR 1yr IO1 | 03/29/2007 | 2/6/2006 | 2/1/2006 | 1/1/2007 | 255,000.00 | 255,000.00 | 37,484.35 | 200512280 |
| 125389330 | 1051916 | CALDWELL ID | American Home Mortgage | EPD | DELQ | 90,000.00 | NonConf ARM LIBOR 5/6 EC | 03/29/2007 | 2/14/2006 | 2/1/2006 | 4/1/2008 | 99,400.00 | 90,000.00 | 92,927.18 | 200512221 |
| 134845746 | 1200468 | AKRON OH | American Home Mortgage | EPD | REO | 52,000.00 | NonConf ARM LIBOR 5/6 EC | 08/24/2007 | 5/3/2006 | 4/1/2006 | 5/1/2006 | 52,000.00 | 52,000.00 | 75,152.13 | 200603314 |
| 138985785 | 1277521 | Orlando FL | American Home Mortgage | EPD | DELQ | 167,958.60 | NonConf Fixed 30 EC IO 10/2 | 05/24/2007 | 6/21/2006 | 7/1/2006 | 4/1/2008 | 168,000.00 | 168,000.00 | 176,271.03 | 200605254 |
| 141366931 | 1318881 | WEYMOUTH MA | American Home Mortgage | EPD | CUR | 336,911.08 | Conf Fixed 30 | 04/23/2007 | 8/2/2006 | 8/1/2006 | 6/1/2008 | 344,000.00 | 344,000.00 | 341,473.79 | 200606236 |
| 141368403 | 1305838 | CORAM NY | American Home Mortgage | EPD | CUR | 281,822.17 | Conf Fixed 30 | 05/24/2007 | 8/2/2006 | 8/1/2006 | 6/1/2008 | 270,000.00 | 270,000.00 | 284,549.15 | 200606230 |
| 143169397 | 1351697 | CHINO VALLEY AZ | American Home Mortgage | EPD | FC | 118,877.91 | NonConf ARM LIBOR 5/6 EC | 11/15/2006 | 8/22/2006 | 9/1/2006 | 8/1/2007 | 118,930.00 | 118,530.00 | 134,467.48 | 200607213 |
| 143169569 | 1335408 | CLARKSVILLE GA | American Home Mortgage | EPD | GLR | - | NonConf ARM LIBOR 5/6 EC | 04/23/2007 | 8/22/2006 | 9/1/2006 | 10/1/2006 | 294,000.00 | 294,000.00 | 202,618.76 | 200607213 |
| 143172462 | 1324410 | CHICAGO IL | American Home Mortgage | EPD | CUR | 73,358.14 | NonConf ARM LIBOR 5/6 EC | 06/19/2007 | 8/22/2006 | 9/1/2006 | 7/1/2008 | 66,750.00 | 66,750.00 | 75,446.10 | 200607213 |
| 145139759 | 1360711 | LITHONIA GA | American Home Mortgage | EPD | FC | 404,651.14 | NonConf ARM LIBOR 5/1 EC | 04/03/2007 | 9/20/2006 | 10/1/2006 | 12/1/2007 | 405,000.00 | 405,000.00 | 440,061.27 | 200608225 |
| 145140479 | 1362504 | MIAMI GARDENS FL | American Home Mortgage | EPD | REO | 146,293.00 | NonConf ARM LIBOR 5/6 EC | 04/03/2007 | 9/20/2006 | 10/1/2006 | 1/1/2007 | 146,293.00 | 146,293.00 | 179,913.75 | 200608225 |
| 145140575 | 1350469 | LAWRENCE MA | American Home Mortgage | EPD | REO | 72,000.00 | NonConf ARM LIBOR 6m 5/1 | 04/10/2007 | 9/20/2006 | 10/1/2006 | 9/1/2006 | 72,000.00 | 72,000.00 | 86,576.80 | 200608225 |
| 145141143 | 1355846 | TAVARES FL | American Home Mortgage | EPD | REO | 211,946.93 | NonConf ARM LIBOR 5/1 EC | 07/23/2007 | 9/20/2006 | 10/1/2006 | 5/1/2008 | 212,000.00 | 212,000.00 | 254,845.90 | 200608225 |
| 145141535 | 1371492 | AVENTURA FL | American Home Mortgage | EPD | REO | 322,000.00 | NonConf ARM LIBOR 5/1 EC | 04/03/2007 | 9/20/2006 | 10/1/2006 | 1/1/2007 | 322,000.00 | 322,000.00 | 393,786.15 | 200608225 |
| 145143784 | 1368229 | EAGLE ID | American Home Mortgage | EPD | REO | 368,720.00 | NonConf ARM LIBOR 5/1 EC | 11/15/2006 | 9/20/2006 | 10/1/2006 | 4/1/2007 | 368,720.00 | 368,720.00 | 439,990.26 | 200608225 |
| 150147773 | 1402895 | BALTIMORE MD | American Home Mortgage | EPD | FC | 168,300.00 | NonConf ARM LIBOR 3/6 10 | 11/15/2006 | 9/27/2006 | 10/1/2006 | 11/1/2007 | 168,300.00 | 168,300.00 | 185,130.94 | 200609026 |
| 150147805 | 1396236 | INDIALANTIC FL | American Home Mortgage | EPD | FC | 168,000.00 | NonConf ARM LIBOR 3/6 IO | 04/23/2007 | 9/27/2006 | 10/1/2006 | 4/1/2007 | 168,000.00 | 168,000.00 | 189,802.67 | 200609026 |
| 155627156 | 1479538 | BELHAVEN NC | American Home Mortgage | EPD | FC | 94,411.02 | NonConf Fixed 30 EC | 02/08/2007 | 12/27/2006 | 1/1/2007 | 1/1/2008 | 86,400.00 | 86,400.00 | 101,105.11 | 200612034 |
| 155627164 | 1513953 | SURPRISE AZ | American Home Mortgage | EPD | FC | - | NonConf Fixed 30 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 4/1/2007 | 179,300.00 | 179,300.00 | 59,209.59 | 200612034 |
| 155627444 | 1477060 | DELAWARE OH | American Home Mortgage | EPD | BK13 | 49,681.24 | NonConf Fixed 30 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 7/1/2007 | 50,000.00 | 49,960.98 | 58,966.66 | 200612034 |
| 155627636 | 1485007 | SLOUGHHOUSE CA | American Home Mortgage | EPD | FC | 960,000.00 | NonConf Fixed 30 IO 10/20 | 04/26/2007 | 12/27/2006 | 1/1/2007 | 2/1/2007 | 960,000.00 | 960,000.00 | 1,107,814.73 | 200612034 |
| 155627796 | 1474134 | CHICAGO IL | American Home Mortgage | EPD | REO | 472,500.00 | NonConf Fixed 30 IO 10/20 | 02/28/2007 | 12/27/2006 | 1/1/2007 | 3/1/2007 | 472,500.00 | 472,500.00 | 567,727.18 | 200612034 |
| 155627852 | 1421979 | ASTORIA NY | American Home Mortgage | EPD | FC | 692,000.00 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 9/1/2007 | 692,000.00 | 692,000.00 | 759,506.11 | 200612034 |
| 155627948 | 1474307 | SCOTTSDALE AZ | American Home Mortgage | EPD | FC | 650,000.00 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 2/1/2007 | 650,000.00 | 650,000.00 | 745,695.22 | 200612034 |
| 155628012 | 1512233 | STAMFORD CT | American Home Mortgage | EPD | CUR | 463,199.85 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 7/1/2008 | 463,200.00 | 463,200.00 | 464,619.86 | 200612034 |
| 155628332 | 1503013 | AVENTURA FL | American Home Mortgage | EPD | REO | 584,000.00 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 3/1/2007 | 584,000.00 | 584,000.00 | 665,044.87 | 200612034 |
| 155991208 | 1421423 | Bernardsville NJ | American Home Mortgage | EPD | FC | 1,315,162.01 | NonConf Fixed 30 | 05/07/2007 | 1/10/2007 | 2/1/2007 | 3/1/2007 | 1,320,000.00 | 1,317,115.61 | 1,530,765.52 | 200612109 |
| 157168455 | 1522538 | Richmond VA | American Home Mortgage | EPD | DELQ | 318,400.00 | NonConf Fixed 30 IO 10/20 P | 05/14/2007 | 1/30/2007 | 2/1/2007 | 4/1/2008 | 318,400.00 | 318,400.00 | 328,174.22 | 200512035 |
| 157168525 | 1562716 | Lynn MA | American Home Mortgage | EPD | FC | 234,947.48 | NonConf Fixed 30 | 02/28/2007 | 1/30/2007 | 2/1/2007 | 11/1/2007 | 236,800.00 | 236,800.00 | 256,392.28 | 200512035 |
| 157168711 | 1505921 | Brooklyn NY | American Home Mortgage | EPD | FC | 956,896.82 | NonConf Fixed 30 | 07/24/2007 | 1/30/2007 | 2/1/2007 | 5/1/2007 | 960,000.00 | 959,387.84 | 1,099,816.72 | 200612035 |
| 157168991 | 1544709 | Gresham OR | American Home Mortgage | EPD | FC | 532,000.00 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 1/30/2007 | 2/1/2007 | 12/1/2007 | 532,000.00 | 532,000.00 | 565,871.24 | 200612035 |
| 157169207 | 1536059 | Montville NJ | American Home Mortgage | EPD | FC | 684,000.00 | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 1/30/2007 | 2/1/2007 | 6/1/2007 | 684,000.00 | 684,000.00 | 745,638.87 | 200612035 |
| 157169567 | 1547650 | Kapaa HI | American Home Mortgage | EPD | DELQ | 235,633.33 | NonConf Fixed 30 | 05/07/2007 | 1/30/2007 | 2/1/2007 | 4/1/2008 | 239,000.00 | 239,000.00 | 241,459.99 | 200612035 |
| 157169583 | 1520804 | Forest OH | American Home Mortgage | EPD | CUR | 83,019.00 | NonConf Fixed 30 IO 10/20 | 02/28/2007 | 1/30/2007 | 2/1/2007 | 6/1/2008 | 83,019.00 | 83,019.00 | 86,425.58 | 200612035 |
| 157169767 | 1536118 | Brooklyn NY | American Home Mortgage | EPD | FC | 452,480.00 | NonConf Fixed 30 IO 10/20 P | 05/07/2007 | 1/30/2007 | 2/1/2007 | 1/1/2008 | 452,480.00 | 452,480.00 | 483,383.86 | 200612035 |
| 157169567 | 1536087 | Fire Island Pines NY | American Home Mortgage | EPD | CUR | 637,334.32 | NonConf Fixed 30 IO 10/20 PP | 05/07/2007 | 1/30/2007 | 2/1/2007 | 10/1/2008 | 650,000.00 | 649,982.87 | 636,221.79 | 200512035 |
| 157170175 | 1555839 | Queen Creek AZ | American Home Mortgage | EPD | GLR | - | NonConf Fixed 30 IO 10/20 | 04/17/2007 | 1/30/2007 | 2/1/2007 | 3/1/2007 | 241,600.00 | 241,600.00 | 288,536.98 | 200612035 |
| 157170287 | 1539215 | CORAL SPRINGS FL | American Home Mortgage | EPD | CUR | 394,154.24 | NonConf Fixed 30 | 05/07/2007 | 1/30/2007 | 2/1/2007 | 6/1/2008 | 400,000.00 | 400,000.00 | 403,318.46 | 200612035 |
| 163478236 | 1575439 | Eagan MN | American Home Mortgage | EPD | REO | 480,000.00 | NonConf Fixed 30 IO 10/20 | 06/07/2007 | 2/21/2007 | 3/1/2007 | 4/1/2007 | 480,000.00 | 480,000.00 | 547,899.94 | 200701186 |
| 163478244 | 1559200 | Phoenix AZ | American Home Mortgage | EPD | REO | 472,000.00 | NonConf Fixed 30 IO 10/20 | 06/07/2007 | 2/21/2007 | 3/1/2007 | 4/1/2007 | 472,000.00 | 472,000.00 | 524,455.07 | 200701186 |
| 163478252 | 1565193 | Kannapolis NC | American Home Mortgage | EPD | BK13 | 86,201.57 | NonConf Fixed 30 EC | 06/07/2007 | 2/21/2007 | 3/1/2007 | 4/1/2007 | 86,400.00 | 86,313.36 | 99,196.47 | 200701186 |
| 163478372 | 1451442 | Henniker NH | American Home Mortgage | EPD | CUR | 181,348.29 | NonConf Fixed 30 EC | 05/07/2007 | 2/21/2007 | 3/1/2007 | 5/1/2008 | 184,000.00 | 183,474.67 | 186,543.52 | 200701186 |
| 163478388 | 1576831 | MORRISON CO | American Home Mortgage | EPD | CUR | 567,489.85 | NonConf Fixed 30 IO 10/20 | 05/07/2007 | 2/21/2007 | 3/1/2007 | 6/1/2008 | 568,000.00 | 568,000.00 | 579,663.64 | 200701186 |
| 163478980 | 1573237 | Vienna VA | American Home Mortgage | EPD | DELQ | 471,980.67 | NonConf Fixed 30 IO 10/20 | 05/07/2007 | 2/21/2007 | 3/1/2007 | 5/1/2007 | 440,000.00 | 440,000.00 | 443,953.01 | 200701186 |
| 166163210 | 1621848 | Coral Springs FL | American Home Mortgage | EPD | DELQ | 424,141.68 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 468,000.00 | 471,960.67 | 536,385.50 | AHMA 2007-5 |
| 166622272 | 1386258 | COLLEGE PARK GA | American Home Mortgage | EPD | CUR | 26,100.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 26,100.00 | 26,100.00 | 26,847.57 | 200703223 |
| 166622392 | 1627658 | SANTA ROSA CA | American Home Mortgage | EPD | CUR | 96,590.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 96,590.00 | 96,590.00 | 101,832.04 | 200703223 |
| 166622760 | 1585571 | MARSHALLS CREEK PA | American Home Mortgage | EPD | CUR | 37,825.15 | NonConf HELOC -Generic | 09/10/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 40,000.00 | 39,283.79 | 38,672.44 | 200703223 |
| 166624032 | 1589934 | DE BEQUE CO | American Home Mortgage | EPD | CUR | 114,000.00 | NonConf HELOC -Generic | 07/20/2007 | 4/30/2007 | 5/20/2007 | 5/20/2008 | 114,000.00 | 114,000.00 | 117,106.90 | 200703223 |
| 166624104 | 1602069 | RALEIGH NC | American Home Mortgage | EPD | CUR | 37,839.08 | NonConf HELOC SyDrl5yRrl5 | 07/20/2007 | 4/30/2007 | 5/20/2007 | 5/20/2008 | 38,700.00 | 38,700.00 | 39,082.27 | 200703223 |
| 166624280 | 1617802 | REDDING CT | American Home Mortgage | EPD | CUR | 87,476.07 | NonConf HELOC -Generic | 08/24/2007 | 4/30/2007 | 5/20/2007 | 5/20/2008 | 87,750.00 | 87,750.00 | 90,340.00 | 200703223 |
| 166624328 | 1580016 | EAST SETAUKET NY | American Home Mortgage | EPD | CUR | 90,000.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 5/20/2007 | 5/20/2008 | 90,000.00 | 90,000.00 | 92,570.00 | 200703223 |
| 166624560 | 1536461 | MERIDIAN ID | American Home Mortgage | EPD | DELQ | 36,984.52 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 12/20/2007 | 37,000.00 | 36,984.52 | 39,836.75 | 200703223 |
| 166624712 | 1589339 | CLIFTON NJ | American Home Mortgage | EPD | DELQ | 51,660.33 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2007 | 51,750.00 | 51,660.33 | 54,583.92 | 200703223 |
| 166625200 | 1581912 | BLOOMING GROVE NY | American Home Mortgage | EPD | CUR | 167.17 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 5/20/2007 | 5/20/2008 | 140,000.00 | 140,000.00 | 145,628.12 | 200703223 |
| 166625617 | 1605002 | RICHMOND CA | American Home Mortgage | EPD | CUR | 119,900.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 120,000.00 | 42,100.00 | 123,115.65 | 200703223 |
| 166625681 | 1583026 | LINCOLN CA | American Home Mortgage | EPD | DELQ | 50,000.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 5/20/2007 | 5/20/2008 | 50,000.00 | 50,000.00 | 52,722.76 | 200703223 |
| 166625681 | 1583026 | LINCOLN CA | American Home Mortgage | EPD | CUR | 50,000.00 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 5/20/2007 | 5/20/2008 | 50,000.00 | 50,000.00 | 52,722.76 | 200703223 |
| 166625929 | 1573102 | CARMEL NY | American Home Mortgage | EPD | CUR | 40,990.46 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 5/20/2007 | 7/20/2008 | 41,000.00 | 41,000.00 | 41,892.52 | 200703223 |
| 166625977 | 1610053 | HENDERSON NV | American Home Mortgage | EPD | CUR | 49,658.64 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 50,000.00 | 50,000.00 | 51,085.46 | 200703223 |
| 166626017 | 1586235 | KALAHEO HI | American Home Mortgage | EPD | CUR | 53,800.00 | NonConf HELOC -Generic | 08/24/2007 | 4/30/2007 | 5/20/2007 | 5/20/2008 | 53,800.00 | 53,800.00 | 55,228.88 | 200703223 |

CSC repurchase and Early Payoff Premium Recapture claims
Portfolio acquired from American Home Mortgage
Information updated as of 7/10/2008
Interest accrual for repurchase claims assuming repurchase on 7/31/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Legal name of Entity | Basis for claim | Loan Status | Current Principal Balance | Loan Program Name | Issue Created Date | CHL Purchase Date | First Due CHL Date | Current Int Paid to Date | Original Note Amount | UPB at Time of CHL Purchase | Claim Amount | CHL Deal Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166626089 | 1568454 | ROCKLEDGE FL | American Home Mortgage | EPD | CUR | 27,350.78 | NonConf HELOC -Generic | 08/24/2007 | 5/31/2007 | 6/20/2007 | 6/20/2008 | 27,500.00 | 27,500.00 | 28,098.56 | 200703223 |
| 167103738 | 1685586 | Merced CA | American Home Mortgage | EPD | DELQ | 320,546.51 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 422,000.00 | 424,141.68 | 492,357.02 | AHMA 2007-5 |
| 167381926 | 1678827 | LONG BEACH CA | American Home Mortgage | EPD | DELQ | 436,711.55 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/22/2007 | 6/1/2007 | 5/1/2007 | 317,500.00 | 320,546.51 | 365,435.11 | AHMA 2007-5 |
| 167383926 | 1676652 | FAIRFIELD CA | American Home Mortgage | EPD | DELQ | 428,458.80 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 432,000.00 | 436,711.55 | 506,129.69 | AHMA 2007-5 |
| 167384166 | 1677632 | ROYAL PALM BEACH FL | American Home Mortgage | EPD | DELQ | 449,492.07 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 426,150.00 | 428,458.80 | 496,832.90 | AHMA 2007-5 |
| 167384406 | 1641298 | OAKLAND CA | American Home Mortgage | EPD | DELQ | 153,153.35 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/12/2007 | 5/1/2007 | 445,000.00 | 449,492.07 | 518,553.83 | AHMA 2007-5 |
| 167387431 | 1624768 | HARDY VA | American Home Mortgage | EPD | DELQ | 653,286.69 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/22/2007 | 6/1/2007 | 5/12/2007 | 152,000.00 | 153,153.35 | 175,749.24 | AHMA 2007-5 |
| 168285448 | 1707588 | Ashburn VA | American Home Mortgage | EPD | DELQ | 239,474.51 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/12/2007 | 650,000.00 | 653,286.69 | 750,393.84 | AHMA 2007-5 |
| 168285976 | 1706578 | Lake Worth FL | American Home Mortgage | EPD | DELQ | 433,397.60 | NonConf ARM LIBOR 1m Neg | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 238,500.00 | 239,474.51 | 275,594.81 | AHMA 2007-5 |
| 169486357 | 1634065 | Wellington FL | American Home Mortgage | EPD | FC | 960,000.00 | NonConf ARM LIBOR 5/6 EC | 08/02/2007 | 6/8/2007 | 6/1/2007 | 8/1/2007 | 960,000.00 | 960,000.00 | 1,069,253.80 | 200705128 |
| 169486381 | 169486381 | EAST ELMHURST NY | American Home Mortgage | EPD | FC | 736,000.00 | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 6/1/2007 | 1/1/2008 | 736,000.00 | 736,000.00 | 777,801.93 | 200705128 |
| 169486421 | 1700002 | Abingdon MD | American Home Mortgage | EPD | GLR | - | NonConf ARM LIBOR 5/6 EC | 08/10/2007 | 6/8/2007 | 6/1/2007 | 6/1/2007 | 373,500.00 | 373,500.00 | 420,052.59 | 200705128 |
| 169486477 | 1722932 | Schenectady NY | American Home Mortgage | EPD | FC | 103,423.19 | NonConf ARM LIBOR 5/6 EC | 08/10/2007 | 6/8/2007 | 7/1/2007 | 6/1/2007 | 103,500.00 | 103,423.19 | 119,884.37 | 200705128 |
| 169486613 | 1743006 | Dover DE | American Home Mortgage | EPD | DELQ | 174,748.35 | NonConf ARM LIBOR 5/6 EC | 08/10/2007 | 6/8/2007 | 7/1/2007 | 5/1/2008 | 168,000.00 | 168,000.00 | 178,789.81 | 200705128 |
| 169486637 | 1518250 | Greer SC | American Home Mortgage | EPD | FC | 172,925.07 | NonConf ARM LIBOR 5/6 EC | 10/02/2007 | 6/8/2007 | 7/1/2007 | 10/1/2007 | 172,505.00 | 172,505.00 | 187,753.80 | 200705128 |
| 169486693 | 1669320 | Collegeville PA | American Home Mortgage | EPD | CUR | 198,399.01 | NonConf ARM LIBOR 5/6 EC | 07/09/2007 | 6/8/2007 | 6/1/2007 | 6/1/2008 | 194,000.00 | 194,000.00 | 203,027.30 | 200705128 |
| 169486781 | 1683832 | Lawrence MA | American Home Mortgage | EPD | REO | 232,000.00 | NonConf ARM LIBOR 5/6 EC | 08/02/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 232,000.00 | 232,000.00 | 266,758.49 | 200705128 |
| 169486829 | 1641155 | Miami FL | American Home Mortgage | EPD | REO | 396,000.00 | NonConf ARM LIBOR 5/6 EC | 07/09/2007 | 6/8/2007 | 6/11/2007 | 5/1/2007 | 396,000.00 | 396,000.00 | 467,594.57 | 200705128 |
| 169486949 | 1703654 | Brooklyn NY | American Home Mortgage | EPD | DELQ | 520,827.26 | NonConf ARM LIBOR 5/6 EC | 08/02/2007 | 6/8/2007 | 7/1/2007 | 5/1/2008 | 525,000.00 | 524,665.23 | 546,321.91 | 200705128 |
| 169486957 | 1744853 | Dedham MA | American Home Mortgage | EPD | CUR | 505,702.00 | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 7/1/2007 | 7/1/2008 | 510,000.00 | 510,000.00 | 514,968.94 | 200705128 |
| 169486905 | 1692617 | Tucson AZ | American Home Mortgage | EPD | DELQ | 490,951.51 | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 7/1/2007 | 5/1/2007 | 492,000.00 | 492,000.00 | 539,034.16 | 200705128 |
| 169487029 | 1572512 | Clayton DE | American Home Mortgage | EPD | DELQ | 242,394.08 | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 7/1/2007 | 4/1/2008 | 245,494.00 | 244,385.30 | 250,324.14 | 200705128 |
| 169487061 | 1708822 | Coral Springs FL | American Home Mortgage | EPD | DELQ | 293,629.63 | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 7/1/2007 | 5/1/2008 | 296,250.00 | 296,250.00 | 301,298.17 | 200705128 |
| 169487125 | 1704538 | Walnut Creek CA | American Home Mortgage | EPD | GLR | - | NonConf ARM LIBOR 5/6 EC | 09/10/2007 | 6/8/2007 | 6/1/2007 | 7/1/2007 | 999,999.00 | 999,999.00 | 1,113,041.55 | 200705128 |
| 169487197 | 169487197 | KEY LARGO FL | American Home Mortgage | EPD | FC | 796,000.00 | NonConf ARM LIBOR 5/6 EC | 08/02/2007 | 6/8/2007 | 6/1/2007 | 12/1/2007 | 796,000.00 | 796,000.00 | 866,019.79 | 200705128 |
| 169487229 | 1711952 | Davenport FL | American Home Mortgage | EPD | REO | 328,500.00 | NonConf ARM LIBOR 5/6 EC | 07/09/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 328,500.00 | 328,500.00 | 376,758.56 | 200705128 |
| 169487245 | 1664972 | SEBASTIAN FL | American Home Mortgage | EPD | REO | 880,000.00 | NonConf ARM LIBOR 5/6 EC | 07/09/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 880,000.00 | 880,000.00 | 1,012,695.63 | 200705128 |
| 169490749 | 1704672 | TOMS RIVER NJ | American Home Mortgage | EPD | FC | 443,702.09 | NonConf Fixed 30 EC | 08/02/2007 | 6/8/2007 | 6/1/2007 | 8/1/2007 | 444,000.00 | 444,000.00 | 506,895.54 | 200705132 |
| 169490765 | 1685787 | WEST HEMPSTEAD NY | American Home Mortgage | EPD | FC | 450,000.00 | NonConf Fixed 30 EC IO 10/2 | 07/09/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 450,000.00 | 450,000.00 | 509,379.55 | 200705132 |
| 169490789 | 1644013 | WELLINGTON FL | American Home Mortgage | EPD | GLR | - | NonConf Fixed 30 EC IO 10/2 | 08/02/2007 | 6/8/2007 | 6/1/2007 | 6/1/2007 | 580,000.00 | 580,000.00 | 185,091.17 | 200705132 |
| 169490869 | 1682713 | BROOKLYN NY | American Home Mortgage | EPD | FC | 560,000.00 | NonConf Fixed 30 EC IO 10/2 | 07/09/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 560,000.00 | 560,000.00 | 626,617.74 | 200705132 |
| 169490925 | 1714830 | ELIZABETH NJ | American Home Mortgage | EPD | FC | 617,500.00 | NonConf Fixed 30 EC IO 10/2 | 08/02/2007 | 6/8/2007 | 7/1/2007 | 11/1/2007 | 617,500.00 | 617,500.00 | 678,694.79 | 200705132 |
| 169491037 | 1753074 | ROGERS MN | American Home Mortgage | EPD | REO | 424,000.00 | NonConf Fixed 30 EC IO 10/2 | 08/02/2007 | 6/8/2007 | 7/1/2007 | 7/1/2007 | 424,000.00 | 424,000.00 | 484,392.40 | 200705132 |
| 169491077 | 1666472 | JEFFERSON NJ | American Home Mortgage | EPD | FC | 591,913.00 | NonConf Fixed 30 EC IO 10/2 | 08/02/2007 | 6/8/2007 | 6/1/2007 | 9/1/2007 | 591,913.00 | 591,913.00 | 650,503.26 | 200705132 |
| 169491093 | 1703624 | DICKSON TN | American Home Mortgage | EPD | CUR | 114,795.04 | NonConf Fixed 30 EC IO 10/2 | 08/02/2007 | 6/8/2007 | 6/1/2007 | 6/1/2008 | 114,825.00 | 114,825.00 | 115,671.95 | 200705132 |
| 170700645 | 1682601 | Tracy CA | American Home Mortgage | EPD | DELQ | 204,365.21 | NonConf ARM LIBOR 5/6 EC | 08/02/2007 | 6/8/2007 | 6/1/2007 | 5/1/2007 | 431,000.00 | 433,397.60 | 503,101.59 | AHMA 2007-5 |
| 170700861 | 1733517 | Hanford CA | American Home Mortgage | EPD | DELQ | 1,000,000.00 | NonConf Fixed 30 EC | 08/06/2007 | 6/7/2007 | 6/1/2007 | 5/1/2007 | 203,500.00 | 204,365.21 | 234,423.55 | AHMA 2007-5 |
| 157168719 | 1516955 | Mooresville NC | American Home Mortgage | Premium Recapture | PIF | - | NonConf Fixed 30 IO 10/20 | 05/02/2007 | 1/30/2007 | 2/1/2007 | 1/1/2007 | 809,600.00 | 809,600.00 | 19,647.96 | 200612035 |
| 166622280 | 1642255 | PRESCOTT VALLEY AZ | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/10/2007 | 4/30/2007 | 5/20/2007 | 9/20/2007 | 88,000.00 | 88,000.00 | 2,024.00 | 200703223 |
| 166622824 | 1525346 | SAINT LOUIS MI | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 08/14/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 29,447.00 | 20,831.38 | 479.12 | 200703223 |
| 166623040 | 1578478 | STOCKTON CA | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 34,000.00 | 34,000.00 | 782.00 | 200703223 |
| 166623360 | 1549915 | OCEANSIDE NY | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 08/14/2007 | 4/30/2007 | 5/20/2007 | 7/20/2007 | 193,000.00 | 192,992.60 | 4,438.82 | 200703223 |
| 166623384 | 1616950 | HOLLYWOOD FL | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 55,000.00 | 55,000.00 | 1,265.00 | 200703223 |
| 166623408 | 1638113 | WILMINGTON DE | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 4/30/2007 | 5/20/2007 | 8/20/2007 | 50,000.00 | 50,000.00 | 1,150.00 | 200703223 |
| 166623824 | 1574913 | TROY MI | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 08/14/2007 | 4/30/2007 | 5/20/2007 | 7/20/2007 | 37,300.00 | 37,300.00 | 857.90 | 200703223 |
| 166623832 | 1550232 | LEESBURG VA | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 08/14/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 128,534.00 | 127,654.01 | 2,936.04 | 200703223 |
| 166624576 | 1544699 | SUMMIT NJ | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 4/30/2007 | 5/20/2007 | 8/20/2007 | 75,000.00 | 75,000.00 | 1,725.00 | 200703223 |
| 166625136 | 1619986 | YOUNGTOWN AZ | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 45,980.00 | 45,980.00 | 1,057.54 | 200703223 |
| 166625440 | 1653447 | PEORIA IL | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 5/31/2007 | 5/20/2007 | 9/20/2007 | 76,000.00 | 70,675.31 | 1,625.53 | 200703223 |
| 166625521 | 1604051 | LAUDERHILL FL | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 08/14/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 50,000.00 | 50,000.00 | 1,150.00 | 200703223 |
| 166626121 | 1440633 | FAIRFIELD CT | American Home Mortgage | Premium Recapture | PIF | - | NonConf HELOC -Generic | 09/04/2007 | 5/31/2007 | 5/20/2007 | 8/20/2007 | 200,000.00 | 48,775.55 | 1,121.84 | 200703223 |
| 169486997 | 1754431 | Woodstock GA | American Home Mortgage | Premium Recapture | PIF | - | NonConf ARM LIBOR 5/6 EC | 09/04/2007 | 6/8/2007 | 6/1/2007 | 8/1/2007 | 101,600.00 | 101,600.00 | 1,134.11 | 200705128 |
| 169490845 | 1733088 | WARWICK RI | American Home Mortgage | Premium Recapture | PIF | - | NonConf Fixed 30 EC | 08/02/2007 | 6/8/2007 | 7/1/2007 | 8/1/2007 | 132,000.00 | 131,897.03 | 3,019.06 | 200705132 |
| 123132789 | 1059845 | CHICAGO IL | American Home Mortgage | Program Violation | REO | 76,300.00 | NonConf ARM LIBOR 5/6 EC IO 10/2 | 02/28/2007 | 12/22/2005 | 12/1/2005 | 6/1/2006 | 76,300.00 | 76,300.00 | 97,009.47 | 200511152 |
| 125314886 | 1062719 | Modesto CA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 1yr IO10/2 | 02/28/2007 | 12/29/2005 | 2/1/2006 | 6/1/2006 | 279,300.00 | 279,300.00 | 134,303.54 | 200512280 |
| 125316838 | 1083717 | Antioch CA | American Home Mortgage | Program Violation | REO | 524,999.99 | NonConf ARM LIBOR 1yr IO10/2 | 02/28/2007 | 12/29/2005 | 2/1/2006 | 3/1/2006 | 525,000.00 | 525,000.00 | 651,901.32 | 200512280 |
| 125317294 | 1068116 | Sedona AZ | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 1yr IO10/2 | 02/28/2007 | 2/6/2006 | 2/1/2006 | 7/1/2006 | 455,000.00 | 455,000.00 | 36,934.91 | 200512280 |
| 125665574 | 1118106 | LEESBURG VA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 02/28/2007 | 2/24/2006 | 3/1/2006 | 5/1/2006 | 700,000.00 | 700,000.00 | 179,333.94 | 200601229 |
| 125666346 | 1096558 | CHICAGO IL | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 02/28/2007 | 2/24/2006 | 3/1/2006 | 5/1/2006 | 118,750.00 | 118,668.29 | 80,340.18 | 200601229 |
| 125666538 | 1115069 | FLORISSANT MO | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 02/28/2007 | 2/24/2006 | 4/1/2006 | 6/1/2006 | 73,600.00 | 73,600.00 | 30,127.70 | 200601229 |
| 134846619 | 1194423 | ATLANTA GA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 02/28/2007 | 5/3/2006 | 5/1/2006 | 8/1/2006 | 228,000.00 | 228,000.00 | 170,256.80 | 200603314 |
| 134268145 | 1234558 | LYNN MA | American Home Mortgage | Program Violation | REO | 320,000.00 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 7/1/2006 | 7/1/2007 | 320,000.00 | 320,000.00 | 391,844.21 | 200603314 |
| 125317378 | 1081689 | Freehold NJ | American Home Mortgage | Program Violation | FC | 563,000.00 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 7/1/2006 | 7/1/2007 | 563,000.00 | 536,000.00 | 624,914.97 | 200603326 |
| 134927026 | 1200345 | Shingle Springs CA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 10/1/2006 | 512,000.00 | 512,000.00 | 593,473.52 | 200603326 |
| 134927074 | 1200353 | Brentwood CA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 10/1/2006 | 846,484.00 | 846,484.00 | 372,443.16 | 200603326 |

CSC repurchase and Early Payoff Premium Recapture claims
Portfolio acquired from American Home Mortgage
Information updated as of 7/10/2008
Interest accrual for repurchase claims assuming repurchase on 7/31/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Legal name of Entity | Basis for claim | Loan Status | Current Principal Balance | Loan Program Name | Issue Created Date | CHL Purchase Date | First Due CHL Date | Current Int Paid to Date | Original Note Amount | UPB at Time of CHL Purchase | Claim Amount | CHL Deal Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134927114 | 1148237 | Hercules CA | American Home Mortgage | Program Violation | REO | 332,500.00 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 3/1/2007 | 332,500.00 | 332,500.00 | 409,787.83 | 200603326 |
| 134927202 | 1189932 | Atlanta GA | American Home Mortgage | Program Violation | REO | 570,499.99 | NonConf ARM LIBOR 2/6 EC | 02/28/2007 | 5/4/2006 | 5/1/2006 | 6/1/2006 | 570,500.00 | 570,500.00 | 721,754.89 | 200603326 |
| 134928514 | 1209044 | Lathrop CA | American Home Mortgage | Program Violation | GLR | - | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 11/1/2006 | 500,000.00 | 500,000.00 | 594,582.37 | 200603326 |
| 40102411 | 336993 | BEECHER IL | American Home Mortgage | R&W Violation | REO | 416,529.85 | NonConf Fixed 30 | 02/26/2008 | 9/22/2003 | 7/1/2003 | 9/1/2006 | 436,000.00 | 434,627.81 | 493,326.41 | 200308119 |
| 90957059 | 403587 | New York NY | American Home Mortgage | R&W Violation | FC | 523,893.28 | NonConf Fixed 30 | 06/20/2007 | 2/17/2005 | 2/1/2005 | 1/1/2008 | 553,000.00 | 546,597.10 | 563,063.58 | 200501165 |
| 92523277 | 787291 | PETALUMA CA | American Home Mortgage | R&W Violation | DELQ | 345,404.22 | NonConf Fixed 30 | 01/09/2008 | 5/19/2005 | 7/1/2005 | 4/1/2008 | 360,000.00 | 359,234.12 | 355,527.70 | 200504176 |
| 99173714 | 1154904 | Jersey City NJ | American Home Mortgage | R&W Violation | FC | 296,000.00 | NonConf ARM LIBOR 5/1 IO | 05/29/2008 | 3/30/2006 | 4/1/2006 | 8/1/2007 | 296,000.00 | 296,000.00 | 322,974.84 | 200603018 |
| 113154322 | 4726951 | LAWRENCEBURG IN | American Home Mortgage | R&W Violation | GLR | - | FHA Fixed | 12/15/2006 | 8/31/2005 | 5/1/2005 | 6/1/2005 | 103,050.00 | 100,152.22 | 3,030.04 | 200508124 |
| 120113867 | 994976 | FREDERICKSBURG VA | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 3/1 EC | 06/26/2007 | 9/30/2005 | 11/1/2005 | 5/1/2006 | 375,500.00 | 375,500.00 | 53,816.39 | 200509273 |
| 123126491 | 1016410 | SANGER CA | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 30 EC IO 10/2 | 06/26/2007 | 12/22/2005 | 1/1/2006 | 9/1/2006 | 359,650.00 | 359,650.00 | 137,821.49 | 200511152 |
| 124283000 | 1048808 | POLLOCK PINES CA | American Home Mortgage | R&W Violation | GLR | - | NonConf Fixed 15 EC | 06/26/2007 | 12/29/2005 | 1/1/2006 | 1/1/2006 | 328,000.00 | 328,000.00 | 75,225.35 | 200512067 |
| 124288817 | 1014081 | CORALVILLE IA | American Home Mortgage | R&W Violation | GLR | - | NonConf Fixed 15 EC | 06/26/2007 | 12/29/2005 | 1/1/2006 | 4/1/2007 | 156,800.00 | 156,800.00 | 55,621.21 | 200512067 |
| 124294299 | 1051891 | DOWNERS GROVE IL | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 12/13/2006 | 12/29/2005 | 1/1/2006 | 2/1/2006 | 490,000.00 | 490,000.00 | 227,400.38 | 200512067 |
| 124484855 | 1072579 | ANTHEM AZ | American Home Mortgage | R&W Violation | GLR | - | NonConf Fixed 15 EC | 06/26/2007 | 12/29/2005 | 1/1/2006 | 4/1/2006 | 226,400.00 | 226,400.00 | 41,712.38 | 200512112 |
| 124745339 | 1045880 | LA JOLLA CA | American Home Mortgage | R&W Violation | GLR | - | NonConf Fixed 15 EC | 06/27/2007 | 12/29/2005 | 1/1/2006 | 7/1/2006 | 968,750.00 | 968,750.00 | 288,073.23 | 200512181 |
| 125049597 | 1081165 | El Centro CA | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 12/29/2005 | 2/1/2006 | 7/1/2006 | 264,000.00 | 264,000.00 | 74,881.71 | 200512221 |
| 125050165 | 1090490 | Pawtucket RI | American Home Mortgage | R&W Violation | FC | 164,430.00 | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 2/14/2006 | 2/1/2006 | 7/1/2006 | 164,430.00 | 164,430.00 | 200,458.96 | 200512221 |
| 125311469 | 1028318 | Atlanta GA | American Home Mortgage | R&W Violation | REO | 107,200.00 | NonConf ARM LIBOR 2/6 IO | 10/24/2006 | 12/29/2005 | 1/1/2006 | 1/1/2006 | 107,200.00 | 107,200.00 | 147,752.53 | 200512280 |
| 125314718 | 1084474 | Charlestown RI | American Home Mortgage | R&W Violation | DELQ | 140,000.00 | NonConf ARM LIBOR 1yr IO | 08/27/2007 | 2/6/2006 | 2/1/2006 | 5/1/2006 | 140,000.00 | 38,718.00 | 146,957.00 | 200512280 |
| 125316430 | 955842 | Stockton CA | American Home Mortgage | R&W Violation | REO | 326,761.53 | NonConf Fixed 30 EC | 04/24/2008 | 12/29/2005 | 1/1/2006 | 1/1/2007 | 327,150.00 | 327,150.00 | 380,412.02 | 200512221 |
| 125388554 | 1089375 | Kissimmee FL | American Home Mortgage | R&W Violation | GLR | 157,499.28 | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 12/29/2005 | 2/1/2006 | 9/1/2006 | 157,500.00 | 157,500.00 | 194,171.64 | 200512221 |
| 126657972 | 1110767 | MOUNT PLEASANT SC | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 2/24/2006 | 3/1/2006 | 10/1/2006 | 119,280.00 | 119,280.00 | 1,534.32 | 200601228 |
| 126659900 | 1119702 | CHELSEA MA | American Home Mortgage | R&W Violation | FC | 331,100.00 | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 2/24/2006 | 3/1/2006 | 5/1/2006 | 331,100.00 | 331,100.00 | 413,459.28 | 200601228 |
| 126662565 | 1116550 | WOODBRIDGE VA | American Home Mortgage | R&W Violation | REO | 499,895.07 | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 2/24/2006 | 3/1/2006 | 11/1/2006 | 500,000.00 | 500,000.00 | 613,740.47 | 200601228 |
| 126666458 | 1087974 | DAVISON MI | American Home Mortgage | R&W Violation | REO | 920,000.00 | NonConf ARM LIBOR 5/6 EC | 05/17/2007 | 2/24/2006 | 3/1/2006 | 8/1/2006 | 920,000.00 | 920,000.00 | 1,155,724.14 | 200601228 |
| 126666562 | 1052982 | PICKENS SC | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 2/24/2006 | 3/1/2006 | 6/1/2006 | 47,200.00 | 47,200.00 | 41,376.45 | 200601229 |
| 134845074 | 1205811 | Clovis CA | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 5/3/2006 | 5/1/2006 | 1/1/2007 | 375,000.00 | 375,000.00 | 125,939.14 | 200603314 |
| 134846275 | 1202118 | SAINT CLOUD FL | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 5/3/2006 | 5/1/2006 | 10/1/2006 | 218,965.00 | 218,965.00 | 75,737.51 | 200603313 |
| 134846315 | 1196684 | WINDERMERE FL | American Home Mortgage | R&W Violation | FC | 1,000,000.00 | NonConf ARM LIBOR 5/6 EC | 10/11/2006 | 5/3/2006 | 5/1/2006 | 6/1/2006 | 1,000,000.00 | 1,000,000.00 | 812,500.00 | 200603313 |
| 134926770 | 1034857 | FORT LAUDERDALE FL | American Home Mortgage | R&W Violation | FC | 2,128,749.99 | NonConf ARM LIBOR 3/1 EC | 01/29/2008 | 5/4/2006 | 5/1/2006 | 1/1/2007 | 2,128,750.00 | 2,128,749.99 | 2,607,489.79 | 200603326 |
| 134926922 | 1213194 | GROSSE POINTE FARMS MI | American Home Mortgage | R&W Violation | REO | 937,500.00 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 2/1/2007 | 937,500.00 | 937,500.00 | 1,133,683.56 | 200603326 |
| 134927098 | 1215261 | FREMONT CA | American Home Mortgage | R&W Violation | FC | 643,957.92 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 10/1/2007 | 644,000.00 | 644,000.00 | 691,507.11 | 200603326 |
| 134927138 | 1201526 | Discovery Bay CA | American Home Mortgage | R&W Violation | REO | 640,000.00 | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 7/1/2006 | 640,000.00 | 640,000.00 | 728,884.17 | 200603326 |
| 134928130 | 1194770 | Las Vegas NV | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 3/1 EC | 05/30/2007 | 5/4/2006 | 5/1/2006 | 3/1/2007 | 245,840.00 | 245,840.00 | 78,467.83 | 200603326 |
| 136267017 | 1201252 | MIAMI FL | American Home Mortgage | R&W Violation | REO | 135,100.00 | NonConf ARM LIBOR 5/6 EC | 06/27/2007 | 5/3/2006 | 6/1/2006 | 7/1/2006 | 135,100.00 | 135,100.00 | 172,471.84 | 200603314 |
| 136268425 | 1202568 | EAGLE ID | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 5/3/2006 | 5/1/2006 | 9/1/2006 | 1,260,000.00 | 1,260,000.00 | 354,384.88 | 200603313 |
| 136270899 | 1188569 | MIAMI FL | American Home Mortgage | R&W Violation | BK13 | 254,780.90 | NonConf ARM LIBOR 5/6 EC | 07/24/2007 | 5/3/2006 | 5/1/2006 | 3/1/2007 | 256,800.00 | 256,800.00 | 304,587.32 | 200603313 |
| 136531723 | 1215973 | LOS ANGELES CA | American Home Mortgage | R&W Violation | FC | 462,000.00 | NonConf ARM LIBOR 1yr IO | 08/27/2007 | 5/4/2006 | 5/1/2006 | 3/1/2007 | 462,000.00 | 462,000.00 | 536,363.30 | 200603325 |
| 138183803 | 1207578 | MOLENA GA | American Home Mortgage | R&W Violation | FC | 310,004.20 | NonConf Fixed 30 EC | 07/25/2007 | 6/13/2006 | 7/1/2006 | 8/1/2007 | 300,000.00 | 299,506.64 | 332,484.87 | 200605150 |
| 138985401 | 1259574 | Murrieta CA | American Home Mortgage | R&W Violation | REO | 493,500.00 | NonConf Fixed 30 EC IO 10/2 | 08/27/2007 | 8/21/2006 | 7/1/2006 | 10/1/2006 | 493,500.00 | 493,500.00 | 624,506.78 | 200605254 |
| 143169141 | 1343117 | CASA GRANDE AZ | American Home Mortgage | R&W Violation | FC | 132,930.00 | NonConf ARM LIBOR 5/6 EC | 03/13/2007 | 8/22/2006 | 9/1/2006 | 8/1/2006 | 132,930.00 | 132,930.00 | 158,507.63 | 200607213 |
| 143171325 | 1346226 | SOMERVILLE MA | American Home Mortgage | R&W Violation | GLR | - | NonConf ARM LIBOR 5/6 EC | 07/12/2007 | 8/22/2006 | 9/1/2006 | 2/1/2007 | 430,500.00 | 430,500.00 | 191,167.08 | 200607213 |
| 143172646 | 1348276 | RIVIERA BEACH FL | American Home Mortgage | R&W Violation | FC | 159,316.24 | NonConf ARM LIBOR 5/6 EC | 07/25/2007 | 8/22/2006 | 9/1/2006 | 1/1/2007 | 159,992.00 | 159,951.46 | 191,650.67 | 200607213 |
| 154411815 | 1449900 | ORLANDO FL | American Home Mortgage | R&W Violation | FC | 145,592.00 | NonConf Fixed 30 IO 10/20 PP | 05/03/2007 | 11/29/2006 | 12/1/2006 | 5/1/2008 | 145,592.00 | 145,592.00 | 148,587.17 | 200612034 |
| 155627108 | 1481131 | BENNETT CO | American Home Mortgage | R&W Violation | FC | 793,554.51 | NonConf Fixed 30 | 01/09/2008 | 12/27/2006 | 1/1/2007 | 5/1/2007 | 796,000.00 | 796,000.00 | 925,171.42 | 200612034 |
| 155627180 | 1480918 | CHICAGO IL | American Home Mortgage | R&W Violation | CUR | 141,456.75 | NonConf Fixed 30 | 04/17/2007 | 12/27/2006 | 1/1/2007 | 6/1/2008 | 143,200.00 | 143,200.00 | 143,283.11 | 200612034 |
| 155628060 | 1481228 | FLINT MI | American Home Mortgage | R&W Violation | GLR | - | NonConf Fixed 30 EC | 05/22/2008 | 12/27/2006 | 12/1/2006 | 3/1/2007 | 40,000.00 | 40,000.00 | 46,992.50 | 200612034 |
| 157169047 | 1550578 | Boynton Beach FL | American Home Mortgage | R&W Violation | FC | 995,556.96 | NonConf Fixed 30 | 12/11/2007 | 1/30/2007 | 2/1/2007 | 8/1/2007 | 1,000,000.00 | 1,000,000.00 | 1,110,404.88 | 200612035 |
| 166623376 | 1395992 | LOUISVILLE KY | American Home Mortgage | R&W Violation | CUR | 53,738.37 | NonConf HELOC -Generic | 09/11/2007 | 5/31/2007 | 6/20/2007 | 5/20/2008 | 54,000.00 | 53,552.97 | 55,477.21 | 200703223 |
| 166625537 | 1555410 | SACRAMENTO CA | American Home Mortgage | R&W Violation | CUR | 119,112.15 | NonConf HELOC -Generic | 09/11/2007 | 4/30/2007 | 5/20/2007 | 6/20/2008 | 122,000.00 | 122,000.00 | 122,358.37 | 200703223 |
| 169486605 | 1697188 | Lake Alfred FL | American Home Mortgage | R&W Violation | FC | 236,954.52 | NonConf ARM LIBOR 5/6 EC | 01/10/2008 | 6/8/2007 | 6/1/2007 | 8/1/2007 | 237,500.00 | 237,500.00 | 261,317.76 | 200705128 |

| Totals: | 181 | | | | | 49,044,667.48 | | | | | | 63,450,292.00 | 63,077,633.74 | 61,036,567.72 | |

## American Home Mortgage #214
### Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 162498129 | 0001755943 | COMMERCE CITY, CO | Curr Unins Govt | CURR | $192,299 | Gov 30 | 10/23/07 | 6/21/07 | 8/1/07 | 7/1/08 | $194,778 |
| 162844447 | 0001772401 | ALAMO, TX | Curr Unins Govt | CURR | $53,545 | Gov 30 | 10/30/07 | 6/28/07 | 8/1/07 | 7/1/08 | $54,150 |
| 162861681 | 0001753325 | BROWNSBURG, IN | Curr Unins Govt | CURR | $88,236 | Gov 30 | 10/30/07 | 6/29/07 | 8/1/07 | 8/1/08 | $89,320 |
| 163288935 | 0001781356 | DENVER, CO | Curr Unins Govt | CURR | $154,926 | Gov 30 | 11/8/07 | 7/9/07 | 8/1/07 | 8/1/08 | $156,785 |
| 163202388 | 0001778142 | BRANDON, FL | Curr Unins Govt | CURR | $163,048 | Gov 30 | 11/10/07 | 7/10/07 | 8/1/07 | 7/1/08 | $164,886 |
| 163336893 | 0001785770 | CHARLOTTE, NC | Curr Unins Govt | CURR | $104,101 | Gov 30 | 11/13/07 | 7/12/07 | 8/1/07 | 7/1/08 | $105,169 |
| 171796279 | 0001811865 | LUSBY, MD | Curr Unins Govt | CURR | $272,268 | Gov 30 | 11/13/07 | 7/13/07 | 8/1/07 | 7/1/08 | $275,674 |
| 171914774 | 0001801879 | EAGLE PASS, TX | Curr Unins Govt | CURR | $107,681 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 8/1/08 | $109,137 |
| 171790742 | 0001805305 | RACINE, WI | Curr Unins Govt | CURR | $153,413 | Gov 30 | 11/17/07 | 7/17/07 | 9/1/07 | 8/1/08 | $155,085 |
| 171959731 | 0001792048 | FORT PIERCE, FL | Curr Unins Govt | CURR | $176,396 | Gov 30 | 11/17/07 | 7/17/07 | 9/1/07 | 7/1/08 | $178,131 |
| 171958907 | 0001793712 | PLYMOUTH, ME | Curr Unins Govt | CURR | $168,083 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 7/1/08 | $169,736 |
| 171952274 | 0001826526 | BALTIMORE, MD | Curr Unins Govt | CURR | $172,919 | Gov 30 | 11/20/07 | 7/19/07 | 9/1/07 | 7/1/08 | $174,620 |
| 171965164 | 0001815465 | FLEMINGSBURG, KY | Curr Unins Govt | CURR | $65,654 | Gov 30 | 11/20/07 | 7/19/07 | 9/1/07 | 7/1/08 | $66,482 |
| 172063766 | 0001791559 | PLEASANT PLAIN, OH | Curr Unins Govt | CURR | $87,312 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 7/1/08 | $88,208 |
| 172154121 | 0001823732 | ERLANGER, KY | Curr Unins Govt | CURR | $111,535 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 8/1/08 | $118,146 |
| 172096954 | 0001813252 | MILWAUKEE, WI | Curr Unins Govt | CURR | $109,858 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 7/1/08 | $110,888 |
| 172097234 | 0001813116 | SHELLSBURG, IA | Curr Unins Govt | CURR | $88,319 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 8/1/08 | $89,294 |
| 172152969 | 0001794174 | LOGAN, UT | Curr Unins Govt | CURR | $144,736 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 7/1/08 | $146,160 |
| 172191663 | 0001807413 | WAUKEGAN, IL | Curr Unins Govt | CURR | $180,200 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 7/1/08 | $182,141 |
| 172208001 | 0001777645 | CHICAGO, IL | Curr Unins Govt | CURR | $230,351 | Gov 30 | 11/25/07 | 7/24/07 | 9/1/07 | 8/1/08 | $232,790 |
| 172208425 | 0001800117 | MORRILTON, AR | Curr Unins Govt | CURR | $62,403 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 8/1/08 | $63,002 |
| 172242677 | 0001658623 | COMMERCIAL POINT, OH | Curr Unins Govt | CURR | $177,712 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 8/1/08 | $179,828 |
| 172286715 | 0001794132 | CENTENNIAL, CO | Curr Unins Govt | CURR | $152,983 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 8/1/08 | $155,306 |
| 172063030 | 0001788380 | PITTSBURGH, PA | Curr Unins Govt | CURR | $159,659 | Gov 30 | 11/27/07 | 7/26/07 | 9/1/07 | 8/1/08 | $164,161 |
| 172287347 | 0001823408 | ST PETERSBURG, FL | Curr Unins Govt | CURR | $219,524 | Gov 30 | 11/27/07 | 7/26/07 | 9/1/07 | 8/1/08 | $221,777 |
| 172285186 | 0001746526 | SUMMERVILLE, SC | Curr Unins Govt | CURR | $120,381 | Gov 30 | 11/30/07 | 7/30/07 | 9/1/07 | 7/1/08 | $121,632 |
| 172347818 | 0001828369 | TEMPLE, GA | Curr Unins Govt | CURR | $93,583 | Gov 30 | 11/30/07 | 7/30/07 | 9/1/07 | 7/1/08 | $94,418 |
| 172354683 | 0001826376 | DENVER, CO | Curr Unins Govt | CURR | $258,363 | Gov 30 | 11/30/07 | 7/30/07 | 9/1/07 | 7/1/08 | $260,905 |
| 161447810 | 0001671300 | BUCKEYE, AZ | Delq Unins Govt | CURR | $206,360 | Gov 30 | 9/20/07 | 5/21/07 | 7/1/07 | 7/1/08 | $209,102 |
| 162469149 | 0001490033 | LOGAN, OH | Delq Unins Govt | 30 | $103,081 | Gov 30 | 10/16/07 | 6/14/07 | 7/1/07 | 6/1/08 | $104,139 |
| 163300544 | 0001793522 | CAPITOL HEIGHTS, MD | Delq Unins Govt | 30 | $270,122 | Gov 30 | 11/13/07 | 7/12/07 | 8/1/07 | 6/1/08 | $272,844 |
| 163343574 | 0001765822 | WASHINGTON, WV | Delq Unins Govt | F/C | $98,904 | Gov 30 | 11/13/07 | 7/12/07 | 8/1/07 | 11/1/07 | $99,216 |
| 171917638 | 0001830054 | SOUTH EASTON, MA | Delq Unins Govt | 120+ | $295,100 | Gov 30 | 11/13/07 | 7/12/07 | 9/1/07 | 1/1/08 | $296,654 |
| 171923967 | 0001775992 | OCEAN SPRINGS, MS | Delq Unins Govt | CURR | $152,548 | Gov 30 | 11/13/07 | 7/13/07 | 9/1/07 | 7/1/08 | $154,280 |
| 171840516 | 0001789687 | SOUTH BEND, IN | Delq Unins Govt | 30 | $45,181 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 6/1/08 | $45,604 |
| 171872720 | 0001801463 | PETERSBURG, VA | Delq Unins Govt | 60 | $165,946 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 5/1/08 | $167,498 |
| 171912813 | 0001805575 | SOUTH HOLLAND, IL | Delq Unins Govt | 90 | $176,120 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 4/1/08 | $177,493 |
| 171922311 | 0001796263 | LITHONIA, GA | Delq Unins Govt | 120+ | $136,734 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 8/1/07 | $136,852 |
| 171922599 | 0001648894 | SHEPHERDSVILLE, KY | Delq Unins Govt | 60 | $97,492 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 5/1/08 | $98,455 |
| 172000406 | 0001819109 | RICHLAND, MI | Delq Unins Govt | CURR | $129,373 | Gov 30 | 11/15/07 | 7/16/07 | 9/1/07 | 7/1/08 | $130,965 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163340509 | 0001758305 | CHARLESTOWN, RI | Delq Unins Govt | 60 | $265,773 | Gov 30 | 11/17/07 | 7/17/07 | 9/1/07 | 5/1/08 | $268,639 |
| 171786662 | 0001721021 | BELLEVILLE, IL | Delq Unins Govt | F/C | $128,027 | Gov 30 | 11/17/07 | 7/17/07 | 9/1/07 | 8/1/08 | $128,143 |
| 171831643 | 0001817617 | RIVERDALE, GA | Delq Unins Govt | 30 | $140,496 | Gov 30 | 11/17/07 | 7/17/07 | 9/1/07 | 6/1/08 | $143,521 |
| 163335445 | 0001783690 | SCHAUMBURG, IL | Delq Unins Govt | 90 | $187,449 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 4/1/08 | $188,911 |
| 171833611 | 0001799604 | LIBERTY, MO | Delq Unins Govt | BK | $128,416 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 3/1/08 | $129,208 |
| 172061021 | 0001748965 | CHICAGO, IL | Delq Unins Govt | F/C | $123,269 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 9/1/07 | $123,555 |
| 172063342 | 0001789680 | VICTORVILLE, CA | Delq Unins Govt | F/C | $292,163 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 12/1/07 | $293,639 |
| 172001950 | 0001805760 | MIDDLETOWN, OH | Delq Unins Govt | F/C | $84,503 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 8/1/08 | $84,572 |
| 172130110 | 0001805041 | LOCUST GROVE, GA | Delq Unins Govt | REO | $148,827 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 10/1/07 | $149,060 |
| 172189037 | 0001787157 | TANGENT, OR | Delq Unins Govt | 60 | $198,450 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 5/1/08 | $200,172 |
| 172191135 | 0001807441 | ZION, IL | Delq Unins Govt | F/C | $215,042 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 3/1/08 | $216,601 |
| 172191759 | 0001611783 | BRIDGEPORT, CT | Delq Unins Govt | CURR | $227,747 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 7/1/08 | $229,934 |
| 172203936 | 0001820430 | CEDAR RAPIDS, IA | Delq Unins Govt | 30 | $83,095 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 6/1/08 | $83,836 |
| 172203144 | 0001729672 | TROY, MO | Delq Unins Govt | 30 | $185,500 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 6/1/08 | $187,064 |
| 172240901 | 0001826419 | CAHOKIA, IL | Delq Unins Govt | CURR | $90,350 | Gov 30 | 11/25/07 | 7/25/07 | 9/1/07 | 7/1/08 | $91,169 |
| 172169691 | 0001815945 | OAK RIDGE, TN | Delq Unins Govt | 90 | $87,683 | Gov 30 | 11/27/07 | 7/26/07 | 9/1/07 | 4/1/08 | $88,274 |
| 172284642 | 0001811021 | MARICOPA, AZ | Delq Unins Govt | F/C | $234,654 | Gov 30 | 11/27/07 | 7/26/07 | 9/1/07 | 1/1/08 | $235,715 |
| 172207769 | 0001768215 | MARKHAM, IL | Delq Unins Govt | 90 | $93,570 | Gov 30 | 11/29/07 | 7/30/07 | 9/1/07 | 4/1/08 | $94,141 |
| 172376318 | 0001647491 | GORDONSVILLE, VA | Delq Unins Govt | 90 | $149,565 | Gov 30 | 11/30/07 | 7/30/07 | 9/1/07 | 4/1/08 | $150,676 |
| 160842902 | 0001748162 | MARIETTA, GA | Delq Unins Govt | CURR | $155,421 | Gov 30 | 12/2/07 | 7/31/07 | 9/1/07 | 7/1/08 | $157,331 |
| 172288923 | 0001807016 | WAUKEGAN, IL | Delq Unins Govt | F/C | $173,565 | Gov 30 | 12/2/07 | 7/31/07 | 9/1/07 | 8/1/07 | $173,565 |
| 172449549 | 0001821393 | HICKORY, NC | Delq Unins Govt | 90 | $152,561 | Gov 30 | 12/2/07 | 7/31/07 | 9/1/07 | 4/1/08 | $153,589 |
| 130233892 | 0001157022 | LAKEMOOR, IL | etermined Uninsurable Go | CURR | $185,949 | Gov 30 | 2/7/07 | 8/23/06 | 10/1/06 | 8/1/08 | $189,948 |
| 162663744 | 0001755398 | TUCSON, AZ | etermined Uninsurable Go | CURR | $193,583 | Gov 30 | 10/23/07 | 6/22/07 | 8/1/07 | 8/1/08 | $196,466 |
| 162845847 | 0001746819 | LAKELAND, FL | etermined Uninsurable Go | CURR | $199,202 | Gov 30 | 10/30/07 | 6/28/07 | 8/1/07 | 7/1/08 | $201,832 |
| 162919400 | 0001523540 | BUCKEYE, AZ | etermined Uninsurable Go | 30 | $201,646 | Gov 30 | 10/30/07 | 6/29/07 | 8/1/07 | 6/1/08 | $203,889 |
| 163152622 | 0001335295 | CROFTON, KY | etermined Uninsurable Go | CURR | $165,273 | Gov 30 | 11/6/07 | 7/5/07 | 8/1/07 | 8/1/08 | $167,170 |
| 171923439 | 0001798234 | LYNCHBURG, VA | etermined Uninsurable Go | CURR | $117,150 | Gov 30 | 11/18/07 | 7/18/07 | 9/1/07 | 7/1/08 | $118,602 |
| 172064798 | 0001784400 | PORTLAND, OR | etermined Uninsurable Go | CURR | $260,423 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 7/1/08 | $263,367 |
| 172089129 | 0001813872 | SHREVEPORT, LA | etermined Uninsurable Go | CURR | $58,156 | Gov 30 | 11/20/07 | 7/20/07 | 9/1/07 | 7/1/08 | $58,777 |
| 172128478 | 0001734145 | LOUISVILLE, KY | etermined Uninsurable Go | CURR | $129,481 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 8/1/08 | $130,945 |
| 172285146 | 0001820925 | CHIPLEY, FL | etermined Uninsurable Go | CURR | $188,159 | Gov 30 | 11/27/07 | 7/26/07 | 9/1/07 | 8/1/08 | $189,998 |
| 35842609 | 0000410978 | COLUMBUS, OH | vestor Repurchase (Selle | REO/S | $0 | Conf 30 | 3/13/07 | 9/25/03 | 11/1/03 | 2/1/06 | $124,000 |
| 147483008 | 0001525543 | BRECKENRIDGE, CO | vestor Repurchase (Selle | CURR | $180,577 | Conf 30 | 5/30/07 | 12/19/06 | 2/1/07 | 8/1/08 | $184,000 |
| 115686828 | 0001053275 | KENNER, LA | vestor Repurchase (Selle | REO/S | $0 | Conf 30 Flex 100 | 8/15/07 | 12/6/05 | 1/1/06 | 5/1/06 | $160,000 |
| 43193392 | 0000479021 | CINCINNATI, OH | vestor Repurchase (Selle | REO/S | $0 | Conf 30 | 10/1/07 | 2/12/04 | 3/1/04 | 9/1/05 | $72,000 |
| 163267692 | 0001704374 | TAVERNIER, FL | vestor Repurchase (Selle | CURR | $133,143 | Conf 30 Fast-Easy | 10/4/07 | 7/9/07 | 8/1/07 | 8/1/08 | $135,000 |
| 118566419 | 0001143203 | ELLABELL, GA | vestor Repurchase (Selle | CURR | $53,448 | Conf 30 | 11/5/07 | 6/30/06 | 8/1/06 | 8/1/08 | $55,000 |
| 7457092 | webster | CHICAGO, IL | Monetary Default | BK | $118,827 | Gov 30 | 4/2/01 | 9/15/00 | 10/1/00 | 12/1/07 | $125,457 |
| 924371 | 53610220 | EL CENTRO, CA | Monetary Default | CURR | $50,782 | CHFA - California | 8/1/01 | 11/27/00 | 1/1/01 | 8/1/08 | $57,771 |

# American Home Mortgage #214
### Repurchase Issues, "Sent to Legal"
### as of
### 8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21433499 | 0004761789 | CINCINNATI, OH | Monetary Default | 90 | $98,558 | Gov 30 | 12/3/03 | 12/26/02 | 2/1/03 | 4/1/08 | $106,600 |
| 23093403 | 0004801696 | MOSHEIM, TN | Monetary Default | CURR | $21,522 | Gov 15 | 4/1/04 | 4/4/03 | 5/1/03 | 8/1/08 | $31,250 |
| 43852106 | 0000500728 | WALTHAM, MA | Monetary Default | CURR | $193,232 | Conf 15 | 11/3/04 | 4/6/04 | 5/1/04 | 9/1/08 | $250,000 |
| 59644820 | 0000583799 | CHICAGO, IL | Monetary Default | REO | $241,175 | Gov 30 | 12/1/04 | 7/13/04 | 8/1/04 | 8/1/05 | $243,676 |
| 61201704 | 0000603266 | PARKER, CO | Monetary Default | REO/S | $0 | Gov ARM 1y | 4/2/05 | 8/27/04 | 10/1/04 | 8/1/05 | $257,973 |
| 77739523 | 0000636212 | SPOKANE, WA | Monetary Default | CURR | $61,931 | Conf 30 | 4/2/05 | 9/21/04 | 11/1/04 | 8/1/08 | $65,000 |
| 80410548 | 0000631940 | GETTYSBURG, PA | Monetary Default | CURR | $221,547 | Conf 30 | 9/1/05 | 1/18/05 | 3/1/05 | 7/1/08 | $232,326 |
| 79145168 | 0000662684 | KANSAS CITY, MO | Monetary Default | CURR | $75,099 | Conf ARM  5/1 w/5-2-5 Caps - 1y Li | 10/20/05 | 11/17/04 | 1/1/05 | 7/1/08 | $79,200 |
| 81694888 | 0000757308 | PORTLAND, ME | Monetary Default | CURR | $235,483 | Conf 30 | 11/3/05 | 3/18/05 | 5/1/05 | 7/1/08 | $247,500 |
| 93706961 | 0000795230 | GLENDALE, NY | Monetary Default | CURR | $302,197 | Conf 30 | 12/1/05 | 6/14/05 | 7/1/05 | 8/1/08 | $315,000 |
| 94325536 | 0000869083 | MOORE, OK | Monetary Default | CURR | $105,173 | Gov 30 | 12/1/05 | 7/5/05 | 8/1/05 | 7/1/08 | $108,686 |
| 103346628 | 0000859722 | APOPKA, FL | Monetary Default | CURR | $215,810 | Gov 30 | 12/1/05 | 8/4/05 | 9/1/05 | 7/1/08 | $226,350 |
| 103447273 | 0000902852 | FRANKLINTON, LA | Monetary Default | BK | $118,688 | Gov 30 | 12/1/05 | 8/1/05 | 9/1/05 | 6/1/07 | $121,493 |
| 103515746 | 0000903498 | COVINGTON, LA | Monetary Default | NONE | $0 | Gov 30 | 12/1/05 | 8/1/05 | 9/1/05 | 8/1/05 | $123,068 |
| 105255206 | 0000938864 | DES MOINES, IA | Monetary Default | F/C | $89,879 | Conf 30 Flex 100 | 1/5/06 | 9/15/05 | 10/1/05 | 2/1/08 | $89,879 |
| 94412835 | 0000851512 | FAIRVIEW HEIGHTS, IL | Monetary Default | F/C | $71,353 | Gov 30 | 2/1/06 | 7/28/05 | 9/1/05 | 3/1/08 | $74,196 |
| 94413467 | 0000843524 | DES MOINES, IA | Monetary Default | F/C | $102,067 | Gov 30 | 2/1/06 | 8/2/05 | 9/1/05 | 2/1/07 | $104,176 |
| 103250425 | 0000914964 | MANCHESTER, NH | Monetary Default | CURR | $178,333 | Gov 30 | 2/1/06 | 8/2/05 | 9/1/05 | 8/1/08 | $180,256 |
| 103608214 | 0000813270 | MEBANE, NC | Monetary Default | BK | $134,481 | Gov 30 | 2/1/06 | 8/5/05 | 9/1/05 | 2/1/08 | $138,902 |
| 104298878 | 0000924110 | BLOOMINGDALE, IL | Monetary Default | CURR | $171,018 | Conf 30 | 2/1/06 | 8/31/05 | 10/1/05 | 8/1/08 | $171,457 |
| 105699573 | 0000937710 | ROCKY POINT, NC | Monetary Default | REO/S | $0 | Gov 30 | 2/1/06 | 10/12/05 | 11/1/05 | 4/1/06 | $101,128 |
| 94427085 | 0000755920 | WESTLAND, MI | Monetary Default | REO | $197,943 | Gov 30 (203k and Indian Housing) | 3/2/06 | 7/19/05 | 9/1/05 | 11/1/05 | $198,600 |
| 94775113 | 0000883438 | ROMEOVILLE, IL | Monetary Default | F/C | $156,283 | Gov 30 | 3/2/06 | 7/20/05 | 9/1/05 | 4/1/07 | $160,050 |
| 94790018 | 0000901285 | BRIGHTON, CO | Monetary Default | REO/S | $0 | Gov 30 | 3/2/06 | 7/25/05 | 9/1/05 | 11/1/05 | $189,362 |
| 104251936 | 0000939050 | MT HOPE, KS | Monetary Default | CURR | $89,513 | Conf 30 | 3/2/06 | 8/23/05 | 10/1/05 | 8/1/08 | $92,644 |
| 105102995 | 0000952711 | COLUMBIA, IL | Monetary Default | CURR | $155,271 | Gov 30 | 3/2/06 | 9/14/05 | 10/1/05 | 8/1/08 | $155,735 |
| 105526592 | 0000930056 | AURORA, IL | Monetary Default | 120+ | $140,903 | Gov 30 | 3/2/06 | 10/11/05 | 11/1/05 | 11/1/07 | $145,700 |
| 106440074 | 0001007454 | SALEM, OR | Monetary Default | CURR | $84,246 | Conf 15 | 3/2/06 | 11/7/05 | 12/1/05 | 8/1/08 | $97,500 |
| 105258767 | 0000950961 | IDAHO FALLS, ID | Monetary Default | CURR | $100,918 | Gov 30 | 4/2/06 | 9/15/05 | 10/1/05 | 8/1/08 | $106,270 |
| 106912734 | 0001026953 | PEORIA, IL | Monetary Default | CURR | $104,557 | Gov 30 | 4/2/06 | 11/4/05 | 12/1/05 | 8/1/08 | $109,620 |
| 116802081 | 0001101477 | EAGLE LAKE, FL | Monetary Default | REO | $204,982 | Exp Criteria 30 SISA | 7/3/06 | 1/31/06 | 3/1/06 | 12/1/06 | $206,950 |
| 117139203 | 0001016132 | CHARLOTTE, NC | Monetary Default | REO/S | $0 | Gov 30 | 7/3/06 | 1/23/06 | 3/1/06 | 3/1/06 | $169,429 |
| 117409877 | 0001122859 | ORLANDO, FL | Monetary Default | CURR | $230,833 | Conf 30 Fast-Easy | 7/3/06 | 2/22/06 | 4/1/06 | 7/1/08 | $238,000 |
| 117722293 | 0001143266 | TARBORO, NC | Monetary Default | CURR | $57,422 | Gov 30 | 7/3/06 | 3/13/06 | 4/1/06 | 7/1/08 | $59,529 |
| 118128249 | 0001142452 | LANCASTER, OH | Monetary Default | CURR | $83,487 | Gov 30 | 7/3/06 | 3/13/06 | 4/1/06 | 10/1/08 | $87,594 |
| 116644877 | 0001067454 | ALVIN, TX | Monetary Default | 30 | $120,867 | Gov 30 | 8/3/06 | 12/27/05 | 2/1/06 | 6/1/08 | $124,388 |
| 116896725 | 0001103325 | STAUNTON, VA | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 2 | 8/3/06 | 1/12/06 | 2/1/06 | 4/1/06 | $65,000 |
| 117039455 | 0001032143 | CAHOKIA, IL | Monetary Default | 120+ | $95,162 | Gov 30 | 8/3/06 | 1/17/06 | 3/1/06 | 2/1/08 | $95,990 |
| 118562802 | 0001190676 | HEPHZIBAH, GA | Monetary Default | REO/S | $0 | Gov 30 | 8/3/06 | 4/11/06 | 5/1/06 | 4/1/06 | $129,271 |
| 117139619 | 0001040204 | MARENGO, IL | Monetary Default | REO/S | $0 | Gov 30 | 9/3/06 | 1/19/06 | 3/1/06 | 8/1/06 | $163,440 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 118519117 | 0001192136 | MADISON, NC | Monetary Default | CURR | $74,264 | Gov 30 | 9/3/06 | 4/25/06 | 6/1/06 | 7/1/08 | $76,378 |
| 118528038 | 0001194024 | ALLISON, PA | Monetary Default | REO | $47,598 | Gov 30 | 9/3/06 | 3/24/06 | 5/1/06 | 2/1/07 | $48,111 |
| 118662175 | 0001186749 | MAPLE HEIGHTS, OH | Monetary Default | 120+ | $111,686 | Gov 30 | 9/3/06 | 4/7/06 | 5/1/06 | 2/1/08 | $114,207 |
| 118697539 | 0001220091 | BROKEN ARROW, OK | Monetary Default | REO/S | $0 | Conf 30 Flex 100 | 9/3/06 | 3/29/06 | 5/1/06 | 5/1/06 | $164,667 |
| 118734520 | 0001192047 | LAURENS, SC | Monetary Default | CURR | $115,370 | Gov 30 | 9/3/06 | 3/30/06 | 5/1/06 | 7/1/08 | $115,505 |
| 118772149 | 0001158987 | MONROE, MI | Monetary Default | 30 | $127,874 | Gov 30 | 9/3/06 | 5/10/06 | 6/1/06 | 6/1/08 | $131,704 |
| 118772565 | 0001163801 | KIMBALL, MI | Monetary Default | REO/S | $0 | Gov 30 | 9/3/06 | 4/21/06 | 6/1/06 | 4/1/07 | $148,556 |
| 119167716 | 0001189920 | SILER CITY, NC | Monetary Default | CURR | $66,904 | Gov 30 | 9/3/06 | 4/14/06 | 6/1/06 | 8/1/08 | $69,380 |
| 119358972 | 0001169021 | PLYMOUTH, MI | Monetary Default | REO/S | $0 | Gov 30 | 9/3/06 | 5/3/06 | 6/1/06 | 5/1/06 | $229,491 |
| 106291055 | 0001009385 | INDIANAPOLIS, IN | Monetary Default | REO/S | $0 | Conf 30 Flex 100 | 9/22/06 | 10/27/05 | 12/1/05 | 2/1/06 | $55,800 |
| 117723445 | 0001142351 | NEW BERN, NC | Monetary Default | REO/S | $0 | Conf 30 | 10/4/06 | 3/6/06 | 4/1/06 | 7/1/07 | $61,703 |
| 117748720 | 0001170479 | SILVER LAKE, IN | Monetary Default | REO/S | $0 | Gov 30 | 10/4/06 | 2/23/06 | 4/1/06 | 6/1/06 | $93,729 |
| 117769819 | 0001175122 | FEDERAL HEIGHTS, CO | Monetary Default | REO/S | $0 | Gov 30 | 10/4/06 | 3/17/06 | 5/1/06 | 6/1/06 | $108,300 |
| 118477984 | 0001122963 | MONCKS CORNER, SC | Monetary Default | 120+ | $116,337 | Gov 30 | 10/4/06 | 4/27/06 | 6/1/06 | 8/1/07 | $118,146 |
| 118526478 | 0001199556 | INDIANAPOLIS, IN | Monetary Default | BK | $162,554 | Gov 30 | 10/4/06 | 4/5/06 | 5/1/06 | 7/1/07 | $165,353 |
| 118595007 | 0001202226 | COVINGTON, GA | Monetary Default | REO | $132,616 | Gov 30 | 10/4/06 | 6/15/06 | 7/1/06 | 6/1/06 | $132,857 |
| 118656094 | 0001162614 | VIRGINIA BEACH, VA | Monetary Default | 30 | $224,606 | Gov 30 | 10/4/06 | 4/13/06 | 5/1/06 | 6/1/06 | $230,405 |
| 118663927 | 0001203392 | LAS VEGAS, NV | Monetary Default | 30 | $121,411 | Gov 30 | 10/4/06 | 4/17/06 | 6/1/06 | 6/1/06 | $124,545 |
| 118825243 | 0001117523 | ALFRED, NY | Monetary Default | CURR | $130,673 | Gov 30 | 10/4/06 | 3/31/06 | 5/1/06 | 7/1/08 | $133,941 |
| 118825499 | 0001179968 | ST CLAIR SHORES, MI | Monetary Default | REO/S | $0 | Gov 30 | 10/4/06 | 4/13/06 | 5/1/06 | 5/1/06 | $135,950 |
| 118932721 | 0001168446 | DETROIT, MI | Monetary Default | REO/S | $0 | Gov 30 | 10/4/06 | 4/10/06 | 6/1/06 | 6/1/06 | $84,333 |
| 119120918 | 0001232725 | HUNTERSVILLE, NC | Monetary Default | REO/S | $0 | Gov 30 | 10/4/06 | 4/14/06 | 5/1/06 | 6/1/06 | $149,657 |
| 119184278 | 1089440 | LAS VEGAS, NV | Monetary Default | REO | $93,416 | CES 30/15 | 10/4/06 | 5/4/06 | 6/1/06 | 7/1/06 | $94,500 |
| 119451752 | 0001221400 | WINDER, GA | Monetary Default | CURR | $127,424 | Gov 30 | 10/4/06 | 4/28/06 | 6/1/06 | 7/1/08 | $127,688 |
| 116973782 | 0001105581 | CHICAGO, IL | Monetary Default | REO/S | $0 | Conf 30 | 10/16/06 | 1/11/06 | 2/1/06 | 2/1/06 | $327,000 |
| 117377601 | 0001130221 | FREDERICK, MD | Monetary Default | F/C | $297,206 | Gov 30 | 10/16/06 | 1/30/06 | 3/1/06 | 6/1/07 | $302,256 |
| 107184989 | 0001010871 | TAUNTON, MA | Monetary Default | 90 | $48,269 | Conf 30 | 10/16/06 | 11/15/05 | 12/1/05 | 4/1/06 | $50,000 |
| 107267271 | 0000806178 | JONESBORO, AR | Monetary Default | REO | $110,157 | Gov 30 | 10/16/06 | 11/16/05 | 1/1/06 | 4/1/06 | $110,663 |
| 106293991 | 0000940471 | ODESSA, MO | Monetary Default | 30 | $120,024 | Conf 30 Exp Appr'l Level 3 | 10/16/06 | 11/29/05 | 1/1/06 | 6/1/08 | $124,000 |
| 107388782 | 0001021254 | VIRGINIA BEACH, VA | Monetary Default | CURR | $310,000 | Conf 30 Interest Only (10/20) | 10/16/06 | 11/21/05 | 1/1/06 | 7/1/08 | $310,000 |
| 115757397 | 0001032935 | TROY, MO | Monetary Default | REO | $131,379 | Gov 30 | 10/16/06 | 11/23/05 | 1/1/06 | 1/1/06 | $132,421 |
| 116741377 | 0001089047 | FAIRVIEW HEIGHTS, IL | Monetary Default | 120+ | $79,936 | Gov 30 | 10/16/06 | 12/30/05 | 2/1/06 | 11/1/07 | $81,656 |
| 117748840 | 0001147726 | WINSTON SALEM, NC | Monetary Default | 30 | $77,428 | Gov 30 | 10/16/06 | 2/17/06 | 4/1/06 | 6/1/06 | $78,095 |
| 117728438 | 0001148711 | SWEET SPRINGS, MO | Monetary Default | REO | $56,523 | Gov 30 | 10/16/06 | 2/14/06 | 3/1/06 | 4/1/07 | $57,240 |
| 117727926 | 0001143948 | MORGANFIELD, KY | Monetary Default | CURR | $90,575 | Gov 30 | 11/2/06 | 3/22/06 | 5/1/06 | 8/1/08 | $91,020 |
| 118242200 | 0001143220 | INTERLACHEN, FL | Monetary Default | F/C | $73,213 | Gov 30 | 11/2/06 | 5/30/06 | 7/1/06 | 9/1/06 | $73,855 |
| 118475920 | 0001144713 | BLACKSTONE, MA | Monetary Default | REO/S | $0 | Gov 30 | 11/2/06 | 4/26/06 | 6/1/06 | 7/1/06 | $265,828 |
| 118480120 | 0001110503 | ROMEOVILLE, IL | Monetary Default | CURR | $131,113 | Gov 30 | 11/2/06 | 4/12/06 | 5/1/06 | 7/1/08 | $134,893 |
| 118506563 | 0001144082 | WINTER HAVEN, FL | Monetary Default | BK | $112,034 | Gov 30 | 11/2/06 | 5/31/06 | 7/1/06 | 7/1/06 | $112,808 |
| 118522149 | 0001194011 | BRANDENBURG, KY | Monetary Default | CURR | $80,499 | Gov 30 | 11/2/06 | 4/5/06 | 5/1/06 | 7/1/08 | $82,702 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 118523142 | 0001159027 | AKRON, OH | Monetary Default | REO | $119,358 | Conf 30 Flex 100 | 11/2/06 | 5/31/06 | 7/1/06 | 7/1/06 | $119,900 |
| 118522082 | 0001185905 | EAST TAUNTON, MA | Monetary Default | REO/S | $0 | Conf 30 | 11/2/06 | 4/17/06 | 6/1/06 | 7/1/06 | $264,000 |
| 118660335 | 0001115225 | BELLEVILLE, IL | Monetary Default | 120+ | $75,628 | Gov 30 | 11/2/06 | 6/26/06 | 8/1/06 | 12/1/07 | $77,241 |
| 118697419 | 0001219369 | LOUISVILLE, KY | Monetary Default | BK | $58,212 | Gov 30 | 11/2/06 | 3/28/06 | 5/1/06 | 4/1/07 | $58,870 |
| 118823875 | 0000874815 | LAQUEY, MO | Monetary Default | BK | $93,285 | Gov 30 | 11/2/06 | 4/3/06 | 5/1/06 | 4/1/07 | $94,242 |
| 118844814 | 0001118278 | DETROIT, MI | Monetary Default | REO | $70,755 | Gov 30 | 11/2/06 | 5/2/06 | 6/1/06 | 7/1/06 | $71,050 |
| 118900381 | 0001208399 | RUSSELLVILLE, KY | Monetary Default | BK | $112,254 | Gov 15 | 11/2/06 | 4/5/06 | 5/1/06 | 2/1/07 | $116,176 |
| 118930433 | 0001182589 | SALISBURY, NC | Monetary Default | REO/S | $0 | Gov 30 | 11/2/06 | 4/5/06 | 5/1/06 | 7/1/06 | $85,163 |
| 119818990 | 1232606 | ELLENWOOD, GA | Monetary Default | REO | $172,561 | Gov 30 | 11/2/06 | 5/23/06 | 7/1/06 | 7/1/06 | $172,923 |
| 128158152 | 001189397 | KALAMAZOO, MI | Monetary Default | REO/S | $0 | Gov 30 | 11/2/06 | 7/6/06 | 8/1/06 | 2/1/07 | $136,872 |
| 128303251 | 0001267341 | CEDAR RAPIDS, IA | Monetary Default | REO/S | $0 | Gov 30 | 11/2/06 | 7/7/06 | 8/1/06 | 8/1/06 | $80,166 |
| 129131338 | 0001308683 | GRAYSON, GA | Monetary Default | F/C | $171,417 | Gov 30 | 11/2/06 | 7/12/06 | 8/1/06 | 3/1/07 | $172,690 |
| 129135187 | 0001320807 | BOLINGBROOK, IL | Monetary Default | BK | $146,233 | Gov 30 | 11/2/06 | 7/12/06 | 8/1/06 | 11/1/06 | $146,718 |
| 118533703 | 0001158804 | STERLING HEIGHTS, MI | Monetary Default | BK | $176,931 | Gov 30 | 12/2/06 | 6/14/06 | 7/1/06 | 2/1/08 | $181,411 |
| 118596623 | 0001192707 | WINNABOW, NC | Monetary Default | CURR | $111,072 | Gov 30 | 12/2/06 | 4/24/06 | 6/1/06 | 9/1/08 | $111,196 |
| 118773061 | 0001177045 | MOCKSVILLE, NC | Monetary Default | BK | $96,305 | Gov 30 | 12/2/06 | 5/8/06 | 6/1/06 | 7/1/06 | $98,959 |
| 118947595 | 0001214903 | HOUSTON, TX | Monetary Default | REO | $1 | Conf 30 Flex 100 | 12/2/06 | 5/3/06 | 6/1/06 | 8/1/06 | $185,000 |
| 119484006 | 1101009 | LYNBROOK, NY | Monetary Default | REO/S | $0 | CES 30/15 | 12/2/06 | 5/3/06 | 6/1/06 | 8/1/06 | $90,000 |
| 119351931 | 0001228707 | FLORENCE, KY | Monetary Default | 30 | $130,552 | Gov 30 | 12/2/06 | 4/25/06 | 6/1/06 | 6/1/08 | $133,898 |
| 119387400 | 0001218941 | BELLWOOD, IL | Monetary Default | CURR | $195,632 | Gov 30 | 12/2/06 | 4/27/06 | 6/1/06 | 7/1/08 | $197,142 |
| 119787298 | 1157220 | JOLIET, IL | Monetary Default | F/C | $176,964 | Gov 30 | 12/2/06 | 5/26/06 | 7/1/06 | 10/1/07 | $177,463 |
| 128031186 | 1221579 | OSAGE, IA | Monetary Default | REO | $47,839 | Gov 30 | 12/2/06 | 6/1/06 | 7/1/06 | 2/1/07 | $48,161 |
| 128304771 | 0001141555 | BIRMINGHAM, AL | Monetary Default | REO/S | $0 | Conf 30 | 12/2/06 | 7/14/06 | 8/1/06 | 8/1/06 | $56,250 |
| 128398487 | 0001241849 | WESTAMPTON, NJ | Monetary Default | REO/S | $0 | Gov 30 | 12/2/06 | 7/11/06 | 8/1/06 | 8/1/06 | $201,528 |
| 128403183 | 0001244195 | HILLSBORO, OH | Monetary Default | REO/S | $0 | Gov 30 | 12/2/06 | 6/9/06 | 7/1/06 | 8/1/06 | $43,714 |
| 128622331 | 0001315469 | BRADENTON, FL | Monetary Default | REO | $1 | Conf 30 Flex 100 | 12/2/06 | 6/20/06 | 8/1/06 | 8/1/06 | $305,000 |
| 128804649 | 0001288052 | EDEN, NC | Monetary Default | 120+ | $49,483 | Gov 30 | 12/2/06 | 6/22/06 | 8/1/06 | 11/1/07 | $50,212 |
| 129327243 | 0001326156 | LOUISVILLE, KY | Monetary Default | REO/S | $0 | Gov 30 | 12/2/06 | 7/17/06 | 9/1/06 | 8/1/06 | $99,144 |
| 129562792 | 0001343102 | UNION CITY, GA | Monetary Default | BK | $84,976 | Gov 30 | 12/2/06 | 7/25/06 | 9/1/06 | 12/1/06 | $85,330 |
| 129722252 | 0001348691 | CALABASH, NC | Monetary Default | CURR | $88,539 | Conf 30 | 12/2/06 | 7/31/06 | 9/1/06 | 7/1/08 | $90,400 |
| 129802870 | 0001326011 | WABASH, IN | Monetary Default | BK | $84,691 | Gov 30 | 12/2/06 | 8/4/06 | 9/1/06 | 4/1/07 | $85,336 |
| 128159881 | 1271046 | BETHANY, OK | Monetary Default | F/C | $73,541 | Gov 30 | 12/10/04 | 6/28/06 | 8/1/06 | 3/1/08 | $74,908 |
| 118822971 | 0001142831 | DETROIT, MI | Monetary Default | REO/S | $0 | Gov 30 | 1/2/07 | 6/22/06 | 8/1/06 | 9/1/06 | $101,651 |
| 118844030 | 0001181015 | KERNERSVILLE, NC | Monetary Default | F/C | $89,600 | Gov 30 | 1/2/07 | 7/19/06 | 9/1/06 | 11/1/07 | $91,286 |
| 127984508 | 1258470 | DELAWARE, OH | Monetary Default | REO | $107,919 | onf 30 FNMA MyCommunity 100 Pl | 1/2/07 | 5/23/06 | 7/1/06 | 9/1/06 | $108,200 |
| 128053732 | 1258754 | AURORA, MN | Monetary Default | CURR | $74,131 | Conf 30 Flex 100 | 1/2/07 | 6/14/06 | 7/1/06 | 8/1/08 | $76,000 |
| 128157792 | 1238473 | SAUK VILLAGE, IL | Monetary Default | F/C | $112,347 | Gov 30 | 1/2/07 | 6/30/06 | 8/1/06 | 12/1/07 | $114,460 |
| 128159809 | 1274024 | OSAWATOMIE, KS | Monetary Default | CURR | $59,638 | Conf 30 | 1/2/07 | 5/31/06 | 7/1/06 | 7/1/08 | $61,000 |
| 128242915 | 1198357 | OZARK, AR | Monetary Default | REO/S | $0 | Gov 30 | 1/2/07 | 6/1/06 | 7/1/06 | 7/1/06 | $42,122 |
| 128304059 | 0001245173 | ALVIN, TX | Monetary Default | REO | $1 | Conf 30 Flex 100 | 1/2/07 | 6/8/06 | 7/1/06 | 7/1/07 | $130,500 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"

as of

8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 128351449 | 0001252636 | PHOENIX, AZ | Monetary Default | REO/S | $0 | NonConf 30 Fast-Easy | 1/2/07 | 6/22/06 | 8/1/06 | 9/1/06 | $276,209 |
| 128585030 | 1328941 | CEDAR RAPIDS, IA | Monetary Default | REO/S | $0 | Gov 30 | 1/2/07 | 7/31/06 | 9/1/06 | 1/1/07 | $69,451 |
| 128698980 | 0001307477 | WEST ISLIP, NY | Monetary Default | 60 | $408,811 | Conf 30 | 1/2/07 | 8/14/06 | 9/1/06 | 5/1/08 | $417,000 |
| 128841630 | 0001286067 | AURORA, IL | Monetary Default | F/C | $168,803 | onf 30 FNMA MyCommunity 100 Pl | 1/2/07 | 6/27/06 | 8/1/06 | 11/1/07 | $168,803 |
| 129054953 | 0001244566 | CAHOKIA, IL | Monetary Default | REO/S | $0 | Gov 30 | 1/2/07 | 7/10/06 | 8/1/06 | 9/1/06 | $48,212 |
| 129252313 | 0001316154 | GREENVILLE, TX | Monetary Default | CURR | $136,062 | Conf 30 Flex 100 | 1/2/07 | 7/18/06 | 9/1/06 | 8/1/08 | $139,197 |
| 129687304 | 0001338608 | PARMA, OH | Monetary Default | CURR | $224,987 | Gov 30 | 1/2/07 | 7/31/06 | 9/1/06 | 7/1/08 | $226,347 |
| 129841827 | 0001338610 | TOLEDO, OH | Monetary Default | REO | $88,565 | Gov 30 | 1/2/07 | 8/31/06 | 10/1/06 | 9/1/06 | $88,711 |
| 130231684 | 0001337035 | DETROIT, MI | Monetary Default | REO/S | $0 | Gov 30 | 1/2/07 | 8/22/06 | 10/1/06 | 9/1/06 | $79,273 |
| 130233668 | 0001144657 | DETROIT, MI | Monetary Default | REO | $64,769 | Gov 30 | 1/2/07 | 8/21/06 | 10/1/06 | 9/1/06 | $64,986 |
| 130498430 | 0001354455 | NEWBERG, OR | Monetary Default | F/C | $240,625 | Gov 30 | 1/2/07 | 9/6/06 | 10/1/06 | 5/1/07 | $242,591 |
| 118520013 | 0001178104 | PARK CITY, KY | Monetary Default | REO/S | $0 | Gov 30 | 1/3/07 | 5/30/06 | 7/1/06 | 9/1/06 | $66,949 |
| 118952299 | 0001199179 | FRANKLIN, GA | Monetary Default | REO/S | $0 | Gov 30 | 1/3/07 | 5/3/06 | 6/1/06 | 7/1/06 | $126,316 |
| 117769643 | 1171626 | NACOGDOCHES, TX | Monetary Default | 60 | $138,272 | Gov 30 | 2/2/07 | 7/11/06 | 8/1/06 | 5/1/08 | $138,836 |
| 119168860 | 0001230668 | MIAMI GARDENS, FL | Monetary Default | F/C | $264,592 | Conf 30 | 2/2/07 | 6/28/06 | 8/1/06 | 11/1/06 | $266,000 |
| 128351913 | 0001254895 | CLEARWATER, FL | Monetary Default | REO/S | $0 | Conf 30 Fast-Easy | 2/2/07 | 6/22/06 | 8/1/06 | 10/1/06 | $242,640 |
| 128548697 | 0001284913 | SEAFORD, DE | Monetary Default | REO | $1 | Conf 30 | 2/2/07 | 7/7/06 | 8/1/06 | 10/1/06 | $121,500 |
| 129181169 | 0001323235 | ALLEGAN, MI | Monetary Default | CURR | $81,839 | Gov 30 | 2/2/07 | 7/13/06 | 8/1/06 | 8/1/08 | $84,333 |
| 129250129 | 0001304827 | COLUMBUS, OH | Monetary Default | BK | $176,314 | Gov 30 | 2/2/07 | 7/18/06 | 9/1/06 | 1/1/08 | $179,553 |
| 129445490 | 0001299584 | CHARLOTTE, NC | Monetary Default | REO/S | $0 | onf 30 FNMA MyCommunity 100 Pl | 2/2/07 | 7/21/06 | 9/1/06 | 10/1/06 | $100,000 |
| 129446210 | 0001268328 | WAPAKONETA, OH | Monetary Default | 120+ | $74,859 | Gov 30 | 2/2/07 | 7/20/06 | 9/1/06 | 11/1/07 | $75,899 |
| 130153058 | 0001361935 | CROUSE, NC | Monetary Default | REO/S | $0 | Conf 30 Flex 100 | 2/2/07 | 8/17/06 | 10/1/06 | 10/1/06 | $143,000 |
| 130199832 | 0001165605 | BERWICK, PA | Monetary Default | BK | $90,983 | Gov 30 | 2/2/07 | 8/24/06 | 10/1/06 | 5/1/07 | $91,675 |
| 130230556 | 0001318882 | DES MOINES, IA | Monetary Default | F/C | $70,285 | Gov 30 | 2/2/07 | 8/23/06 | 10/1/06 | 11/1/06 | $70,443 |
| 130541035 | 0001335454 | CHICAGO, IL | Monetary Default | REO | $180,564 | Gov 30 | 2/2/07 | 8/29/06 | 10/1/06 | 10/1/06 | $180,699 |
| 131200917 | 0001416694 | KANSAS CITY, MO | Monetary Default | CURR | $111,119 | onf 30 FNMA MyCommunity 100 Pl | 2/2/07 | 9/26/06 | 11/1/06 | 9/1/06 | $113,900 |
| 131236122 | 0001364711 | PHIL CAMPBELL, AL | Monetary Default | CURR | $52,567 | Conf 30 | 2/2/07 | 9/22/06 | 11/1/06 | 7/1/08 | $53,500 |
| 131301162 | 0001322356 | CAPE CORAL, FL | Monetary Default | F/C | $239,542 | Conf 30 | 2/2/07 | 9/29/06 | 11/1/06 | 6/1/07 | $241,625 |
| 131319508 | 0001372571 | SAN ANTONIO, TX | Monetary Default | CURR | $127,749 | Conf 30 | 2/2/07 | 9/26/06 | 11/1/06 | 8/1/08 | $130,500 |
| 131621442 | 0001380860 | TEANECK, NJ | Monetary Default | REO/S | $0 | Gov 30 | 2/2/07 | 10/12/06 | 11/1/06 | 10/1/06 | $366,107 |
| 131723807 | 0001394241 | BOCA RATON, FL | Monetary Default | REO | $229,842 | Conf 30 Exp Appr'l Level 3 | 2/2/07 | 10/12/06 | 11/1/06 | 10/1/06 | $230,000 |
| 128304427 | 0001243167 | CLEARWATER, FL | Monetary Default | REO/S | $0 | Conf 30 Prepay | 3/2/07 | 8/28/06 | 10/1/06 | 4/1/07 | $157,500 |
| 130306117 | 1351385 | NEWARK, DE | Monetary Default | 120+ | $158,491 | onf 30 FNMA MyCommunity 100 Pl | 3/2/07 | 9/7/06 | 11/1/06 | 3/1/07 | $159,900 |
| 130828927 | 0001322610 | HENDERSON, NC | Monetary Default | CURR | $117,032 | Conf 30 Fast-Easy | 3/2/07 | 9/27/06 | 11/1/06 | 7/1/08 | $119,700 |
| 130843689 | 0001336696 | S CONNELLSVL, PA | Monetary Default | F/C | $75,317 | Gov 30 | 3/2/07 | 9/8/06 | 10/1/06 | 3/1/08 | $76,396 |
| 131310931 | 0001388178 | SOUTH LEBANON, OH | Monetary Default | REO/S | $0 | Gov 30 | 3/2/07 | 9/26/06 | 11/1/06 | 11/1/06 | $132,323 |
| 131646733 | 0001139053 | SEAFORD, DE | Monetary Default | F/C | $225,406 | Conf 30 | 3/2/07 | 10/13/06 | 11/1/06 | 11/1/06 | $227,120 |
| 145794178 | 0001450563 | LA VERNE, TN | Monetary Default | F/C | $131,373 | Conf 30 Flex 100 | 3/2/07 | 11/8/06 | 12/1/06 | 4/1/07 | $132,000 |
| 145827495 | 0001451278 | HOMESTEAD, FL | Monetary Default | BK | $358,154 | Gov 30 | 3/2/07 | 10/26/06 | 12/1/06 | 7/1/08 | $364,500 |
| 145850017 | 0001446243 | TROTWOOD, OH | Monetary Default | 30 | $51,199 | Conf 30 | 3/2/07 | 10/27/06 | 12/1/06 | 6/1/08 | $52,000 |

## American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 146198138 | 0001471752 | CAPE CORAL, FL | Monetary Default | F/C | $244,000 | Conf 30 Flex 100 | 3/2/07 | 11/10/06 | 12/1/06 | 11/1/06 | $244,000 |
| 146509233 | 0001494117 | COLUMBIA, SC | Monetary Default | F/C | $132,780 | Conf 30 Flex 100 | 3/2/07 | 11/14/06 | 12/1/06 | 11/1/06 | $132,780 |
| 130245110 | 0001341418 | PARIS, TN | Monetary Default | 30 | $1,067 | Gov 30 | 4/4/07 | 8/21/06 | 10/1/06 | 6/1/08 | $39,233 |
| 130341706 | 0001347055 | SAINT PAUL, MN | Monetary Default | REO | $1 | Conf ARM 10/1 - 1y LIB | 4/4/07 | 9/7/06 | 10/1/06 | 12/1/06 | $200,000 |
| 130421484 | 0001365544 | LEESVILLE, SC | Monetary Default | REO/S | $0 | Conf 30 Flex 100 | 4/4/07 | 8/25/06 | 10/1/06 | 12/1/06 | $78,800 |
| 130461905 | 0001350643 | TAYLOR, MI | Monetary Default | REO | $118,131 | Gov 30 | 4/4/07 | 8/29/06 | 10/1/06 | 12/1/06 | $118,415 |
| 130502278 | 0001398255 | LAKEVILLE, MN | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 Pl | 4/4/07 | 9/7/06 | 10/1/06 | 12/1/06 | $289,000 |
| 130876469 | 0001363361 | WESTLAND, MI | Monetary Default | 120+ | $146,572 | Gov 30 | 4/4/07 | 9/13/06 | 10/1/06 | 3/1/08 | $148,667 |
| 131022535 | 0001415636 | FREDERICKSBURG, VA | Monetary Default | REO/S | $0 | Gov 30 | 4/4/07 | 9/20/06 | 11/1/06 | 12/1/06 | $298,917 |
| 131681242 | 0001427416 | TROY, NY | Monetary Default | CURR | $131,719 | Gov 30 | 4/4/07 | 10/31/06 | 12/1/06 | 8/1/08 | $134,614 |
| 131690651 | 0001401572 | PANAMA CITY, FL | Monetary Default | CURR | $206,976 | Gov 30 | 4/4/07 | 10/10/06 | 11/1/06 | 7/1/08 | $211,120 |
| 131762908 | 0001417234 | ELKHART, IN | Monetary Default | REO/S | $0 | Gov 30 | 4/4/07 | 10/11/06 | 11/1/06 | 12/1/06 | $78,200 |
| 145981266 | 0001285827 | WARRENTON, MO | Monetary Default | REO/S | $0 | Gov 30 | 4/4/07 | 11/30/06 | 1/1/07 | 12/1/06 | $153,920 |
| 146190193 | 0001443446 | GARDENA, CA | Monetary Default | REO | $465,500 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $465,500 |
| 146191841 | 0001454190 | BRIDGEWATER, NJ | Monetary Default | F/C | $376,000 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $376,000 |
| 146191905 | 0001447912 | FORT MYERS, FL | Monetary Default | REO | $326,300 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $326,300 |
| 146209019 | 0001446466 | DALLAS, TX | Monetary Default | F/C | $254,820 | Exp Criteria 30 | 4/4/07 | 12/12/06 | 1/1/07 | 12/1/06 | $255,200 |
| 146227845 | 0001429741 | COLUMBIA, SC | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $169,200 |
| 146234686 | 0001470237 | MASPETH, NY | Monetary Default | REO | $469,000 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 1/1/07 | $469,000 |
| 146241615 | 0001447724 | CHICAGO, IL | Monetary Default | F/C | $312,574 | Exp Criteria 30 | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $312,800 |
| 146252008 | 0001460102 | BAKERSFIELD, CA | Monetary Default | 120+ | $224,000 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 10/1/07 | $224,000 |
| 146256225 | 0001441634 | VISALIA, CA | Monetary Default | REO | $1 | Exp Criteria 30 | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $183,920 |
| 146256841 | 0001450098 | CASCO, ME | Monetary Default | F/C | $310,751 | Exp Criteria 30 | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $311,250 |
| 146259377 | 0001456926 | MIAMI, FL | Monetary Default | F/C | $392,000 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $392,000 |
| 146275299 | 0001451008 | SAN DIEGO, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $380,000 |
| 146410964 | 0001476850 | VERO BEACH, FL | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $355,000 |
| 146411188 | 0001474651 | HOWELL, NJ | Monetary Default | CURR | $281,385 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 8/1/08 | $281,415 |
| 146419293 | 0001463873 | PHOENIX, AZ | Monetary Default | REO | $392,000 | Exp Criteria 30 Interest Only | 4/4/07 | 11/29/06 | 1/1/07 | 12/1/06 | $392,000 |
| 146676795 | 0001497601 | JONESBORO, GA | Monetary Default | REO/S | $0 | Gov 30 | 4/4/07 | 11/20/06 | 1/1/07 | 12/1/06 | $195,133 |
| 147187035 | 0001403431 | INDIANAPOLIS, IN | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 1 | 4/4/07 | 12/6/06 | 1/1/07 | 5/1/07 | $55,000 |
| 147188700 | 0001387210 | NEW CASTLE, DE | Monetary Default | REO | $238,662 | Conf 30 Exp Appr'l Level 2 | 4/4/07 | 12/5/06 | 1/1/07 | 12/1/06 | $239,000 |
| 147190412 | 0001450575 | RADCLIFF, KY | Monetary Default | 60 | $190,727 | Conf 30 Exp Appr'l Level 2 | 4/4/07 | 12/12/06 | 1/1/07 | 5/1/08 | $193,700 |
| 147195764 | 0001482948 | NEWPORT, NC | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 4/4/07 | 12/8/06 | 1/1/07 | 1/1/07 | $125,000 |
| 147239754 | 0001473496 | STARTEX, SC | Monetary Default | REO | $66,649 | Conf 30 Exp Appr'l Level 2 | 4/4/07 | 12/13/06 | 1/1/07 | 12/1/06 | $66,700 |
| 147369602 | 0001462150 | RUSSELLVILLE, AL | Monetary Default | REO/S | $0 | Gov 30 | 4/4/07 | 12/12/06 | 1/1/07 | 2/1/07 | $68,918 |
| 147379835 | 0001516693 | GILBERT, AZ | Monetary Default | CURR | $275,418 | Conf 30 | 4/4/07 | 12/12/06 | 1/1/07 | 8/1/08 | $281,250 |
| 147186603 | 0001425900 | EDGEWOOD, MD | Monetary Default | REO | $139,802 | Conf 30 Exp Appr'l Level 2 | 4/16/07 | 12/6/06 | 1/1/07 | 12/1/06 | $140,000 |
| 131200533 | 0001407800 | KENOSHA, WI | Monetary Default | CURR | $147,678 | Gov 30 | 5/3/07 | 9/26/06 | 11/1/06 | 7/1/08 | $150,636 |
| 131336118 | 0001416127 | GRAVETTE, AR | Monetary Default | CURR | $88,191 | Conf 30 Flex 100 | 5/3/07 | 10/20/06 | 12/1/06 | 7/1/08 | $90,000 |
| 131436987 | 0001403834 | INDEPENDENCE, MO | Monetary Default | REO/S | $0 | Gov 30 | 5/3/07 | 10/12/06 | 11/1/06 | 2/1/07 | $75,990 |

# American Home Mortgage #214
### Repurchase Issues, "Sent to Legal"
### as of
### 8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 131546689 | 0001432888 | COLORADO SPRINGS, CO | Monetary Default | REO/S | $0 | Gov 30 | 5/3/07 | 10/12/06 | 11/1/06 | 1/1/07 | $192,850 |
| 131720895 | 0001418266 | STERLINGTON, LA | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 3 | 5/3/07 | 10/17/06 | 12/1/06 | 1/1/07 | $49,500 |
| 131728792 | 0001369725 | WEST PALM BEACH, FL | Monetary Default | F/C | $355,283 | Conf 30 Exp Appr'l Level 3 | 5/3/07 | 10/10/06 | 11/1/06 | 3/1/08 | $360,000 |
| 131812154 | 0001242488 | YORK, SC | Monetary Default | REO/S | $0 | Gov 30 | 5/3/07 | 10/13/06 | 11/1/06 | 1/1/07 | $122,815 |
| 131915239 | 1368847 | NEW CASTLE, DE | Monetary Default | F/C | $151,132 | onf 30 FNMA MyCommunity 97 Plu | 5/3/07 | 10/18/06 | 12/1/06 | 3/1/07 | $152,000 |
| 145896159 | 0001454151 | NEWTON FALLS, OH | Monetary Default | 90 | $103,955 | onf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 10/26/06 | 12/1/06 | 4/1/08 | $104,059 |
| 146018887 | 0001453671 | COLORADO SPRINGS, CO | Monetary Default | REO/S | $0 | onf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 10/31/06 | 12/1/06 | 1/1/07 | $148,000 |
| 146156605 | 0001370420 | DES MOINES, IA | Monetary Default | CURR | $77,731 | Gov 30 | 5/3/07 | 11/10/06 | 12/1/06 | 7/1/08 | $77,807 |
| 146202994 | 0001467074 | CORONA, CA | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 5/3/07 | 11/29/06 | 1/1/07 | 1/1/07 | $360,000 |
| 146227381 | 0001438414 | BAKERSFIELD, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 11/29/06 | 1/1/07 | 2/1/07 | $148,000 |
| 146234902 | 0001477352 | SNOW CAMP, NC | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 11/29/06 | 1/1/07 | 1/1/07 | $160,000 |
| 146235814 | 0001468129 | CHAMPAIGN, IL | Monetary Default | F/C | $75,406 | Exp Criteria 30 | 5/3/07 | 11/29/06 | 1/1/07 | 3/1/07 | $75,582 |
| 146256417 | 0001448734 | FREEPORT, NY | Monetary Default | F/C | $356,000 | Exp Criteria 30 Interest Only | 5/3/07 | 11/29/06 | 1/1/07 | 1/1/07 | $356,000 |
| 146257417 | 0001461136 | SEDONA, AZ | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 12/12/06 | 1/1/07 | 1/1/07 | $340,000 |
| 146257465 | 0001468802 | NEW HAVEN, CT | Monetary Default | F/C | $191,707 | Exp Criteria 30 | 5/3/07 | 11/29/06 | 1/1/07 | 1/1/07 | $192,000 |
| 146260097 | 0001459283 | MARTINSVILLE, VA | Monetary Default | REO | $224,000 | Exp Criteria 30 Interest Only | 5/3/07 | 11/29/06 | 1/1/07 | 8/1/07 | $224,000 |
| 146393538 | 0001436337 | JACKSONVILLE, FL | Monetary Default | F/C | $128,905 | Exp Criteria 30 Prepay | 5/3/07 | 11/29/06 | 1/1/07 | 10/1/07 | $130,000 |
| 146446473 | 0001413018 | TIMBERVILLE, VA | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 3 | 5/3/07 | 11/27/06 | 1/1/07 | 1/1/07 | $174,200 |
| 146900972 | 0001481818 | PAOLA, KS | Monetary Default | CURR | $131,501 | Conf 30 | 5/3/07 | 11/20/06 | 1/1/07 | 8/1/08 | $134,400 |
| 146911720 | 0001504550 | CHARLESTON, SC | Monetary Default | REO/S | $0 | Conf 30 | 5/3/07 | 11/27/06 | 1/1/07 | 1/1/07 | $333,320 |
| 147001523 | 0001491242 | MANNING, SC | Monetary Default | 60 | $78,014 | onf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 11/28/06 | 1/1/07 | 5/1/08 | $78,317 |
| 147190204 | 0001406169 | WOODBURY, MN | Monetary Default | REO | $124,716 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 12/6/06 | 2/1/07 | 1/1/07 | $125,100 |
| 147192116 | 0001463995 | OKLAHOMA CITY, OK | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 12/5/06 | 1/1/07 | 1/1/07 | $86,900 |
| 147195244 | 0001479121 | DETROIT, MI | Monetary Default | REO | $97,854 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 12/8/06 | 1/1/07 | 1/1/07 | $98,000 |
| 147240898 | 0001474078 | MEMPHIS, TN | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 5/3/07 | 12/13/06 | 1/1/07 | 1/1/07 | $63,000 |
| 147416360 | 0001450167 | ELK GROVE, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $316,000 |
| 147442019 | 0001474347 | CORNVILLE, AZ | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $288,000 |
| 147443579 | 0001485964 | INDIANAPOLIS, IN | Monetary Default | F/C | $77,910 | Exp Criteria 30 Prepay | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $78,000 |
| 147443931 | 0001459610 | DURHAM, ME | Monetary Default | F/C | $360,000 | Exp Criteria 30 Interest Only | 5/3/07 | 12/29/06 | 2/1/07 | 1/1/07 | $360,000 |
| 147445660 | 0001437447 | BRENTWOOD, NY | Monetary Default | CURR | $280,000 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 8/1/08 | $280,000 |
| 147445980 | 0001469115 | DETROIT, MI | Monetary Default | REO | $1 | Exp Criteria 30 | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $97,000 |
| 147446092 | 0001439209 | JACKSONVILLE, FL | Monetary Default | REO/S | $0 | Exp Criteria 30 Prepay | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $79,200 |
| 147447604 | 0001477407 | LOWELL, MA | Monetary Default | REO | $252,701 | Exp Criteria 30 | 5/3/07 | 1/12/07 | 2/1/07 | 4/1/07 | $253,520 |
| 147452509 | 0001474190 | STONE MOUNTAIN, GA | Monetary Default | REO | $1 | Exp Criteria 30 | 5/3/07 | 1/12/07 | 2/1/07 | 1/1/07 | $192,000 |
| 147462430 | 0001495895 | BENTON, AR | Monetary Default | F/C | $173,200 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $173,200 |
| 147463454 | 0001495387 | SAINT PAUL, MN | Monetary Default | F/C | $367,920 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $367,920 |
| 147468431 | 0001493758 | BONITA SPRINGS, FL | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 12/29/06 | 2/1/07 | 1/1/07 | $307,400 |
| 147470255 | 0001491635 | ROSEVILLE, CA | Monetary Default | REO | $267,750 | Exp Criteria 30 Interest Only | 5/3/07 | 1/12/07 | 2/1/07 | 4/1/07 | $267,750 |
| 147471887 | 0001497759 | FORT MILL, SC | Monetary Default | F/C | $104,312 | Exp Criteria 15 | 5/3/07 | 12/27/06 | 2/1/07 | 4/1/07 | $105,600 |
| 147471903 | 0001498950 | WESTMINSTER, CO | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $190,400 |

# American Home Mortgage #214

### Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147473303 | 0001499723 | APOPKA, FL | Monetary Default | REO | $227,050 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $227,050 |
| 147473839 | 0001515630 | BARSTOW, CA | Monetary Default | F/C | $168,000 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $168,000 |
| 147476840 | 0001522027 | DELRAY BEACH, FL | Monetary Default | REO | $1 | Exp Criteria 30 | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $272,000 |
| 147480720 | 0001523954 | DETROIT, MI | Monetary Default | REO | $1 | Exp Criteria 30 | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $72,000 |
| 147482616 | 0001511550 | CARROLL, OH | Monetary Default | REO | $206,000 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $206,000 |
| 147485049 | 0001500833 | CHICAGO, IL | Monetary Default | REO | $164,000 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $164,000 |
| 147486009 | 0001517555 | GEISMAR, LA | Monetary Default | BK | $194,279 | Exp Criteria 30 | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $194,400 |
| 147487657 | 0001505124 | MODESTO, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $288,000 |
| 147626642 | 0001451939 | FALL RIVER, MA | Monetary Default | F/C | $256,500 | Exp Criteria 30 Interest Only | 5/3/07 | 1/10/07 | 2/1/07 | 8/1/07 | $256,500 |
| 147967541 | 0001387765 | JACKSONVILLE, FL | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 5/3/07 | 1/9/07 | 2/1/07 | 2/1/07 | $202,000 |
| 147967581 | 0001490512 | YORK, PA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 1/8/07 | 2/1/07 | 1/1/07 | $87,203 |
| 147968749 | 0001429652 | LINDALE, TX | Monetary Default | CURR | $76,969 | Conf 30 Exp Appr'l Level 1 | 5/3/07 | 1/8/07 | 2/1/07 | 7/1/08 | $78,300 |
| 147970301 | 0001531734 | JACKSON, MS | Monetary Default | REO | $97,312 | Conf 30 Exp Appr'l Level 3 | 5/3/07 | 1/9/07 | 2/1/07 | 10/1/07 | $98,000 |
| 147971646 | 0001494821 | CAPE CORAL, FL | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 5/3/07 | 1/9/07 | 2/1/07 | 1/1/07 | $247,500 |
| 147973718 | 0001553265 | SMYRNA, TN | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 1/9/07 | 2/1/07 | 1/1/07 | $112,500 |
| 148002201 | 0001557002 | QUINCY, IL | Monetary Default | CURR | $92,877 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/9/07 | 2/1/07 | 7/1/08 | $94,500 |
| 148010378 | 0001529059 | HOUSTON, TX | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/10/07 | 2/1/07 | 1/1/07 | $238,425 |
| 148010410 | 0001401041 | JUNCTION CITY, OR | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/10/07 | 2/1/07 | 1/1/07 | $165,000 |
| 148014435 | 0001496123 | KALAMAZOO, MI | Monetary Default | BK | $176,351 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/8/07 | 2/1/07 | 6/1/07 | $177,200 |
| 148015035 | 0001502736 | SAN ANTONIO, TX | Monetary Default | BK | $53,463 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/9/07 | 2/1/07 | 1/1/07 | $53,500 |
| 148016003 | 0001538006 | DELTA, CO | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 1/9/07 | 2/1/07 | 1/1/07 | $255,000 |
| 148018555 | 0001492531 | VENICE, FL | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/10/07 | 2/1/07 | 1/1/07 | $167,500 |
| 148019164 | 0001478006 | SPRING, TX | Monetary Default | CURR | $120,729 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/4/07 | 2/1/07 | 8/1/08 | $123,497 |
| 148034021 | 0001539578 | LEHIGH ACRES, FL | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 5/3/07 | 1/9/07 | 2/1/07 | 1/1/07 | $280,000 |
| 148096301 | 0001520491 | HARRISBURG, PA | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 5/3/07 | 1/11/07 | 2/1/07 | 1/1/07 | $71,000 |
| 147463510 | 0001495250 | WINCHESTER, VA | Monetary Default | 60 | $324,656 | NonConf 30 Interest Only (10/20) | 5/7/07 | 12/27/06 | 2/1/07 | 5/1/08 | $306,000 |
| 147445844 | 0001486538 | OGDEN, UT | Monetary Default | 30 | $89,978 | NonConf 30 Interest Only (10/20) | 5/11/07 | 12/27/06 | 2/1/07 | 6/1/08 | $90,000 |
| 145749877 | 0001457629 | MIAMI, FL | Monetary Default | REO/S | $0 | Gov 30 | 6/2/07 | 10/18/06 | 12/1/06 | 2/1/07 | $209,597 |
| 146235654 | 0001472447 | OXFORD, CT | Monetary Default | 60 | $141,691 | Exp Criteria 30 | 6/2/07 | 11/29/06 | 1/1/07 | 5/1/08 | $144,000 |
| 146446385 | 0001408570 | PASADENA, MD | Monetary Default | BK | $171,635 | Conf 30 Exp Appr'l Level 3 | 6/2/07 | 11/17/06 | 1/1/07 | 2/1/08 | $174,000 |
| 146535572 | 0001494780 | GATES, TN | Monetary Default | NONE | $0 | Gov 30 | 6/2/07 | 11/14/06 | 12/1/06 | 2/1/07 | $71,931 |
| 146594320 | 0001507538 | MONROE, LA | Monetary Default | BK | $136,536 | bnf 30 FNMA MyCommunity 100 Pl | 6/2/07 | 11/21/06 | 1/1/07 | 3/1/07 | $137,000 |
| 146643326 | 0001455814 | DETROIT, MI | Monetary Default | REO/S | $0 | Gov 30 | 6/2/07 | 11/20/06 | 1/1/07 | 2/1/07 | $75,000 |
| 146915104 | 0001496122 | LINCOLN PARK, MI | Monetary Default | REO/S | $0 | Gov 30 | 6/2/07 | 12/6/06 | 1/1/07 | 2/1/07 | $132,614 |
| 147005812 | 0001501498 | RICHMOND, VA | Monetary Default | REO/S | $0 | Gov 30 | 6/2/07 | 11/29/06 | 1/1/07 | 2/1/07 | $163,706 |
| 147058138 | 0001479347 | LAWRENCEVILLE, GA | Monetary Default | 120+ | $396,758 | Conf 30 | 6/2/07 | 11/30/06 | 1/1/07 | 8/1/07 | $400,000 |
| 147101408 | 0001466010 | LAKE CITY, SC | Monetary Default | CURR | $73,887 | bnf 30 MyCommunity 100 Pl | 6/2/07 | 11/30/06 | 1/1/07 | 7/1/08 | $75,900 |
| 147151774 | 0001489680 | BROOKLYN CENTER, MN | Monetary Default | REO | $174,152 | Gov 30 | 6/2/07 | 12/11/06 | 1/1/07 | 2/1/07 | $174,446 |
| 147187211 | 0001418544 | TALLAHASSEE, FL | Monetary Default | REO | $140,700 | Conf 30 Exp Appr'l Level 1 | 6/2/07 | 12/6/06 | 1/1/07 | 2/1/07 | $141,000 |
| 147187619 | 0001352822 | NIXA, MO | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 2 | 6/2/07 | 12/5/06 | 1/1/07 | 2/1/07 | $244,900 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147190140 | 0001466084 | SHREVEPORT, LA | Monetary Default | CURR | $58,590 | Conf 30 Exp Appr'l Level 2 | 6/2/07 | 12/6/06 | 1/1/07 | 7/1/08 | $59,500 |
| 147192060 | 0001445344 | SHREVEPORT, LA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 1 | 6/2/07 | 12/8/06 | 1/1/07 | 2/1/07 | $60,000 |
| 147209014 | 0001379871 | ROCKMART, GA | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 6/2/07 | 12/13/06 | 1/1/07 | 2/1/07 | $124,900 |
| 147416128 | 0001453552 | POMPANO BEACH, FL | Monetary Default | F/C | $371,265 | Exp Criteria 30 | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $372,000 |
| 147443299 | 0001480503 | SAINT CLOUD, FL | Monetary Default | F/C | $319,350 | Exp Criteria 30 Interest Only | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $319,350 |
| 147447268 | 0001416231 | LATHROP, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $394,924 |
| 147447820 | 0001479734 | MARICOPA, AZ | Monetary Default | REO | $1 | Exp Criteria 30 | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $214,200 |
| 147456861 | 0001465097 | HOLDEN, MA | Monetary Default | F/C | $280,000 | Exp Criteria 30 Interest Only | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $280,000 |
| 147466710 | 0001493128 | LE CLAIRE, IA | Monetary Default | 120+ | $344,511 | Exp Criteria 30 | 6/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $345,600 |
| 147470615 | 0001514012 | POMPANO BEACH, FL | Monetary Default | REO | $172,000 | Exp Criteria 30 Interest Only | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $172,000 |
| 147475071 | 0001485331 | FAIRVIEW, OR | Monetary Default | CURR | $197,222 | Conf 30 | 6/2/07 | 12/19/06 | 2/1/07 | 7/1/08 | $201,750 |
| 147478280 | 0001507970 | NORTH BRANCH, MN | Monetary Default | F/C | $285,142 | Exp Criteria 30 Prepay | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $285,600 |
| 147499842 | 0001502483 | BIRMINGHAM, AL | Monetary Default | 120+ | $91,611 | Exp Criteria 30 | 6/2/07 | 12/27/06 | 2/1/07 | 2/1/07 | $91,744 |
| 147589166 | 0001518184 | PRINCESS ANNE, MD | Monetary Default | 60 | $83,449 | Conf 30 | 6/2/07 | 1/4/07 | 2/1/07 | 5/1/08 | $85,000 |
| 147968701 | 0001430743 | CAPE CORAL, FL | Monetary Default | F/C | $309,048 | Conf 30 Exp Appr'l Level 1 | 6/2/07 | 1/19/07 | 3/1/07 | 2/1/07 | $310,000 |
| 147974878 | 0001544514 | SIOUX FALLS, SD | Monetary Default | REO | $1 | Exp Criteria 30 | 6/2/07 | 1/9/07 | 2/1/07 | 2/1/07 | $108,000 |
| 147999305 | 0001542906 | TEMPERANCE, MI | Monetary Default | REO | $234,817 | onf 30 FNMA MyCommunity 100 PI | 6/2/07 | 1/23/07 | 3/1/07 | 2/1/07 | $235,000 |
| 148010490 | 0001518792 | FAIRVIEW HEIGHTS, IL | Monetary Default | REO | $112,728 | Conf 30 Exp Appr'l Level 1 | 6/2/07 | 1/5/07 | 2/1/07 | 2/1/07 | $112,900 |
| 148011171 | 0001404814 | SAINT LOUIS, MO | Monetary Default | 120+ | $95,886 | Conf 30 Exp Appr'l Level 2 | 6/2/07 | 1/9/07 | 2/1/07 | 7/1/07 | $96,515 |
| 148011795 | 0001516932 | WEST VALLEY CITY, UT | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 PI | 6/2/07 | 1/24/07 | 3/1/07 | 2/1/07 | $147,000 |
| 148014275 | 0001495880 | TERRYTOWN, LA | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 PI | 6/2/07 | 1/8/07 | 2/1/07 | 2/1/07 | $150,000 |
| 148029893 | 0001560153 | OVIEDO, FL | Monetary Default | F/C | $187,757 | Conf 30 Flex 100 | 6/2/07 | 1/24/07 | 3/1/07 | 2/1/07 | $187,900 |
| 148032285 | 0001558468 | ATLANTA, GA | Monetary Default | REO | $239,783 | onf 30 FNMA MyCommunity 100 PI | 6/2/07 | 1/16/07 | 3/1/07 | 2/1/07 | $240,000 |
| 148032373 | 0001458274 | PRESCOTT VALLEY, AZ | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 6/2/07 | 1/9/07 | 2/1/07 | 2/1/07 | $165,500 |
| 148137802 | 0001516121 | CHICAGO, IL | Monetary Default | REO | $165,486 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $165,600 |
| 148141907 | 0001534898 | INDEPENDENCE, LA | Monetary Default | REO | $174,942 | Exp Criteria 30 | 6/2/07 | 2/12/07 | 3/1/07 | 8/1/07 | $175,920 |
| 148143811 | 0001541836 | CARLTON, OR | Monetary Default | BK | $229,369 | Exp Criteria 30 Interest Only | 6/2/07 | 2/12/07 | 3/1/07 | 11/1/07 | $229,600 |
| 148145827 | 0001552643 | VERNON, NJ | Monetary Default | REO | $236,103 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $236,250 |
| 148146852 | 0001516669 | LAS VEGAS, NV | Monetary Default | F/C | $217,811 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/08 | $217,811 |
| 148149516 | 0001523916 | EL PASO, TX | Monetary Default | REO | $169,942 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $170,050 |
| 148150676 | 0001531170 | MINNEAPOLIS, MN | Monetary Default | F/C | $316,000 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $316,000 |
| 148152276 | 0001551501 | PRESCOTT VALLEY, AZ | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $216,581 |
| 148153004 | 0001365129 | BALTIMORE, MD | Monetary Default | REO | $60,200 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 3/1/07 | $60,200 |
| 148156229 | 0001535471 | LYNCHBURG, VA | Monetary Default | 60 | $55,575 | Exp Criteria 30 | 6/2/07 | 2/12/07 | 3/1/07 | 5/1/08 | $56,400 |
| 148156717 | 0001539581 | MIAMI, FL | Monetary Default | F/C | $342,000 | Exp Criteria 30 Interest Only | 6/2/07 | 2/12/07 | 3/1/07 | 2/1/07 | $342,000 |
| 148159837 | 0001380857 | VINE GROVE, KY | Monetary Default | F/C | $133,158 | Exp Criteria 30 Prepay | 6/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $133,600 |
| 148160133 | 0001450591 | CONROE, TX | Monetary Default | REO/S | $0 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 2/1/07 | 2/1/07 | $108,800 |
| 148160357 | 0001551714 | STONE MOUNTAIN, GA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $192,000 |
| 148161421 | 0001530211 | WORCESTER, MA | Monetary Default | REO | $1 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $287,200 |
| 148161413 | 0001322722 | DECATUR, GA | Monetary Default | REO | $124,000 | Exp Criteria 30 Interest Only | 6/2/07 | 2/12/07 | 3/1/07 | 2/1/07 | $124,000 |

Countrywide Confidential

## American Home Mortgage #214
### Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148161909 | 0001456049 | NAPLES, FL | Monetary Default | F/C | $320,000 | Exp Criteria 30 Interest Only | 6/2/07 | 2/12/07 | 3/1/07 | 2/1/07 | $320,000 |
| 148165782 | 0001494302 | KISSIMMEE, FL | Monetary Default | F/C | $227,600 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $227,600 |
| 148168854 | 0001449499 | TULSA, OK | Monetary Default | REO | $199,428 | Exp Criteria 15 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $200,000 |
| 148169230 | 0001482727 | CHICAGO, IL | Monetary Default | F/C | $220,000 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $220,000 |
| 148172439 | 0001556884 | MINNEAPOLIS, MN | Monetary Default | REO | $262,000 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $262,000 |
| 148173431 | 0001521564 | NEW PORT RICHEY, FL | Monetary Default | F/C | $111,902 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 10/1/07 | $112,000 |
| 148175807 | 0001484923 | HIGHLAND PARK, MI | Monetary Default | REO | $59,963 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $60,000 |
| 148177159 | 0001508507 | WOODBURY, MN | Monetary Default | REO | $269,910 | Exp Criteria 30 | 6/2/07 | 1/30/07 | 2/1/07 | 2/1/07 | $270,400 |
| 148178143 | 0001538179 | TRENTON, NJ | Monetary Default | F/C | $50,250 | Exp Criteria 30 Interest Only | 6/2/07 | 1/30/07 | 3/1/07 | 2/1/07 | $50,250 |
| 148248264 | 0001556379 | LAS VEGAS, NV | Monetary Default | REO/S | $0 | Gov 30 | 6/2/07 | 1/24/07 | 3/1/07 | 2/1/07 | $252,227 |
| 148843201 | 0001572245 | KANSAS CITY, MO | Monetary Default | REO | $161,854 | onf 30 FNMA MyCommunity 100 Pl | 6/2/07 | 2/12/07 | 3/1/07 | 2/1/07 | $162,000 |
| 146192153 | 0001456619 | YUBA CITY, CA | Monetary Default | F/C | $240,000 | Exp Criteria 30 Interest Only | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $240,000 |
| 146192409 | 0001417423 | ALBANY, OR | Monetary Default | BK | $260,300 | Exp Criteria 30 Interest Only | 7/4/07 | 11/29/06 | 1/1/07 | 5/1/07 | $260,300 |
| 146203554 | 0001466745 | SUFFOLK, VA | Monetary Default | REO/S | $0 | Exp Criteria 30 Prepay | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $276,000 |
| 146234558 | 0001487036 | BROOKLYN, NY | Monetary Default | F/C | $632,639 | Exp Criteria 30 | 7/4/07 | 11/29/06 | 1/1/07 | 5/1/07 | $640,000 |
| 146238871 | 0001486424 | CHICAGO, IL | Monetary Default | REO | $1 | Exp Criteria 30 | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $160,000 |
| 146239119 | 0001486490 | NEW PORT RICHEY, FL | Monetary Default | F/C | $390,528 | Exp Criteria 30 | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $392,000 |
| 146259289 | 0001451826 | JAY, ME | Monetary Default | REO | $1 | Exp Criteria 30 | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $112,199 |
| 146259777 | 0001456279 | WORCESTER, MA | Monetary Default | REO | $311,592 | Exp Criteria 30 | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $312,800 |
| 146274715 | 0001468175 | BALTIMORE, MD | Monetary Default | REO | $1 | Exp Criteria 30 Prepay | 7/4/07 | 11/29/06 | 1/1/07 | 3/1/07 | $380,000 |
| 146354893 | 0001486948 | BAKERSFIELD, CA | Monetary Default | REO/S | $0 | Conf 30 | 7/4/07 | 11/21/06 | 1/1/07 | 3/1/07 | $323,600 |
| 146410828 | 0001476272 | FAIRVIEW, OR | Monetary Default | 30 | $239,133 | NonConf 30 Interest Only (10/20) | 7/4/07 | 11/29/06 | 1/1/07 | 6/1/08 | $239,200 |
| 146417741 | 0001463446 | AVONDALE, AZ | Monetary Default | REO | $291,654 | Exp Criteria 30 | 7/4/07 | 12/12/06 | 1/1/07 | 8/1/07 | $293,697 |
| 146418645 | 0001463836 | BRIGHTWOOD, OR | Monetary Default | CURR | $357,432 | Exp Criteria 30 Interest Only | 7/4/07 | 11/29/06 | 1/1/07 | 7/1/08 | $360,000 |
| 146538356 | 0001471251 | TROY, MO | Monetary Default | 90 | $149,887 | Gov 30 | 7/4/07 | 11/20/06 | 1/1/07 | 4/1/08 | $152,109 |
| 147147285 | 0001502836 | MOORESVILLE, NC | Monetary Default | REO/S | $0 | Gov 30 | 7/4/07 | 12/11/06 | 1/1/07 | 3/1/07 | $130,276 |
| 147154342 | 0001466018 | MARY ESTHER, FL | Monetary Default | F/C | $415,835 | Conf 30 | 7/4/07 | 12/7/06 | 1/1/07 | 3/1/07 | $417,000 |
| 147189068 | 0001381835 | WEST MONROE, LA | Monetary Default | F/C | $92,060 | Conf 30 Exp Appr'l Level 1 | 7/4/07 | 12/15/06 | 1/1/07 | 3/1/07 | $92,500 |
| 147191188 | 0001453870 | KANSAS CITY, KS | Monetary Default | 60 | $90,759 | Conf 30 Exp Appr'l Level 2 | 7/4/07 | 12/12/06 | 1/1/07 | 5/1/08 | $91,222 |
| 147191940 | 0001446459 | VISALIA, CA | Monetary Default | REO | $270,858 | Conf 30 Exp Appr'l Level 3 | 7/4/07 | 12/6/06 | 1/1/07 | 5/1/07 | $272,000 |
| 147206550 | 0001508060 | TROY, MO | Monetary Default | 60 | $160,067 | Conf 30 Exp Appr'l Level 3 | 7/4/07 | 12/13/06 | 1/1/07 | 5/1/08 | $162,985 |
| 147404967 | 0001434038 | AVONDALE, AZ | Monetary Default | REO/S | $0 | Exp Criteria 30 | 7/4/07 | 1/12/07 | 2/1/07 | 3/1/07 | $242,014 |
| 147444452 | 0001440310 | ROCKFORD, IL | Monetary Default | F/C | $245,000 | NonConf 30 Interest Only (10/20) | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $245,000 |
| 147446372 | 0001470466 | PASSAIC, NJ | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $388,000 |
| 147447308 | 0001487135 | CHARLOTTE, NC | Monetary Default | F/C | $287,200 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $287,200 |
| 147451428 | 0001486262 | RIVERSIDE, CA | Monetary Default | NONE | $308,231 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 6/1/07 | $308,231 |
| 147451708 | 0001485465 | MIAMI, FL | Monetary Default | 120+ | $176,000 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 6/1/07 | $176,000 |
| 147463998 | 0001494832 | SAN ANTONIO, TX | Monetary Default | BK | $124,439 | Exp Criteria 30 | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $124,729 |
| 147466470 | 0001489740 | LAS VEGAS, NV | Monetary Default | F/C | $426,108 | Exp Criteria 30 Interest Only | 7/4/07 | 1/12/07 | 2/1/07 | 12/1/07 | $426,108 |
| 147472791 | 0001497867 | FAR ROCKAWAY, NY | Monetary Default | F/C | $440,000 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $440,000 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147478984 | 0001508816 | CLINTON, MD | Monetary Default | REO | $240,000 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $240,000 |
| 147481296 | 0001522933 | ATLANTIC CITY, NJ | Monetary Default | F/C | $243,501 | Exp Criteria 30 | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $244,000 |
| 147481672 | 0001511839 | CHICAGO, IL | Monetary Default | F/C | $396,000 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $396,000 |
| 147483024 | 0001509380 | CHICAGO, IL | Monetary Default | F/C | $141,600 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 5/1/07 | $141,600 |
| 147488025 | 0001504696 | COLTON, CA | Monetary Default | CURR | $235,909 | Exp Criteria 30 Interest Only | 7/4/07 | 12/27/06 | 2/1/07 | 8/1/08 | $236,000 |
| 147753058 | 0001551677 | LINBURN, GA | Monetary Default | REO | $1 | Conf 30 Flex 100 | 7/4/07 | 12/27/06 | 2/1/07 | 3/1/07 | $149,900 |
| 147853511 | 0001533798 | ROSEVILLE, MI | Monetary Default | 120+ | $114,020 | Gov 30 | 7/4/07 | 1/3/07 | 2/1/07 | 12/1/07 | $115,090 |
| 147897756 | 0001553634 | CHARLOTTE, NC | Monetary Default | 30 | $139,018 | Gov 30 | 7/4/07 | 1/11/07 | 2/1/07 | 6/1/08 | $141,897 |
| 147971782 | 0001443443 | MIAMI, FL | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 7/4/07 | 1/8/07 | 2/1/07 | 3/1/07 | $202,000 |
| 147972254 | 0001389684 | SUGAR GROVE, IL | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 7/4/07 | 1/12/07 | 2/1/07 | 3/1/07 | $204,000 |
| 148000281 | 0001415236 | NEW WHITELAND, IN | Monetary Default | REO/S | $0 | onf 30 FNMA MyCommunity 100 Pl | 7/4/07 | 1/19/07 | 3/1/07 | 3/1/07 | $68,500 |
| 148002113 | 0001556732 | GEORGETOWN, CO | Monetary Default | CURR | $83,650 | onf 30 FNMA MyCommunity 100 Pl | 7/4/07 | 1/10/07 | 2/1/07 | 7/1/08 | $85,000 |
| 148010522 | 0001522838 | DACONO, CO | Monetary Default | REO | $164,729 | onf 30 FNMA MyCommunity 100 Pl | 7/4/07 | 1/19/07 | 3/1/07 | 3/1/07 | $165,000 |
| 148015531 | 0001499419 | HIGH POINT, NC | Monetary Default | BK | $154,882 | onf 30 FNMA MyCommunity 97 Plu | 7/4/07 | 1/11/07 | 2/1/07 | 10/1/07 | $156,330 |
| 148145755 | 0001523072 | SOUTH LYON, MI | Monetary Default | REO | $86,400 | Exp Criteria 30 Interest Only | 7/4/07 | 2/12/07 | 3/1/07 | 3/1/07 | $86,400 |
| 148158165 | 0001503997 | MONROE, NY | Monetary Default | F/C | $262,365 | Exp Criteria 30 | 7/4/07 | 1/30/07 | 2/1/07 | 3/1/07 | $263,000 |
| 148159501 | 0001522865 | PORT SAINT LUCIE, FL | Monetary Default | REO | $189,206 | Exp Criteria 30 | 7/4/07 | 2/12/07 | 3/1/07 | 3/1/07 | $189,600 |
| 148160533 | 0001477256 | GREENVILLE, SC | Monetary Default | CURR | $236,000 | Exp Criteria 30 Interest Only | 7/4/07 | 2/12/07 | 3/1/07 | 8/1/08 | $236,000 |
| 148161053 | 0001330420 | JACKSONVILLE, FL | Monetary Default | F/C | $332,000 | Exp Criteria 30 Interest Only | 7/4/07 | 1/30/07 | 2/1/07 | 3/1/07 | $332,000 |
| 148161797 | 0001320084 | BOYDS, MD | Monetary Default | REO | $364,000 | Exp Criteria 30 Interest Only | 7/4/07 | 1/30/07 | 2/1/07 | 3/1/07 | $364,000 |
| 148164038 | 0001525976 | GLENDALE, AZ | Monetary Default | REO | $256,000 | Exp Criteria 30 Interest Only | 7/4/07 | 2/23/07 | 4/1/07 | 3/1/07 | $256,000 |
| 148166766 | 0001555257 | DETROIT, MI | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 7/4/07 | 2/23/07 | 4/1/07 | 3/1/07 | $60,200 |
| 148168470 | 0001500480 | KISSIMMEE, FL | Monetary Default | F/C | $208,776 | Exp Criteria 30 Interest Only | 7/4/07 | 1/30/07 | 2/1/07 | 3/1/07 | $208,776 |
| 148171655 | 0001564214 | DISTRICT HEIGHTS, MD | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 7/4/07 | 1/30/07 | 3/1/07 | 3/1/07 | $189,000 |
| 148175527 | 0001526329 | BROOKLYN, NY | Monetary Default | F/C | $504,000 | Exp Criteria 30 Interest Only | 7/4/07 | 2/23/07 | 4/1/07 | 3/1/07 | $504,000 |
| 148306728 | 0001513448 | GREENSBORO, NC | Monetary Default | CURR | $195,661 | Conf 30 | 7/4/07 | 1/30/07 | 3/1/07 | 8/1/08 | $199,520 |
| 148549345 | 0001577046 | REX, GA | Monetary Default | REO/S | $0 | Gov 30 | 7/4/07 | 1/31/07 | 3/1/07 | 3/1/07 | $120,795 |
| 148744564 | 0001489337 | CLEVELAND, OH | Monetary Default | F/C | $104,268 | Gov 30 | 7/4/07 | 2/8/07 | 3/1/07 | 3/1/07 | $104,362 |
| 148744884 | 0001570134 | SUGAR HILL, GA | Monetary Default | REO/S | $0 | onf 30 FNMA MyCommunity 100 Pl | 7/4/07 | 2/5/07 | 3/1/07 | 3/1/07 | $165,000 |
| 148831663 | 0001428877 | KINGS MOUNTAIN, NC | Monetary Default | CURR | $60,993 | Exp Criteria 30 | 7/4/07 | 2/21/07 | 4/1/07 | 7/1/08 | $62,100 |
| 148848697 | 0001554857 | EASLEY, SC | Monetary Default | REO | $251,986 | Exp Criteria 30 Interest Only | 7/4/07 | 3/9/07 | 4/1/07 | 3/1/07 | $252,000 |
| 148862139 | 0001583616 | ROSCOE, IL | Monetary Default | REO | $1 | NonConf 30 | 7/4/07 | 2/21/07 | 4/1/07 | 3/1/07 | $88,255 |
| 148863043 | 0001574486 | MIAMI, FL | Monetary Default | REO | $412,500 | Exp Criteria 30 Interest Only | 7/4/07 | 3/9/07 | 4/1/07 | 3/1/07 | $412,500 |
| 148863163 | 0001577185 | PAWTUCKET, RI | Monetary Default | REO | $263,832 | Exp Criteria 30 | 7/4/07 | 2/21/07 | 4/1/07 | 3/1/07 | $264,000 |
| 148864123 | 0001573136 | NORTHFIELD, NH | Monetary Default | F/C | $292,000 | Exp Criteria 30 Interest Only | 7/4/07 | 3/9/07 | 4/1/07 | 3/1/07 | $292,000 |
| 148864691 | 0001582271 | PROVIDENCE, RI | Monetary Default | REO | $231,852 | Exp Criteria 30 Interest Only | 7/4/07 | 2/21/07 | 4/1/07 | 3/1/07 | $232,000 |
| 148866316 | 0001569624 | TOOLE, UT | Monetary Default | 90 | $103,641 | Exp Criteria 30 Interest Only | 7/4/07 | 2/21/07 | 4/1/07 | 4/1/08 | $103,920 |
| 148867460 | 0001579863 | BROOKLYN PARK, MN | Monetary Default | F/C | $417,000 | Exp Criteria 30 Interest Only | 7/4/07 | 3/9/07 | 4/1/07 | 3/1/07 | $417,000 |
| 148893839 | 0001570358 | DAVENPORT, FL | Monetary Default | F/C | $228,000 | Exp Criteria 30 Interest Only | 7/4/07 | 3/9/07 | 4/1/07 | 3/1/07 | $228,000 |
| 148894247 | 0001570515 | SOUTH BERWICK, ME | Monetary Default | BK | $347,754 | Exp Criteria 30 | 7/4/07 | 2/21/07 | 4/1/07 | 3/1/07 | $348,000 |

# American Home Mortgage #214

### Repurchase Issues, "Sent to Legal"
### as of
### 8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149185848 | 0001541051 | FORT GRATIOT, MI | Monetary Default | CURR | $67,629 | Exp Criteria 30 | 7/4/07 | 3/9/07 | 4/1/07 | 7/1/08 | $77,000 |
| 149484645 | 0001598580 | ROBERTSVILLE, OH | Monetary Default | F/C | $93,701 | Gov 30 | 7/4/07 | 2/28/07 | 4/1/07 | 4/1/07 | $93,786 |
| 149493046 | 0001482972 | LUMBERTON, NC | Monetary Default | 120+ | $92,372 | bnf 30 FNMA MyCommunity 100 Pl | 7/4/07 | 2/28/07 | 4/1/07 | 5/1/07 | $92,500 |
| 148832935 | 0001527589 | BREAUX BRIDGE, LA | Monetary Default | F/C | $219,902 | Exp Criteria 30 | 7/9/07 | 2/26/07 | 4/1/07 | 5/1/07 | $220,500 |
| 128542313 | 1182112 | KANSAS CITY, MO | Monetary Default | CURR | $91,717 | Gov 30 | 8/2/07 | 12/29/06 | 2/1/07 | 8/1/08 | $94,839 |
| 147185611 | 0001515104 | TROY, MO | Monetary Default | 120+ | $234,899 | Conf 30 | 8/2/07 | 12/19/06 | 2/1/07 | 1/1/08 | $238,000 |
| 147445532 | 0001416566 | FOWLER, CA | Monetary Default | REO | $320,000 | Exp Criteria 30 Interest Only | 8/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $320,000 |
| 147469423 | 0001512311 | CHICAGO, IL | Monetary Default | REO | $378,708 | Exp Criteria 30 | 8/2/07 | 12/27/06 | 2/1/07 | 5/1/07 | $380,000 |
| 147470623 | 0001496483 | MANASSAS, VA | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 8/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $328,000 |
| 147477944 | 0001512664 | WHITMAN, MA | Monetary Default | CURR | $255,275 | Exp Criteria 30 | 8/2/07 | 12/27/06 | 2/1/07 | 8/1/08 | $260,000 |
| 147478712 | 0001512959 | INDIAN TRAIL, NC | Monetary Default | REO | $171,780 | Exp Criteria 30 Interest Only | 8/2/07 | 12/27/06 | 2/1/07 | 6/1/07 | $171,780 |
| 147479096 | 0001512096 | BEND, OR | Monetary Default | REO | $260,000 | Exp Criteria 30 Interest Only | 8/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $260,000 |
| 147579196 | 0001533211 | CHICAGO, IL | Monetary Default | REO | $1 | Conf 30 Flex 100 | 8/2/07 | 12/19/06 | 2/1/07 | 4/1/07 | $285,800 |
| 147619321 | 0001502434 | RIVERHEAD, NY | Monetary Default | 30 | $388,354 | Conf 30 Fast-Easy | 8/2/07 | 1/10/07 | 2/1/07 | 6/1/08 | $395,250 |
| 147622130 | 0001543446 | TAYLORSVILLE, UT | Monetary Default | REO/S | $0 | Gov 30 | 8/2/07 | 12/21/06 | 2/1/07 | 4/1/07 | $188,147 |
| 147629203 | 0001531647 | TAMPA, FL | Monetary Default | REO | $217,630 | Gov 30 | 8/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $218,225 |
| 147633187 | 0001506335 | WEST ROXBURY, MA | Monetary Default | BK | $342,981 | Conf 30 | 8/2/07 | 12/22/06 | 2/1/07 | 3/1/08 | $348,000 |
| 147679489 | 0001525209 | NEWTON FALLS, OH | Monetary Default | F/C | $97,485 | Gov 30 | 8/2/07 | 12/27/06 | 2/1/07 | 4/1/07 | $97,727 |
| 147769468 | 0001549224 | PECULIAR, MO | Monetary Default | CURR | $408,594 | Conf 30 | 8/2/07 | 12/27/06 | 2/1/07 | 7/1/08 | $417,000 |
| 147940082 | 0001521098 | DOUGLASVILLE, GA | Monetary Default | CURR | $154,509 | Conf 30 | 8/2/07 | 1/10/07 | 2/1/07 | 8/1/08 | $154,658 |
| 147967773 | 0001483523 | STRASBURG, CO | Monetary Default | CURR | $339,431 | Conf 30 Exp Appr'l Level 1 | 8/2/07 | 1/9/07 | 2/1/07 | 7/1/08 | $345,000 |
| 147967941 | 0001502032 | CHICAGO, IL | Monetary Default | 120+ | $159,509 | Conf 30 Exp Appr'l Level 1 | 8/2/07 | 1/9/07 | 2/1/07 | 4/1/07 | $160,000 |
| 147969309 | 0001407899 | LIVINGSTON, LA | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 1/9/07 | 2/1/07 | 4/1/07 | $130,000 |
| 148018779 | 0001528779 | JONESBORO, GA | Monetary Default | F/C | $94,465 | bnf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 1/9/07 | 2/1/07 | 6/1/07 | $95,000 |
| 148018916 | 0001530132 | SHREVEPORT, LA | Monetary Default | BK | $82,789 | bnf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 1/10/07 | 2/1/07 | 8/1/07 | $83,300 |
| 148028965 | 0001432842 | PHILADELPHIA, PA | Monetary Default | BK | $108,943 | bnf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 1/8/07 | 2/1/07 | 8/1/07 | $110,000 |
| 148030445 | 0001543260 | CONCORD, NC | Monetary Default | CURR | $145,452 | Conf 30 | 8/2/07 | 1/10/07 | 2/1/07 | 8/1/08 | $148,000 |
| 148030917 | 0001392107 | CANTON, NC | Monetary Default | 120+ | $163,896 | bnf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 1/9/07 | 2/1/07 | 5/1/07 | $165,000 |
| 148033261 | 0001570601 | WOODBURY, NJ | Monetary Default | REO | $1 | Conf 30 Flex 100 | 8/2/07 | 1/9/07 | 2/1/07 | 7/1/07 | $129,500 |
| 148033725 | 0001524565 | FORT GRATIOT, MI | Monetary Default | 120+ | $209,753 | Gov 30 | 8/2/07 | 1/11/07 | 2/1/07 | 12/1/07 | $212,135 |
| 148144675 | 0001545816 | HOMESTEAD, FL | Monetary Default | REO | $268,000 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $268,000 |
| 148147772 | 0001502566 | NEWTON FALLS, OH | Monetary Default | F/C | $203,000 | Exp Criteria 30 Interest Only | 8/2/07 | 2/23/07 | 4/1/07 | 4/1/07 | $203,000 |
| 148149180 | 0001531963 | FUQUAY VARINA, NC | Monetary Default | REO/S | $0 | Exp Criteria 30 | 8/2/07 | 2/12/07 | 3/1/07 | 4/1/07 | $184,000 |
| 148149780 | 0001531761 | BOSTON, MA | Monetary Default | REO | $1 | Exp Criteria 30 | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $388,000 |
| 148151732 | 0001530178 | WAVERLY, MN | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $228,000 |
| 148156733 | 0001545364 | ROCHESTER, MN | Monetary Default | REO | $175,586 | Exp Criteria 30 | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $176,000 |
| 148157101 | 0001421544 | SACRAMENTO, CA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 2/1/07 | 4/1/07 | $312,000 |
| 148157669 | 0001527305 | VAIL, AZ | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $244,000 |
| 148160141 | 0001553075 | RIVIERA BEACH, FL | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $278,400 |
| 148160997 | 0001463988 | SOUTH RIVER, NJ | Monetary Default | CURR | $285,750 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 7/1/08 | $285,750 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148162702 | 0001494989 | PORT SAINT LUCIE, FL | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 2/12/07 | 3/1/07 | 4/1/07 | $200,000 |
| 148163246 | 0001472952 | BIRMINGHAM, AL | Monetary Default | F/C | $110,000 | Exp Criteria 30 Interest Only | 8/2/07 | 2/12/07 | 3/1/07 | 4/1/08 | $110,000 |
| 148165198 | 0001528288 | PHOENIX, AZ | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $408,000 |
| 148166998 | 0001501115 | OCOEE, FL | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 1/30/07 | 2/1/07 | 4/1/07 | $312,000 |
| 148170759 | 0001520553 | MAUMELLE, AR | Monetary Default | NONE | $164,407 | Exp Criteria 30 Prepay | 8/2/07 | 2/12/07 | 3/1/07 | 4/1/07 | $164,800 |
| 148173343 | 0001538028 | TOLEDO, OH | Monetary Default | REO | $39,925 | Exp Criteria 30 Prepay | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $40,000 |
| 148173855 | 0001532657 | DAVENPORT, FL | Monetary Default | REO | $229,598 | Exp Criteria 30 Interest Only | 8/2/07 | 2/23/07 | 4/1/07 | 4/1/07 | $229,600 |
| 148174063 | 0001498006 | JACKSONVILLE, FL | Monetary Default | F/C | $60,639 | Exp Criteria 30 | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $60,800 |
| 148176887 | 0001488625 | SAGINAW, MI | Monetary Default | F/C | $48,871 | Exp Criteria 30 Prepay | 8/2/07 | 1/30/07 | 3/1/07 | 4/1/07 | $49,000 |
| 148177071 | 0001525912 | FENWICK, MI | Monetary Default | 30 | $69,101 | Exp Criteria 30 | 8/2/07 | 1/30/07 | 3/1/07 | 6/1/08 | $70,000 |
| 148177487 | 0001493570 | KINGSLEY, MI | Monetary Default | F/C | $100,000 | Exp Criteria 30 Interest Only | 8/2/07 | 2/12/07 | 3/1/07 | 11/1/07 | $100,000 |
| 148737811 | 0001571013 | ROUND MOUNTAIN, CA | Monetary Default | 30 | $206,101 | Conf 30 | 8/2/07 | 2/7/07 | 3/1/07 | 6/1/08 | $210,000 |
| 148828903 | 0001547114 | LAKELAND, FL | Monetary Default | CURR | $117,479 | Exp Criteria 30 Prepay | 8/2/07 | 2/21/07 | 4/1/07 | 7/1/08 | $119,200 |
| 148830527 | 0001548836 | AQUEBOGUE, NY | Monetary Default | F/C | $341,629 | Exp Criteria 30 | 8/2/07 | 2/26/07 | 4/1/07 | 4/1/07 | $342,240 |
| 148833999 | 0001511926 | LAWRENCE, MA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 8/2/07 | 2/21/07 | 4/1/07 | 4/1/07 | $308,000 |
| 148835096 | 0001577624 | MC GILL, NV | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 2/9/07 | 3/1/07 | 4/1/07 | $68,000 |
| 148848545 | 0001554424 | KUNA, ID | Monetary Default | REO | $385,000 | Exp Criteria 30 Interest Only | 8/2/07 | 2/21/07 | 4/1/07 | 4/1/07 | $385,000 |
| 148866668 | 1583152 | ZIMMERMAN, MN | Monetary Default | REO | $1 | Exp Criteria 30 Prepay | 8/2/07 | 3/9/07 | 4/1/07 | 4/1/07 | $231,120 |
| 148866748 | 0001569701 | LAWRENCE, MA | Monetary Default | REO | $295,631 | Exp Criteria 30 | 8/2/07 | 2/21/07 | 4/1/07 | 4/1/07 | $296,000 |
| 148867420 | 0001575237 | CAPE CORAL, FL | Monetary Default | F/C | $226,917 | Exp Criteria 30 Prepay | 8/2/07 | 2/21/07 | 4/1/07 | 4/1/07 | $227,200 |
| 148867636 | 0001573812 | FLOWERY BRANCH, GA | Monetary Default | REO | $1 | Exp Criteria 30 | 8/2/07 | 2/21/07 | 4/1/07 | 4/1/07 | $116,000 |
| 148868452 | 0001575796 | WOODBRIDGE, VA | Monetary Default | REO | $238,967 | Exp Criteria 30 Interest Only | 8/2/07 | 2/21/07 | 4/1/07 | 10/1/07 | $238,967 |
| 148871836 | 0001580330 | PASADENA, MD | Monetary Default | 30 | $276,000 | Exp Criteria 30 Interest Only | 8/2/07 | 3/9/07 | 4/1/07 | 6/1/08 | $276,000 |
| 148892359 | 0001569654 | CHICAGO, IL | Monetary Default | REO | $199,500 | Exp Criteria 30 Interest Only | 8/2/07 | 3/9/07 | 4/1/07 | 4/1/07 | $199,500 |
| 149328434 | 0001604838 | CASSELBERRY, FL | Monetary Default | F/C | $168,475 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 2/27/07 | 4/1/07 | 12/1/07 | $171,000 |
| 149482109 | 0001624295 | DARROW, LA | Monetary Default | F/C | $157,718 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 2/28/07 | 4/1/07 | 10/1/07 | $158,600 |
| 149489638 | 0001515232 | DONORA, PA | Monetary Default | 120+ | $34,903 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 2/28/07 | 4/1/07 | 7/1/07 | $35,000 |
| 149491550 | 0001588476 | FORT WAYNE, IN | Monetary Default | 120+ | $87,493 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 2/28/07 | 4/1/07 | 9/1/07 | $87,900 |
| 149511745 | 0001629738 | JACKSON, GA | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 3/6/07 | 4/1/07 | 4/1/07 | $237,900 |
| 149621751 | 0001629651 | MIAMI, FL | Monetary Default | REO | $227,799 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 3/15/07 | 4/1/07 | 4/1/07 | $228,000 |
| 149900849 | 0001654030 | HARVEY, IL | Monetary Default | F/C | $106,820 | Conf 30 Flex 100 | 8/2/07 | 3/19/07 | 5/1/07 | 4/1/07 | $107,000 |
| 149904970 | 0001609133 | GARDEN CITY, MI | Monetary Default | REO | $1 | Conf 30 | 8/2/07 | 3/15/07 | 4/1/07 | 4/1/07 | $109,450 |
| 149965666 | 0001598452 | GARY, IN | Monetary Default | F/C | $69,945 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 3/19/07 | 5/1/07 | 4/1/07 | $70,000 |
| 159442455 | 0001603016 | DES MOINES, IA | Monetary Default | REO | $63,900 | Conf 30 MyCommunity w/10y IO | 8/2/07 | 3/23/07 | 5/1/07 | 4/1/07 | $63,900 |
| 159444591 | 0001639608 | CLEVELAND, OH | Monetary Default | F/C | $108,000 | Conf 30 MyCommunity w/10y IO | 8/2/07 | 3/27/07 | 5/1/07 | 4/1/07 | $108,000 |
| 159447519 | 0001558779 | COLORADO SPRINGS, CO | Monetary Default | REO | $1 | Conf 30 FNMA MyCommunity w/10y IO | 8/2/07 | 3/20/07 | 5/1/07 | 4/1/07 | $231,000 |
| 159506767 | 0001645404 | RALEIGH, NC | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 8/2/07 | 3/29/07 | 5/1/07 | 6/1/07 | $125,990 |
| 159682132 | 0001615519 | GARY, IN | Monetary Default | F/C | $70,000 | onf 30 FNMA MyCommunity 100 Pl | 8/2/07 | 3/28/07 | 5/1/07 | 4/1/07 | $70,000 |
| 159777072 | 0001651063 | MANCHESTER, NH | Monetary Default | CURR | $176,586 | Conf 30 Exp Appr'l Level 2 | 8/2/07 | 3/28/07 | 5/1/07 | 7/1/08 | $180,000 |
| 159888590 | 0001559580 | JACKSON, MS | Monetary Default | F/C | $60,860 | Conf 30 Exp Appr'l Level 2 | 8/2/07 | 4/13/07 | 5/1/07 | 4/1/07 | $61,000 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160014070 | 0001670404 | OWINGS MILLS, MD | Monetary Default | BK | $277,000 | Conf 30 Exp Appr'l Level 2 | 8/2/07 | 4/6/07 | 5/1/07 | 4/1/07 | $277,000 |
| 160129972 | 0001591362 | SACRAMENTO, CA | Monetary Default | REO | $1 | Conf 30 Flex 100 | 8/2/07 | 4/11/07 | 5/1/07 | 4/1/07 | $225,000 |
| 147969533 | 0001550406 | BALTIMORE, MD | Monetary Default | 30 | $122,274 | Conf 30 Exp Appr'l Level 2 | 8/4/07 | 1/4/07 | 2/1/07 | 6/1/08 | $124,000 |
| 148139483 | 0001535535 | SOUDERTON, PA | Monetary Default | F/C | $182,678 | Exp Criteria 30 | 9/2/07 | 2/23/07 | 4/1/07 | 12/1/07 | $184,000 |
| 148141683 | 0001519147 | HOMESTEAD, FL | Monetary Default | F/C | $311,175 | NonConf 30 | 9/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $312,000 |
| 148142123 | 0001514129 | SAINT PETERSBURG, FL | Monetary Default | F/C | $112,969 | Exp Criteria 30 | 9/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $113,600 |
| 148154572 | 0001546837 | MEMPHIS, TN | Monetary Default | REO/S | $0 | Exp Criteria 30 | 9/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $152,000 |
| 148155045 | 0001441556 | DETROIT, MI | Monetary Default | CURR | $72,000 | Exp Criteria 30 Interest Only | 9/2/07 | 1/30/07 | 3/1/07 | 7/1/08 | $72,000 |
| 148157461 | 0001520226 | GRAND RAPIDS, MI | Monetary Default | CURR | $164,000 | Exp Criteria 30 Interest Only | 9/2/07 | 1/30/07 | 3/1/07 | 7/1/08 | $164,000 |
| 148160197 | 0001360583 | KETTERING, OH | Monetary Default | F/C | $108,907 | Exp Criteria 30 Prepay | 9/2/07 | 2/12/07 | 3/1/07 | 8/1/07 | $109,600 |
| 148161781 | 0001539920 | LAS VEGAS, NV | Monetary Default | REO | $388,800 | Exp Criteria 30 Interest Only | 9/2/07 | 1/30/07 | 3/1/07 | 6/1/07 | $388,800 |
| 148172895 | 0001560900 | GREENVILLE, SC | Monetary Default | F/C | $208,000 | Exp Criteria 30 Interest Only | 9/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $208,000 |
| 148177375 | 0001487792 | ELMONT, NY | Monetary Default | CURR | $315,268 | Exp Criteria 30 | 9/2/07 | 1/30/07 | 3/1/07 | 7/1/08 | $316,538 |
| 148237679 | 0001549648 | PHOENIX, AZ | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 9/2/07 | 1/30/07 | 3/1/07 | 5/1/07 | $222,400 |
| 148307072 | 0001539016 | MOORE, OK | Monetary Default | 120+ | $79,598 | Conf 30 | 9/2/07 | 1/31/07 | 3/1/07 | 10/1/07 | $80,350 |
| 148554538 | 0001538829 | BRIDGEVIEW, IL | Monetary Default | F/C | $173,092 | Gov 30 | 9/2/07 | 1/25/07 | 3/1/07 | 5/1/07 | $173,565 |
| 148828119 | 0001544667 | PHOENIX, AZ | Monetary Default | REO | $1 | Exp Criteria 30 | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/07 | $196,000 |
| 148831667 | 0001464441 | GRESHAM, OR | Monetary Default | 60 | $359,884 | Exp Criteria 30 Interest Only | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/08 | $360,000 |
| 148842385 | 0001550674 | YORK, PA | Monetary Default | 120+ | $161,637 | Exp Criteria 30 Prepay | 9/2/07 | 3/9/07 | 4/1/07 | 5/1/07 | $162,000 |
| 148848457 | 0001554795 | SAINT PAUL, MN | Monetary Default | REO | $228,128 | Exp Criteria 30 Interest Only | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/07 | $228,128 |
| 148854034 | 0001559388 | RIVERDALE, GA | Monetary Default | F/C | $120,000 | Exp Criteria 30 Interest Only | 9/2/07 | 2/21/07 | 4/1/07 | 12/1/07 | $120,000 |
| 148863635 | 0001574307 | WOODBRIDGE, VA | Monetary Default | REO | $1 | Exp Criteria 30 Interest Only | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/07 | $260,000 |
| 148865051 | 0001568934 | ATLANTA, GA | Monetary Default | REO | $1 | Exp Criteria 30 | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/07 | $234,400 |
| 148866820 | 0001583209 | WORCESTER, MA | Monetary Default | REO | $280,000 | Exp Criteria 30 Interest Only | 9/2/07 | 3/9/07 | 4/1/07 | 5/1/07 | $280,000 |
| 148868940 | 0001582879 | ORLANDO, FL | Monetary Default | REO | $134,320 | Exp Criteria 30 Interest Only | 9/2/07 | 2/21/07 | 4/1/07 | 5/1/07 | $134,320 |
| 149491694 | 0001568319 | WHITMIRE, SC | Monetary Default | REO | $59,911 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 2/28/07 | 4/1/07 | 5/1/07 | $60,000 |
| 149516601 | 0001625360 | CORDOVA, TN | Monetary Default | REO | $144,325 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 3/6/07 | 4/1/07 | 6/1/07 | $145,000 |
| 149571336 | 0001607666 | FOREST PARK, GA | Monetary Default | BK | $93,424 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 3/15/07 | 4/1/07 | 10/1/07 | $94,000 |
| 149710242 | 0001644438 | BALTIMORE, MD | Monetary Default | REO | $154,524 | Conf 30 | 9/2/07 | 3/20/07 | 5/1/07 | 5/1/07 | $155,000 |
| 159480099 | 0001556587 | MIAMI, FL | Monetary Default | 30 | $320,800 | Conf 30 Interest Only (15/15) | 9/2/07 | 3/20/07 | 5/1/07 | 6/1/08 | $320,800 |
| 159638039 | 0001661043 | COWPENS, SC | Monetary Default | F/C | $96,908 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 3/26/07 | 5/1/07 | 5/1/07 | $97,000 |
| 159772488 | 0001664864 | DERIDDER, LA | Monetary Default | REO | $77,531 | Conf 30 Exp Appr'l Level 2 | 9/2/07 | 3/28/07 | 5/1/07 | 5/1/07 | $77,650 |
| 159840688 | 0001598546 | EASTANOLLEE, GA | Monetary Default | REO/S | $0 | Conf 30 Flex 100 | 9/2/07 | 4/11/07 | 5/1/07 | 5/1/07 | $118,000 |
| 160052195 | 0001681239 | CALHOUN, GA | Monetary Default | BK | $125,634 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 4/11/07 | 5/1/07 | 6/1/07 | $125,800 |
| 160102353 | 0001683228 | JACKSON, MS | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 9/2/07 | 4/13/07 | 5/1/07 | 5/1/07 | $67,000 |
| 160230305 | 0001621488 | THORNTON, CO | Monetary Default | REO | $199,199 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 4/23/07 | 6/1/07 | 5/1/07 | $199,375 |
| 160259741 | 0001686109 | WILLOUGHBY, OH | Monetary Default | REO/S | $0 | Gov 30 | 9/2/07 | 4/23/07 | 6/1/07 | 5/1/07 | $97,814 |
| 160390797 | 0001701744 | JACKSON, MS | Monetary Default | REO | $77,441 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 4/27/07 | 6/1/07 | 5/1/07 | $77,500 |
| 160397022 | 0001641159 | QUINCY, IL | Monetary Default | REO | $73,000 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 4/25/07 | 6/1/07 | 5/1/07 | $73,000 |
| 160446060 | 0001627993 | IMPERIAL, CA | Monetary Default | 30 | $169,000 | Conf 30 MyCommunity w/10y IO | 9/2/07 | 4/30/07 | 6/1/07 | 6/1/08 | $169,000 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160592830 | 0001719532 | JACKSON, MS | Monetary Default | 120+ | $89,900 | bnf 30 FNMA MyCommunity 100 Pl | 9/2/07 | 4/30/07 | 6/1/07 | 5/1/07 | $89,900 |
| 160593118 | 0001674405 | CAHOKIA, IL | Monetary Default | 60 | $78,172 | Gov 30 | 9/2/07 | 4/27/07 | 6/1/07 | 5/1/08 | $79,170 |
| 160643949 | 0001694893 | WAYNE, MI | Monetary Default | REO | $118,271 | Gov 30 | 9/2/07 | 4/30/07 | 6/1/07 | 5/1/07 | $118,389 |
| 160700460 | 0001667354 | GREENWOOD, MI | Monetary Default | REO | $120,765 | Gov 30 | 9/2/07 | 5/2/07 | 6/1/07 | 5/1/07 | $120,885 |
| 160804041 | 0001700844 | ATHENS, GA | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 9/2/07 | 5/2/07 | 6/1/07 | 5/1/07 | $265,000 |
| 160820715 | 0001657560 | LITTLE ROCK, AR | Monetary Default | BK | $168,000 | Conf 30 Exp Appr'l Level 1 | 9/2/07 | 5/7/07 | 6/1/07 | 5/1/07 | $168,000 |
| 160932665 | 0001713477 | BOSS, MO | Monetary Default | F/C | $99,000 | Conf 30 Exp Appr'l Level 1 | 9/2/07 | 5/10/07 | 6/1/07 | 5/1/07 | $99,000 |
| 161036334 | 0001736421 | COLORADO SPRINGS, CO | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 9/2/07 | 5/14/07 | 6/1/07 | 5/1/07 | $209,900 |
| 161074259 | 0001649188 | YARMOUTH, ME | Monetary Default | CURR | $411,533 | Conf 30 | 9/2/07 | 5/9/07 | 6/1/07 | 7/1/08 | $417,000 |
| 161118280 | 0001735168 | FORT LAUDERDALE, FL | Monetary Default | REO | $320,000 | Conf 30 MyCommunity w/10y IO | 9/2/07 | 5/15/07 | 6/1/07 | 5/1/07 | $320,000 |
| 148705735 | 0001568750 | GEISMAR, LA | Monetary Default | 120+ | $229,182 | bnf 30 FNMA MyCommunity 100 Pl | 9/12/07 | 2/2/07 | 3/1/07 | 6/1/07 | $230,000 |
| 148695982 | 0001597388 | BUCHANAN, MI | Monetary Default | F/C | $52,736 | Conf 30 | 10/2/07 | 2/22/07 | 4/1/07 | 6/1/07 | $53,000 |
| 148842489 | 0001550103 | KANSAS CITY, MO | Monetary Default | REO | $51,823 | Exp Criteria 30 | 10/2/07 | 3/9/07 | 4/1/07 | 6/1/07 | $52,000 |
| 148844793 | 0001554223 | NORTH LAS VEGAS, NV | Monetary Default | 120+ | $175,887 | Exp Criteria 30 Interest Only | 10/2/07 | 2/21/07 | 4/1/07 | 12/1/07 | $175,920 |
| 148853938 | 0001558534 | ORLANDO, FL | Monetary Default | F/C | $217,500 | Exp Criteria 30 Interest Only | 10/2/07 | 2/21/07 | 4/1/07 | 6/1/07 | $217,500 |
| 148866428 | 0001565840 | FORT MYERS, FL | Monetary Default | F/C | $162,360 | Exp Criteria 30 Interest Only | 10/2/07 | 2/21/07 | 4/1/07 | 6/1/07 | $162,360 |
| 148867956 | 0001579099 | SAINT PAUL, MN | Monetary Default | REO/S | $0 | Exp Criteria 30 Interest Only | 10/2/07 | 2/21/07 | 4/1/07 | 6/1/07 | $274,400 |
| 148868012 | 0001570656 | MONROE TOWNSHIP, NJ | Monetary Default | BK | $368,000 | Exp Criteria 30 Interest Only | 10/2/07 | 2/21/07 | 4/1/07 | 6/1/07 | $368,000 |
| 149005089 | 0001561343 | PLANO, IL | Monetary Default | BK | $225,141 | Gov 30 | 10/2/07 | 2/16/07 | 4/1/07 | 9/1/07 | $226,598 |
| 149415165 | 0001616567 | FARWELL, MI | Monetary Default | REO | $88,951 | Gov 30 | 10/2/07 | 2/28/07 | 4/1/07 | 6/1/07 | $89,195 |
| 149487566 | 0001581744 | SWEET SPRINGS, MO | Monetary Default | BK | $81,839 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 2/28/07 | 4/1/07 | 12/1/07 | $82,500 |
| 149503448 | 0001593627 | MURFREESBORO, TN | Monetary Default | REO/S | $0 | Conf 30 Exp Appr'l Level 1 | 10/2/07 | 2/28/07 | 4/1/07 | 6/1/07 | $131,000 |
| 149644817 | 0001474565 | CHICAGO, IL | Monetary Default | F/C | $224,816 | Conf 30 House America | 10/2/07 | 5/30/07 | 7/1/07 | 6/1/07 | $225,000 |
| 149895465 | 0001631296 | EIGHT MILE, AL | Monetary Default | BK | $80,304 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 3/20/07 | 5/1/07 | 11/1/07 | $80,900 |
| 149963633 | 0001619412 | JACKSONVILLE, FL | Monetary Default | BK | $170,020 | Gov 30 | 10/2/07 | 3/20/07 | 5/1/07 | 10/1/07 | $171,147 |
| 159442951 | 0001643749 | MIAMI BEACH, FL | Monetary Default | 120+ | $339,903 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 3/26/07 | 5/1/07 | 9/1/07 | $340,000 |
| 159635343 | 0001630437 | DACULA, GA | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 3/26/07 | 5/1/07 | 6/1/07 | $181,000 |
| 159638439 | 0001665317 | VANCOUVER, WA | Monetary Default | REO | $154,913 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 3/28/07 | 5/1/07 | 6/1/07 | $155,000 |
| 159849033 | 0001590374 | EAST SAINT LOUIS, IL | Monetary Default | 120+ | $101,497 | Gov 30 | 10/2/07 | 4/16/07 | 6/1/07 | 10/1/07 | $102,058 |
| 159849449 | 0001649126 | AUGUSTA, GA | Monetary Default | REO/S | $0 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/16/07 | 6/1/07 | 6/1/07 | $62,000 |
| 159855034 | 0001661649 | BAYTOWN, TX | Monetary Default | CURR | $104,736 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/19/07 | 6/1/07 | 7/1/08 | $106,000 |
| 159942213 | 0001677497 | PHILADELPHIA, PA | Monetary Default | 120+ | $72,693 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 3/30/07 | 5/1/07 | 9/1/07 | $73,000 |
| 159978650 | 0001676072 | DALLAS, GA | Monetary Default | REO | $114,530 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/10/07 | 5/1/07 | 11/1/07 | $115,000 |
| 160048738 | 0001683652 | PRAIRIE GROVE, AR | Monetary Default | 90 | $124,199 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/20/07 | 6/1/07 | 4/1/08 | $124,317 |
| 160272606 | 0001698718 | POWDER SPRINGS, GA | Monetary Default | F/C | $356,455 | Conf 30 Exp Appr'l Level 2 | 10/2/07 | 4/24/07 | 6/1/07 | 6/1/07 | $357,000 |
| 160308663 | 0001682288 | MIDDLETON, ID | Monetary Default | 120+ | $142,726 | Conf 30 | 10/2/07 | 4/23/07 | 6/1/07 | 3/1/08 | $144,000 |
| 160312979 | 0001695579 | PHILADELPHIA, PA | Monetary Default | F/C | $237,819 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/25/07 | 6/1/07 | 6/1/07 | $238,000 |
| 160315188 | 0001713802 | ELMWOOD PARK, IL | Monetary Default | F/C | $362,000 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 4/24/07 | 6/1/07 | 6/1/07 | $362,000 |
| 160394126 | 0001691800 | ALLIANCE, OH | Monetary Default | F/C | $39,908 | bnf 30 FNMA MyCommunity 100 Pl | 10/2/07 | 4/30/07 | 6/1/07 | 8/1/07 | $40,000 |
| 160643365 | 0001697368 | CEDAR HILL, TX | Monetary Default | REO | $299,427 | Conf 30 | 10/2/07 | 4/30/07 | 6/1/07 | 9/1/07 | $300,976 |

C:\Docur Page 18 of 25 ings\wchipman\My Documents\My Documents\Claims Summary Sheet  Seller

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160700332 | 0001699326 | GRASS VALLEY, CA | Monetary Default | 60 | $291,200 | Conf 30 Interest Only (10/20) | 10/2/07 | 4/27/07 | 6/1/07 | 5/1/08 | $291,200 |
| 160931305 | 0001631350 | NORTH AURORA, IL | Monetary Default | 120+ | $276,703 | Gov 30 | 10/2/07 | 5/7/07 | 6/1/07 | 2/1/08 | $279,023 |
| 160939986 | 0001726151 | LIVERMORE, CO | Monetary Default | 90 | $259,581 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 5/10/07 | 6/1/07 | 4/1/08 | $260,000 |
| 161034334 | 0001690938 | DYER, TN | Monetary Default | REO | $83,608 | Gov 30 | 10/2/07 | 5/29/07 | 7/1/07 | 6/1/07 | $83,686 |
| 161116784 | 0001718884 | CAPE CORAL, FL | Monetary Default | F/C | $389,139 | Conf 30 | 10/2/07 | 5/15/07 | 6/1/07 | 6/1/07 | $389,500 |
| 161156093 | 0001722878 | CLERMONT, FL | Monetary Default | F/C | $264,798 | Conf 30 Exp Appr'l Level 3 | 10/2/07 | 5/11/07 | 6/1/07 | 6/1/07 | $265,000 |
| 161235495 | 0001744355 | PAHRUMP, NV | Monetary Default | REO | $1 | Conf 30 | 10/2/07 | 5/15/07 | 6/1/07 | 6/1/07 | $240,000 |
| 161237567 | 0001691665 | CALHOUN, GA | Monetary Default | BK | $84,970 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/15/07 | 6/1/07 | 6/1/07 | $85,000 |
| 161325530 | 0001736235 | MINNETONKA, MN | Monetary Default | BK | $203,415 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/14/07 | 6/1/07 | 1/1/08 | $205,000 |
| 161355430 | 0001726421 | MEMPHIS, TN | Monetary Default | REO | $119,549 | Conf 30 Exp Appr'l Level 2 | 10/2/07 | 5/25/07 | 7/1/07 | 10/1/07 | $120,000 |
| 161382825 | 0001747009 | PLAINFIELD, CT | Monetary Default | REO | $216,535 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/6/07 | 7/1/07 | 7/1/07 | $216,900 |
| 161390410 | 0001717435 | JACKSON, MS | Monetary Default | REO | $1 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/23/07 | 7/1/07 | 6/1/07 | $145,000 |
| 161403260 | 0001740723 | FORT WAYNE, IN | Monetary Default | 90 | $73,278 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/22/07 | 7/1/07 | 4/1/08 | $73,900 |
| 161434064 | 0001654282 | VIRGINIA BEACH, VA | Monetary Default | 120+ | $258,782 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/22/07 | 7/1/07 | 6/1/07 | $259,000 |
| 161495135 | 0001724209 | HOMESTEAD, FL | Monetary Default | F/C | $177,000 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/12/07 | 7/1/07 | 6/1/07 | $177,000 |
| 161495591 | 0001725889 | CHEYENNE, WY | Monetary Default | REO | $119,541 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/24/07 | 7/1/07 | 10/1/07 | $120,000 |
| 161530316 | 0001726658 | VIRGINIA BEACH, VA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 10/2/07 | 5/25/07 | 7/1/07 | 6/1/07 | $249,000 |
| 161541573 | 0001748152 | WEST CARROLLTON, OH | Monetary Default | 120+ | $88,915 | onf 30 FNMA MyCommunity 97 PI | 10/2/07 | 5/31/07 | 7/1/07 | 10/1/07 | $89,240 |
| 161626228 | 0001765497 | JACKSON, MS | Monetary Default | 60 | $104,064 | onf 30 FNMA MyCommunity 97 PI | 10/2/07 | 5/29/07 | 7/1/07 | 5/1/08 | $104,500 |
| 161628916 | 0001742224 | HOLLYWOOD, FL | Monetary Default | F/C | $245,000 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 5/30/07 | 6/1/07 | 6/1/07 | $245,000 |
| 161629044 | 0001750873 | COLORADO SPRINGS, CO | Monetary Default | 120+ | $166,601 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/31/07 | 7/1/07 | 3/1/08 | $167,900 |
| 161632941 | 0001754619 | JACKSON, MS | Monetary Default | REO | $78,850 | onf 30 FNMA MyCommunity 97 PI | 10/2/07 | 5/31/07 | 7/1/07 | 6/1/07 | $78,850 |
| 161689628 | 0001644216 | ARNOLD, MO | Monetary Default | F/C | $94,002 | Gov 30 | 10/2/07 | 5/31/07 | 7/1/07 | 3/1/08 | $95,247 |
| 161689788 | 0001644607 | GREENSBORO, NC | Monetary Default | CURR | $100,626 | Conf 30 Exp Appr'l Level 1 | 10/2/07 | 6/4/07 | 7/1/07 | 10/1/07 | $100,907 |
| 161706926 | 0001689121 | WILMINGTON, DE | Monetary Default | BK | $89,070 | onf 30 FNMA MyCommunity 97 PI | 10/2/07 | 6/6/07 | 7/1/07 | 7/1/07 | $89,240 |
| 161722064 | 0001730336 | WALKER, LA | Monetary Default | 120+ | $166,923 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 5/30/07 | 7/1/07 | 11/1/07 | $167,700 |
| 161735225 | 0001732051 | MAGEE, MS | Monetary Default | REO | $59,791 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/5/07 | 7/1/07 | 7/1/07 | $59,900 |
| 161799633 | 0001741023 | MIAMI, FL | Monetary Default | F/C | $370,000 | Conf 30 Flex 100 | 10/2/07 | 5/30/07 | 7/1/07 | 6/1/07 | $370,000 |
| 161817876 | 0001713553 | PHILADELPHIA, PA | Monetary Default | REO | $91,919 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/12/07 | 6/1/07 | 6/1/07 | $92,000 |
| 161825109 | 0001683373 | QUINCY, IL | Monetary Default | 120+ | $39,869 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/12/07 | 7/1/07 | 6/1/07 | $39,900 |
| 161860313 | 0001749878 | BRULE, WI | Monetary Default | REO | $1 | Conf 30 | 10/2/07 | 5/31/07 | 7/1/07 | 6/1/07 | $112,000 |
| 161867058 | 0001725878 | SAINT PETERSBURG, FL | Monetary Default | F/C | $156,000 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 6/5/07 | 7/1/07 | 6/1/07 | $156,000 |
| 161937051 | 0001725967 | JACKSON, MS | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 97 PI | 10/2/07 | 6/5/07 | 7/1/07 | 6/1/07 | $63,650 |
| 162016549 | 0001763655 | CALUMET CITY, IL | Monetary Default | REO | $142,000 | bnf 30 FNMA MyCommunity 100 PI | 10/2/07 | 6/7/07 | 7/1/07 | 6/1/07 | $142,000 |
| 162328956 | 0001767312 | SIOUX FALLS, SD | Monetary Default | F/C | $92,500 | Conf 30 Exp Appr'l Level 1 | 10/2/07 | 6/12/07 | 7/1/07 | 6/1/07 | $92,500 |
| 162337269 | 0001730972 | NEW PORT RICHEY, FL | Monetary Default | F/C | $159,495 | Conf 30 Exp Appr'l Level 1 | 10/2/07 | 6/12/07 | 8/1/07 | 8/1/07 | $159,900 |
| 162475966 | 0001781022 | PEYTON, CO | Monetary Default | REO | $281,000 | Conf 30 MyCommunity w/10y IO | 10/2/07 | 6/15/07 | 7/1/07 | 7/1/07 | $281,000 |
| 162477582 | 0001757612 | RIVERDALE, GA | Monetary Default | CURR | $139,270 | Conf 30 Exp Appr'l Level 1 | 10/2/07 | 6/14/07 | 7/1/07 | 7/1/08 | $142,000 |
| 161495431 | 0001725883 | ELK GROVE, CA | Monetary Default | F/C | $359,414 | bnf 30 FNMA MyCommunity 100 PI | 10/4/07 | 5/29/07 | 7/1/07 | 7/1/07 | $360,099 |
| 159673363 | 0001663904 | RIVIERA BEACH, FL | Monetary Default | 120+ | $153,259 | Conf 30 Exp Appr'l Level 1 | 10/10/07 | 3/30/07 | 5/1/07 | 3/1/08 | $154,950 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"

as of

8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 149767849 | 0001656339 | PORT REPUBLIC, MD | Monetary Default | 30 | $389,169 | Conf 30 | 10/12/07 | 3/9/07 | 4/1/07 | 6/1/08 | $395,000 |
| 159447503 | 0001653105 | RANTOUL, IL | Monetary Default | F/C | $205,000 | Conf 30 MyCommunity w/10y IO | 10/12/07 | 3/23/07 | 5/1/07 | 6/1/07 | $205,000 |
| 149892464 | 0001618633 | BELTSVILLE, MD | Monetary Default | F/C | $318,570 | Conf 30 | 11/1/07 | 3/21/07 | 5/1/07 | 8/1/07 | $320,000 |
| 149956144 | 0001627214 | INDIANAPOLIS, IN | Monetary Default | F/C | $139,457 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 3/21/07 | 5/1/07 | 7/1/07 | $140,000 |
| 149962529 | 0001551522 | COLUMBUS, OH | Monetary Default | F/C | $98,886 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 3/20/07 | 5/1/07 | 3/1/08 | $100,000 |
| 159397481 | 0001604968 | KISSIMMEE, FL | Monetary Default | F/C | $334,790 | bnf 30 Fast-Easy Interest Only  (10/ | 11/1/07 | 3/29/07 | 5/1/07 | 7/1/07 | $334,790 |
| 159444471 | 0001610078 | DENVER, CO | Monetary Default | BK | $225,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 3/26/07 | 5/1/07 | 8/1/07 | $225,000 |
| 159445263 | 0001648109 | PRIOR LAKE, MN | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 3/28/07 | 5/1/07 | 7/1/07 | $202,825 |
| 159446023 | 0001576910 | NEWPORT NEWS, VA | Monetary Default | CURR | $137,937 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 3/30/07 | 5/1/07 | 8/1/08 | $138,000 |
| 159448311 | 0001647511 | ELLENWOOD, GA | Monetary Default | 60 | $138,202 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 3/23/07 | 5/1/07 | 5/1/08 | $140,000 |
| 159448599 | 0001547586 | NEWARK, DE | Monetary Default | 30 | $255,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 3/23/07 | 5/1/07 | 6/1/08 | $255,000 |
| 159474019 | 0001583135 | ORLANDO, FL | Monetary Default | F/C | $185,500 | Conf 30 Interest Only (15/15) | 11/1/07 | 3/26/07 | 5/1/07 | 7/1/07 | $185,500 |
| 159477915 | 0001559490 | SAINT LOUIS PARK, MN | Monetary Default | REO | $1 | Conf 30 Interest Only (15/15) | 11/1/07 | 3/21/07 | 5/1/07 | 7/1/07 | $188,000 |
| 159679604 | 0001582453 | SALTON CITY, CA | Monetary Default | REO | $1 | Conf 30 Flex 100 | 11/1/07 | 4/13/07 | 5/1/07 | 7/1/07 | $228,800 |
| 159705063 | 0001670805 | FAIRBURN, GA | Monetary Default | REO/S | $0 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 3/28/07 | 5/1/07 | 7/1/07 | $164,810 |
| 159783305 | 0001670257 | SCHERERVILLE, IN | Monetary Default | 90 | $266,697 | Conf 30 Exp Appr'l Level 2 | 11/1/07 | 3/30/07 | 5/1/07 | 4/1/08 | $269,000 |
| 160098056 | 0001666881 | ANNAPOLIS, MD | Monetary Default | CURR | $277,276 | Conf 30 | 11/1/07 | 4/10/07 | 5/1/07 | 8/1/07 | $282,500 |
| 160192044 | 0001677965 | LAKE WORTH, FL | Monetary Default | F/C | $142,646 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 4/23/07 | 6/1/07 | 7/1/07 | $143,000 |
| 160236954 | 0001697559 | SIOUX FALLS, SD | Monetary Default | REO | $102,786 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 4/23/07 | 6/1/07 | 7/1/07 | $103,000 |
| 160238730 | 0001677916 | CALERA, AL | Monetary Default | BK | $208,001 | Conf 30 Exp Appr'l Level 3 | 11/1/07 | 4/23/07 | 6/1/07 | 10/1/07 | $208,900 |
| 160273454 | 0001706592 | BIRMINGHAM, AL | Monetary Default | CURR | $109,447 | Conf 30 Exp Appr'l Level 2 | 11/1/07 | 5/8/07 | 6/1/07 | 7/1/08 | $110,675 |
| 160273542 | 0001704434 | HYATTSVILLE, MD | Monetary Default | F/C | $417,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 4/18/07 | 6/1/07 | 10/1/07 | $417,000 |
| 160315988 | 0001707164 | ENGLEWOOD, CO | Monetary Default | 120+ | $181,504 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 4/25/07 | 6/1/07 | 7/1/07 | $182,000 |
| 160357745 | 0001694181 | COVENTRY, RI | Monetary Default | 60 | $266,910 | Conf 30 | 11/1/07 | 4/25/07 | 6/1/07 | 5/1/08 | $270,000 |
| 160392005 | 0001655920 | STATEN ISLAND, NY | Monetary Default | F/C | $379,060 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 4/25/07 | 6/1/07 | 7/1/07 | $380,000 |
| 160441708 | 0001676698 | BRISTOW, VA | Monetary Default | REO | $280,000 | Conf 30 Interest Only (15/15) | 11/1/07 | 4/25/07 | 6/1/07 | 8/1/07 | $280,000 |
| 160442076 | 0001678464 | PHOENIX, AZ | Monetary Default | 120+ | $169,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/4/07 | 6/1/07 | 1/1/08 | $169,000 |
| 160495098 | 0001709155 | JACKSON, MS | Monetary Default | F/C | $86,682 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 4/27/07 | 6/1/07 | 9/1/07 | $87,000 |
| 160604304 | 1656024 | NEW CASTLE, DE | Monetary Default | BK | $118,642 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 5/31/07 | 7/1/07 | 9/1/07 | $120,000 |
| 160700596 | 0001595831 | BARTOW, FL | Monetary Default | F/C | $260,760 | Conf 30 Flex 97 | 11/1/07 | 4/30/07 | 6/1/07 | 10/1/07 | $261,900 |
| 160701644 | 0001681331 | COVINGTON, GA | Monetary Default | 90 | $136,213 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 4/30/07 | 6/1/07 | 4/1/08 | $136,915 |
| 160811578 | 0001626048 | POYEN, AR | Monetary Default | F/C | $70,803 | Conf 30 Exp Appr'l Level 2 | 11/1/07 | 4/30/07 | 6/1/07 | 9/1/07 | $71,000 |
| 160981759 | 0001675405 | WARREN, OH | Monetary Default | F/C | $58,735 | bnf 30 FNMA MyCommunity 100 Pl | 11/1/07 | 5/9/07 | 6/1/07 | 7/1/07 | $58,830 |
| 161025237 | 0001733402 | RICHTON PARK, IL | Monetary Default | REO | $334,808 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/15/07 | 6/1/07 | 7/1/07 | $334,900 |
| 161034806 | 0001712708 | COVINGTON, LA | Monetary Default | 60 | $235,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/14/07 | 6/1/07 | 5/1/08 | $235,000 |
| 161154707 | 0 | CHARLOTTE, NC | Monetary Default | 90 | $99,990 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/17/07 | 7/1/07 | 4/1/08 | $99,990 |
| 161173567 | 0001681977 | RUSSELLVILLE, AR | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 3 | 11/1/07 | 5/14/07 | 6/1/07 | 7/1/07 | $129,900 |
| 161274964 | 0001747881 | WEST PALM BEACH, FL | Monetary Default | F/C | $225,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/23/07 | 7/1/07 | 7/1/07 | $225,000 |
| 161316377 | 0001669549 | HOMESTEAD, FL | Monetary Default | F/C | $542,654 | Exp Criteria 30 | 11/1/07 | 6/26/07 | 8/1/07 | 7/1/07 | $544,000 |
| 161448482 | 0001709030 | VINELAND, NJ | Monetary Default | 30 | $150,752 | Gov 30 | 11/1/07 | 5/29/07 | 7/1/07 | 6/1/08 | $152,605 |

# American Home Mortgage #214

Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161494311 | 0001744823 | LAS VEGAS, NV | Monetary Default | REO | $176,130 | nf 30 Fast-Easy Interest Only (10/ | 11/1/07 | 5/24/07 | 7/1/07 | 7/1/07 | $176,130 |
| 161504185 | 0001715170 | BRIDGEPORT, CT | Monetary Default | 120+ | $277,011 | Conf 30 FNMA MyCommunity 100 PI | 11/1/07 | 5/23/07 | 7/1/07 | 10/1/07 | $278,000 |
| 161629476 | 0001753595 | HAMPTON, GA | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 5/31/07 | 7/1/07 | 7/1/07 | $83,900 |
| 161630020 | 0001746647 | RENO, NV | Monetary Default | F/C | $285,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 6/8/07 | 7/1/07 | 7/1/07 | $285,000 |
| 161675082 | 0001760346 | LAKELAND, MN | Monetary Default | 60 | $150,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 6/20/07 | 8/1/07 | 5/1/08 | $150,000 |
| 161680411 | 0001708942 | CARTHAGE, MS | Monetary Default | 120+ | $133,535 | onf 30 FNMA MyCommunity 97 Plu | 11/1/07 | 7/11/07 | 8/1/07 | 7/1/07 | $133,760 |
| 161689796 | 0001608313 | ABINGDON, MD | Monetary Default | F/C | $286,181 | Gov 30 | 11/1/07 | 5/29/07 | 7/1/07 | 9/1/07 | $287,041 |
| 161796665 | 0001733346 | LOUISVILLE, OH | Monetary Default | 120+ | $109,523 | Gov 30 | 11/1/07 | 6/11/07 | 7/1/07 | 10/1/07 | $109,924 |
| 161814923 | 0001763447 | SENATOBIA, MS | Monetary Default | REO | $130,681 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 6/5/07 | 7/1/07 | 7/1/07 | $130,791 |
| 161878379 | 0001723768 | EL CENTRO, CA | Monetary Default | 120+ | $209,918 | Gov 30 | 11/1/07 | 6/5/07 | 8/1/07 | 3/1/08 | $211,678 |
| 161930962 | 0001732101 | BARRY, IL | Monetary Default | REO | $49,962 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 6/4/07 | 7/1/07 | 7/1/07 | $50,000 |
| 161976464 | 0001772230 | SACRAMENTO, CA | Monetary Default | REO | $1 | Conf 30 Interest Only (10/20) | 11/1/07 | 6/6/07 | 7/1/07 | 7/1/07 | $285,000 |
| 162094806 | 0001748628 | VINTON, VA | Monetary Default | REO | $190,829 | Gov 30 | 11/1/07 | 6/15/07 | 7/1/07 | 7/1/07 | $191,002 |
| 162142684 | 0001789839 | FEDERAL WAY, WA | Monetary Default | 60 | $338,153 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 6/14/07 | 7/1/07 | 5/1/08 | $341,400 |
| 162143004 | 0001770472 | ORLANDO, FL | Monetary Default | REO | $98,915 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 6/25/07 | 8/1/07 | 7/1/07 | $99,000 |
| 162378186 | 0001726847 | HOMESTEAD, FL | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 11/1/07 | 7/6/07 | 8/1/07 | 7/1/07 | $205,000 |
| 162384131 | 0001784228 | UNION CITY, GA | Monetary Default | 120+ | $195,950 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 6/15/07 | 7/1/07 | 9/1/07 | $195,950 |
| 162389579 | 0001768290 | LAS VEGAS, NV | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 6/12/07 | 7/1/07 | 7/1/07 | $239,990 |
| 162389827 | 0001772936 | TAMPA, FL | Monetary Default | F/C | $134,875 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 6/14/07 | 7/1/07 | 7/1/07 | $135,000 |
| 162445586 | 0001741132 | JACKSONVILLE, FL | Monetary Default | 90 | $82,366 | Conf 30 Exp Appr'l Level 3 | 11/1/07 | 6/14/07 | 7/1/07 | 4/1/08 | $83,000 |
| 162450315 | 0001758152 | WARNER ROBINS, GA | Monetary Default | F/C | $285,000 | Conf 30 MyCommunity w/10y IO | 11/1/07 | 6/29/07 | 8/1/07 | 7/1/07 | $285,000 |
| 162994282 | 0001796274 | WASHINGTON, DC | Monetary Default | REO | $367,100 | Gov 30 | 11/1/07 | 6/29/07 | 8/1/07 | 7/1/07 | $367,100 |
| 163066427 | 0001715816 | FREEPORT, NY | Monetary Default | F/C | $353,875 | onf 30 FNMA MyCommunity 97 Plu | 11/1/07 | 7/5/07 | 8/1/07 | 7/1/07 | $353,875 |
| 163138980 | 0001792551 | NATCHITOCHES, LA | Monetary Default | F/C | $62,000 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 7/9/07 | 8/1/07 | 7/1/07 | $62,000 |
| 163199083 | 0001720930 | BIG PINEY, WY | Monetary Default | 120+ | $340,144 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 7/9/07 | 8/1/07 | 1/1/08 | $342,000 |
| 163203972 | 0001765948 | MOUNTAIN HOME, AR | Monetary Default | 60 | $81,669 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 7/3/07 | 8/1/07 | 5/1/08 | $82,500 |
| 163205132 | 0001771701 | WESTFIELD, MA | Monetary Default | REO | $150,000 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 7/6/07 | 8/1/07 | 7/1/07 | $150,000 |
| 163207981 | 0001771430 | MONSON, MA | Monetary Default | F/C | $256,265 | Conf 30 Exp Appr'l Level 1 | 11/1/07 | 7/11/07 | 8/1/07 | 9/1/07 | $257,000 |
| 163281574 | 0001802442 | ORANGEBURG, SC | Monetary Default | 120+ | $54,652 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 7/10/07 | 8/1/07 | 1/1/08 | $54,900 |
| 163287935 | 0001784735 | HAMPTON, GA | Monetary Default | 120+ | $234,313 | Conf 30 Exp Appr'l Level 3 | 11/1/07 | 7/9/07 | 8/1/07 | 11/1/07 | $235,000 |
| 171792398 | 0001808959 | JACKSON, MS | Monetary Default | REO | $89,000 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 7/12/07 | 8/1/07 | 7/1/07 | $89,000 |
| 171815617 | 0001757094 | HAMMOND, LA | Monetary Default | 120+ | $130,185 | nf 30 FNMA MyCommunity 100 PI | 11/1/07 | 7/11/07 | 8/1/07 | 10/1/07 | $130,500 |
| 159448543 | 0001632665 | CHICAGO, IL | Monetary Default | F/C | $175,000 | Conf 30 MyCommunity w/10y IO | 11/11/07 | 3/28/07 | 5/1/07 | 7/1/07 | $175,000 |
| 172130766 | 0001813987 | GREENSBORO, NC | Monetary Default | F/C | $71,970 | Gov 30 | 11/22/07 | 7/23/07 | 9/1/07 | 8/1/07 | $71,970 |
| 172376598 | 0001762823 | BENTON, AR | Monetary Default | REO | $113,282 | Gov 30 | 11/30/07 | 7/30/07 | 9/1/07 | 10/1/07 | $113,488 |
| 159853062 | 0001659695 | BATON ROUGE, LA | Monetary Default | 60 | $138,356 | nf 30 FNMA MyCommunity 100 PI | 12/2/07 | 4/19/07 | 6/1/07 | 5/1/08 | $139,900 |
| 159926571 | 0001714517 | UPPER DARBY, PA | Monetary Default | F/C | $160,647 | nf 30 FNMA MyCommunity 100 PI | 12/2/07 | 6/18/07 | 8/1/07 | 8/1/07 | $161,000 |
| 160102881 | 0001681119 | CANTON, GA | Monetary Default | 90 | $188,220 | nf 30 FNMA MyCommunity 100 PI | 12/2/07 | 4/19/07 | 6/1/07 | 4/1/08 | $190,425 |
| 160203726 | 0001686658 | COLORADO SPRINGS, CO | Monetary Default | F/C | $106,295 | nf 30 FNMA MyCommunity 100 PI | 12/2/07 | 5/4/07 | 6/1/07 | 11/1/07 | $107,000 |
| 160204478 | 0001678869 | SALISBURY, NC | Monetary Default | BK | $92,245 | nf 30 FNMA MyCommunity 100 PI | 12/2/07 | 4/23/07 | 6/1/07 | 1/1/08 | $93,000 |

# American Home Mortgage #214
### Repurchase Issues, "Sent to Legal"
### as of
### 8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160206182 | 0001661784 | LEXINGTON PARK, MD | Monetary Default | 120+ | $302,000 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 4/24/07 | 6/1/07 | 8/1/07 | $302,000 |
| 160229289 | 0001683647 | FORT LUPTON, CO | Monetary Default | REO | $162,307 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/23/07 | 6/1/07 | 9/1/07 | $163,000 |
| 160260525 | 0001686538 | DENVER, CO | Monetary Default | REO | $139,548 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/23/07 | 6/1/07 | 8/1/07 | $140,000 |
| 160343879 | 0001699115 | WALDORF, MD | Monetary Default | 120+ | $251,595 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/30/07 | 6/1/07 | 12/1/07 | $251,097 |
| 160389885 | 0001697165 | SALT LAKE CITY, UT | Monetary Default | F/C | $147,447 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/23/07 | 6/1/07 | 8/1/07 | $148,000 |
| 160395790 | 0001714914 | SPOKANE, WA | Monetary Default | F/C | $101,845 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 4/30/07 | 6/1/07 | 8/1/07 | $101,850 |
| 160398030 | 0001602632 | MELBOURNE, FL | Monetary Default | CURR | $144,989 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 5/4/07 | 6/1/07 | 7/1/08 | $145,000 |
| 160443220 | 0001691612 | OSWEGO, IL | Monetary Default | F/C | $97,434 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/25/07 | 6/1/07 | 8/1/07 | $97,700 |
| 160444724 | 0001674512 | TOLLESON, AZ | Monetary Default | REO | $197,610 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 5/3/07 | 6/1/07 | 8/1/07 | $197,900 |
| 160446628 | 0001656216 | HOLLYWOOD, FL | Monetary Default | F/C | $273,145 | Conf 30 | 12/2/07 | 5/2/07 | 6/1/07 | 12/1/07 | $275,000 |
| 160591950 | 0001695023 | JONESBORO, GA | Monetary Default | 120+ | $147,048 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/30/07 | 6/1/07 | 11/1/07 | $148,000 |
| 160649510 | 0001687382 | FRANKFORT, KY | Monetary Default | REO/S | $0 | Gov 30 | 12/2/07 | 4/27/07 | 6/1/07 | 8/1/07 | $86,837 |
| 160699412 | 0001681784 | CARTERSVILLE, GA | Monetary Default | 30 | $113,049 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 4/30/07 | 6/1/07 | 6/1/08 | $113,800 |
| 160741929 | 0001671617 | STERLING, VA | Monetary Default | 90 | $387,000 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 5/2/07 | 6/1/07 | 4/1/08 | $387,000 |
| 160815962 | 0 | NEW CASTLE, DE | Monetary Default | 120+ | $258,360 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 5/17/07 | 7/1/07 | 12/1/07 | $259,900 |
| 160821939 | 0001709142 | TAMPA, FL | Monetary Default | 120+ | $272,221 | Conf 30 Exp Appr'l Level 1 | 12/2/07 | 5/3/07 | 6/1/07 | 11/1/07 | $273,860 |
| 160842110 | 0001698477 | ORTING, WA | Monetary Default | CURR | $147,889 | Conf 30 | 12/2/07 | 5/3/07 | 6/1/07 | 7/1/08 | $149,950 |
| 160919583 | 0001662002 | SOLON, OH | Monetary Default | F/C | $175,374 | Conf 30 Flex 100 | 12/2/07 | 5/21/07 | 7/1/07 | 8/1/07 | $176,000 |
| 161027781 | 0 | ALOHA, OR | Monetary Default | 120+ | $243,701 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 5/17/07 | 7/1/07 | 2/1/08 | $244,000 |
| 161031317 | 0001661927 | CLEVELAND, OH | Monetary Default | F/C | $52,638 | Conf 30 | 12/2/07 | 5/10/07 | 6/1/07 | 8/1/07 | $52,800 |
| 161134466 | 0001702161 | RIVERVIEW, FL | Monetary Default | CURR | $273,800 | ARM 5/1 w/ 5-2-5 Caps Int Only - | 12/2/07 | 5/25/07 | 7/1/07 | 8/1/08 | $274,000 |
| 161172199 | 0001735958 | JACKSON, MS | Monetary Default | 120+ | $107,014 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 5/11/07 | 6/1/07 | 11/1/07 | $107,500 |
| 161238671 | 0001697420 | SENOIA, GA | Monetary Default | 60 | $131,036 | Gov 30 | 12/2/07 | 5/15/07 | 6/1/07 | 5/1/08 | $132,517 |
| 161281749 | 0001741943 | STILLWATER, OK | Monetary Default | F/C | $74,741 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 5/30/07 | 7/1/07 | 8/1/07 | $75,000 |
| 161349893 | 0001732849 | BRISTOL, CT | Monetary Default | 30 | $167,249 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 5/24/07 | 7/1/07 | 6/1/08 | $168,900 |
| 161383841 | 0001729205 | DERIDDER, LA | Monetary Default | BK | $191,349 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 5/29/07 | 7/1/07 | 8/1/07 | $192,000 |
| 161389938 | 0001734568 | BERWYN, IL | Monetary Default | F/C | $241,340 | Conf 30 | 12/2/07 | 5/21/07 | 7/1/07 | 8/1/07 | $242,000 |
| 161398275 | 0001727052 | MURFREESBORO, TN | Monetary Default | 120+ | $123,860 | Conf 30 | 12/2/07 | 5/31/07 | 7/1/07 | 11/1/07 | $124,545 |
| 161427175 | 0001644716 | HIALEAH, FL | Monetary Default | F/C | $368,500 | Exp Criteria 30 Interest Only | 12/2/07 | 6/8/07 | 7/1/07 | 8/1/07 | $368,500 |
| 161628292 | 0001736328 | OROVILLE, CA | Monetary Default | F/C | $231,253 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 5/24/07 | 7/1/07 | 2/1/08 | $232,000 |
| 161629348 | 0001753741 | VICKSBURG, MS | Monetary Default | 120+ | $89,800 | onf 30 FNMA MyCommunity 97 Pl | 12/2/07 | 5/31/07 | 7/1/07 | 12/1/07 | $90,250 |
| 161671665 | 0001743894 | BALTIMORE, MD | Monetary Default | REO | $86,188 | Gov 30 | 12/2/07 | 6/4/07 | 7/1/07 | 8/1/07 | $86,317 |
| 161771030 | 0001723867 | FENTON, MI | Monetary Default | REO | $205,280 | Conf 30 | 12/2/07 | 5/31/07 | 7/1/07 | 8/1/07 | $205,700 |
| 161821932 | 0001734731 | CALUMET CITY, IL | Monetary Default | 120+ | $157,599 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/12/07 | 7/1/07 | 8/1/07 | $158,000 |
| 161868922 | 0001768690 | ROCK HILL, SC | Monetary Default | REO | $103,500 | nf 30 Fast-Easy Interest Only  (10/ | 12/2/07 | 6/6/07 | 7/1/07 | 8/1/07 | $103,500 |
| 161890741 | 0001759444 | CHICAGO, IL | Monetary Default | BK | $182,689 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 5/31/07 | 7/1/07 | 1/1/08 | $183,900 |
| 161893341 | 0001710041 | MINNEAPOLIS, MN | Monetary Default | 120+ | $134,604 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/21/07 | 8/1/07 | 8/1/07 | $135,000 |
| 161896262 | 0001731357 | ZACHARY, LA | Monetary Default | F/C | $284,260 | bnf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/7/07 | 7/1/07 | 8/1/07 | $285,000 |
| 161971799 | 0001753403 | YOUNGTOWN, AZ | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 6/8/07 | 7/1/07 | 8/1/07 | $210,000 |
| 162328460 | 0001762634 | FORT MYERS, FL | Monetary Default | F/C | $230,525 | Gov 30 | 12/2/07 | 6/15/07 | 7/1/07 | 10/1/07 | $231,369 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 162336837 | 0001739890 | CALIFORNIA CITY, CA | Monetary Default | REO | $228,276 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 6/12/07 | 7/1/07 | 8/1/07 | $228,900 |
| 162337789 | 0001585932 | NEW BERN, NC | Monetary Default | REO | $178,513 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 6/29/07 | 8/1/07 | 8/1/07 | $179,500 |
| 162381010 | 0001766170 | COVINGTON, LA | Monetary Default | 120+ | $259,052 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/14/07 | 7/1/07 | 8/1/07 | $259,500 |
| 162447027 | 0001745894 | RUTHER GLEN, VA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 6/13/07 | 7/1/07 | 8/1/07 | $295,000 |
| 162449595 | 0001757838 | FALL RIVER, MA | Monetary Default | CURR | $203,936 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 6/13/07 | 7/1/07 | 7/1/08 | $206,000 |
| 162469933 | 0001742568 | KANSAS CITY, MO | Monetary Default | REO | $182,580 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 6/15/07 | 7/1/07 | 8/1/07 | $183,000 |
| 162542246 | 0001750381 | DALLAS, GA | Monetary Default | BK | $118,835 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/20/07 | 8/1/07 | 10/1/07 | $119,000 |
| 162550448 | 0001756665 | HIALEAH, FL | Monetary Default | F/C | $179,689 | Conf 30 Fast-Easy | 12/2/07 | 6/29/07 | 8/1/07 | 8/1/07 | $180,000 |
| 162603169 | 0001768790 | SAINT LOUIS, MO | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 6/28/07 | 8/1/07 | 9/1/07 | $120,280 |
| 162658064 | 0001781582 | KINDER, LA | Monetary Default | CURR | $184,805 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 6/20/07 | 8/1/07 | 8/1/07 | $187,000 |
| 162708206 | 0001735726 | BEARDSTOWN, IL | Monetary Default | F/C | $61,751 | Gov 30 | 12/2/07 | 6/22/07 | 8/1/07 | 10/1/07 | $61,946 |
| 162752948 | 0001768082 | VICKSBURG, MI | Monetary Default | 60 | $99,117 | onf 30 FNMA MyCommunity 97 Pl | 12/2/07 | 6/22/07 | 8/1/07 | 5/1/08 | $100,000 |
| 162764973 | 0001773401 | ROCKLEDGE, FL | Monetary Default | F/C | $179,833 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/25/07 | 8/1/07 | 8/1/07 | $180,000 |
| 162766549 | 0001799980 | TOOELE, UT | Monetary Default | REO | $1 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/20/07 | 8/1/07 | 8/1/07 | $191,900 |
| 162768734 | 0001758161 | CORDOVA, TN | Monetary Default | BK | $176,855 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 6/25/07 | 8/1/07 | 8/1/07 | $177,000 |
| 162852064 | 0001803020 | MEMPHIS, TN | Monetary Default | 120+ | $99,575 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/28/07 | 8/1/07 | 11/1/07 | $100,000 |
| 162865914 | 0001798196 | MOUNT OLIVE, MS | Monetary Default | F/C | $138,886 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 6/28/07 | 8/1/07 | 8/1/07 | $139,000 |
| 163138004 | 0001803505 | SIMPSONVILLE, SC | Monetary Default | F/C | $177,850 | Conf 30 Exp Appr'l Level 1 | 12/2/07 | 7/6/07 | 8/1/07 | 8/1/07 | $178,000 |
| 163195611 | 0001783731 | ATLANTA, GA | Monetary Default | REO | $246,593 | Conf 30 Exp Appr'l Level 1 | 12/2/07 | 7/5/07 | 8/1/07 | 8/1/07 | $247,000 |
| 163198451 | 0001727991 | JACKSON, MS | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 7/6/07 | 8/1/07 | 8/1/07 | $76,000 |
| 163210069 | 0001791454 | KNOXVILLE, TN | Monetary Default | BK | $139,097 | Conf 30 Exp Appr'l Level 1 | 12/2/07 | 7/5/07 | 8/1/07 | 6/1/08 | $140,400 |
| 163288471 | 0001779719 | UNION, SC | Monetary Default | 120+ | $49,796 | Gov 30 | 12/2/07 | 7/9/07 | 8/1/07 | 3/1/08 | $50,115 |
| 163293175 | 0001808643 | BELLEVILLE, IL | Monetary Default | 60 | $104,702 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 7/10/07 | 8/1/07 | 5/1/08 | $105,450 |
| 163323995 | 0001788055 | DENHAM SPRINGS, LA | Monetary Default | 120+ | $357,721 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 7/11/07 | 8/1/07 | 8/1/07 | $358,000 |
| 163331980 | 0001799548 | PITTSFIELD, IL | Monetary Default | F/C | $53,346 | Gov 30 | 12/2/07 | 7/12/07 | 8/1/07 | 8/1/07 | $53,389 |
| 163364456 | 0001806540 | ELKTON, MD | Monetary Default | 120+ | $389,609 | onf 30 FNMA MyCommunity 97 Pl | 12/2/07 | 7/17/07 | 9/1/07 | 9/1/07 | $389,940 |
| 171803640 | 0001762539 | ELIZABETH, NJ | Monetary Default | F/C | $407,074 | onf 30 FNMA MyCommunity 97 Pl | 12/2/07 | 7/13/07 | 8/1/07 | 8/1/07 | $407,400 |
| 171830883 | 0001820086 | KISSIMMEE, FL | Monetary Default | F/C | $268,000 | Conf 30 MyCommunity w/10y IO | 12/2/07 | 7/13/07 | 8/1/07 | 9/1/07 | $268,000 |
| 171866328 | 0001824272 | PARLIER, CA | Monetary Default | 120+ | $247,021 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 7/19/07 | 9/1/07 | 12/1/07 | $248,000 |
| 171908165 | 0001813672 | RIVERDALE, GA | Monetary Default | BK | $122,447 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 7/23/07 | 9/1/07 | 8/1/07 | $122,550 |
| 172003086 | 0001821123 | ESTACADA, OR | Monetary Default | F/C | $199,000 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 7/20/07 | 9/1/07 | 8/1/07 | $199,000 |
| 172083904 | 0001808155 | AMERICUS, GA | Monetary Default | REO | $116,418 | Conf 30 Exp Appr'l Level 3 | 12/2/07 | 7/18/07 | 9/1/07 | 8/1/07 | $116,500 |
| 172089017 | 0001815492 | LITHIA SPRINGS, GA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 12/2/07 | 7/24/07 | 9/1/07 | 8/1/07 | $234,500 |
| 172155009 | 0001746182 | DARBY, PA | Monetary Default | 120+ | $78,190 | onf 30 FNMA MyCommunity 100 Pl | 12/2/07 | 7/23/07 | 9/1/07 | 1/1/08 | $78,500 |
| 172422409 | 0001830751 | JOLIET, IL | Monetary Default | F/C | $120,217 | Gov 30 | 12/2/07 | 7/30/07 | 9/1/07 | 11/1/07 | $120,508 |
| 162468949 | 0001705323 | NEW ORLEANS, LA | Monetary Default | 30 | $90,124 | Gov 30 | 12/7/07 | 6/26/07 | 8/1/07 | 6/1/08 | $91,350 |
| 160128284 | 1724516 | HARTLY, DE | Monetary Default | 120+ | $212,654 | onf 30 FNMA MyCommunity 100 Pl | 12/12/07 | 5/24/07 | 7/1/07 | 9/1/07 | $215,000 |
| 171825803 | 0001809373 | JACKSON, MS | Monetary Default | BK | $75,468 | onf 30 FNMA MyCommunity 97 Pl | 12/2/07 | 7/17/07 | 9/1/07 | 8/1/07 | $75,525 |
| 161949452 | 0001690527 | WASHINGTON PARK, IL | Monetary Default | 30 | $44,482 | Gov 30 | 12/20/07 | 6/18/07 | 8/1/07 | 6/1/08 | $45,167 |
| 161164678 | 0001742689 | SUN CITY, CA | Monetary Default | BK | $372,447 | Conf 30 | 1/3/08 | 5/16/07 | 7/1/07 | 9/1/07 | $375,000 |

# American Home Mortgage #214

### Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 161242328 | 0001743848 | KELSO, WA | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 1/3/08 | 5/22/07 | 7/1/07 | 9/1/07 | $195,150 |
| 161326530 | 0 | CHARLOTTE, NC | Monetary Default | 120+ | $134,173 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 5/17/07 | 7/1/07 | 12/1/07 | $135,000 |
| 161335131 | 0001750657 | COVINGTON, GA | Monetary Default | 60 | $99,231 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 5/21/07 | 7/1/07 | 5/1/08 | $100,300 |
| 161388370 | 0001730091 | CASTLE ROCK, CO | Monetary Default | CURR | $319,046 | Conf 30 MyCommunity w/10y IO | 1/3/08 | 5/29/07 | 7/1/07 | 7/1/08 | $320,362 |
| 161396747 | 0001724802 | HENDERSON, TX | Monetary Default | REO | $179,639 | Conf 30 Exp Appr'l Level 1 | 1/3/08 | 5/21/07 | 7/1/07 | 9/1/07 | $180,250 |
| 161404564 | 0001745893 | SACRAMENTO, CA | Monetary Default | REO | $383,663 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 5/21/07 | 7/1/07 | 9/1/07 | $385,000 |
| 161411981 | 0001703868 | WALKERSVILLE, MD | Monetary Default | F/C | $384,000 | Exp Criteria 30 Interest Only | 1/3/08 | 6/8/07 | 7/1/07 | 9/1/07 | $384,000 |
| 161424295 | 0001674044 | AURORA, CO | Monetary Default | F/C | $520,608 | Exp Criteria 30 Interest Only | 1/3/08 | 6/26/07 | 8/1/07 | 9/1/07 | $520,608 |
| 161427263 | 0001660648 | BRANDON, FL | Monetary Default | F/C | $143,920 | Exp Criteria 30 Interest Only | 1/3/08 | 6/8/07 | 7/1/07 | 9/1/07 | $143,920 |
| 161428231 | 0001679801 | W DES MOINES, IA | Monetary Default | F/C | $124,285 | Exp Criteria 30 | 1/3/08 | 6/26/07 | 8/1/07 | 10/1/07 | $124,800 |
| 161495103 | 0001721281 | WOODBURY, GA | Monetary Default | CURR | $126,012 | Gov 30 | 1/3/08 | 5/23/07 | 7/1/07 | 7/1/08 | $127,843 |
| 161495960 | 0001744874 | DOUGLASVILLE, GA | Monetary Default | 60 | $221,804 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 5/22/07 | 7/1/07 | 5/1/08 | $222,040 |
| 161617475 | 0001762546 | MANASSAS, VA | Monetary Default | REO | $183,972 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/8/07 | 7/1/07 | 9/1/07 | $184,500 |
| 161678778 | 0001745736 | CANAL WINCHESTER, OH | Monetary Default | 120+ | $152,481 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 5/29/07 | 7/1/07 | 9/1/07 | $153,000 |
| 161707534 | 0001665319 | AUGUSTA, GA | Monetary Default | 120+ | $83,697 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/21/07 | 8/1/07 | 2/1/08 | $84,400 |
| 161730449 | 0001733364 | RUTHER GLEN, VA | Monetary Default | REO | $1 | Conf 30 MyCommunity w/10y IO | 1/3/08 | 6/6/07 | 7/1/07 | 9/1/07 | $315,000 |
| 161732833 | 0001722609 | WINDSOR MILL, MD | Monetary Default | 30 | $275,473 | Gov 30 | 1/3/08 | 6/5/07 | 7/1/07 | 6/1/08 | $278,587 |
| 161752220 | 0001713757 | JACKSONVILLE, FL | Monetary Default | F/C | $132,591 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/15/07 | 7/1/07 | 9/1/07 | $133,000 |
| 161754236 | 0001711447 | SPOKANE, WA | Monetary Default | F/C | $149,466 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/15/07 | 7/1/07 | 9/1/07 | $150,000 |
| 161792249 | 0001719292 | VICTORVILLE, CA | Monetary Default | F/C | $310,171 | Gov 30 | 1/3/08 | 5/31/07 | 7/1/07 | 9/1/07 | $311,019 |
| 161826157 | 0001728725 | INDIANAPOLIS, IN | Monetary Default | 120+ | $119,513 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/8/07 | 7/1/07 | 11/1/07 | $120,150 |
| 161982280 | 1773017 | SACRAMENTO, CA | Monetary Default | F/C | $337,725 | onf 30 FNMA MyCommunity 97 Pl | 1/3/08 | 6/11/07 | 7/1/07 | 11/1/07 | $338,400 |
| 162078076 | 0001782876 | HOWELL, MI | Monetary Default | REO | $1 | Conf 30 | 1/3/08 | 6/11/07 | 7/1/07 | 9/1/07 | $208,000 |
| 162091350 | 0001731070 | LODI, OH | Monetary Default | F/C | $117,725 | Gov 30 | 1/3/08 | 6/15/07 | 7/1/07 | 9/1/07 | $118,047 |
| 162114353 | 1745953 | WILMINGTON, DE | Monetary Default | 120+ | $179,573 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 7/3/07 | 8/1/07 | 10/1/07 | $179,900 |
| 162325331 | 0001781990 | SNELLVILLE, GA | Monetary Default | 120+ | $201,288 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 6/11/07 | 7/1/07 | 1/1/08 | $202,500 |
| 162327996 | 0001775103 | SALISBURY, NC | Monetary Default | REO | $122,717 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 6/12/07 | 7/1/07 | 9/1/07 | $123,000 |
| 162328148 | 0001772827 | GERMANTOWN, TN | Monetary Default | CURR | $249,139 | Conf 30 Exp Appr'l Level 1 | 1/3/08 | 6/12/07 | 7/1/07 | 8/1/08 | $252,500 |
| 162332244 | 0001747879 | STRINGER, MS | Monetary Default | REO | $68,335 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 7/19/07 | 9/1/07 | 9/1/07 | $68,500 |
| 162335621 | 0001718911 | PLANTATION, FL | Monetary Default | F/C | $96,754 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/11/07 | 7/1/07 | 9/1/07 | $97,000 |
| 162339573 | 0001729160 | ORMOND BEACH, FL | Monetary Default | F/C | $196,739 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 7/11/07 | 8/1/07 | 10/1/07 | $197,500 |
| 162390051 | 0001765812 | CANTON, MI | Monetary Default | 120+ | $251,609 | Conf 30 Exp Appr'l Level 1 | 1/3/08 | 6/15/07 | 7/1/07 | 12/1/07 | $253,000 |
| 162448003 | 0001726391 | SALTON CITY, CA | Monetary Default | F/C | $190,578 | Conf 30 Exp Appr'l Level 3 | 1/3/08 | 6/14/07 | 7/1/07 | 9/1/07 | $191,165 |
| 162480959 | 0001745660 | BALTIMORE, MD | Monetary Default | 120+ | $136,210 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/13/07 | 8/1/07 | 1/1/08 | $137,000 |
| 162628804 | 0001761645 | WELLSBURG, WV | Monetary Default | 30 | $78,527 | Gov 30 | 1/3/08 | 6/20/07 | 8/1/07 | 6/1/08 | $79,373 |
| 162643838 | 0001771678 | FAIRBURN, GA | Monetary Default | 120+ | $190,000 | Conf 30 MyCommunity w/10y IO | 1/3/08 | 6/20/07 | 8/1/07 | 12/1/07 | $190,000 |
| 162647566 | 0001770300 | LAS VEGAS, NV | Monetary Default | REO | $217,000 | Conf 30 MyCommunity w/10y IO | 1/3/08 | 6/21/07 | 8/1/07 | 10/1/07 | $217,000 |
| 162686947 | 0001790016 | SHREVEPORT, LA | Monetary Default | BK | $135,354 | Conf 30 Exp Appr'l Level 3 | 1/3/08 | 6/29/07 | 8/1/07 | 12/1/07 | $136,000 |
| 162762669 | 0001730668 | SOUTH HOLLAND, IL | Monetary Default | 120+ | $153,144 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 6/25/07 | 8/1/07 | 1/1/08 | $154,000 |
| 162763773 | 0001727710 | LOUISVILLE, KY | Monetary Default | 60 | $87,502 | Gov 30 | 1/3/08 | 6/25/07 | 8/1/07 | 5/1/08 | $88,301 |

# American Home Mortgage #214

### Repurchase Issues, "Sent to Legal"
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 162772046 | 0001778983 | SPOKANE, WA | Monetary Default | 90 | $223,717 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/25/07 | 8/1/07 | 4/1/08 | $223,717 |
| 162866179 | 0001796147 | JACKSON, MS | Monetary Default | F/C | $118,462 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/29/07 | 8/1/07 | 1/1/08 | $119,000 |
| 162965526 | 0001783132 | BELLS, TN | Monetary Default | 30 | $68,151 | Gov 30 | 1/3/08 | 6/28/07 | 8/1/07 | 6/1/08 | $68,855 |
| 162970287 | 0001769929 | NASHVILLE, TN | Monetary Default | 30 | $113,816 | Gov 30 | 1/3/08 | 7/6/07 | 8/1/07 | 6/1/08 | $114,991 |
| 162993298 | 0001803613 | KEITHVILLE, LA | Monetary Default | F/C | $115,825 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 6/29/07 | 8/1/07 | 9/1/07 | $116,000 |
| 163059666 | 0001756955 | WATERTOWN, WI | Monetary Default | F/C | $133,339 | Gov 30 | 1/3/08 | 7/6/07 | 8/1/07 | 9/1/07 | $133,548 |
| 163095022 | 0001799494 | JACKSON, MS | Monetary Default | 60 | $61,267 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 7/6/07 | 8/1/07 | 5/1/08 | $61,750 |
| 163138644 | 0001789763 | AURORA, IL | Monetary Default | F/C | $220,988 | Gov 30 | 1/3/08 | 7/6/07 | 8/1/07 | 10/1/07 | $221,523 |
| 163197467 | 0001762543 | MEMPHIS, TN | Monetary Default | 120+ | $188,688 | Conf 30 Exp Appr'l Level 3 | 1/3/08 | 7/6/07 | 8/1/07 | 12/1/07 | $189,567 |
| 163197659 | 0001731022 | INDIANAPOLIS, IN | Monetary Default | F/C | $112,088 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 7/11/07 | 8/1/07 | 10/1/07 | $112,500 |
| 163208829 | 0001771091 | WARREN, MI | Monetary Default | REO | $67,356 | Gov 30 | 1/3/08 | 7/6/07 | 8/1/07 | 9/1/07 | $67,467 |
| 163232944 | 0001794206 | GRETNA, LA | Monetary Default | CURR | $189,133 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 7/9/07 | 8/1/07 | 8/1/08 | $191,000 |
| 163282590 | 0001752144 | FORT LAUDERDALE, FL | Monetary Default | F/C | $269,598 | Conf 30 Exp Appr'l Level 1 | 1/3/08 | 7/11/07 | 8/1/07 | 9/1/07 | $270,000 |
| 171944281 | 0001806536 | WINSTON SALEM, NC | Monetary Default | F/C | $139,676 | onf 30 FNMA MyCommunity 100 Pl | 1/3/08 | 7/17/07 | 9/1/07 | 9/1/07 | $139,900 |
| 172062558 | 0001808936 | TERRY, MS | Monetary Default | REO | $99,664 | onf 30 FNMA MyCommunity 97 Plu | 1/3/08 | 7/18/07 | 9/1/07 | 9/1/07 | $99,750 |
| 172097498 | 0001828385 | DELTONA, FL | Monetary Default | F/C | $259,697 | Conf 30 Exp Appr'l Level 1 | 1/3/08 | 7/18/07 | 9/1/07 | 9/1/07 | $259,900 |
| 172097674 | 0001825133 | NORCROSS, GA | Monetary Default | F/C | $219,664 | Conf 30 Exp Appr'l Level 2 | 1/3/08 | 7/19/07 | 9/1/07 | 9/1/07 | $220,000 |
| 172292123 | 0001817354 | TAUNTON, MA | Monetary Default | F/C | $343,781 | Gov 30 | 1/3/08 | 7/26/07 | 9/1/07 | 11/1/07 | $344,592 |
| 161988289 | 0001762630 | GREENBRIER, AR | Monetary Default | CURR | $167,584 | onf 30 FNMA MyCommunity 100 Pl | 1/6/08 | 6/18/07 | 8/1/07 | 7/1/08 | $169,500 |
| 172298124 | 0001808286 | MIAMI, FL | Monetary Default | 120+ | $254,900 | Conf 30 MyCommunity w/10y IO | 1/6/08 | 7/26/07 | 9/1/07 | 12/1/07 | $254,900 |
| 172329328 | 0001813313 | LAKEWOOD, CO | Monetary Default | 120+ | $249,850 | Conf 30 Flex 97 w/10y IO | 1/6/08 | 7/26/07 | 9/1/07 | 9/1/07 | $249,850 |
| 161684627 | 0001719153 | BALTIMORE, MD | Monetary Default | CURR | $226,656 | onf 30 FNMA MyCommunity 100 Pl | 1/14/08 | 5/30/07 | 7/1/07 | 8/1/08 | $230,000 |
| 162382506 | 0001783707 | JACKSONVILLE, FL | Monetary Default | 120+ | $159,724 | onf 30 FNMA MyCommunity 100 Pl | 2/1/08 | 6/18/07 | 8/1/07 | 3/1/08 | $161,000 |
| 162551240 | 0001772029 | CHURCH HILL, MD | Monetary Default | F/C | $324,891 | Conf 30 MyCommunity w/10y IO | 2/1/08 | 6/29/07 | 8/1/07 | 10/1/07 | $324,900 |
| 162636021 | 0001738295 | DAVENPORT, FL | Monetary Default | F/C | $159,417 | Conf 30 | 2/1/08 | 6/18/07 | 8/1/07 | 10/1/07 | $160,000 |
| 162660696 | 0001786473 | LAS VEGAS, NV | Monetary Default | F/C | $268,756 | Gov 30 | 2/1/08 | 6/21/07 | 8/1/07 | 11/1/07 | $269,990 |
| 162701837 | 0001703778 | ORLANDO, FL | Monetary Default | F/C | $201,566 | Gov 30 | 2/1/08 | 6/28/07 | 8/1/07 | 10/1/07 | $202,492 |
| 162727592 | 0001781838 | MILTON, FL | Monetary Default | BK | $94,677 | Conf 30 | 2/1/08 | 6/20/07 | 8/1/07 | 1/1/08 | $95,200 |
| 162771710 | 0001778009 | WINTER HAVEN, FL | Monetary Default | F/C | $156,394 | onf 30 FNMA MyCommunity 100 Pl | 2/1/08 | 6/26/07 | 8/1/07 | 10/1/07 | $156,900 |
| 162771838 | 0001779099 | BEECH GROVE, IN | Monetary Default | F/C | $95,227 | Gov 30 | 2/1/08 | 6/22/07 | 8/1/07 | 10/1/07 | $95,501 |
| 162773358 | 0001750906 | ROMEOVILLE, IL | Monetary Default | 120+ | $154,343 | Gov 30 | 2/1/08 | 6/25/07 | 8/1/07 | 2/1/08 | $155,295 |
| 162910687 | 0001792452 | DETROIT, MI | Monetary Default | REO | $108,045 | Gov 30 | 2/1/08 | 6/29/07 | 8/1/07 | 10/1/07 | $108,300 |
| 162913208 | 0001795964 | JACKSON, MS | Monetary Default | F/C | $116,649 | onf 30 FNMA MyCommunity 100 Pl | 2/1/08 | 6/29/07 | 8/1/07 | 11/1/07 | $117,000 |
| 162927369 | 0001789788 | STONE MOUNTAIN, GA | Monetary Default | 120+ | $115,197 | Conf 30 Exp Appr'l Level 2 | 2/1/08 | 6/29/07 | 8/1/07 | 3/1/08 | $115,900 |
| 163137452 | 0001789504 | MAUREPAS, LA | Monetary Default | F/C | $76,696 | onf 30 FNMA MyCommunity 100 Pl | 2/1/08 | 7/9/07 | 8/1/07 | 12/1/07 | $77,000 |
| 163149445 | 0001793061 | WATERBURY, CT | Monetary Default | 120+ | $169,469 | onf 30 FNMA MyCommunity 100 Pl | 2/1/08 | 7/9/07 | 8/1/07 | 10/1/07 | $169,900 |
| 163204716 | 0001766591 | UPPER MARLBORO, MD | Monetary Default | 30 | $156,386 | Conf 30 Exp Appr'l Level 1 | 2/1/08 | 7/6/07 | 8/1/07 | 6/1/08 | $158,000 |
| 163206308 | 0001770606 | PITTSBURGH, PA | Monetary Default | NONE | $0 | Conf 30 Exp Appr'l Level 1 | 2/1/08 | 7/6/07 | 8/1/07 | 10/1/07 | $110,000 |
| 163207212 | 0001788547 | PLAINFIELD, IL | Monetary Default | 120+ | $304,108 | Conf 30 Exp Appr'l Level 2 | 2/1/08 | 7/9/07 | 8/1/07 | 10/1/07 | $304,900 |
| 163233704 | 0001803421 | PORTLAND, OR | Monetary Default | F/C | $287,304 | onf 30 FNMA MyCommunity 97 Plu | 2/1/08 | 7/13/07 | 8/1/07 | 10/1/07 | $288,090 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163237608 | 0001778799 | APPLE VALLEY, MN | Monetary Default | 120+ | $254,369 | bnf 30 FNMA MyCommunity 100 PI | 2/1/08 | 7/10/07 | 8/1/07 | 10/1/07 | $255,000 |
| 163242521 | 0001774162 | BROCKTON, MA | Monetary Default | 120+ | $293,154 | Conf 30 Exp Appr'l Level 3 | 2/1/08 | 7/10/07 | 8/1/07 | 12/1/07 | $294,500 |
| 163273501 | 0001767888 | FRANKFORT, KY | Monetary Default | REO | $88,698 | bnf 30 FNMA MyCommunity 100 PI | 2/1/08 | 7/24/07 | 9/1/07 | 10/1/07 | $89,000 |
| 163290927 | 0001790559 | BATTLE CREEK, MI | Monetary Default | 30 | $87,354 | Gov 30 | 2/1/08 | 7/10/07 | 8/1/07 | 6/1/08 | $88,301 |
| 163342045 | 0001803742 | BALTIMORE, MD | Monetary Default | F/C | $100,843 | Conf 30 Exp Appr'l Level 2 | 2/1/08 | 7/12/07 | 8/1/07 | 10/1/07 | $101,200 |
| 171827547 | 0001814210 | DETROIT, MI | Monetary Default | REO | $123,230 | onf 30 FNMA MyCommunity 97 PI | 2/1/08 | 8/7/07 | 9/1/07 | 10/1/07 | $123,500 |
| 171923167 | 0001797778 | CHAMBERSBURG, PA | Monetary Default | 120+ | $134,459 | bnf 30 FNMA MyCommunity 100 PI | 2/1/08 | 7/17/07 | 9/1/07 | 10/1/07 | $134,900 |
| 171951298 | 0001800296 | CHARLOTTE, NC | Monetary Default | 120+ | $114,533 | Gov 30 | 2/1/08 | 7/17/07 | 9/1/07 | 11/1/07 | $114,896 |
| 171961171 | 0001810718 | JACKSON, MS | Monetary Default | 90 | $70,807 | onf 30 FNMA MyCommunity 97 PI | 2/1/08 | 7/19/07 | 9/1/07 | 4/1/08 | $71,250 |
| 172076239 | 001800373 | MEMPHIS, TN | Monetary Default | 120+ | $125,587 | Conf 30 Exp Appr'l Level 3 | 2/1/08 | 7/18/07 | 9/1/07 | 2/1/08 | $126,255 |
| 172091873 | 0001825945 | WARWICK, RI | Monetary Default | F/C | $294,339 | Conf 30 Exp Appr'l Level 3 | 2/1/08 | 7/18/07 | 9/1/07 | 10/1/07 | $295,000 |
| 172092769 | 0001821536 | CORDOVA, TN | Monetary Default | 60 | $159,717 | Conf 30 Exp Appr'l Level 2 | 2/1/08 | 7/20/07 | 9/1/07 | 5/1/08 | $159,961 |
| 172247982 | 0001822985 | TEMPLE, GA | Monetary Default | 30 | $134,827 | bnf 30 FNMA MyCommunity 100 PI | 2/1/08 | 7/25/07 | 9/1/07 | 6/1/08 | $136,000 |
| 172375846 | 0001799785 | NEW YORK, NY | Monetary Default | 90 | $297,273 | Conf 30 Exp Appr'l Level 1 | 2/1/08 | 7/31/07 | 9/1/07 | 4/1/08 | $299,000 |
| 172385479 | 0001821733 | BETHLEHEM, PA | Monetary Default | 90 | $98,586 | Conf 30 | 2/1/08 | 7/30/07 | 9/1/07 | 4/1/08 | $99,250 |
| 162032487 | 0001740418 | COVENTRY, RI | Monetary Default | CURR | $122,693 | Conf 30 | 2/7/08 | 7/26/07 | 9/1/07 | 8/1/08 | $125,000 |
| 162447779 | 0001752207 | PORT ORANGE, FL | Monetary Default | 90 | $154,184 | Conf 30 Exp Appr'l Level 3 | 2/13/08 | 6/22/07 | 8/1/07 | 4/1/08 | $155,400 |
| 161701429 | 1741462 | BEAR, DE | Monetary Default | 120+ | $175,208 | bnf 30 FNMA MyCommunity 100 PI | 3/2/08 | 7/23/07 | 9/1/07 | 2/1/08 | $176,400 |
| 171815289 | 0001794691 | NEWARK, NJ | Monetary Default | 30 | $410,000 | Conf 30 MyCommunity w/10y IO | 3/2/08 | 7/17/07 | 9/1/07 | 6/1/08 | $410,000 |
| 171974237 | 0001777178 | MINERAL CITY, OH | Monetary Default | F/C | $73,097 | Gov 30 | 3/2/08 | 7/18/07 | 9/1/07 | 2/1/08 | $73,548 |
| 172002142 | 0001809171 | LEXINGTON, SC | Monetary Default | 30 | $90,196 | bnf 30 FNMA MyCommunity 100 PI | 3/2/08 | 7/23/07 | 9/1/07 | 6/1/08 | $91,000 |
| 172075783 | 0001801981 | SUNRISE, FL | Monetary Default | BK | $218,334 | Conf 30 Exp Appr'l Level 1 | 3/2/08 | 7/20/07 | 9/1/07 | 11/1/07 | $218,990 |
| 172097754 | 0001824634 | LAWRENCEVILLE, GA | Monetary Default | REO | $1 | Conf 30 Exp Appr'l Level 2 | 3/2/08 | 7/19/07 | 9/1/07 | 11/1/07 | $153,000 |
| 172346106 | 0001829448 | GLENDALE, AZ | Monetary Default | REO | $272,923 | Conf 30 Fast-Easy | 3/2/08 | 8/1/07 | 9/1/07 | 11/1/07 | $273,600 |
| 172388735 | 0001832138 | GREENSBORO, NC | Monetary Default | REO | $309,067 | Conf 30 Exp Appr'l Level 1 | 3/2/08 | 7/30/07 | 9/1/07 | 11/1/07 | $309,778 |
| 172420490 | 0001805694 | CHULA VISTA, CA | Monetary Default | REO | $388,700 | Conf 30 MyCommunity w/10y IO | 3/2/08 | 7/31/07 | 9/1/07 | 11/1/07 | $388,700 |
| 172496115 | 0001823214 | PHOENIX, AZ | Monetary Default | REO | $408,483 | Conf ARM 5/1 w/5-2-5 Caps - 1y LI | 3/2/08 | 8/13/07 | 9/1/07 | 11/1/07 | $409,600 |
| 21426819 | 0004869915 | CHARLOTTE, NC | QC/Monetary (Seller) | CURR | $82,796 | Conf 30 | 7/3/03 | 12/12/02 | 1/1/03 | 7/1/08 | $90,000 |
| 105833270 | 0000899462 | LOUISVILLE, KY | QC/Monetary (Seller) | F/C | $57,205 | Conf 30 | 9/1/06 | 10/20/05 | 12/1/05 | 1/1/07 | $58,000 |
| 147441843 | 0001474694 | BRADENTON, FL | QC/Monetary (Seller) | REO | $199,862 | Exp Criteria 30 | 5/3/07 | 12/27/06 | 2/1/07 | 1/1/07 | $200,000 |
| 130661554 | 1355842 | NEWARK, DE | QC/Monetary (Seller) | F/C | $183,758 | bnf 30 FNMA MyCommunity 100 PI | 5/10/07 | 10/13/06 | 11/1/06 | 11/1/07 | $184,645 |
| 147446156 | 0001487305 | PINEVILLE, LA | QC/Monetary (Seller) | F/C | $108,574 | Exp Criteria 30 | 8/7/07 | 12/27/06 | 2/1/07 | 3/1/07 | $108,800 |
| 148977905 | 0001604558 | LOUISVILLE, KY | QC/Monetary (Seller) | REO | $120,670 | bnf 30 FNMA MyCommunity 100 PI | 9/2/07 | 2/16/07 | 4/1/07 | 5/1/07 | $121,000 |
| 57620357 | 0000506078 | CHICAGO, IL | QC-Seller | CURR | $157,666 | Conf 30 | 3/18/05 | 4/16/04 | 6/1/04 | 8/1/08 | $168,000 |
| 80020379 | 0000487689 | NORFOLK, VA | QC-Seller | CURR | $159,154 | Conf ARM 7/1 UST | 1/12/06 | 1/19/05 | 3/1/05 | 8/1/07 | $187,000 |
| 106721742 | 0001011296 | MESA, AZ | QC-Seller | CURR | $314,893 | Conf 30 Interest Only (15/15) | 6/30/06 | 10/31/05 | 12/1/05 | 8/1/08 | $315,000 |
| 103291247 | 0000711153 | LAKELAND, FL | QC-Seller | CURR | $160,776 | Gov 30 | 9/18/06 | 8/11/05 | 9/1/05 | 8/1/07 | $167,536 |
| 119454568 | 0001053809 | STATEN ISLAND, NY | QC-Seller | CURR | $81,245 | Conf 30 | 12/6/06 | 8/17/06 | 10/1/06 | 8/1/08 | $84,000 |
| 129881056 | 0001330159 | SOUTH BEND, IN | QC-Seller | 60 | $91,793 | Exp Criteria 30 | 12/27/06 | 8/23/06 | 10/1/06 | 5/1/08 | $93,600 |
| 92302009 | 0000810643 | HAZEL PARK, MI | QC-Seller | REO | $1 | Conf 30 | 12/29/06 | 4/22/05 | 6/1/05 | 4/1/07 | $100,000 |

# American Home Mortgage #214

**Repurchase Issues, "Sent to Legal"**
as of
8/14/2008

| CHL Loan # | Seller Loan # | Prop (City, St) | Repurchase Issue | Loan Status | Current Principal Balance | Loan Program Name | Repurchase Issue Created Date | CHL Purchase Date | First Due CHL Date | Paid to Date | Original Note Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116740537 | 0001063565 | SACRAMENTO, CA | QC-Seller | 120+ | $63,000 | 10y draw/15y repay(include Tex V) | 1/9/07 | 3/14/06 | 4/9/06 | 3/20/07 | $63,000 |
| 116716462 | 0001020444 | CONCORD, CA | QC-Seller | CURR | $108,369 | 10y draw/15y repay(include Tex V) | 2/2/07 | 3/14/06 | 4/4/06 | 7/20/08 | $108,400 |
| 80849123 | 0000721092 | SCARBOROUGH, ME | QC-Seller | BK | $216,954 | Conf 30 | 2/6/07 | 2/3/05 | 3/1/05 | 9/1/05 | $218,500 |
| 58168602 | 0000551888 | KANSAS CITY, MO | QC-Seller | REO | $61,447 | Conf 30 | 3/30/07 | 5/10/04 | 6/1/04 | 8/1/06 | $63,180 |
| 129001346 | 0001209499 | FT WAYNE, IN | QC-Seller | CURR | $139,664 | Conf ARM 7/1 UST | 4/2/07 | 7/31/06 | 9/1/06 | 8/1/08 | $145,350 |
| 36392417 | 0000417970 | KANSAS CITY, MO | QC-Seller | REO | $97,442 | Conf 30 | 4/10/07 | 10/14/03 | 11/1/03 | 7/1/06 | $100,800 |
| 159634766 | 0001656542 | CARRABASSETT VALLEY, ME | QC-Seller | CURR | $90,523 | Conf 30 | 4/27/07 | 3/23/07 | 5/1/07 | 8/1/08 | $92,000 |
| 146194953 | 0001344509 | LEHIGH ACRES, FL | QC-Seller | F/C | $188,320 | Exp Criteria 30 | 7/7/07 | 12/12/06 | 1/1/07 | 7/1/07 | $189,947 |
| 147463710 | 0001495357 | ANDERSON, SC | QC-Seller | CURR | $67,704 | Exp Criteria 30 Interest Only | 7/7/07 | 12/27/06 | 2/1/07 | 8/1/08 | $68,000 |
| 105834014 | 0000914487 | DETROIT, MI | QC-Seller | 30 | $48,021 | Conf 30 | 8/7/07 | 10/20/05 | 12/1/05 | 6/1/08 | $49,600 |
| 147463718 | 0001509542 | SCOTTSDALE, AZ | QC-Seller | CURR | $152,335 | Conf 30 | 8/11/07 | 1/5/07 | 2/1/07 | 8/1/08 | $162,900 |
| 147439619 | 0001481726 | WORCESTER, MA | QC-Seller | CURR | $302,816 | Exp Criteria 15 | 8/15/07 | 12/27/06 | 2/1/07 | 7/1/08 | $324,000 |
| 116716126 | 0001020114 | ELK GROVE, CA | QC-Seller | 120+ | $114,000 | 10y draw/15y repay(include Tex V) | 8/15/07 | 3/14/06 | 3/30/06 | 6/20/06 | $114,000 |
| 147476752 | 0001499429 | ONTARIO, CA | QC-Seller | 60 | $339,196 | Exp Criteria 30 Interest Only | 8/15/07 | 12/27/06 | 2/1/07 | 5/1/08 | $339,200 |
| 147472615 | 0001514583 | COVINGTON, LA | QC-Seller | CURR | $135,839 | Exp Criteria 30 | 8/15/07 | 12/27/06 | 2/1/07 | 7/1/08 | $138,000 |
| 105827189 | 0000915546 | DETROIT, MI | QC-Seller | 30 | $50,141 | Conf 30 | 8/15/07 | 10/20/05 | 12/1/05 | 6/1/08 | $50,673 |
| 105827901 | 0000915567 | DETROIT, MI | QC-Seller | 30 | $40,341 | Conf 30 | 8/15/07 | 10/20/05 | 12/1/05 | 6/1/08 | $41,667 |
| 105829541 | 0000915643 | DETROIT, MI | QC-Seller | REO | $48,873 | Conf 30 | 8/15/07 | 10/20/05 | 12/1/05 | 3/1/07 | $49,700 |
| 105829373 | 0000961028 | DETROIT, MI | QC-Seller | REO | $1 | Conf 30 | 8/15/07 | 10/20/05 | 12/1/05 | 1/1/07 | $67,350 |
| 105829149 | 0000915632 | DETROIT, MI | QC-Seller | REO | $1 | Conf 30 | 8/15/07 | 10/20/05 | 12/1/05 | 12/1/06 | $60,000 |
| 147445124 | 0001321088 | VERONA, NY | QC-Seller | F/C | $55,398 | Exp Criteria 30 | 8/15/07 | 12/27/06 | 2/1/07 | 2/1/08 | $56,000 |
| 147441003 | 0001318180 | FOREST PARK, GA | QC-Seller | NONE | $95,934 | Exp Criteria 30 Interest Only | 8/15/07 | 12/27/06 | 2/1/07 | 10/1/07 | $96,000 |
| 43192896 | 0000477480 | WILKESBORO, NC | QC-Seller | F/C | $148,740 | Conf 30 | 8/12/08 | 2/12/04 | 3/1/04 | 1/1/08 | $156,600 |

**# Issues "Sent to Legal"**

From:  Origin ID: ZWIA  (302) 777-7770
Cynthia Moh
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801


FedEx Express

Ship Date: 27AUG08
ActWgt: 3.0 LB
System#: 9820571/INET8061
Account#: S *********

Delivery Address Bar Code

Ref #    301920-0001
Invoice #
PO #
Dept #    77777

JCL5868489/2823

SHIP TO:    (999) 999-9999    BILL SENDER
**Attn: American Home Mortgage Claims**
**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue, 3rd Floor**

**New York, NY 10017**



MPS#  4 of 4
0263   7970 7062 0577

Mstr#  7970 7062 0485   0201

THU - 28AUG
**PRIORITY OVERNIGI**

**ZB OGSA**

**10017**
NY-US
EWR

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx